UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LINWEI DING,<br><br>　　　　　　Defendant. | Case No.  24-cr-00141-VC-1 (LB)<br>*SEALED*<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

The defendant appeared before the undersigned United States Magistrate Judge. For good cause shown, IT IS HEREBY ORDERED that the United States Marshal and/or his representatives release from federal custody the above-named defendant.

**IT IS SO ORDERED.**

Dated:  March 6, 2024

_____

LAUREL BEELER
United States Magistrate Judge

ORDER FOR RELEASE 24-cr-00141-VC-1

United States District Court
Northern District of California