GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Attorney for Defendant:
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-CR-00141-VC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VACATE I.D. OF COUNSEL HEARING AND TO CONTINUE STATUS CONFERENCE** |
| v. | |
| LINWEI DING, | |
| Defendant. | Date:       April 24, 2024 |
| | Time:       10:30 a.m. |
| | Courtroom: A – 15th Floor |
| | Judge:      Hon. Alex G. Tse |

Defendant Linwei Ding ("Defendant") and the Government (together with Defendant, the "Parties") by and through their respective counsel, hereby enter into the Stipulation and Order below with reference to the following facts:

1. Defendant was arraigned and pleaded not guilty to four counts of Theft of Trade Secrets (18 U.S.C. § 1832(a)(1), (2) and (3)) on March 6, 2024.  Dkt. No. 5.

2. On March 6, 2024, the Honorable Judge Laurel Beeler ordered the defendant to appear before the Honorable Judge Alex G. Tse on April 24, 2024, at 10:30 a.m. for an Identification of Counsel Hearing and a Status Conference.  Dkt. No. 5.

3. Grant Fondo of Goodwin Procter has made a general appearance in this matter for Mr. Ding and will remain as Defendant's counsel.  *See* Dkt. No. 5.  Therefore, the parties believe the April 24, 2024, hearing is moot.

4. This case has been assigned to the Honorable Judge Vince Chhabria.  The Parties request that the April 24, 2024, Status Conference be continued to May 8, 2024, at 1:00 p.m. before the Honorable Judge Chhabria.

5. The Government does not oppose Defendant's stipulation and is available on May 8, 2024.

6. On March 6, 2024, upon the Parties agreement, the Court ordered that time be excluded under the Speedy Trial Act from March 6, 2024, to April 24, 2024.

7. The Parties agree that time be excluded under the Speedy Trial Act until May 8, 2024, to permit the Government additional time to provide discovery and defense counsel to continue to prepare, including by reviewing the discovery to be produced by the Government.  For these reasons, the parties stipulate and agree that excluding time until May 8, 2024 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from April 24, 2024, to May 8, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

STIPULATION AND [PROPOSED] ORDER TO VACATE I.D. OF COUNSEL HEARING AND TO CONTINUE STATUS CONFERENCE                                                                     Case No. 3:24-CR-00141-VC

1

IT IS HEREBY STIPULATED AND AGREED THAT, subject to the approval of the Court:

The April 24, 2024, Identification of Counsel Hearing shall be vacated, and the Status Conference continued to May 8, 2024, at 1:00 p.m., before the Honorable Judge Vince Chhabria, or soon thereafter as the matter may be heard by the Court.  Failing to exclude the time from April 24, 2024, to May 8, 2024, would unreasonably deny defense counsel and the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  Further, the ends of justice served by excluding the time from April 24, 2024, to May 8, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the Defendant in a speedy trial.  Therefore, time shall be excluded under the Speedy Trial Act until May 8, 2024.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

///

DATED: March 29, 2024             /s/ *Casey Boome*            ___
                                  CASEY BOOME
                                  Assistant United States Attorney


DATED: March 29, 2024             /s/ *Grant P. Fondo*           ___
                                  GRANT P. FONDO
                                  Counsel for Defendant LINWEI DING

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(h)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).


  /s/ *Grant P. Fondo*
  GRANT P. FONDO

STIPULATION AND [PROPOSED] ORDER TO VACATE I.D. OF COUNSEL HEARING AND TO CONTINUE STATUS CONFERENCE                                              Case No. 3:24-CR-00141-VC

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on March 29, 2024.  I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.  I certify under penalty of perjury that the foregoing is true and correct.  Executed on March 29, 2024, at Redwood City, California.


         _/s/ Grant P. Fondo_ _____
         GRANT P. FONDO

STIPULATION AND [PROPOSED] ORDER TO VACATE I.D. OF COUNSEL HEARING AND TO CONTINUE STATUS CONFERENCE                                                              Case No. 3:24-CR-00141-VC

4

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties, it is hereby ORDERED that:

1.  The Identification of Counsel Hearing currently set for April 24, 2024, is vacated.

2.  The Status Conference is continued to May 8, 2024, at 1:00 p.m., before the Honorable Judge Vince Chhabria.

3.  Time is excluded under the Speedy Trial Act until May 8, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __April 1, 2024__

_____
HON. ALEX G. TSE
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO VACATE I.D. OF COUNSEL HEARING AND TO CONTINUE STATUS CONFERENCE                                                                 Case No. 3:24-CR-00141-VC

5