GRANT P. FONDO, (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD (FRED) FEYZI, (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ, (SBN 350829)
*NBardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Attorneys for Defendant
Linwei Ding

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWEI DING,<br><br>Defendant. | Case No. CR-24-00141-VC<br><br>[PROPOSED] **ORDER REGARDING MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS FOR LINWEI DING**<br><br>Date: June 27, 2024<br>Time: 10:30 AM<br>Judge: Hon. Magistrate Judge Laurel Beeler |

Based upon the facts set forth in the motion above, and for good cause shown, IT IS HEREBY ORDERED that Mr. Ding's conditions of release and appearance be modified such that (a) location monitoring by GPS may be removed as a condition of pretrial release and (b) Mr. Ding is permitted to travel to the Central and Eastern Districts of California provided he gives Pretrial Services seven days' advance notice of his travel details and Pretrial Services does not object.

IT IS SO ORDERED.

DATED: June 27, 2024

_____
HON. LAUREL BEELER
United States Magistrate Judge

[PROPOSED] ORDER
CR-24-00141-VC