ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6627
FAX: (415) 436-7234
Email: casey.boome@usdoj.gov
Laura.Vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 24-00141-VC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE SPEEDY TRIAL TIME |
| v. | ) ) | |
| LINWEI DING, a.k.a Leon Ding, | ) ) | |
| Defendant. | ) ) ) | |

Counsel for the United States and counsel for the defendant LINWEI DING hereby stipulate and agree as follows:

1.      The parties are scheduled to appear before the Court for a status conference on October 30, 2024 at 1:00 p.m.

2.      This is a complex case involving allegations of trade secret theft that involve sophisticated technology.

3.      The Government has commenced the production of discovery in this matter consistent with the stipulated protective order.  On September 18, 2024, the Government produced a large volume

STIPULATION AND [PROPOSED] ORDER
Case No. CR 24-00141-VC                                                                                    v. 7/10/2018

of discovery materials.

4.    Much of the discovery includes writings in Chinese that require translation.  Additionally, the technical nature of the allegations and discovery creates a necessity for consultation with appropriate experts.

5.    Lead defense counsel will be in trial in California Superior Court for the County of Santa Clara beginning on October 28, 2024 and ending on approximately December 3, 2024.

6.    For all of these reasons, defense counsel require additional time for effective preparation.

Accordingly, the parties stipulate and agree through their respective counsel that the status conference should be continued from October 30, 2024 at 1:00 p.m. to December 11, 2024 at 1:00 p.m. The parties further stipulate and agree that time between October 30, 2024 and December 11, 2024 should be excluded from computation under the Speedy Trial Act due to the complexity of the case and the need for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from October 30, 2024 through December 11, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: October 25, 2024

_____/s/_____
CASEY BOOME
MOLLY PRIEDEMAN
Assistant United States Attorneys

DATED: October 25, 2024

_____/s/_____
GRANT FONDO
FRED FEYZI
Counsel for Defendant Linwei Ding

STIPULATION AND [PROPOSED] ORDER
Case No. CR 24-00141-VC                                          v. 7/10/2018

[PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the status conference set for October 30, 2024 is continued until December 11, 2024 at 1:00 p.m.

The Cour further finds that failing to exclude the time from October 30, 2024 through December 11, 2024 would unreasonably deny defense counsel and the defendant the time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from October 30, 2024 through December 11, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 30, 2024 through December 11, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   October 25, 2024

_____
HON. VINCE CHHABRIA
United States District Judge

STIPULATION AND [PROPOSED] ORDER
Case No. CR 24-00141-VC                                                           v. 7/10/2018