Your Name: Darryl M. Woo, Esq.
Address: GOODWIN PROCTER LLP
525 Market Street, San Francisco, CA 94105
Phone Number: (415) 733-6000
Email Address: DWoo@goodwinlaw.com
Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ■ San Francisco   ☐ Oakland   ☐ San Jose   ☐ Eureka-McKinleyville

USA

Plaintiff,

v.

Linwei Ding

Defendant.

Case No. 3:24-cr-00141-VC-1

[Name]

**NOTICE OF CHANGE OF** [check box]:
■ **ADDRESS**
☐ **PHONE NUMBER**
☐ **EMAIL**

Judge: Hon.

As of [date of change] 12/16/2024,

my contact information has changed [check box and fill in]:

■ Address: 525 Market Street, San Francisco, CA 94105

☐ Phone number:

☐ Email:

Date: 12/18/2024              Signature:
                              Printed Name: Darryl M. Woo
                              Pro Se