AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:24-cr-00141-VC-1 |
| Linwei Ding | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA                                                      .

Date:     02/11/2025

/s/ Yifei Zheng
*Attorney's signature*

Yifei Zheng (NYBN 5424957)
*Printed name and bar number*

Trial Attorney, National Security Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001
*Address*

yifei.zheng@usdoj.gov
*E-mail address*

(202) 353-0252
*Telephone number*

*FAX number*