GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA H. FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LINWEI DING,<br><br>　　　　　　Defendant. | Case No.  3:24-CR-00141-VC<br><br>**DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT LINWEI DING'S MOTION FOR BILL OF PARTICULARS**<br><br>Date:　　　　April 2, 2025<br>Time:　　　　1:00 pm<br>Courtroom:　4 (17th Floor)<br>Judge:　　　Hon. Vince Chhabria<br>　　　　　　450 Golden Gate Avenue<br>　　　　　　San Francisco, CA 94102 |

DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT LINWEI DING'S MOTION FOR BILL OF PARTICULARS
Case No. 3:24-CR-00141-VC

**DECLARATION OF GRANT P. FONDO**

I, Grant P. Fondo, declare as follows:

1.      I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Linwei Ding ("Mr. Ding") in the above-caption action (the "Action").  I make this declaration in support of Mr. Ding's Motion for Bill of Particulars.

2.      I have personal knowledge of the matters stated in this declaration and, if called upon to do so, I could and would competently testify to the matters set forth herein.

3.      Attached as Exhibit A is a true and correct copy of an April 12, 2024 Federal Bureau of Investigation FD-302 report, produced at Bates no. US-0003359.

4.      Attached as Exhibit B is a true and correct copy of an February 4, 2025 email from Molly Priedeman to myself and its attachment.

5.      To date, the government has produced over 4,400 documents it designated as "Confidential" under the Interim Stipulated Protective Order (Dkt. 13).  This translates to over 43,500 pages.

6.      Additionally, the government has produced over 11.5 terabytes of data.  I understand this to translate to anywhere between 67,796,000 and 83,333,333 pages, depending on the type of page.

7.      Attached as Exhibit C is a true and correct copy of a document titled "Power-on self-test," produced with a Bates stamp as GOOG-0014405.

8.      Attached as Exhibit D is a true and correct copy of a document titled "AIGC," produced with a Bates stamp as GOOG-0001626.

9.      Attached as Exhibit E is a true and correct copy of a September 11, 2024 email from Casey Boome to me.

10.     As of the date of this Declaration, myself and my colleagues have spent a significant amount of time reviewing the United States' document production in person with Mr. Ding.

1

DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT LINWEI DING'S MOTION FOR BILL OF PARTICULARS
Case No. 3:24-CR-00141-VC

11.     Attached as Exhibit F is a true and correct copy of an email thread containing a January 3, 2025 email from my colleague, David Rapp-Kirshner, to Molly Priedeman, and Ms. Priedman's January 13, 2025 and February 14, 2025 responses.

12.     Attached as Exhibit G is a true and correct copy of the June 23, 2023 Order Granting in Part & Den. in Part Defs.' Mot. for Bill of Particulars (Dkt. 188) in *United States v. United Microelectronics Corp.*, No. 3:18-cr-00465-MMC (N.D. Cal.).

13.     Attached as Exhibit H is a true and correct copy of the June 21, 2012 Order re: Sufficiency of Bill of Particulars and Granting Government's Motion to Supplement the Record (Dkt. 17) in *United States v. Ward*, No. CR-11-2123-RMP (E.D. Wash.).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 25, 2025, at Redwood City, California.

*/s/ Grant P. Fondo*
Grant P. Fondo

2