# EXHIBIT A

FD-302 (Rev. 5-8-10)



██████████████████

## FEDERAL BUREAU OF INVESTIGATION

Date of entry _____04/12/2024_____

On April 11, 2024, Special Agent (SA) Gregory Toole, SA Kurt Pelusi, SA Andrea Valladao, and Assistant United States Attorney Casey Boome received email communication from Shruti Arora, Google Counsel. Copied on the email were Michael Maffei, Google Counsel, and Anne LaFramboise, Google Counsel. Attached to and made part of this record is the email communication with Google with substantial information as follows:

"I wanted to let you know that I managed to connect with Sarvar Patel today (who was reviewing docs relating to Google Privacy). Of the docs he reviewed (25 in total), he was quite sure that none of them constitute trade secrets since they have been open sourced or were published by Google."

██████████████████

Investigation on ___04/11/2024___ at ___Palo Alto, California, United States (Email)___

File # ████████████

Date drafted ___04/12/2024___

by  VALLADAO ANDREA C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US-0003359