# EXHIBIT B

| | |
|---|---|
| **From:** | Priedeman, Molly (USACAN) |
| **To:** | Fondo, Grant P; Woo, Darryl M; Rapp-Kirshner, David; Feyzi, Fred; Bhardwaj, Nirav |
| **Cc:** | Boome, Casey (USACAN); Marzen, Stephen (NSD); Zheng, Yifei (NSD); Hernandez, Veronica (USACAN) |
| **Subject:** | Key Documents |
| **Date:** | Tuesday, February 4, 2025 3:09:35 PM |
| **Attachments:** | US-0074190.pdf |

***EXTERNAL***

Hi all,

Please see the attached document listing examples of the key documents from each trade secret category in the superseding indictment.

Best,

Molly

**Molly K. Priedeman**

Assistant United States Attorney

Northern District of California

1301 Clay Street, Suite 340S | Oakland, CA 94612

Tel: (510) 637-3697 | Cell: (415) 412-6841

molly.priedeman@usdoj.gov

## Trade Secret Category One

1. PFC - BarnaCore Instruction Set Architecture-at-2023-04-16T06_09_02Z-pinned.pdf
2. PFC - Host Communication-at-2023-04-16T06_07_40Z-pinned.pdf
3. PFC - ICI Initialization-at-2023-04-16T06_09_16Z-pinned.pdf
4. PFC - ICI Link Enable and Resets-at-2023-04-16T06_09_07Z-pinned.pdf
5. PFC - Interconnect-at-2023-04-16T06_09_20Z-pinned.pdf
6. PFC - Memory System-at-2023-04-16T06_09_12Z-pinned.pdf
7. PFC - TensorCore Instruction Set Architecture 1-at-2023-04-16T06_08_56Z-pinned.pdf
8. PFC - TensorCore Instruction Set Architecture 2-at-2023-04-16T06_07_52Z-pinned.pdf
9. PFC - TensorCore Instruction Set Architecture 3-at-2023-04-16T06_07_55Z-pinned.pdf
10. PFC - TensorCore Instruction Set Architecture 4-at-2023-04-16T06_07_59Z-pinned.pdf
11. PFC - TensorCore Instruction Set Architecture 5-at-2023-04-16T06_08_03Z-pinned.pdf
12. PFC - TensorCore Instruction Set Architecture 6-at-2023-04-16T06_08_07Z-pinned.pdf
13. PFC - TensorCore Instruction Set Architecture 7-at-2023-04-16T06_08_10Z-pinned.pdf
14. PFC - TensorCore Instruction Set Architecture 8-at-2023-04-16T06_08_14Z-pinned.pdf
15. TPU ICI-at-2022-06-01T18_10_22Z-pinned.pdf
16. PFC - Pufferfish and Puffylite Chip Specification Overview-at-2023-04-16T06_07_48Z-pinned.pdf
17. TensorCore Instruction Set Architecture - JFC _ DFC-at-2023-04-16T06_06_49Z-pinned.pdf

## Trade Secret Category Two

1. Optics, Links, OCS-at-2022-06-01T18_09_50Z-pinned.pdf
2. Accelerators-at-2023-04-16T05_59_44Z-pinned.pdf
3. Ghostlite-at-2022-06-01T17_27_39Z-pinned.pdf
4. ViperLitePod System Introduction-at-2023-04-16T05_59_52Z-pinned.pdf
5. Ghostlite-at-2022-06-01T17_33_18Z-pinned.pdf
6. ViperLite-at-2022-06-01T17_33_06Z-pinned.pdf
7. Ghostlite Multi-host Software Enablement Program Kickoff.pdf

