# EXHIBIT C

# Power-on self-test

https://en.wikipedia.org/wiki/Power-on_self-test

GOOG-0014405