# EXHIBIT D

## AIGC

https://www.jasper.ai/blog/ai-content-generator

GOOG-0001626