# EXHIBIT E

**From:**     Boome, Casey (USACAN)
**To:**       Fondo, Grant P; Feyzi, Fred; Rapp-Kirshner, David; Bhardwaj, Nirav
**Cc:**       Priedeman, Molly (USACAN)
**Subject:**  RE: United States v. Ding, No. 3:24-CR-00141-VC (N.D. Cal.) - Confidentiality Designations
**Date:**     Wednesday, September 11, 2024 1:22:17 PM
**Attachments:** image001.png
              image002.png
              image003.png
              image004.png
              image005.png
              image006.png

***EXTERNAL***
Counsel,

I received your letter dated August 27th expressing concerns about the confidentiality designations in the government's first four discovery productions.

We agree to remove the protected status from the four documents specified in your letter:

GOOG-0000795

GOOG-0014405

GOOG-0001626

GOOG-0001626

Furthermore, based on our ongoing document review and discussions with Google subject matter experts, we have identified additional documents initially marked Confidential that we now intend to de-designate.  We will re-produce the four documents referenced above, along with the additional de-designated documents in our next discovery production.

Moving forward, we propose working together in good faith to ensure that you and Mr. Ding are able to prepare his defense without undue difficulty, while at the same time protecting documents that are "intended to be kept secret or are trade secrets."  To that end, please continue to identify specific documents that you believe may be improperly designated Confidential.  We will prioritize documents that you identify for review, and we will continue to evaluate and de-designate documents on a rolling basis.

We respectfully reject your invitation to "provide specific justifications for the retention of the confidentiality designations on a document-by-document basis."  There is no basis for this request in the Protective Order and it is inconsistent with our implicit agreement in the Protective Order to work together in good faith to reasonably resolve disputes about confidentiality designations.

Best regards,

**Casey Boome**
Desk: 415-436-6627 | Cell: 415-377-0568
Casey.Boome@usdoj.gov

**From:** Rapp-Kirshner, David <DRappKirshner@goodwinlaw.com>
**Sent:** Tuesday, August 27, 2024 6:19 PM
**To:** Boome, Casey (USACAN) <cboome@usa.doj.gov>
**Cc:** Fondo, Grant P <GFondo@goodwinlaw.com>; Feyzi, Fred <FFeyzi@goodwinlaw.com>; Bhardwaj, Nirav <NBhardwaj@goodwinlaw.com>
**Subject:** [EXTERNAL] United States v. Ding, No. 3:24-CR-00141-VC (N.D. Cal.) - Confidentiality Designations

Counsel,

Please see the attached correspondence.

Best,
David

**David Rapp-Kirshner**



Goodwin Procter LLP
3 Embarcadero Center
San Francisco, CA 94111
o  +1 415 733 6287
f   +1 415 384 6028
DRappKirshner@goodwinlaw.com



*******************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*******************************************************************