# EXHIBIT F

| | |
|---|---|
| **From:** | Priedeman, Molly (USACAN) |
| **To:** | Rapp-Kirshner, David; Boome, Casey (USACAN) |
| **Cc:** | Fondo, Grant P; Woo, Darryl M; Feyzi, Fred; Marzen, Stephen (NSD); Zheng, Yifei (NSD) |
| **Subject:** | RE: US/Ding - Stipulated Protective Order & Review of Confidential Materials |
| **Date:** | Friday, February 14, 2025 1:01:14 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

***EXTERNAL***

Hi David,

As mentioned previously on our phone call, we are amenable to modifying the PO to permit Mr. Ding to review Confidential Materials unaccompanied solely for the purpose of the defense in this case on a secure review laptop with all internet and ports disabled, which shall be reviewed at and remain at all times, at Goodwin's offices, with the additional restrictions discussed. Specifically, that Mr. Ding also agree to leave all electronic devices (phones, cameras etc.) with counsel prior to reviewing Confidential Materials, and that any notes taken by Mr. Ding remain on the secure review laptop and/or otherwise in Goodwin's custody and control.

Please let me know if you have any questions or would like to discuss.

Best,

Molly

**Molly K. Priedeman**
Assistant United States Attorney
Northern District of California
1301 Clay Street, Suite 340S | Oakland, CA 94612
Tel: (510) 637-3697 | Cell: (415) 412-6841
molly.priedeman@usdoj.gov

**From:** Priedeman, Molly (USACAN)
**Sent:** Monday, January 13, 2025 5:41 PM
**To:** Rapp-Kirshner, David <DRappKirshner@goodwinlaw.com>; Boome, Casey (USACAN) <cboome@usa.doj.gov>
**Cc:** Fondo, Grant P <GFondo@goodwinlaw.com>; Woo, Darryl M <DWoo@goodwinlaw.com>; Feyzi, Fred <FFeyzi@goodwinlaw.com>; Marzen, Stephen (NSD) <Stephen.Marzen@usdoj.gov>; Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>
**Subject:** RE: US/Ding - Stipulated Protective Order & Review of Confidential Materials

Hi David,

Given the nature of this case and the sensitivity of the documents, we do not believe it is

appropriate to modify the protective order to allow Mr. Ding's unaccompanied review of the confidential documents.

Best,

Molly

**Molly K. Priedeman**
Assistant United States Attorney
Northern District of California
1301 Clay Street, Suite 340S | Oakland, CA 94612
Tel: (510) 637-3697 | Cell: (415) 412-6841
molly.priedeman@usdoj.gov

---

**From:** Rapp-Kirshner, David <DRappKirshner@goodwinlaw.com>
**Sent:** Monday, January 13, 2025 11:46 AM
**To:** Boome, Casey (USACAN) <cboome@usa.doj.gov>; Priedeman, Molly (USACAN) <MPriedeman@usa.doj.gov>
**Cc:** Fondo, Grant P <GFondo@goodwinlaw.com>; Woo, Darryl M <DWoo@goodwinlaw.com>; Feyzi, Fred <FFeyzi@goodwinlaw.com>
**Subject:** [EXTERNAL] RE: US/Ding - Stipulated Protective Order & Review of Confidential Materials

Counsel,

Following up on the below email.

Thank you.

Best,
David

---

**From:** Rapp-Kirshner, David
**Sent:** Friday, January 3, 2025 2:44 PM
**To:** 'Boome, Casey (USACAN)' <Casey.Boome@usdoj.gov>; 'Priedeman, Molly (USACAN)' <Molly.Priedeman@usdoj.gov>
**Cc:** Fondo, Grant P <GFondo@goodwinlaw.com>; Woo, Darryl M <DWoo@goodwinlaw.com>; Feyzi, Fred <FFeyzi@goodwinlaw.com>
**Subject:** US/Ding - Stipulated Protective Order & Review of Confidential Materials

Counsel,

We write to request a modification to the Interim Stipulated Protective Order (Dkt. 13) (the

"PO").  Currently, the PO restricts Mr. Ding's ability to review materials designated as "CONFIDENTIAL" without counsel present:

> "All such [CONFIDENTIAL] material shall be kept in the possession of THE DEFENDANT'S counsel in the above-captioned case and neither this material nor any copies of the material shall leave their possession (including via electronic transmission of any sort) for any purpose except submission in camera to the Court."

PO at 3.

Given the large volume of documents designated as Confidential, such restriction significantly impairs Mr. Ding's ability to review these documents and prepare his defense due to the logistical issues and impracticability posed by the need to have counsel present at all times.

Accordingly, please confirm whether the government is amendable to modifying the PO to permit Mr. Ding's unaccompanied review of Confidential Materials solely for the purposes of the defense in this action.  Specifically, Mr. Ding proposes that Confidential Materials be made available for Mr. Ding to review on a secure review laptop with all internet access and ports disabled, and which shall be reviewed at and remain at all times, at Goodwin's offices.

Thank you.

Best,
David


**David Rapp-Kirshner**

 GOODWIN

Goodwin Procter LLP
525 Market Street
San Francisco, CA 94105
o  +1 415 733 6287
f   +1 415 384 6028
DRappKirshner@goodwinlaw.com




*******************************************************************
This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient,

you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*****************************************************************