# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FUJIAN JINHUA INTEGRATED
CIRCUIT CO., LTD.,

Defendant.

Case No. 18-cr-00465-MMC-2

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR BILL OF PARTICULARS**

Before the Court is defendant Fujian Jinhua Integrated Circuit Co., Ltd.'s ("Jinhua") "Renewed and Amended Motion for Bill of Particulars," filed May 5, 2021. The government has filed opposition, to which Jinhua has replied. The matter came on regularly for hearing on June 23, 2021. Laura Vartain Horn and Nicholas O. Hunter of the United States Attorney's Office appeared on behalf of the government. Jack P. DiCanio and Matthew E. Sloan of Skadden, Arps, Slate, Meagher & Flom, LLP appeared on behalf of Jinhua.

The Court having read and considered the parties' respective written submissions, as well as having considered the arguments of counsel made at the hearing, and, for the reasons stated on the record at the hearing, the motion is hereby GRANTED in part and DENIED in part as follows:

1. To the extent Jinhua requests an order requiring the government to provide a bill of particulars identifying not only any trade secret the government asserts to be a compilation or combination but also identifying (including, if contained in a document, the place therein in which it can be found) any component thereof the government asserts is itself a trade secret on which the government intends to rely to establish Jinhua's guilt,

1   the motion is GRANTED.

2        2.  In all other respects, the motion is DENIED.

3        **IT IS SO ORDERED.**

4

5   Dated: June 23, 2021

6                                              MAXINE M. CHESNEY
                                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2