GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA H. FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:24-CR-00141-VC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT LINWEI DING'S MOTION FOR A BILL OF PARTICULARS** |
| v. | |
| LINWEI DING, | Courtroom:  4 (17th Floor) |
| Defendant. | Judge:     Hon. Vince Chhabria |
| | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |

**[PROPOSED] ORDER**

Upon consideration of Defendant Linwei Ding's ("Mr. Ding") Motion for a Bill of Particulars and supporting materials filed therewith, and for good cause shown, the Court **IT IS HEREBY ORDERED** that Mr. Ding's Motion is **GRANTED**.  The government shall file a Bill of Particulars providing the information requested in Mr. Ding's Motion and set forth in Attachment A to this Order within 14 days after the filing of this Order.

**IT IS SO ORDERED.**

Dated:  _____, 2025

_____
HON. VINCE CHHABRIA

1

## ATTACHMENT A

## BILL OF PARTICULARS

### Specific Facts Identifying Which Documents And Elements Therein the Government Alleges are Protectable Trade Secrets:

1. For each of the alleged Trade Secret Categories (Superseding Indictment ¶¶ 36-42), identify each document the government claims contains or comprises a trade secret;

2. For each document identified in No. 1 to contain or comprise a trade secret, identify the specific pages, portions, diagrams, line items or text of each document that the government claims are trade secrets under the applicable law; and

3. To the extent the government alleges that Trade Secrets Categories Nos. 1-7 constitute combination or compilation trade secrets, identify with particularity (a) the proprietary components of the alleged combination or compilation trade secret; and (b) why the alleged combination or compilation trade secret is unique and has independent value that satisfies the legal requirements under federal trade secret law.

### Specific Facts Regarding the Government's Allegation That Mr. Ding Satisfied the Intent Element of 18 USC § 1831 (Charge Nos. 7-14):

4. Identify with particularity which specific "foreign government, foreign instrumentality or foreign agent" the government alleges Mr. Ding intended or knew his alleged offenses would benefit (*id.* ¶ 46); and

5. To the extent the government alleges that Mr. Ding intended or knew his alleged offenses would benefit any "foreign instrumentality" and/or "foreign agent," identify with particularity the relationship, ties and associations between such foreign instrumentality and/or foreign agent and the respective foreign government (*id.* ¶ 46).

2