ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

CASEY BOOME (NYBN 5101845)
*Casey.boom@usdoj.gov*
MOLLY PRIEDEMAN (CABN 302096)
*Molly.priedeman@usdoj.gov*
**UNITED STATES ATTORNEY'S OFFICE**
**NORTHERN DISTRICT OF CALIFORNIA**
450 Golden Gate Avenue
San Francisco, CA 94102

Attorneys for United States of America

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, 32nd Floor
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LINWEI DING,<br><br>    Defendant. | Case No.  3:24-CR-00141-VC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER SETTING TRIAL DATE AND BRIEFING SCHEDULES** |

Pursuant to Criminal Local Rule 47-4 and this Court's February 5, 2024 Minute Order (Dkt. 46), the United States of America (the "United States") and Defendant Linwei Ding ("Mr. Ding"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the United States filed its Indictment on March 5, 2024 (Dkt. 1), and its Superseding Indictment on February 4, 2025 (Dkt. 44);

WHEREAS, there is currently no trial date set in this action;

WHEREAS, Mr. Ding intends to file certain motions identified to the Court and the United States, including a motion for a bill of particulars, a motion to modify the interim protective order, a motion to dismiss, and a motion to suppress (collectively, the "Forthcoming Motions");

WHEREAS, at the parties' February 5, 2025 status conference before the Court and in the Court's resulting minute order (Dkt. 46), the Court ordered that the parties "meet and confer and file a stipulation, by this Friday, regarding trial dates and briefing schedule for the [Forthcoming] [M]otions" ;

WHEREAS, this stipulation is made without affecting or prejudicing Mr. Ding's ability to bring future motions beyond the Forthcoming Motions as necessary, subject to the Federal Rules of Criminal Procedure, this District's Criminal Local Rules, and this Court's Standing Order;

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court order that the trial in this matter be set to commence on October 6, 2025, and proceed thereafter for a total of about four weeks.

FURTHER, the parties stipulate and agree, and respectfully request that the Court order the following briefing and hearing schedules for Mr. Ding's Forthcoming Motions:

| Event | Deadline/Date |
| --- | --- |
| Mr. Ding to file Motion to Modify Protective Order | Tues., Feb. 18 |
| Government to file Opposition to Motion to Modify Protective Order | Wed., Mar. 5 |
| Mr. Ding to file Reply ISO Motion to Modify Protective Order | Wed., Mar. 12 |

1

| **Hearing on Motion to Modify Protective Order** | **Wed., Mar. 19** |
| Mr. Ding to file Motion for Bill of Particulars | Tues., Feb. 25 |
| Government to file Opposition to Motion for Bill of Particulars | Wed., Mar. 19 |
| Mr. Ding to file Reply ISO Motion for Bill of Particulars | Wed., Mar. 26 |
| Mr. Ding to file Motion to Dismiss | Tues., Mar. 4 |
| Government to file Opposition to Motion to Dismiss | Wed., Mar. 19 |
| Mr. Ding to file Reply ISO Motion to Dismiss | Wed., Mar. 26 |
| **Hearing on Motion for Bill of Particulars and Motion to Dismiss** | **Wed., Apr. 2** |
| Mr. Ding to file Motion to Suppress | Tues., Apr. 1 |
| Government to file Opposition to Motion to Suppress | Wed,. Apr. 16 |
| **Evidentiary hearing for Motion to Suppress (if ordered)** | Fri., May 2 |
| **Hearing on Motion to Suppress (if no evidentiary hearing)** | **Wed. Apr. 30** |
| Supplemental briefs on Motion to Suppress (both parties, if ordered following evidentiary hearing) | Wed., May 16 |
| **Hearing on Motion to Suppress (if evidentiary hearing)** | **Wed., June 4** |
| **Trial** | **Tues., Oct. 14** |

IT IS SO STIPULATED.

Respectfully submitted,

2

Dated: February 10, 2025

ISMAIL J. RAMSEY (SBN 189820)
United States Attorney

By: /s/      *Molly Priedeman*
CASEY BOOME (NYBN 5101845)
*Casey.boom@usdoj.gov*
MOLLY PRIEDEMAN (CABN 302096)
*Molly.priedeman@usdoj.gov*

Attorneys for United States of America

Dated: February 10, 2025

By: /s/      *David Rapp-Kirshner*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant
LINWEI DING

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:      February 12, 2025

IT IS SO ORDERED
AS MODIFIED
Judge Vince Chhabria

The Honorable Vince Chhabria
United States District Judge

3