PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    casey.boome@usdoj.gov
    molly.priedeman@usdoj.gov

STEPHEN MARZEN (NYBN 2007094)
YIFEI ZHENG (NYBN 5424957)
Trial Attorneys, National Security Division

    950 Pennsylvania Avenue, N.W.
    Washington, DC 20530
    Telephone: (202) 616-1051
    stephen.marzen@usdoj.gov
    yifei.zheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00141-VC |
| Plaintiff, | **DECLARATION OF CASEY BOOME IN SUPPORT OF THE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO MODIFY THE PROTECTIVE ORDER** |
| v. | |
| LINWEI DING, aka Leon Ding, | |
| Defendant. | The Honorable Vince Chhabria |
| | Courtroom 4, 17th Floor |
| | Hearing: 1:00 pm on March 19, 2025 |

**DECLARATION OF CASEY BOOME**

    I, Casey Boome, declare as follows:

    1.    I am an Assistant United States Attorney for the Northern District of California and am one of the attorneys assigned to the prosecution of the above-entitled criminal case.

Declaration of Casey Boome
3:24-cr-00141-VC

    1

2.    On January 16, 2024, pursuant to a search warrant, the government received from Google the contents of three personal Google Cloud accounts controlled by the Defendant. Special Agents of the Federal Bureau of Investigation reviewed the information and identified a series of folders within one of the Defendant's cloud accounts that contained confidential information and trade secrets belonging to Google LLC ("Google"). The folders appeared to have been labeled by the Defendant to organize the files by topic.

3.    On March 30, 2024, the government sent the Defendant its first discovery production, which contained 1,370 files with the Bates prefix "GOOG" designated as Confidential Material under the protective order (hereinafter "designated" files). By March 30, 2024, the government had discussed some, but not all, of the designated files with Google subject matter experts. The 1,370 designated GOOG files were found in the organized folder structure in Defendant's cloud account, as described above.

4.    On September 18, 2024, the government produced 3,005 designated files with a "US" Bates prefix. The September 18th production, the government's fifth, included duplicate copies of the 1,370 protected "GOOG" files that the government had previously produced on March 30, 2024. In its discovery cover letter accompanying the September 18th production, the government advised the defendant as follows:

> On March 28, 2024, the government produced Google Confidential files, including alleged trade secret files, under the Bates prefix "GOOG". These files were recovered from one or more personal cloud storage accounts which Mr. Ding controlled. The government's Fifth Production includes evidence copies[1] of each cloud storage account under the Bates prefix "US". **Please note, therefore, that the US- files from Mr. Ding's cloud accounts designated protected will substantially overlap with the previously produced GOOG- files.** The Bates ranges for each account are indicated below.
>
> i.    US-0006572 - US-0018708: 1B32- Results Export Dingyong
> ii.   US-0018709 - US-0049306: 1B32- Results Export Linweidin
> iii.  US-0049307 - US-0050317: 1B38- Results Export Linweidiwork

*See* **Exhibit H to the Declaration of Grant Fondo**, *Fifth Production Cover Letter, September 18, 2024* (bold-facing added).

---

[1] "Evidence copy" refers to the data and files contained in each cloud account that the government seized pursuant to the applicable search warrant (*i.e.*, the files described in Attachment B to the search warrant).

Declaration of Casey Boome                    2
3:24-cr-00141-VC

5.      In other words, in its fifth discovery production, the government re-produced with "US" Bates numbers the 1,370 designated GOOG files, along with associated metadata files and other artifacts that Google provided to the government in response to the search warrant referenced in Paragraph 2 of this declaration. For instance, in its first production on March 30, 2024, the government produced a designated .pdf (portable document file) document entitled "AdAstra-Hardware-at-2022-06-01T18_15_04Z-pinned.pdf" (GOOG-0001341- 89). In its fifth production on September 18, 2024, the government produced a designated duplicate copy of the same document (US-0023174 – 222), together with the following derivative files:

a.      US-0023223 – 27 (not designated): AdAstra-Hardware.pdf-info.json; and

b.      US-0023453 (designated): thumbnail-0-AdAstra-Hardware-at-2022-06-01T18_15_04Z-pinned.pdf.png

6.      I understand .json files to be metadata files containing information about the primary document, such as the owner of the document, creation date, and the date on which the primary document was last edited. I understand .png files to be "thumbnail" files containing an image of the first page of the primary document. Thumbnail files facilitate visual user interface in Google Cloud (*e.g.,* when a user "previews" a file without opening it, a thumbnail appears showing an image of the first page of the file). In the fifth production, all thumbnail (.png) files associated with designated documents were designated. The government intended to produce all metadata (.json) files without designation, but some metadata files were inadvertently designated. More specifically, the government's fifth production included 1,285 single-page thumbnail (.png) files designated under the protective order and 91 inadvertently designated metadata (.json or .json.txt) files.

7.      In summary, the 3,005 designated files in the government's fifth production (produced on September 18, 2024) included duplicate copies of the 1,370 designated GOOG files, 1,285 single-page thumbnail (.png) files (duplicating again the first page of most of the 1,370 GOOG files), and 91 metadata files. As such, 2,746 of the 3,005 designated files were either metadata files or duplicate copies of designated document that the government produced to Defendant in March 2024.

8.      On August 27, 2024, I received a letter from defense counsel regarding protective order designations. *See* **Exhibit E to Fondo Decl**. I responded on September 11, 2024. *See* **Exhibit G to**

Declaration of Casey Boome                                    3
3:24-cr-00141-VC

**Fondo Decl**.

9.      On approximately November 25 and 26, 2024, I reviewed each of the 1,370 designated GOOG files. I identified 83 files to re-produce without designation. The de-designated documents included: a) documents containing information that Google subject matter experts stated had been published or otherwise made public;[2] b) non-substantive documents containing only links or references to other documents; c) non-technical documents related to the Defendant's employment duties, such as the Defendant's resume, performance reviews for the Defendant's subordinates, and training documents; and d) non-Google business documents that had been co-mingled with Google confidential and trade secret information within the Defendant's cloud account.

10.     Also on November 25 and 26, 2024, I identified the corresponding 83 US- Bates numbered files from the fifth production, along with corresponding derivative thumbnail and metadata files.

11.     On November 26, 2024, the government de-designated and re-produced 278 files. On November 26, 2024, I sent an email to defense counsel containing an index listing each of the 278 de-designated files. A true and correct copy of that email and its attachments are attached to this declaration as **Exhibit 1**. Among the files the government de-designated on November 26, 2024 were all documents referenced in **Exhibits C, D, and F to the Declaration of Grant Fondo**.

12.     **Exhibit A to the Declaration of Grant Fondo** (US-0012528) contains a non-technical, personal document that was inadvertently designated under the protective order. If Defendant brought this document to the government's attention before filing his motion, the government would have de-designated it.

13.     The government's ongoing discovery productions will include some designated documents, primarily consisting of FBI reports of interviews with Google witnesses. Those reports will be designated because they include information about the trade secret technology at issue in the case.

14.     On February 26 and 27, 2025, I reviewed the 3,005 designated files from the fifth production and identified 109 files that the government will de-designate in its next discovery

---

[2] These interviews took place after the government's initial discovery production on March 30, 2024.

Declaration of Casey Boome                                          4
3:24-cr-00141-VC

production. Those 109 files include a) 64 metadata (.json and .json.txt) files; 18 HR-related documents pertaining to the defendant's employment at Cadence (one of his former employers); c) 11 non-technical Google documents, such as job descriptions, interview outlines, and other notes; and d) 16 non-Google-related personal documents, including two copies of the resume-like document attached as **Exhibit A to the Declaration of Grant Fondo**.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: March 4, 2025                    Respectfully submitted,


                                        _/s/ Casey Boome_
                                        CASEY BOOME
                                        Assistant United States Attorney

# Casey Boome Declaration Exhibit 1

## Marzen, Stephen (NSD)

**From:** Boome, Casey (USACAN)
**Sent:** Tuesday, November 26, 2024 2:36 PM
**To:** Fondo, Grant P; Rapp-Kirshner, David; Feyzi, Fred; Bhardwaj, Nirav; Woo, Darryl M
**Cc:** Priedeman, Molly (USACAN); Hernandez, Veronica (USACAN)
**Subject:** Linwei Ding - Sixth Discovery Production & Re-Production of Certain Files
**Attachments:** 2024.11.25 USA v Ding Production 6 .xlsx; 2024.11.25 USA v Ding Re-production.xlsx; Ding_Discovery Cover Letter_Sixth Production_11.26.2024.pdf


Good Morning Defense Team –

We have just shared with Fred via USAfx the government's 6th production of new discovery materials and a re-production batch containing certain files now produced without a confidential designation under the protective order.  Please see the attached cover letter and indexes for further information.

