PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    casey.boome@usdoj.gov
    molly.priedeman@usdoj.gov

STEPHEN MARZEN (NYBN 2007094)
YIFEI ZHENG (NYBN 5424957)
Trial Attorneys, National Security Division

    950 Pennsylvania Avenue, N.W.
    Washington, DC 20530
    Telephone: (202) 616-1051
    stephen.marzen@usdoj.gov
    yifei.zheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00141-VC |
| Plaintiff, | |
| v. | **DECLARATION OF MOLLY K. PRIEDEMAN IN SUPPORT OF THE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO MODIFY THE PROTECTIVE ORDER** |
| LINWEI DING, | |
| Defendant. | The Honorable Vince Chhabria |
| | Courtroom 4, 17th Floor |
| | Hearing: 1:00 pm on March 19, 2025 |

**DECLARATION OF MOLLY K. PRIEDEMAN**

I, Molly K. Priedeman, being duly sworn, depose and say as follows:

1.    I am an Assistant United States Attorney for the Northern District of California and am one of the attorneys assigned to the prosecution of the above-referenced criminal proceeding. I have

personal knowledge of the events about which I testify in this declaration.

2.      On February 5, 2025, I sent an e-mail message to the defense team requesting a call to meet and confer regarding the defense team's requested changes to the protective order. My e-mail message is attached as **Exhibit 2** to this declaration.

3.      On February 5, 2025, I participated in a phone call with Ding's defense team. During that call, I expressed the government's concerns with the defense team's proposed modifications to the protective order laid out in **Exhibit K to Fondo Decl**. Specifically, I expressed that, in light of Mr. Ding's alleged prior theft of trade secrets and other confidential documents in this case, the government was concerned that he may take unauthorized photographs or notes of Confidential Material if permitted to review such Material without supervision. To mitigate that concern, however, I offered that the government may be willing to modify the protective order as outlined in **Exhibit K**, with the additional modifications that Mr. Ding leave all electronic devices with counsel prior to reviewing Confidential Material and that any notes taken by Mr. Ding remain in the possession, custody, and control of the defense team at all times. I relayed that the government needed to further discuss the proposal internally and with the victim company, Google LLC ("Google"), but in the meantime the defense team agreed to draft the proposed modifications to the protective order for the government's review. The government never received a draft of the proposed modifications.

4.      On February 10, 2025, after Mr. Ding's arraignment, I spoke with defense counsel Grant Fondo regarding the proposed modifications to the protective order and inquired whether, in addition to the conditions discussed on the February 5, 2025 phone call, the defense team was willing to have a staff member supervise Mr. Ding during his review of the Confidential Materials. Mr. Fondo said they were not.

5.      On February 14, 2025, I sent an email (**Exhibit M to Fondo Decl.**) to the defense team confirming that the government was amenable to the proposed modifications to the protective order, subject to the conditions discussed on the February 5, 2025 phone call.

Declaration of Molly K. Priedeman                2
3:24-cr-00141-VC

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 27, 2025                    Respectfully submitted,


                                            /s/  Molly K. Priedeman
                                            MOLLY K. PRIEDEMAN
                                            Assistant United States Attorney

Declaration of Molly K. Priedeman            3
3:24-cr-00141-VC

# Molly K. Priedeman Declaration Exhibit 2

## Marzen, Stephen (NSD)

| | |
|---|---|
| **From:** | Priedeman, Molly (USACAN) |
| **Sent:** | Wednesday, February 5, 2025 5:10 PM |
| **To:** | Fondo, Grant P |
| **Cc:** | Woo, Darryl M; Rapp-Kirshner, David; Feyzi, Fred; Bhardwaj, Nirav; Marzen, Stephen (NSD); Zheng, Yifei (NSD) |
| **Subject:** | Protective Order |

Hi Grant,

Do you have some tomorrow to chat briefly about the protective order? We had some additional ideas re: modifying the order.  I'm free between 11:30-12:30, 1-2, and 3:30-4. We're also free until about 3:30 today.

Thanks,

Molly

**Molly K. Priedeman**
Assistant United States Attorney
Northern District of California
1301 Clay Street, Suite 340S | Oakland, CA 94612
Tel: (510) 637-3697 | Cell: (415) 412-6841
molly.priedeman@usdoj.gov

1