1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CASEY BOOME (NYBN 5101845)
   MOLLY K. PRIEDEMAN (CABN 302096)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6627
       casey.boome@usdoj.gov
8      molly.priedeman@usdoj.gov

9  STEPHEN MARZEN (NYBN 2007094)
   YIFEI ZHENG (NYBN 5424957)
10 Trial Attorneys, National Security Division

11     950 Pennsylvania Avenue, N.W.
       Washington, DC 20530
12     Telephone: (202) 616-1051
       stephen.marzen@usdoj.gov
13     yifei.zheng@usdoj.gov

14 Attorneys for United States of America

15                          UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17                              SAN FRANCISCO DIVISION

18
   UNITED STATES OF AMERICA,           )  CASE NO. 3:24-cr-00141-VC
19                                     )
          Plaintiff,                   )  **[PROPOSED] ORDER DENYING**
20                                     )  **DEFENDANT'S MOTION TO MODIFY**
       v.                              )  **PROTECTIVE ORDER**
21                                     )
   LINWEI DING,                        )  The Honorable Vince Chhabria
22                                     )  Courtroom 4, 17th Floor
          Defendant.                   )
23                                     )  Hearing: 1:00 pm on March 19, 2025

**[PROPOSED] ORDER**

**FOR GOOD CAUSE SHOWN**, it is hereby **ORDERED** that:

1. Defendant Linwei Ding's motion (Dkt. 53) to modify the Stipulated Interim Protective Order (Dkt. 13) is denied.

2. Paragraph 3 of the Stipulated Interim Protective Order (Dkt. 13) is amended to permit Defendant Linwei Ding to review Confidential Material in the U.S. offices of THE DEFENDANT's counsel on a non-networked, secure, review-only laptop maintained by THE DEFENDANT'S counsel, without the presence of or supervision by THE DEFENDANT's counsel or their staff; *provided, however*, that the laptop shall have all USB ports disabled to prevent downloads to external devices, storage, or cloud platforms and THE DEFENDANT'S counsel shall collect all electronic devices and means to take notes from THE DEFENDANT before his review of Confidential Material and return such devices and means to THE DEFENDANT after his review. THE DEFENDANT may insert notes on the laptop, which shall be accessible only to THE DEFENDANT'S counsel by means of a secure transfer process facilitated by THE DEFENDANT'S counsel.

Dated: _____, 2025

_____
HON. VINCE CHHABRIA