PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6627
casey.boome@usdoj.gov
molly.priedeman@usdoj.gov

STEPHEN MARZEN (NYBN 2007094)
YIFEI ZHENG (NYBN 5424957)
Trial Attorneys, National Security Division

950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Telephone: (202) 616-1051
stephen.marzen@usdoj.gov
yifei.zheng@usdoj.gov

Attorneys for United States of America

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER llp**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER llp**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant LINWEI DING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>LINWEI DING,<br><br>        Defendant. | Case No.  3:24-CR-00141-VC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION MODIFYING HEARING DATE** |

## [PROPOSED] ORDER

Based upon the facts set forth in the parties' Joint Stipulation (Dkt. 65), it is hereby ORDERED that the evidentiary hearing on Defendant Linwei Ding's Motion to Suppress, to the extent a hearing is necessary, shall be rescheduled from Friday, May 2, 2025 to Tuesday, May 6, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                        The Honorable Vince Chhabria
                                        United States District Judge

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION MODIFYING HEARING DATE
Case No. 3:24-CR-00141-VC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **March 13, 2025**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **March 13, 2025**.

/s/ *David Rapp-Kirshner*
DAVID RAPP-KIRSHNER

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION MODIFYING HEARING DATE
Case No. 3:24-CR-00141-VC