PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6627
casey.boome@usdoj.gov
molly.priedeman@usdoj.gov

STEPHEN MARZEN (NYBN 2007094)
YIFEI ZHENG (NYBN 5424957)
Trial Attorneys, National Security Division

950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Telephone: (202) 616-1051
stephen.marzen@usdoj.gov
yifei.zheng@usdoj.gov

Attorneys for United States of America

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER llp**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER llp**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWEI DING,<br><br>Defendant. | Case No.  3:24-CR-00141-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATED PROTECTIVE ORDER** |

Pursuant to Criminal Local Rule 47-4, the United States of America (the "United States") and Defendant Linwei Ding ("Mr. Ding"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the United States filed its Indictment on March 5, 2024 (Dkt. 1), and its Superseding Indictment on February 4, 2025 (Dkt. 44);

WHEREAS, the parties agreed to and the Court entered an initial Stipulated Interim Protective Order on March 27, 2024 (Dkt. 13);

WHEREAS, Mr. Ding filed a Motion to Modify the Protective Order on February 18, 2025 (Dkt. 53);

WHEREAS, the United States filed its opposition to the Motion to Modify the Protective Order on March 5, 2025 ("Opposition");

WHEREAS, upon receipt of the United States' Opposition, counsel for Mr. Ding reached out to the United States and the parties further met and conferred on March 11, 2025, and on March 12, 2025. As a result, the United States clarified certain facts and statements in the Opposition, including its identification of the trade secrets it currently intends to present its case-in-chief as proof of the trade secrets alleged in the Superseding Indictment, and the parties agreed to proposed modifications to the Stipulated Protective Order, attached as ATTACHMENT A to this stipulation;

WHEREAS, a redlined version of the Amended Stipulated Protective Order indicating the differences between the prior and the modified Protective Orders is attached as ATTACHMENT B.

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court enter the attached Amended Stipulated Protective Order and to remove the associated March 19 hearing off the calendar.

**IT IS SO STIPULATED.**

Respectfully submitted,

2

Dated: March 12, 2025

PATRICK D. ROBBINS (SBN 152288)
United States Attorney

By: /s/ *Casey Boome*
CASEY BOOME (NYBN 5101845)
*Casey.boom@usdoj.gov*
MOLLY PRIEDEMAN (CABN 302096)
*Molly.priedeman@usdoj.gov*
Stephen Marzen (2007094)
*Stephen.marzen@usdoj.gov*
Yifei Zheng (NYBN 5424957)
*Yifei.zheng@usdoj.gov*

Attorneys for United States of America

Dated: March 12, 2025

By: /s/      *Farzad Feyzi*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*

Attorneys for Defendant
LINWEI DING

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:      March 14, 2025

_____
The Honorable Vince Chhabria
United States District Judge

3

JOINT STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATED PROTECTIVE ORDER
Case No. 3:24-CR-00141-VC