## Trade Secret Category Three

1. ViperLitePod-at-2022-06-01T17_33_23Z-pinned.pdf
2. Ghostfish Software Review For Planning Entry-at-2023-04-16T06_09_24Z-pinned.pdf.pdf
3. PFC - Pufferfish GRM-at-2023-04-16T06_07_44Z-pinned.pdf
4. Cloud TPU-at-2022-06-01T17_32_53Z-pinned.pdf
5. ICI Resilient Slice-at-2022-06-01T17_33_32Z-pinned.pdf.pdf
6. XLA_ TPU-at-2023-04-16T06_00_25Z-pinned.pdf.pdf
7. Slice Builder-at-2023-04-16T06_07_00Z-pinned.pdf.pdf
8. Slice Creation Algorithms-at-2023-04-16T06_06_57Z-pinned.pdf.pdf
9. Flume with Accelerators-at-2023-04-16T07_12_15Z-pinned.pdf
10. Megascale Networking-at-2022-05-21T03_50_23Z-pinned.pdf
11. ViperLite-at-2022-06-01T17_33_06Z-pinned.pdf
12. XOR Core ML Review (Dev Entry)-at-2023-04-16T05_25_59Z-pinned.pdf
13. XOR PRD-at-2023-04-16T07_12_44Z-pinned.pdf.pdf
14. JAX+Pathways-at-2023-04-16T07_13_07Z-pinned.pdf.pdf
15. Training multipod models on Ghostlite-at-2023-04-16T05_25_42Z-pinned.pdf.pdf
16. XOR _ Horizontal Scaling-at-2023-04-16T05_24_26Z-pinned.pdf.pdf

US-0074190

17. Cloud TPU V5 PF_VF Initialization-at-2022-06-01T17_33_59Z-pinned.pdf
18. COMMON proto-at-2022-06-01T20_31_11Z-pinned.pdf
19. ProblemManager-at-2022-06-01T20_20_40Z-pinned.pdf
20. AdAstra-Network-at-2022-06-01T18_21_40Z-pinned.pdf
21. TPU Fungibility _ ACU  Roadmap-at-2023-04-16T05_30_21Z-pinned.pdf
22. MegaScale XLA-at-2022-05-21T03_50_38Z-pinned.pdf

## Trade Secret Category Four

1. AdAstra-Board-at-2022-06-01T18_16_04Z-pinned.pdf
2. AdAstra-Hardware-at-2022-06-01T18_15_04Z-pinned.pdf
3. AdAstra-Mechanical-at-2022-06-01T18_15_24Z-pinned.pdf
4. AdAstra-NetworkTopology-at-2022-06-01T18_20_24Z-pinned.pdf
5. BigRig-at-2022-06-01T17_21_30Z-pinned.pdf
6. Endurance-B Hardware Design Doc (go_endurance-hw-spec)-at-2023-04-16T05_59_31Z-pinned.pdf
7. AdAstra-Storage-at-2022-06-01T18_16_25Z-pinned.pdf
8. Endurance GPU tray fans-at-2023-04-16T05_30_44Z-pinned.pdf
9. Rack - Jolt, Zoid2-at-2022-06-01T17_37_55Z-pinned.pdf
10. Tech Overview-at-2022-05-21T03_25_32Z-pinned.pdf
11. H100 Competitive Analysis-at-2023-04-16T05_31_38Z-pinned.pdf

## Trade Secret Category Five

1. AdAstra - ML Sync Engineering Review-at-2023-04-16T05_29_42Z-pinned.pdf
2. AdAstra-GPUDirect-at-2022-06-01T18_17_29Z-pinned.pdf
3. AdAstra-LinkD-at-2022-06-01T18_21_02Z-pinned.pdf
4. AdAstra-MachineManager-at-2022-06-01T18_19_30Z-pinned.pdf
5. AdAstra-SuperpodSW-at-2022-06-01T18_18_20Z-pinned.pdf
6. Borg Traffic Matrix API for Astrophel-at-2023-04-16T05_31_27Z-pinned.pdf
7. Fabric Topology for Astrophel-at-2023-04-16T05_31_48Z-pinned.pdf
8. Accel-Accelerator Topology-at-2022-06-01T20_25_05Z-pinned.pdf
9. AcceleratorParams proto-at-2022-06-01T20_35_02Z-pinned.pdf
10. AdAstra-Cloud Control Plane-at-2022-06-01T18_14_35Z-pinned.pdf
11. AdAstra-CloudNetworking-at-2022-06-01T18_18_05Z-pinned.pdf
12. AdAstra-ControlPlane-at-2022-06-01T18_15_54Z-pinned.pdf
13. AdAstra-EnduranceDiagnosticsAndTools-at-2022-06-01T18_18_42Z-pinned.pdf
14. AdAstra-EnduranceSSW-at-2022-06-01T18_18_13Z-pinned.pdf
15. AdAstra-Networking-at-2022-06-01T18_13_24Z-pinned.pdf
16. AdAstra-StableFleet-at-2022-06-01T18_19_03Z-pinned.pdf
17. AdAstra-XManager-at-2022-06-01T18_19_20Z-pinned.pdf
18. Astrophel on GKE - User Journey-at-2023-04-16T05_31_31Z-pinned.pdf
19. GPU Software (Cloud)-at-2022-06-01T17_32_04Z-pinned.pdf
20. Maintenance of GPU Pods and TPU Pod Slices in GKE-at-2023-04-16T05_31_52Z-pinned.pdf
21. UCF_ A Unified Communication Framework for ML and HPC in Google Cloud-at-2023-04-16T05_54_58Z-pinned.pdf
22. TCPDirect for AdAstra System Architecture-at-2023-04-16T05_55_01Z-pinned.pdf
23. TCPDirect_ GPU-GPU interconnect improvements.pdf
24. TCPDirect - Optimized Bulk Data Transfer to_from Devices-at-2023-04-16T05_55_04Z-pinned.pdf