We hope you all have a happy Thanksgiving,

Casey, Molly, & Veronica

**Casey Boome**
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102
Desk: 415-436-6627 | Cell: 415-377-0568
Casey.Boome@usdoj.gov

1

# Casey Boome Declaration Exhibit 1-A



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

| | |
|---|---|
| *11th Floor, Federal Building* | *(415)436-7200* |
| *450 Golden Gate Ave., Box 36055* | |
| *San Francisco, CA 94102-3495* | *FAX: (415)436-7234* |

November 25, 2024

**BY EMAIL**

Grant Fondo, Esq.
Counsel For Defendant
Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063

       **Re:**    **United States v. Linwei Ding**
                **CR-24-00141-VC**

                **Sixth Production of Discovery**

Dear Mr. Fondo:

Pursuant to your request for discovery, provided by USAfx today is the United States' Sixth Production of Discovery in the above matter. Discovery provided by USAfx is only available for 60 days before it is automatically deleted. Please download the discovery before 60 days expire. Please be aware that some of the discovery is designated protected under the protective order agreed to by us and approved by the court on March 27, 2024 (Dkt. 13).

Please note that the government's Sixth Production contains new discovery materials at Bates range US-0072952 through US-0073825 and re-produced materials, which are specified in a separate index. The re-produced files were previously produced under the protective order but are now re-produced without a protected designation.

Additional discovery is outstanding. In accordance with Federal Rule of Criminal Procedure 16.1, please be advised that the government will produce additional discovery as soon as practicable.

Attached to this letter is an index describing the discovery provided today. By producing a discovery index in this case, the government does not concede that such an index is required to be produced by any law, case, or rule; does not warrant the completeness or accuracy of the index; and specifically advises the defendant that the index is subject to change and correction

through the time of final judgment without requiring the government to notify the defendant of each change or correction.

With regard to the discovery itself, the government will make available for your inspection any item of evidence referred to in the enclosed reports and documents, as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief. Please contact me to arrange a mutually convenient time for your inspection of such items.

The enclosed materials and any future discovery provided to you which may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations. The government rejects any suggestion that the criminal local rules, including Criminal Local Rule 16-1(c), serve as valid authority for any substantive discovery obligations beyond that required under the applicable federal statutes and rules. *See, e.g.*, 18 U.S.C. § 3500 and Federal Rule of Criminal Procedure 16.

### Notice Regarding Federal Rules of Evidence 404(b), 608, and 609

The government hereby gives notice that it may seek to introduce the other crimes, wrongs, or acts committed by the defendant which are referenced in the enclosed documents pursuant to Rules 404(b), 608, and/or 609 of the Federal Rules of Evidence.

### Request for Reciprocal Discovery

With this letter the government requests all reciprocal discovery to which it is entitled under Federal Rules of Criminal Procedure 16(b) and (c) and 26.2, including, but not limited to, the following:

1.  Inspection and/or copies of all books, papers, documents, photographs, tangible objects, or portions thereof in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in his case-in-chief at trial.

2.  Inspection and/or copies of the results of any reports of physical or mental examinations and of scientific tests or experiments made in connection with the above-entitled case within the possession or control of the defendant which the defendant intends to introduce as evidence in his case-in-chief at trial or which have been prepared by a witness whom the defendant intends to call at trial.

3.  Inspection and/or copies of all statements made by all witnesses whom the defendant intends to call at trial.

### Request for Notice of Defenses

The government also requests under Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 notice of any intention of your client to rely on an alibi defense, a defense involving mental condition or duress, and/or a public authority defense, as well as any intention to offer an entrapment defense.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

ISMAIL J. RAMSEY
United States Attorney


*/s/ Casey Boome*
CASEY BOOME
MOLLY PRIEDEMAN
Assistant United States Attorneys

Enclosures:    Criminal Discovery Index (New Files)
Criminal Discovery Index (Re-Produced Files)

# Casey Boome Declaration Exhibit 1-B

United States v. Ding, 3:24-CR-00141-VC

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **Beg Bates** | **End Bates** | **Description** | **Protective Order Status** |
| 2 | US-0072952 | US-0072952 | 480Q-SF-3860562_0000129_Redacted.pdf | No PO |
| 3 | US-0072953 | US-0072955 | 480Q-SF-3860562_0000130_Redacted.pdf | No PO |
| 4 | US-0072956 | US-0072956 | 480Q-SF-3860562_0000131_1A0000124_0000001_PHYSICAL_Redacted.pdf | No PO |
| 5 | US-0072957 | US-0072957 | 480Q-SF-3860562_0000131_1A0000124_0000002_PHYSICAL_Redacted.pdf | No PO |
| 6 | US-0072958 | US-0072959 | 480Q-SF-3860562_0000131_Redacted.pdf | No PO |