US-0074191

25. TCP Direct on Promethium-at-2023-04-16T05_54_40Z-pinned.pdf
26. AdAstra-GPUDirect-at-2022-06-01T18_17_29Z-pinned.pdf
27. GPU sharing in Borg-at-2023-04-16T05_30_13Z-pinned.pdf

## Trade Secret Category Six

1. Dorite-uArch-at-2022-06-01T18_30_23Z-pinned.pdf
2. Diorite Architecture Overview-at-2022-06-01T18_28_57Z-pinned.pdf
3. Terrazzo V2_ concept phase CFR-at-2023-04-16T05_59_40Z-pinned.pdf

## Trade Secret Category Seven

1. Raptor Multi-NIC-at-2022-06-01T17_21_52Z-pinned.pdf
2. RDMA on-NIC SW architecture.pdf
3. RDMA-at-2022-06-01T18_29_11Z-pinned.pdf
4. Andromeda3.0-at-2022-06-01T17_52_43Z-pinned.pdf
5. CloudRDMA Top.pdf
6. CloudRDMA_Arch-at-2022-06-01T18_24_35Z-pinned.pdf
7. CloudRDMA-DeepDive-Datapath-at-2022-06-01T18_25_37Z-pinned.pdf
8. Diorite-gHMA-at-2022-06-01T18_29_18Z-pinned.pdf
9. Diorite-OCM-at-2022-06-01T18_28_06Z-pinned.pdf
10. Diorite-Routing-at-2022-06-01T18_30_09Z-pinned.pdf
11. Andromeda Routing IP in Diorite-at-2022-06-01T18_06_32Z-pinned.pdf
12. Andromeda, USPS _ Promethium. Network Virtualization_-at-2022-06-01T17_26_57Z-pinned.pdf
13. BaMM2, Pony Express _ Use Cases-at-2022-06-01T18_09_40Z-pinned.pdf
14. CloudRDMA Overview-at-2022-06-01T18_24_44Z-pinned.pdf
15. CloudRDMA_DeepDive-Cloud-at-2022-06-01T18_25_45Z-pinned.pdf
16. CloudRDMA-DeepDive-IntegrationTest-at-2022-06-01T18_25_23Z-pinned.pdf
17. CloudRDMA-DeepDive-onNIC SW-at-2022-06-01T18_25_54Z-pinned.pdf
18. CloudRDMA-DeepDive-Telemetry_Debugging.pdf
19. Diorite ATE Use Cases-at-2023-04-16T05_55_48Z-pinned.pdf
20. Diorite-Topology-at-2022-06-01T18_29_55Z-pinned.pdf
21. GVNIC-at-2022-06-01T17_25_53Z-pinned.pdf
22. HMA RDMA Support-at-2022-06-01T18_29_46Z-pinned.pdf
23. CloudRDMA-Arcus-at-2022-06-01T18_26_30Z-pinned.pdf
24. CloudRDMA-DeepDive-Datapath-at-2022-06-01T18_25_37Z-pinned.pdf

US-0074192