| 7 | US-0072960 | US-0072960 | 480Q-SF-3860562_0000132_1A0000125_0000001.pdf | No PO |
| 8 | US-0072961 | US-0072985 | 480Q-SF-3860562_0000132_1A0000125_0000002.pdf | No PO |
| 9 | US-0072986 | US-0072986 | 480Q-SF-3860562_0000132_Redacted.pdf | No PO |
| 10 | US-0072987 | US-0072987 | 480Q-SF-3860562_0000133_Redacted.pdf | No PO |
| 11 | US-0072988 | US-0072988 | 480Q-SF-3860562_0000134_1A0000126_0000001_PHYSICAL_Redacted.pdf | No PO |
| 12 | US-0072989 | US-0072989 | 480Q-SF-3860562_0000134_Redacted.pdf | No PO |
| 13 | US-0072990 | US-0072990 | 480Q-SF-3860562_0000135_Redacted.pdf | No PO |
| 14 | US-0072991 | US-0072991 | 480Q-SF-3860562_0000136_Redacted.pdf | No PO |
| 15 | US-0072992 | US-0072992 | 480Q-SF-3860562_0000137_Redacted.pdf | No PO |
| 16 | US-0072993 | US-0072993 | 480Q-SF-3860562_0000138_1A0000127_0000001_PHYSICAL_Redacted.pdf | No PO |
| 17 | US-0072994 | US-0072994 | 480Q-SF-3860562_0000138_Redacted.pdf | No PO |
| 18 | US-0072995 | US-0072995 | 480Q-SF-3860562_0000139_1A0000128_0000001_PHYSICAL_Redacted.pdf | No PO |
| 19 | US-0072996 | US-0072996 | 480Q-SF-3860562_0000139_Redacted.pdf | No PO |
| 20 | US-0072997 | US-0072997 | 480Q-SF-3860562_0000140_1A0000129_0000001_PHYSICAL_Redacted.pdf | No PO |
| 21 | US-0072998 | US-0072998 | 480Q-SF-3860562_0000140_Redacted.pdf | No PO |
| 22 | US-0072999 | US-0072999 | 480Q-SF-3860562_0000141_Redacted.pdf | No PO |
| 23 | US-0073000 | US-0073000 | 480Q-SF-3860562_0000142_Redacted.pdf | No PO |
| 24 | US-0073001 | US-0073001 | 480Q-SF-3860562_0000143_1A0000132_0000001_PHYSICAL_Redacted.pdf | No PO |
| 25 | US-0073002 | US-0073002 | 480Q-SF-3860562_0000143_Redacted.pdf | No PO |
| 26 | US-0073003 | US-0073015 | 480Q-SF-3860562_0000144_1A0000133_0000001.pdf | No PO |
| 27 | US-0073016 | US-0073017 | 480Q-SF-3860562_0000144_1A0000133_0000002.pdf | No PO |
| 28 | US-0073018 | US-0073020 | 480Q-SF-3860562_0000144_1A0000133_0000003.pdf | No PO |
| 29 | US-0073021 | US-0073021 | 480Q-SF-3860562_0000144_Redacted.pdf | No PO |
| 30 | US-0073022 | US-0073022 | 480Q-SF-3860562_0000145_Redacted.pdf | No PO |
| 31 | US-0073023 | US-0073023 | 480Q-SF-3860562_0000146_Redacted.pdf | No PO |
| 32 | US-0073024 | US-0073024 | 480Q-SF-3860562_0000147_1A0000134_0000001_PHYSICAL_Redacted.pdf | No PO |
| 33 | US-0073025 | US-0073025 | 480Q-SF-3860562_0000147_Redacted.pdf | No PO |
| 34 | US-0073026 | US-0073026 | 480Q-SF-3860562_0000148_1A0000135_0000001_PHYSICAL_Redacted.pdf | No PO |
| 35 | US-0073027 | US-0073027 | 480Q-SF-3860562_0000148_Redacted.pdf | No PO |
| 36 | US-0073028 | US-0073029 | 480Q-SF-3860562_0000150_Redacted.pdf | No PO |
| 37 | US-0073030 | US-0073030 | 480Q-SF-3860562_0000152_1A0000136_0000001_PHYSICAL_Redacted.pdf | No PO |
| 38 | US-0073031 | US-0073032 | 480Q-SF-3860562_0000152_Redacted.pdf | No PO |
| 39 | US-0073033 | US-0073033 | 480Q-SF-3860562-GJ_0000031_1A0000049_0000001_Redacted.pdf | No PO |
| 40 | US-0073034 | US-0073034 | 480Q-SF-3860562-GJ_0000031_Redacted.pdf | No PO |
| 41 | US-0073035 | US-0073035 | 480Q-SF-3860562_0000153_1A0000138_0000001.xlsx | No PO |
| 42 | US-0073036 | US-0073036 | 480Q-SF-3860562_0000153_1A0000138_0000002_Redacted.pdf | No PO |
| 43 | US-0073037 | US-0073037 | 480Q-SF-3860562_0000153_Redacted.pdf | No PO |
| 44 | US-0073038 | US-0073086 | 480Q-SF-3860562_0000154_1A0000139_0000001.pdf | No PO |
| 45 | US-0073087 | US-0073103 | 480Q-SF-3860562_0000154_1A0000139_0000002.pdf | Trade Secrets PO |
| 46 | US-0073104 | US-0073162 | 480Q-SF-3860562_0000154_1A0000139_0000003.pdf | No PO |
| 47 | US-0073163 | US-0073178 | 480Q-SF-3860562_0000154_1A0000139_0000004.pdf | No PO |
| 48 | US-0073179 | US-0073186 | 480Q-SF-3860562_0000154_Redacted.pdf | No PO |
| 49 | US-0073187 | US-0073187 | 480Q-SF-3860562_0000155_Redacted.pdf | No PO |
| 50 | US-0073188 | US-0073189 | 480Q-SF-3860562_0000156_1A0000140_0000001_Redacted.pdf | No PO |
| 51 | US-0073190 | US-0073191 | 480Q-SF-3860562_0000156_Redacted.pdf | No PO |
| 52 | US-0073192 | US-0073213 | 480Q-SF-3860562_0000157_1A0000141_0000001.pdf | No PO |
| 53 | US-0073214 | US-0073215 | 480Q-SF-3860562_0000157_Redacted.pdf | No PO |
| 54 | US-0073216 | US-0073216 | CI-016QBLT Certificate_Redacted.pdf | No PO |
| 55 | US-0073217 | US-0073690 | CI-016QBLT_Redacted.pdf | No PO |
| 56 | US-0073691 | US-0073692 | Cover Lt.pdf | No PO |
| 57 | US-0073693 | US-0073696 | 480Q-SF-3860562_0000158_Redacted.pdf | No PO |
| 58 | US-0073697 | US-0073701 | 480Q-SF-3860562_0000159_Redacted.pdf | Trade Secrets PO |
| 59 | US-0073702 | US-0073706 | 480Q-SF-3860562_0000160_Redacted.pdf | Trade Secrets PO |
| 60 | US-0073707 | US-0073710 | 480Q-SF-3860562_0000161_Redacted.pdf | Trade Secrets PO |
| 61 | US-0073711 | US-0073715 | 480Q-SF-3860562_0000162_Redacted.pdf | Trade Secrets PO |
| 62 | US-0073716 | US-0073720 | 480Q-SF-3860562_0000163_Redacted.pdf | Trade Secrets PO |
| 63 | US-0073721 | US-0073726 | 480Q-SF-3860562_0000164_Redacted.pdf | No PO |
| 64 | US-0073727 | US-0073732 | 480Q-SF-3860562_0000165_Redacted.pdf | No PO |
| 65 | US-0073733 | US-0073737 | 480Q-SF-3860562_0000166_Redacted.pdf | No PO |
| 66 | US-0073738 | US-0073739 | 480Q-SF-3860562_0000167_1A0000148_0000001_Redacted.pdf | No PO |
| 67 | US-0073740 | US-0073741 | 480Q-SF-3860562_0000167_1A0000148_0000002_Redacted.pdf | No PO |
| 68 | US-0073742 | US-0073742 | 480Q-SF-3860562_0000167_Redacted.pdf | No PO |
| 69 | US-0073743 | US-0073744 | 480Q-SF-3860562_0000168_1A0000149_0000001.docx | No PO |
| 70 | US-0073745 | US-0073745 | 480Q-SF-3860562_0000168_1A0000150_0000001.mp4 | No PO |

| | Beg Bates | End Bates | Description | Protective Order Status |
|---|---|---|---|---|
| 1 | **Beg Bates** | **End Bates** | **Description** | **Protective Order Status** |
| 2 | US-0072952 | US-0072952 | 480Q-SF-3860562_0000129_Redacted.pdf | No PO |
| 71 | US-0073746 | US-0073746 | 480Q-SF-3860562_0000168_Redacted.pdf | No PO |
| 72 | US-0073747 | US-0073747 | 480Q-SF-3860562_0000170_1A0000153_0000001.jpg | Trade Secrets PO |
| 73 | US-0073748 | US-0073748 | 480Q-SF-3860562_0000170_1A0000153_0000002.jpg | Trade Secrets PO |
| 74 | US-0073749 | US-0073749 | 480Q-SF-3860562_0000170_1A0000153_0000003.jpg | Trade Secrets PO |
| 75 | US-0073750 | US-0073750 | 480Q-SF-3860562_0000170_1A0000153_0000004.jpg | Trade Secrets PO |
| 76 | US-0073751 | US-0073751 | 480Q-SF-3860562_0000170_1A0000153_0000005.jpg | Trade Secrets PO |
| 77 | US-0073752 | US-0073752 | 480Q-SF-3860562_0000170_1A0000153_0000006.jpg | Trade Secrets PO |
| 78 | US-0073753 | US-0073765 | 480Q-SF-3860562_0000170_Redacted.pdf | Trade Secrets PO |
| 79 | US-0073766 | US-0073766 | Basic deposit account information.pdf | No PO |
| 80 | US-0073767 | US-0073779 | content_044000.pdf | No PO |
| 81 | US-0073780 | US-0073791 | d75bfd103b16d217e423c74b03adfc6f.pdf | No PO |
| 82 | US-0073792 | US-0073792 | Ding Linwei's application for a defense statement.pdf | No PO |
| 83 | US-0073793 | US-0073793 | Investors Zhisuan ppt addressed to.xlsx | No PO |
| 84 | US-0073794 | US-0073799 | Lightspeed China NDA Template (2023).docx | No PO |
| 85 | US-0073800 | US-0073800 | Potential customers of Zhisuan Technology.pdf | No PO |
| 86 | US-0073801 | US-0073805 | Shanghai Zhisuan Technology Charter.pdf | No PO |
| 87 | US-0073806 | US-0073818 | Shanghai Zhisuan Technology Co-DingLinwei.pdf | No PO |
| 88 | US-0073819 | US-0073820 | Shanghai Zhisuan Technology Co., Ltd. (Affiliation Contract (Gem Park)).pdf | No PO |
| 89 | US-0073821 | US-0073821 | shareholders' decision of an one-man joint stock limited company.pdf | No PO |
| 90 | US-0073822 | US-0073823 | 480Q-SF-3860562_0000131_Redacted.pdf | No PO |
| 91 | US-0073824 | US-0073824 | 480Q-SF-3860562_0000132_Redacted.pdf | No PO |
| 92 | US-0073825 | US-0073825 | GitHubSW Placeholder.docx | No PO |
| 93 | US-0073826 | US-0073826 | 480Q-SF-3860562_0000093_1A0000088_0000001.png | No PO |
| 94 | US-0073827 | US-0073833 | 480Q-SF-3860562_0000093_1A0000088_0000002_Redactable_Redacted.pdf | No PO |
| 95 | US-0073834 | US-0073849 | 480Q-SF-3860562_0000093_1A0000089_0000001_Redactable_Redacted.pdf | No PO |
| 96 | US-0073850 | US-0073850 | 480Q-SF-3860562_0000093_1A0000089_0000002.png | No PO |
| 97 | US-0073851 | US-0073852 | 480Q-SF-3860562_0000093_Redactable_Redacted.pdf | No PO |
| 98 | US-0073853 | US-0073853 | 480Q-SF-3860562_0000094_Redactable_Redacted.pdf | No PO |
| 99 | US-0073854 | US-0073858 | INTENTIONALLY LEFT BLANK | |
| 100 | US-0073859 | US-0073863 | 480Q-SF-3860562_0000095_1A0000090_0000001_Redactable_Redacted.pdf | No PO |
| 101 | US-0073864 | US-0073869 | 480Q-SF-3860562_0000095_1A0000090_0000002_Redactable_Redacted.pdf | No PO |
| 102 | US-0073870 | US-0073871 | 480Q-SF-3860562_0000095_Redactable_Redacted.pdf | No PO |
| 103 | US-0073872 | US-0073872 | 480Q-SF-3860562_0000096_1A0000091_0000001_PHYSICAL_Redactable_Redacted | No PO |
| 104 | US-0073873 | US-0073873 | 480Q-SF-3860562_0000096_Redactable_Redacted.pdf | No PO |
| 105 | US-0073874 | US-0073874 | 480Q-SF-3860562_0000097_1A0000092_0000001_PHYSICAL_Redactable_Redacted | No PO |
| 106 | US-0073875 | US-0073885 | 480Q-SF-3860562_0000097_1A0000093_0000001.pdf | No PO |
| 107 | US-0073886 | US-0073886 | 480Q-SF-3860562_0000097_Redactable_Redacted.pdf | No PO |
| 108 | US-0073887 | US-0073887 | 480Q-SF-3860562_0000098_1A0000094_0000001_PHYSICAL_Redactable_Redacted | No PO |
| 109 | US-0073888 | US-0073888 | 480Q-SF-3860562_0000098_Redactable_Redacted.pdf | No PO |
| 110 | US-0073889 | US-0073898 | 480Q-SF-3860562_0000099_1A0000095_0000001_Redactable_Redacted.pdf | No PO |
| 111 | US-0073899 | US-0073927 | 480Q-SF-3860562_0000099_1A0000095_0000002_Redactable_Redacted.pdf | No PO |
| 112 | US-0073928 | US-0073929 | 480Q-SF-3860562_0000099_Redactable_Redacted.pdf | No PO |
| 113 | US-0073930 | US-0073930 | 480Q-SF-3860562_0000100_1A0000096_0000001_Redactable_Redacted.pdf | No PO |
| 114 | US-0073931 | US-0073931 | 480Q-SF-3860562_0000100_1A0000096_0000002_Redactable_Redacted.pdf | No PO |
| 115 | US-0073932 | US-0073934 | 480Q-SF-3860562_0000100_1A0000096_0000003_Redactable_Redacted.pdf | No PO |
| 116 | US-0073935 | US-0073937 | 480Q-SF-3860562_0000100_1A0000096_0000004_Redactable_Redacted.pdf | No PO |
| 117 | US-0073938 | US-0073943 | 480Q-SF-3860562_0000100_1A0000096_0000005_Redactable_Redacted.pdf | No PO |
| 118 | US-0073944 | US-0073946 | 480Q-SF-3860562_0000100_1A0000096_0000006_Redactable_Redacted.pdf | No PO |
| 119 | US-0073947 | US-0073948 | 480Q-SF-3860562_0000100_1A0000096_0000007_Redactable_Redacted.pdf | No PO |
| 120 | US-0073949 | US-0073951 | 480Q-SF-3860562_0000100_1A0000096_0000008_Redactable_Redacted.pdf | No PO |
| 121 | US-0073952 | US-0073952 | 480Q-SF-3860562_0000100_1A0000096_0000009_Redactable_Redacted.pdf | No PO |
| 122 | US-0073953 | US-0073954 | 480Q-SF-3860562_0000100_1A0000096_0000010_Redactable_Redacted.pdf | No PO |
| 123 | US-0073955 | US-0073957 | 480Q-SF-3860562_0000100_1A0000096_0000011_Redactable_Redacted.pdf | No PO |
| 124 | US-0073958 | US-0073958 | 480Q-SF-3860562_0000100_1A0000096_0000012_Redactable_Redacted.pdf | No PO |
| 125 | US-0073959 | US-0073961 | 480Q-SF-3860562_0000100_1A0000096_0000013_Redactable_Redacted.pdf | No PO |
| 126 | US-0073962 | US-0073964 | 480Q-SF-3860562_0000100_1A0000096_0000014_Redactable_Redacted.pdf | No PO |
| 127 | US-0073965 | US-0073967 | 480Q-SF-3860562_0000100_1A0000096_0000015_Redactable_Redacted.pdf | No PO |
| 128 | US-0073968 | US-0073974 | 480Q-SF-3860562_0000100_1A0000097_0000001_Redactable_Redacted.pdf | No PO |
| 129 | US-0073975 | US-0073988 | 480Q-SF-3860562_0000100_1A0000098_0000001.pdf | No PO |
| 130 | US-0073989 | US-0073991 | 480Q-SF-3860562_0000100_Redactable_Redacted.pdf | No PO |
| 131 | US-0073992 | US-0073993 | 480Q-SF-3860562_0000101_Redactable_Redacted.pdf | No PO |

# Casey Boome Declaration Exhibit 1-C

United States v. Ding, 3:24-CR-00141-VC

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **Beg Bates** | **End Bates** | **Description** | **Protective Order Status** |
| 2 | GOOG-0000795 | GOOG-0000795 | A100 on Internal Borg Retrospective-at-2023-04-16T05_27_57Z-pinned.pdf | No PO |
| 3 | GOOG-0001626 | GOOG-0001626 | AIGC-at-2023-04-16T06_53_37Z-pinned.pdf | No PO |
| 4 | GOOG-0001908 | GOOG-0001908 | And we used to have this document for our implementation plan. go…-at-2023-04-16T05_27_53Z-pinned.pdf | No PO |
| 5 | GOOG-0002295 | GOOG-0002296 | Astrophel-at-2023-04-16T05_28_01Z-pinned.pdf | No PO |
| 6 | GOOG-0002297 | GOOG-0002297 | Astrophel-Borglet-at-2023-04-16T05_27_41Z-pinned.pdf | No PO |
| 7 | GOOG-0002608 | GOOG-0002608 | Bigrig A100 internal borg-at-2023-04-16T05_27_24Z-pinned.pdf | No PO |
| 8 | GOOG-0002745 | GOOG-0002746 | Blinders Open Source-at-2023-04-16T07_23_24Z-pinned.pdf | No PO |
| 9 | GOOG-0002747 | GOOG-0002752 | Blinders-at-2023-04-16T07_22_13Z-pinned.pdf | No PO |
| 10 | GOOG-0002815 | GOOG-0002815 | Borg Docs Top-at-2022-06-01T17_04_56Z-pinned.pdf | No PO |
| 11 | GOOG-0002891 | GOOG-0002891 | Borg ML SRE-at-2023-04-16T05_32_51Z-pinned.pdf | No PO |
| 12 | GOOG-0004364 | GOOG-0004364 | BorgMaster-Borg Developer FAQ and DEBUG-at-2022-06-01T17_08_40Z-pinned.pdf | No PO |
| 13 | GOOG-0005250 | GOOG-0005250 | Brella _ TensorFlow Federated Users Summit-at-2023-04-16T07_27_01Z-pinned.pdf | No PO |
| 14 | GOOG-0005388 | GOOG-0005388 | Business Overview-at-2022-05-21T03_26_12Z-pinned.pdf | No PO |
| 15 | GOOG-0006665 | GOOG-0006665 | Cloud GPUs-at-2022-06-01T17_32_26Z-pinned.pdf | No PO |
| 16 | GOOG-0006718 | GOOG-0006718 | Cloud Resources-at-2022-06-01T17_23_41Z-pinned.pdf | No PO |
| 17 | GOOG-0006733 | GOOG-0006733 | Cloud User Guide-at-2022-06-01T17_24_22Z-pinned.pdf | No PO |
| 18 | GOOG-0006995 | GOOG-0007006 | CM - Confidential Match for Survey Data Analysis-at-2023-04-16T07_21_49Z-pinned.pdf | No PO |
| 19 | GOOG-0007007 | GOOG-0007011 | CM - Confidential Match-at-2023-04-16T07_21_52Z-pinned.pdf | No PO |
| 20 | GOOG-0007415 | GOOG-0007417 | Copy of Leon Ding - Moma People-at-2023-12-04T18_03_22.360Z-unpinned.pdf | No PO |
| 21 | GOOG-0007503 | GOOG-0007503 | CUDA-at-2023-04-16T05_30_07Z-pinned.pdf | No PO |
| 22 | GOOG-0007871 | GOOG-0007871 | Distributed Sequence Controllers (DISC)-at-2023-04-16T06_15_47Z-pinned.pdf | No PO |
| 23 | GOOG-0008656 | GOOG-0008657 | Encrypted Search-at-2023-04-16T07_21_56Z-pinned.pdf | No PO |
| 24 | GOOG-0008872 | GOOG-0008873 | Expectations of your Manager-at-2023-04-16T05_11_37Z-pinned.pdf | No PO |
| 25 | GOOG-0009246 | GOOG-0009246 | Firmware install in Borglet-at-2023-04-16T05_28_20Z-pinned.pdf | No PO |
| 26 | GOOG-0009253 | GOOG-0009253 | Fleet Forecast Home-at-2023-04-16T05_51_30Z-pinned.pdf | No PO |
| 27 | GOOG-0009286 | GOOG-0009286 | Flume internal-at-2022-05-21T03_50_45Z-pinned.pdf | No PO |
| 28 | GOOG-0009538 | GOOG-0009538 | Geo-Top-at-2022-06-01T18_41_07Z-pinned.pdf | No PO |
| 29 | GOOG-0009762 | GOOG-0009762 | GPU Software Team-at-2022-06-01T17_32_37Z-pinned.pdf | No PO |
| 30 | GOOG-0010505 | GOOG-0010505 | HLS-at-2023-04-16T05_59_15Z-pinned.pdf | No PO |
| 31 | GOOG-0010510 | GOOG-0010510 | HMS-at-2023-04-16T05_27_16Z-pinned.pdf | No PO |
| 32 | GOOG-0010526 | GOOG-0010529 | HR Interview-at-2022-05-21T03_35_02Z-pinned.pdf | No PO |
| 33 | GOOG-0010736 | GOOG-0010736 | JFT Hierarchy-at-2023-04-16T06_14_21Z-pinned.pdf | No PO |
| 34 | GOOG-0010737 | GOOG-0010737 | Kernel Icebreaker-at-2022-06-01T17_38_13Z-pinned.pdf | No PO |
| 35 | GOOG-0010778 | GOOG-0010778 | KVM-at-2022-06-01T17_25_12Z-pinned.pdf | No PO |
| 36 | GOOG-0011092 | GOOG-0011144 | LOO-at-2023-04-16T05_18_05Z-pinned.pdf | No PO |
| 37 | GOOG-0011212 | GOOG-0011212 | Machine Health-at-2023-04-16T05_30_39Z-pinned.pdf | No PO |
| 38 | GOOG-0011213 | GOOG-0011213 | Machine Inventory Service (MIS)-at-2023-04-16T05_36_11Z-pinned.pdf | No PO |
| 39 | GOOG-0011256 | GOOG-0011283 | Management Overview-at-2022-05-21T03_25_17Z-pinned.pdf | No PO |
| 40 | GOOG-0011284 | GOOG-0011289 | Management-at-2022-05-21T03_21_30Z-pinned.pdf | No PO |
| 41 | GOOG-0011290 | GOOG-0011291 | Management-at-2022-05-21T03_25_06Z-pinned.pdf | No PO |
| 42 | GOOG-0011981 | GOOG-0011981 | MIP-at-2022-06-01T17_11_13Z-pinned.pdf | No PO |
| 43 | GOOG-0012090 | GOOG-0012098 | MPC - Analyzing Forward and Reverse Blinders-at-2023-04-16T07_22_37Z-pinned.pdf | No PO |
| 44 | GOOG-0012099 | GOOG-0012118 | MPC - Identity Sync Blinders-at-2023-04-16T07_22_33Z-pinned.pdf | No PO |
| 45 | GOOG-0012119 | GOOG-0012125 | MPC - Making private lift discovery efficient-at-2023-04-16T07_22_44Z-pinned.pdf | No PO |
| 46 | GOOG-0012126 | GOOG-0012180 | MPC - Multi-Touch Attribution-at-2023-04-16T07_22_29Z-pinned.pdf | No PO |
| 47 | GOOG-0012181 | GOOG-0012189 | MPC - Privacy Preserving Lift Discovery-at-2023-04-16T07_22_47Z-pinned.pdf | No PO |
| 48 | GOOG-0012190 | GOOG-0012192 | MPC - Private Join and Compute-at-2023-04-16T07_22_52Z-pinned.pdf | No PO |
| 49 | GOOG-0012193 | GOOG-0012199 | MPC - Private Lift Discovery with 100M User Ids-at-2023-04-16T07_22_40Z-pinned.pdf | No PO |
| 50 | GOOG-0012689 | GOOG-0012689 | Node Entity-at-2023-04-16T05_52_44Z-pinned.pdf | No PO |
| 51 | GOOG-0012701 | GOOG-0012701 | Node Tools-at-2022-05-21T03_28_21Z-pinned.pdf | No PO |
| 52 | GOOG-0012784 | GOOG-0012784 | Notes Backup.pdf | No PO |
| 53 | GOOG-0013304 | GOOG-0013304 | Owkin, a medical application focused FL startup, raised a total of…-at-2023-04-16T07_24_45Z-pinned.pdf | No PO |
| 54 | GOOG-0013374 | GOOG-0013374 | PAX - Pax Basics (Start here)-at-2023-04-16T06_55_00Z-pinned.pdf | No PO |
| 55 | GOOG-0014285 | GOOG-0014291 | PIR - Fully Homomorphic Encryption and Private Information Retrieval-at-2023-04-16T07_23_05Z-pinned.pdf | No PO |
| 56 | GOOG-0014292 | GOOG-0014300 | PIR - Private Information Retrieval (PIR)-at-2023-04-16T07_22_20Z-pinned.pdf | No PO |
| 57 | GOOG-0014301 | GOOG-0014301 | PIR - Private Information Retrieval (PIR)2-at-2023-04-16T07_23_01Z-pinned.pdf | No PO |
| 58 | GOOG-0014302 | GOOG-0014345 | PIR - Working Document for PIR-at-2023-04-16T07_22_16Z-pinned.pdf | No PO |
| 59 | GOOG-0014405 | GOOG-0014405 | Power-on self-test-at-2023-04-16T05_52_50Z-pinned.pdf | No PO |
| 60 | GOOG-0014417 | GOOG-0014420 | Private Computing-at-2023-04-16T07_21_59Z-pinned.pdf | No PO |
| 61 | GOOG-0014421 | GOOG-0014422 | Private Information Retrieval (PIR)-at-2023-04-16T07_21_35Z-pinned.pdf | No PO |
| 62 | GOOG-0014605 | GOOG-0014605 | Project Astrophel-at-2023-04-16T05_31_17Z-pinned.pdf | No PO |
| 63 | GOOG-0014654 | GOOG-0014671 | PSM - Private Set Membership (PSM)-at-2023-04-16T07_21_45Z-pinned.pdf | No PO |
| 64 | GOOG-0014672 | GOOG-0014681 | PSM - Private Set Membership (PSM)2-at-2023-04-16T07_22_09Z-pinned.pdf | No PO |
| 65 | GOOG-0014682 | GOOG-0014709 | PSM - Private Set Membership with Client Storage-at-2023-04-16T07_21_38Z-pinned.pdf | No PO |

United States v. Ding, 3:24-CR-00141-VC

| | Beg Bates | End Bates | Description | Protective Order Status |
|---|---|---|---|---|
| 66 | GOOG-0014710 | GOOG-0014721 | PSM - RLWE-based Private Set Membership Protocol-at-2023-04-16T07_21_41Z-pinned.pdf | No PO |
| 67 | GOOG-0014898 | GOOG-0014898 | QBR-at-2022-05-21T03_37_18Z-pinned.pdf | No PO |
| 68 | GOOG-0015219 | GOOG-0015219 | Resource Data Warehouse-at-2023-04-16T05_36_14Z-pinned.pdf | No PO |
| 69 | GOOG-0015229 | GOOG-0015230 | Resources-at-2022-05-21T03_36_49Z-pinned.pdf | No PO |
| 70 | GOOG-0015320 | GOOG-0015321 | Resume.pdf | No PO |
| 71 | GOOG-0015322 | GOOG-0015323 | Resume6.pdf | No PO |
| 72 | GOOG-0015463 | GOOG-0015463 | Role Profiles-at-2022-05-21T03_36_57Z-pinned.pdf | No PO |
| 73 | GOOG-0016115 | GOOG-0016132 | Secure Multiparty Computation for Privacy-at-2023-04-16T07_20_18Z-pinned.pdf | No PO |
| 74 | GOOG-0016268 | GOOG-0016274 | Simple Homomorphic Encryption Library with Lattices (SHELL)-at-2023-04-16T07_23_09Z-pinned.pdf | No PO |
| 75 | GOOG-0016403 | GOOG-0016403 | Soft Skills-at-2022-05-21T03_21_42Z-pinned.pdf | No PO |
| 76 | GOOG-0016446 | GOOG-0016446 | Spanner Learning-at-2022-05-21T03_44_43Z-pinned.pdf | No PO |
| 77 | GOOG-0016603 | GOOG-0016603 | Speaker Diarization-at-2022-06-01T19_04_08Z-pinned.pdf | No PO |
| 78 | GOOG-0017736 | GOOG-0017736 | tfx pipeline external-at-2022-05-21T03_51_00Z-pinned.pdf | No PO |
| 79 | GOOG-0018185 | GOOG-0018185 | Top - Cryptography Learning-at-2023-04-16T07_32_32Z-pinned.pdf | No PO |
| 80 | GOOG-0018311 | GOOG-0018311 | TPU preflight check-at-2023-04-16T05_28_05Z-pinned.pdf | No PO |
| 81 | GOOG-0018382 | GOOG-0018389 | TQ Cobalt.pdf | No PO |
| 82 | GOOG-0018402 | GOOG-0018402 | Tritone-at-2023-04-16T06_15_53Z-pinned.pdf | No PO |
| 83 | GOOG-0018916 | GOOG-0018918 | Why you should consider joining Cloud-at-2023-04-16T05_11_21Z-pinned.pdf | No PO |
| 84 | US-0006671 | US-0006672 | Resume (3).docx | No PO |
| 85 | US-0006675 | US-0006676 | Resume2.pdf | No PO |
| 86 | US-0006678 | US-0006679 | Resume1.pdf | No PO |
| 87 | US-0021063 | US-0021063 | Cloud GPUs-at-2022-06-01T17_32_26Z-pinned.pdf | No PO |
| 88 | US-0021104 | US-0021104 | GPU Software Team-at-2022-06-01T17_32_37Z-pinned.pdf | No PO |
| 89 | US-0021114 | US-0021114 | thumbnail-0-Cloud GPUs-at-2022-06-01T17_32_26Z-pinned.pdf.png | No PO |
| 90 | US-0021121 | US-0021121 | thumbnail-0-GPU Software Team-at-2022-06-01T17_32_37Z-pinned.pdf.png | No PO |
| 91 | US-0021189 | US-0021189 | Node Tools-at-2022-05-21T03_28_21Z-pinned.pdf | No PO |
| 92 | US-0021233 | US-0021233 | thumbnail-0-Node Tools-at-2022-05-21T03_28_21Z-pinned.pdf.png | No PO |
| 93 | US-0021279 | US-0021279 | Speaker Diarization-at-2022-06-01T19_04_08Z-pinned.pdf | No PO |
| 94 | US-0021292 | US-0021292 | thumbnail-0-Speaker Diarization-at-2022-06-01T19_04_08Z-pinned.pdf.png | No PO |
| 95 | US-0021572 | US-0021577 | Management-at-2022-05-21T03_21_30Z-pinned.pdf | No PO |
| 96 | US-0021604 | US-0021604 | Soft Skills-at-2022-05-21T03_21_42Z-pinned.pdf | No PO |
| 97 | US-0021607 | US-0021607 | thumbnail-0-Management-at-2022-05-21T03_21_30Z-pinned.pdf.png | No PO |
| 98 | US-0021609 | US-0021609 | Business Overview-at-2022-05-21T03_26_12Z-pinned.pdf | No PO |
| 99 | US-0021699 | US-0021700 | Management-at-2022-05-21T03_25_06Z-pinned.pdf | No PO |
| 100 | US-0021776 | US-0021776 | Notes Backup.pdf | No PO |
| 101 | US-0021947 | US-0021947 | thumbnail-0-Business Overview-at-2022-05-21T03_26_12Z-pinned.pdf.png | No PO |
| 102 | US-0021951 | US-0021951 | thumbnail-0-Management-at-2022-05-21T03_25_06Z-pinned.pdf.png | No PO |
| 103 | US-0021955 | US-0021955 | thumbnail-0-Notes Backup-at-2022-05-21T03_26_54Z-pinned.pdf.png | No PO |
| 104 | US-0022393 | US-0022393 | HLS-at-2023-04-16T05_59_15Z-pinned.pdf | No PO |
| 105 | US-0022417 | US-0022417 | thumbnail-0-HLS-at-2023-04-16T05_59_15Z-pinned.pdf.png | No PO |
| 106 | US-0022623 | US-0022640 | Secure Multiparty Computation for Privacy-at-2023-04-16T07_20_18Z-pinned.pdf | No PO |
| 107 | US-0022641 | US-0022647 | Secure Multiparty Computation for Privacy.pdf-info.json | No PO |
| 108 | US-0024961 | US-0024961 | MIP-at-2022-06-01T17_11_13Z-pinned.pdf | No PO |
| 109 | US-0025012 | US-0025012 | thumbnail-0-MIP-at-2022-06-01T17_11_13Z-pinned.pdf.png | No PO |
| 110 | US-0025149 | US-0025149 | Flume internal-at-2022-05-21T03_50_45Z-pinned.pdf | No PO |
| 111 | US-0025467 | US-0025467 | tfx pipeline external-at-2022-05-21T03_51_00Z-pinned.pdf | No PO |
| 112 | US-0025501 | US-0025501 | thumbnail-0-Flume internal-at-2022-05-21T03_50_45Z-pinned.pdf.png | No PO |
| 113 | US-0025523 | US-0025523 | thumbnail-0-tfx pipeline external-at-2022-05-21T03_51_00Z-pinned.pdf.png | No PO |
| 114 | US-0025845 | US-0025845 | A100 on Internal Borg Retrospective-at-2023-04-16T05_27_57Z-pinned.pdf | No PO |
| 115 | US-0025846 | US-0025852 | A100 on Internal Borg Retrospective.pdf-info.json | No PO |
| 116 | US-0025955 | US-0025955 | And we used to have this document for our implementation plan. go...-at-2023-04-16T05_27_53Z-pinned.pdf | No PO |
| 117 | US-0025956 | US-0025956 | And we used to have this document for our implementation plan. go....pdf-info.json | No PO |
| 118 | US-0025980 | US-0025981 | Astrophel-at-2023-04-16T05_28_01Z-pinned.pdf | No PO |
| 119 | US-0025982 | US-0025982 | Astrophel-Borglet-at-2023-04-16T05_27_41Z-pinned.pdf | No PO |
| 120 | US-0025998 | US-0025998 | Bigrig A100 internal borg-at-2023-04-16T05_27_24Z-pinned.pdf | No PO |
| 121 | US-0025999 | US-0026005 | Bigrig A100 internal borg.pdf-info.json | No PO |
| 122 | US-0026098 | US-0026098 | CUDA-at-2023-04-16T05_30_07Z-pinned.pdf | No PO |
| 123 | US-0026157 | US-0026157 | Firmware install in Borglet-at-2023-04-16T05_28_20Z-pinned.pdf | No PO |
| 124 | US-0026204 | US-0026204 | HMS-at-2023-04-16T05_27_16Z-pinned.pdf | No PO |
| 125 | US-0026212 | US-0026212 | Machine Health-at-2023-04-16T05_30_39Z-pinned.pdf | No PO |
| 126 | US-0026342 | US-0026342 | thumbnail-0-A100 on Internal Borg Retrospective-at-2023-04-16T05_27_57Z-pinned.pdf.png | No PO |
| 127 | US-0026352 | US-0026352 | thumbnail-0-Astrophel-at-2023-04-16T05_28_01Z-pinned.pdf.png | No PO |
| 128 | US-0026354 | US-0026354 | thumbnail-0-Bigrig A100 internal borg-at-2023-04-16T05_27_24Z-pinned.pdf.png | No PO |
| 129 | US-0026360 | US-0026360 | thumbnail-0-CUDA-at-2023-04-16T05_30_07Z-pinned.pdf.png | No PO |

United States v. Ding, 3:24-CR-00141-VC

| | Beg Bates | End Bates | Description | Protective Order Status |
|---|---|---|---|---|
| 130 | US-0026365 | US-0026365 | thumbnail-0-Firmware install in Borglet-at-2023-04-16T05_28_20Z-pinned.pdf.png | No PO |
| 131 | US-0026369 | US-0026369 | thumbnail-0-HMS-at-2023-04-16T05_27_16Z-pinned.pdf.png | No PO |
| 132 | US-0026370 | US-0026370 | thumbnail-0-Machine Health-at-2023-04-16T05_30_39Z-pinned.pdf.png | No PO |
| 133 | US-0026382 | US-0026382 | thumbnail-0-TPU preflight check-at-2023-04-16T05_28_05Z-pinned.pdf.png | No PO |
| 134 | US-0026403 | US-0026403 | TPU preflight check-at-2023-04-16T05_28_05Z-pinned.pdf | No PO |
| 135 | US-0026458 | US-0026458 | Brella _ TensorFlow Federated Users Summit-at-2023-04-16T07_27_01Z-pinned.pdf | No PO |
| 136 | US-0026459 | US-0026465 | Brella _ TensorFlow Federated Users Summit.pdf-info.json | No PO |
| 137 | US-0026918 | US-0026918 | Owkin, a medical application focused FL startup, raised a total of...-at-2023-04-16T07_24_45Z-pinned.pdf | No PO |
| 138 | US-0026981 | US-0026981 | thumbnail-0-Brella _ TensorFlow Federated Users Summit-at-2023-04-16T07_27_01Z-pinned.pdf.png | No PO |
| 139 | US-0027012 | US-0027012 | thumbnail-0-Owkin, a medical application focused FL startup, raised a total of...-at-2023-04-16T07_24_45Z-pinned.pdf.png | No PO |
| 140 | US-0027211 | US-0027211 | BorgMaster-Borg Developer FAQ and DEBUG-at-2022-06-01T17_08_40Z-pinned.pdf | No PO |
| 141 | US-0027212 | US-0027216 | BorgMaster-Borg Developer FAQ and DEBUG.pdf-info.json | No PO |
| 142 | US-0027570 | US-0027570 | thumbnail-0-BorgMaster-Borg Developer FAQ and DEBUG-at-2022-06-01T17_08_40Z-pinned.pdf.png | No PO |
| 143 | US-0027600 | US-0027600 | Borg Docs Top-at-2022-06-01T17_04_56Z-pinned.pdf | No PO |
| 144 | US-0027601 | US-0027605 | Borg Docs Top.pdf-info.json | No PO |
| 145 | US-0027924 | US-0027924 | thumbnail-0-Borg Docs Top-at-2022-06-01T17_04_56Z-pinned.pdf.png | No PO |
| 146 | US-0028722 | US-0028722 | Spanner Learning-at-2022-05-21T03_44_43Z-pinned.pdf | No PO |
| 147 | US-0028885 | US-0028885 | thumbnail-0-Spanner Learning-at-2022-05-21T03_44_43Z-pinned.pdf.png | No PO |
| 148 | US-0029754 | US-0029754 | thumbnail-0-Geo-Top-at-2022-06-01T18_41_07Z-pinned.pdf.png | No PO |
| 149 | US-0030108 | US-0030108 | Kernel Icebreaker-at-2022-06-01T17_38_13Z-pinned.pdf | No PO |
| 150 | US-0030328 | US-0030328 | thumbnail-0-Kernel Icebreaker-at-2022-06-01T17_38_13Z-pinned.pdf.png | No PO |
| 151 | US-0031797 | US-0031797 | Project Astrophel-at-2023-04-16T05_31_17Z-pinned.pdf | No PO |
| 152 | US-0031835 | US-0031835 | thumbnail-0-Project Astrophel-at-2023-04-16T05_31_17Z-pinned.pdf.png | No PO |
| 153 | US-0032029 | US-0032029 | Borg ML SRE-at-2023-04-16T05_32_51Z-pinned.pdf | No PO |
| 154 | US-0032030 | US-0032036 | Borg ML SRE.pdf-info.json | No PO |
| 155 | US-0032149 | US-0032149 | thumbnail-0-Borg ML SRE-at-2023-04-16T05_32_51Z-pinned.pdf.png | No PO |
| 156 | US-0032937 | US-0032938 | Expectations of your Manager-at-2023-04-16T05_11_37Z-pinned.pdf | No PO |
| 157 | US-0032989 | US-0033041 | LOO-at-2023-04-16T05_18_05Z-pinned.pdf | No PO |
| 158 | US-0033100 | US-0033100 | thumbnail-0-LOO.pdf.png | No PO |
| 159 | US-0033104 | US-0033106 | Why you should consider joining Cloud-at-2023-04-16T05_11_21Z-pinned.pdf | No PO |
| 160 | US-0033249 | US-0033249 | JFT Hierarchy-at-2023-04-16T06_14_21Z-pinned.pdf | No PO |
| 161 | US-0033364 | US-0033364 | thumbnail-0-JFT Hierarchy-at-2023-04-16T06_14_21Z-pinned.pdf.png | No PO |
| 162 | US-0036238 | US-0036238 | Cloud Resources-at-2022-06-01T17_23_41Z-pinned.pdf | No PO |
| 163 | US-0036244 | US-0036244 | Cloud User Guide-at-2022-06-01T17_24_22Z-pinned.pdf | No PO |
| 164 | US-0036415 | US-0036415 | KVM-at-2022-06-01T17_25_12Z-pinned.pdf | No PO |
| 165 | US-0036497 | US-0036497 | thumbnail-0-Cloud Resources-at-2022-06-01T17_23_41Z-pinned.pdf.png | No PO |
| 166 | US-0036498 | US-0036498 | thumbnail-0-Cloud User Guide-at-2022-06-01T17_24_22Z-pinned.pdf.png | No PO |
| 167 | US-0036855 | US-0036858 | HR Interview-at-2022-05-21T03_35_02Z-pinned.pdf | No PO |
| 168 | US-0036936 | US-0036936 | QBR-at-2022-05-21T03_37_18Z-pinned.pdf | No PO |
| 169 | US-0036937 | US-0036938 | Resources-at-2022-05-21T03_36_49Z-pinned.pdf | No PO |
| 170 | US-0036939 | US-0036939 | Role Profiles-at-2022-05-21T03_36_57Z-pinned.pdf | No PO |
| 171 | US-0036967 | US-0036967 | thumbnail-0-HR Interview-at-2022-05-21T03_35_02Z-pinned.pdf.png | No PO |
| 172 | US-0037763 | US-0037763 | AIGC-at-2023-04-16T06_53_37Z-pinned.pdf | No PO |
| 173 | US-0037823 | US-0037823 | Distributed Sequence Controllers (DISC)-at-2023-04-16T06_15_47Z-pinned.pdf | No PO |
| 174 | US-0037953 | US-0037953 | thumbnail-0-AIGC-at-2023-04-16T06_53_37Z-pinned.pdf.png | No PO |
| 175 | US-0037958 | US-0037958 | thumbnail-0-Distributed Sequence Controllers (DISC)-at-2023-04-16T06_15_47Z-pinned.pdf.png | No PO |
| 176 | US-0037969 | US-0037969 | thumbnail-0-Tritone-at-2023-04-16T06_15_53Z-pinned.pdf.png | No PO |
| 177 | US-0037970 | US-0037970 | Tritone-at-2023-04-16T06_15_53Z-pinned.pdf | No PO |
| 178 | US-0038115 | US-0038115 | PAX - Pax Basics (Start here)-at-2023-04-16T06_55_00Z-pinned.pdf | No PO |
| 179 | US-0038385 | US-0038385 | thumbnail-0-PAX - Pax Basics (Start here)-at-2023-04-16T06_55_00Z-pinned.pdf.png | No PO |
| 180 | US-0038694 | US-0038695 | Blinders Open Source-at-2023-04-16T07_23_24Z-pinned.pdf | No PO |
| 181 | US-0038696 | US-0038702 | Blinders Open Source.pdf-info.json | No PO |
| 182 | US-0038703 | US-0038708 | Blinders-at-2023-04-16T07_22_13Z-pinned.pdf | No PO |
| 183 | US-0038709 | US-0038715 | Blinders.pdf-info.json | No PO |
| 184 | US-0038716 | US-0038727 | CM - Confidential Match for Survey Data Analysis-at-2023-04-16T07_21_49Z-pinned.pdf | No PO |
| 185 | US-0038728 | US-0038734 | CM - Confidential Match for Survey Data Analysis.pdf-info.json | No PO |
| 186 | US-0038735 | US-0038739 | CM - Confidential Match-at-2023-04-16T07_21_52Z-pinned.pdf | No PO |
| 187 | US-0038740 | US-0038746 | CM - Confidential Match.pdf-info.json | No PO |
| 188 | US-0038782 | US-0038783 | Encrypted Search-at-2023-04-16T07_21_56Z-pinned.pdf | No PO |
| 189 | US-0038784 | US-0038790 | Encrypted Search.pdf-info.json | No PO |
| 190 | US-0038818 | US-0038826 | MPC - Analyzing Forward and Reverse Blinders-at-2023-04-16T07_22_37Z-pinned.pdf | No PO |
| 191 | US-0038827 | US-0038833 | MPC - Analyzing Forward and Reverse Blinders.pdf-info.json | No PO |
| 192 | US-0038834 | US-0038853 | MPC - Identity Sync Blinders-at-2023-04-16T07_22_33Z-pinned.pdf | No PO |

United States v. Ding, 3:24-CR-00141-VC

| | Beg Bates | End Bates | Description | Protective Order Status |
|---|---|---|---|---|
| 1 | **Beg Bates** | **End Bates** | **Description** | **Protective Order Status** |
| 193 | US-0038854 | US-0038860 | MPC - Identity Sync Blinders.pdf-info.json | No PO |
| 194 | US-0038861 | US-0038867 | MPC - Making private lift discovery efficient-at-2023-04-16T07_22_44Z-pinned.pdf | No PO |
| 195 | US-0038868 | US-0038874 | MPC - Making private lift discovery efficient.pdf-info.json | No PO |
| 196 | US-0038875 | US-0038929 | MPC - Multi-Touch Attribution-at-2023-04-16T07_22_29Z-pinned.pdf | No PO |
| 197 | US-0038930 | US-0038936 | MPC - Multi-Touch Attribution.pdf-info.json | No PO |
| 198 | US-0038937 | US-0038945 | MPC - Privacy Preserving Lift Discovery-at-2023-04-16T07_22_47Z-pinned.pdf | No PO |
| 199 | US-0038946 | US-0038952 | MPC - Privacy Preserving Lift Discovery.pdf-info.json | No PO |
| 200 | US-0038953 | US-0038955 | MPC - Private Join and Compute-at-2023-04-16T07_22_52Z-pinned.pdf | No PO |
| 201 | US-0038956 | US-0038962 | MPC - Private Join and Compute.pdf-info.json | No PO |
| 202 | US-0038963 | US-0038969 | MPC - Private Lift Discovery with 100M User Ids-at-2023-04-16T07_22_40Z-pinned.pdf | No PO |
| 203 | US-0038970 | US-0038976 | MPC - Private Lift Discovery with 100M User Ids.pdf-info.json | No PO |
| 204 | US-0038987 | US-0038993 | PIR - Fully Homomorphic Encryption and Private Information Retrieval-at-2023-04-16T07_23_05Z-pinned.pdf | No PO |
| 205 | US-0038994 | US-0039000 | PIR - Fully Homomorphic Encryption and Private Information Retrieval.pdf-info.json | No PO |
| 206 | US-0039001 | US-0039009 | PIR - Private Information Retrieval (PIR)-at-2023-04-16T07_22_20Z-pinned.pdf | No PO |
| 207 | US-0039010 | US-0039016 | PIR - Private Information Retrieval (PIR).pdf-info.json | No PO |
| 208 | US-0039017 | US-0039017 | PIR - Private Information Retrieval (PIR)2-at-2023-04-16T07_23_01Z-pinned.pdf | No PO |
| 209 | US-0039018 | US-0039024 | PIR - Private Information Retrieval (PIR)2.pdf-info.json | No PO |
| 210 | US-0039025 | US-0039068 | PIR - Working Document for PIR-at-2023-04-16T07_22_16Z-pinned.pdf | No PO |
| 211 | US-0039069 | US-0039075 | PIR - Working Document for PIR.pdf-info.json | No PO |
| 212 | US-0039076 | US-0039079 | Private Computing-at-2023-04-16T07_21_59Z-pinned.pdf | No PO |
| 213 | US-0039087 | US-0039088 | Private Information Retrieval (PIR)-at-2023-04-16T07_21_35Z-pinned.pdf | No PO |
| 214 | US-0039089 | US-0039095 | Private Information Retrieval (PIR).pdf-info.json | No PO |
| 215 | US-0039096 | US-0039113 | PSM - Private Set Membership (PSM)-at-2023-04-16T07_21_45Z-pinned.pdf | No PO |
| 216 | US-0039114 | US-0039120 | PSM - Private Set Membership (PSM).pdf-info.json | No PO |
| 217 | US-0039121 | US-0039130 | PSM - Private Set Membership (PSM)2-at-2023-04-16T07_22_09Z-pinned.pdf | No PO |
| 218 | US-0039131 | US-0039137 | PSM - Private Set Membership (PSM)2.pdf-info.json | No PO |
| 219 | US-0039138 | US-0039165 | PSM - Private Set Membership with Client Storage-at-2023-04-16T07_21_38Z-pinned.pdf | No PO |
| 220 | US-0039166 | US-0039172 | PSM - Private Set Membership with Client Storage.pdf-info.json | No PO |
| 221 | US-0039173 | US-0039184 | PSM - RLWE-based Private Set Membership Protocol-at-2023-04-16T07_21_41Z-pinned.pdf | No PO |
| 222 | US-0039185 | US-0039191 | PSM - RLWE-based Private Set Membership Protocol.pdf-info.json | No PO |
| 223 | US-0039233 | US-0039240 | TQ Cobalt.pdf | No PO |
| 224 | US-0039241 | US-0039247 | TQ Cobalt.pdf-info.json | No PO |
| 225 | US-0039822 | US-0039822 | thumbnail-0-Terms-at-2023-04-16T05_52_47Z-pinned.pdf.png | No PO |
| 226 | US-0039945 | US-0039945 | Fleet Forecast Home-at-2023-04-16T05_51_30Z-pinned.pdf | No PO |
| 227 | US-0039977 | US-0039977 | Machine Inventory Service (MIS)-at-2023-04-16T05_36_11Z-pinned.pdf | No PO |
| 228 | US-0040038 | US-0040038 | Resource Data Warehouse-at-2023-04-16T05_36_14Z-pinned.pdf | No PO |
| 229 | US-0040070 | US-0040070 | thumbnail-0-Fleet Forecast Home-at-2023-04-16T05_51_30Z-pinned.pdf.png | No PO |
| 230 | US-0040073 | US-0040073 | thumbnail-0-Machine Inventory Service (MIS)-at-2023-04-16T05_36_11Z-pinned.pdf.png | No PO |
| 231 | US-0040077 | US-0040077 | thumbnail-0-Resource Data Warehouse-at-2023-04-16T05_36_14Z-pinned.pdf.png | No PO |
| 232 | US-0042150 | US-0042150 | thumbnail-0-Top - Cryptography Learning-at-2023-04-16T07_32_32Z-pinned.pdf.png | No PO |
| 233 | US-0042156 | US-0042156 | Top - Cryptography Learning-at-2023-04-16T07_32_32Z-pinned.pdf | No PO |
| 234 | US-0042242 | US-0042267 | 2022-Alan-D-Thompson-Whats-in-my-AI-Rev-0-at-2023-02-24T09_12_34Z-pinned.pdf | No PO |
| 235 | US-0042268 | US-0042316 | BVP State of Cloud 2023.pdf | No PO |
| 236 | US-0042317 | US-0042317 | persuadingsapphire_36x48 (3)-at-2023-08-04T05_08_11.066Z-unpinned.pptx | No PO |
| 237 | US-0042541 | US-0042549 | Yuqing Feedback.docx | No PO |
| 238 | US-0043205 | US-0043211 | Borg ML SRE.pdf-info.json | No PO |
| 239 | US-0044131 | US-0044135 | Borg Docs Top.pdf-info.json | No PO |
| 240 | US-0046057 | US-0046063 | TQ Cobalt.pdf-info.json | No PO |
| 241 | US-0047221 | US-0047227 | Bigrig A100 internal borg.pdf-info.json | No PO |
| 242 | US-0047687 | US-0047690 | BorgMaster-Borg Developer FAQ and DEBUG.pdf-info.json | No PO |
| 243 | US-0048857 | US-0048869 | Design.docx | No PO |
| 244 | US-0048870 | US-0048887 | Product-at-2015-09-24T01_29_10.951Z-pinned.docx | No PO |
| 245 | US-0048888 | US-0048895 | Product_P1-at-2015-09-24T01_29_11.928Z-pinned.docx | No PO |
| 246 | US-0048896 | US-0048910 | Requirement-at-2015-09-24T01_29_12.808Z-pinned.docx | No PO |
| 247 | US-0048911 | US-0048918 | Template-at-2015-09-24T01_29_14.010Z-pinned.docx | No PO |
| 248 | US-0048919 | US-0048922 | ~$mplate-at-2015-09-24T01_29_15.413Z-pinned.docx.txt | No PO |
| 249 | US-0048923 | US-0048926 | ~$roduct-at-2015-09-24T01_29_19.848Z-pinned.docx.txt | No PO |
| 250 | US-0048927 | US-0048940 | Product-at-2015-09-24T01_29_24.251Z-pinned.docx | No PO |
| 251 | US-0048941 | US-0048954 | Requirement-at-2015-09-24T01_29_25.557Z-pinned.docx | No PO |
| 252 | US-0048955 | US-0048955 | thumbnail-0-Untitled document.png | No PO |
| 253 | US-0048956 | US-0048956 | thumbnail-0-Untitled Jam.png | No PO |
| 254 | US-0048957 | US-0048957 | Untitled document-comments.html | No PO |
| 255 | US-0048958 | US-0048986 | Untitled document-info.json | No PO |
| 256 | US-0048987 | US-0048987 | Untitled document.docx | No PO |
| 257 | US-0048988 | US-0049007 | Untitled Jam-info.json | No PO |
| 258 | US-0049008 | US-0049008 | Untitled Jam.pdf | No PO |

United States v. Ding, 3:24-CR-00141-VC

| | Beg Bates | End Bates | Description | Protective Order Status |
|---|---|---|---|---|
| 259 | US-0049009 | US-0049009 | untitled.png | No PO |
| 260 | US-0049010 | US-0049010 | NoRecords.txt | No PO |
| 261 | US-0049011 | US-0049035 | InfiniCompute-info.json.pdf | No PO |
| 262 | US-0049036 | US-0049049 | Design.docx.pdf | No PO |
| 263 | US-0049050 | US-0049068 | Product-at-2015-09-24T01_29_10.951Z-pinned.docx.pdf | No PO |
| 264 | US-0049069 | US-0049077 | Product_P1-at-2015-09-24T01_29_11.928Z-pinned.docx.pdf | No PO |
| 265 | US-0049078 | US-0049093 | Requirement-at-2015-09-24T01_29_12.808Z-pinned.docx.pdf | No PO |
| 266 | US-0049094 | US-0049102 | Template-at-2015-09-24T01_29_14.010Z-pinned.docx.pdf | No PO |
| 267 | US-0049103 | US-0049104 | ~$mplate-at-2015-09-24T01_29_15.413Z-pinned.docx.pdf | No PO |
| 268 | US-0049105 | US-0049106 | ~$roduct-at-2015-09-24T01_29_19.848Z-pinned.docx.pdf | No PO |
| 269 | US-0049107 | US-0049121 | Product-at-2015-09-24T01_29_24.251Z-pinned.docx.pdf | No PO |
| 270 | US-0049122 | US-0049136 | Requirement-at-2015-09-24T01_29_25.557Z-pinned.docx.pdf | No PO |
| 271 | US-0049137 | US-0049138 | thumbnail-0-Untitled document.png.pdf | No PO |
| 272 | US-0049139 | US-0049139 | thumbnail-0-Untitled Jam.png.pdf | No PO |
| 273 | US-0049140 | US-0049141 | Untitled document-comments.pdf | No PO |
| 274 | US-0049142 | US-0049175 | Untitled document-info.json.pdf | No PO |
| 275 | US-0049176 | US-0049177 | Untitled document.pdf | No PO |
| 276 | US-0049178 | US-0049201 | Untitled Jam-info.json.pdf | No PO |
| 277 | US-0049202 | US-0049203 | Untitled Jam.pdf | No PO |
| 278 | US-0049204 | US-0049204 | untitled.pdf | No PO |
| 279 | US-0049205 | US-0049206 | NoRecords.txt.pdf | No PO |