PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6627
   casey.boome@usdoj.gov
   molly.priedeman@usdoj.gov

STEPHEN MARZEN (NYBN 2007094)
YIFEI ZHENG (NYBN 5424957)
Trial Attorneys, National Security Division

   950 Pennsylvania Avenue, N.W.
   Washington, DC 20530
   Telephone: (202) 616-1051
   stephen.marzen@usdoj.gov
   yifei.zheng@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>           Defendant. | Case No.  3:24-CR-00141-VC<br><br>**JOINT STIPULATION REGARDING MOTION FOR A BILL OF PARTICULARS; [PROPOSED] ORDER** |

JOINT STIPULATION REGARDING MOTION FOR A BILL OF PARTICULARS; [PROPOSED] ORDER
Case No. 3:24-CR-00141-VC

Pursuant to Criminal Local Rule 47-4, the United States of America (the "United States") and Defendant Linwei Ding ("Mr. Ding"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the United States filed its Indictment against Mr. Ding on March 5, 2024 (Dkt. 1), alleging four counts of misappropriation of trade secrets;

WHEREAS, the United States filed its Superseding Indictment against Mr. Ding ("S.I.") on February 4, 2025 (Dkt. 44), alleging seven counts of Theft of Trade Secrets, and seven parallel counts of Economic Espionage;

WHEREAS, on February 4, 2025, the United States forwarded to Mr. Ding a list of 111 files it identified as alleged trade secrets divided amongst seven categories (US-0074190–US-0074192) (hereinafter, the "111 Trade-Secret-in-Suit Files");

WHEREAS, the United States has produced documents in this matter to Mr. Ding, of which the United States has designated over 4,400 documents as "Confidential" under the then-existing Stipulated Interim Protective Order entered in this matter on January 11, 2017 (Dkt. 13) (the "Stipulated Interim Protective Order");

WHEREAS, on February 18, 2025, Mr. Ding filed a Motion to Modify Protective Order (Dkt. 53) ("PO Motion"), seeking an order modifying the Stipulated Interim Protective Order;

WHEREAS, on February 25, 2025, Mr. Ding filed a Motion for a Bill of Particulars (Dkt. 54) (the "BOP Motion"), with a hearing date of April 2, 2025, on grounds asserting that all counts in the Superseding Indictment fail to provide Mr. Ding with adequate notice of the criminal activity alleged;

WHEREAS, the BOP Motion sought an order from the court compelling the United States to provide:

(1) Specific facts identifying which documents and elements therein the United States alleges are protectable trade secrets within each of the alleged Trade Secret Categories Nos. 1–7 in the Superseding Indictment (S.I. ¶¶ 36–42), including by identifying the specific pages, portions, diagrams, line items or text of each document identified, and to the extent the United States alleges that Trade Secret Categories Nos. 1–7 constitute

combination or compilation trade secrets, to identify with particularity the proprietary components of the alleged combination or compilation trade secret, and why the alleged combination or compilation trade secret is unique and has independent value that satisfies the legal requirements for trade secrets under federal trade secret law, and

(2) Specific facts regarding which specific "foreign government, foreign instrumentality or foreign agent" the United States alleges Mr. Ding intended or knew his alleged offenses would benefit, and identify with particularity the relationship, ties and associations between such alleged foreign instrumentality and/or foreign agent and the respective foreign government, that the United States alleges satisfies the legal requirements for "foreign government, foreign instrumentality or foreign agent" under the Economic Espionage Act;

WHEREAS, on March 5, 2025, the United States filed its Opposition to the Motion to Modify Protective Order (Dkt. 64) (the "PO Opposition");

WHEREAS, the PO Opposition stated that only approximately 1,370 of the 4,400 "Confidential" documents are the "core" documents containing information that constitute the alleged trade secrets in the Superseding Indictment, a subset of which the United States will prosecute at trial (the "trade-secrets-in-suit");

WHEREAS, after reviewing the PO Opposition, counsel for Mr. Ding requested a meet and confer with counsel for the United States, which was held via telephone on March 11, 2025;

WHEREAS, during the meet and confer conference:

(1) The parties reached agreement on certain modifications to the Stipulated Interim Protective Order,

(2) The United States clarified and confirmed that the 111 Trade-Secret-in-Suit Files were the trade secrets that it currently intends to present at trial and that it referred to as the "trade-secrets-in-suit" in its PO Opposition, that the United States did not currently intend to submit the remaining approximately 1,250 documents as "trade-secrets-in-suit in their case-in-chief," and

2

(3)  The United States currently does not intend to submit as alleged trade secrets at trial the remaining approximately 1,250 files out of the approximately 1,370 core Confidential documents;

WHEREAS, based on the parties' meet and confer, on March 12, 2025, the parties filed a Joint Stipulation and [Proposed] Order Amending Stipulated Protective Order (Dkt. 66) ("PO Stipulation"), requesting that the Court enter the Amended Stipulated Protective Order attached to the PO Stipulation and to remove from the calendar the associated March 19, 2025 hearing on Mr. Ding's PO Motion;

WHEREAS, the Court ordered and entered the PO Stipulation on March 14, 2025 (Dkt. 69), and the Amended Stipulated Protective Order on March 17, 2025 (Dkt. 70);

WHEREAS, on March 13, 2025, the United States informed counsel for Mr. Ding that it was preparing a letter (to be sent to counsel for Mr. Ding by March 19, 2025) (the "Letter") that, as to the 111 Trade-Secret-in-Suit Files, it will identify by Trade Secret Category, document filename, and page number, the alleged independent trade secrets contained within the 111 Trade-Secret-in-Suit Files that the United States intends to prove at trial, in addition to clarifying the United States' intent to argue that each of the 111 Trade-Secret-in-Suit Files is a trade secret (considered as a whole document), and that the combination of all documents within each Trade Secret Category is a trade secret (considered as a group of documents);

WHEREAS, in light of the meet and confer discussions, the United States providing identification to Mr. Ding that the 111 Trade-Secret-in-Suit Files are the trade secrets the United States currently intends to present at trial, and the United States' forthcoming letter in which it expects to provide detail as to the alleged trade secrets within the 111 Trade-Secret-in-Suit Files; and given the impact of the new information provided by the United States, and in the interest of judicial economy and efficiency, the parties agree that good cause exists to proceed as follows:

(1) Mr. Ding's current BOP Motion as to Theft of Trade Secrets (Counts 1–7 of the Superseding Indictment) shall be taken off calendar, in favor of permitting Mr. Ding to file a new motion for a bill of particulars as to Theft of Trade Secrets, on a new briefing

3

JOINT STIPULATION REGARDING MOTION FOR A BILL OF PARTICULARS; [PROPOSED] ORDER
Case No. 3:24-CR-00141-VC

and hearing schedule to be established by mutual agreement and the schedule of the Court as proposed herein below, and

(2) Mr. Ding's current BOP Motion as to Economic Espionage (Counts 8–14 of the Superseding Indictment) shall proceed on its current briefing and hearing schedule;

WHEREAS, the proposed briefing and hearing schedule below will not have any effect on any other court-ordered deadline or event, including Mr. Ding's Motion to Dismiss (Dkt. 63), which is also set for hearing on April 2, 2025;

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court order that:

(1)   The United States shall submit its Letter to Mr. Ding by no later than March 19, 2025;

(2)   Mr. Ding's current BOP Motion as to Theft of Trade Secrets (Counts 1–7 of the Superseding Indictment) is taken off calendar, and Mr. Ding shall be permitted to file a new motion for a bill of particulars as to Theft of Trade Secrets by no later than April 4, 2025;

(3)   Any opposition to the new motion for a bill of particulars shall be filed no later than April 18, 2025;

(4)   A reply brief in support of the new motion for a bill of particulars shall be filed no later than April 25, 2025;

(5)   The hearing date of April 2, 2025 for the BOP Motion as to Theft of Trade Secrets is vacated and a hearing on the new motion for a bill of particulars as to Theft of Trade Secrets, subject to the approval of the Court, shall take place at the same date and time as the hearing for Mr. Ding's Motion to Suppress on April 30, 2025;

(6)   Mr. Ding's current BOP Motion as to Economic Espionage (Counts 8–14 of the Superseding Indictment) shall proceed on its current briefing and hearing schedule, with the United States' opposition due no later than March 19, 2025, Mr. Ding's reply due no later than March 26, 2025, and a hearing date of April 2, 2025; and

(7)   The briefing schedule and April 2, 2025 hearing date for the Mr. Ding's Motion to Dismiss shall remain unchanged.

4

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 17, 2025

PATRICK D. ROBBINS (SBN 152288)
United States Attorney

By: /s/      *Casey Boome*
CASEY BOOME (NYBN 5101845)
*Casey.boom@usdoj.gov*
MOLLY PRIEDEMAN (CABN 302096)
*Molly.priedeman@usdoj.gov*
STEPHEN MARZEN (NYBN 2007094)
*Stephen.marzen@usdoj.gov*
Yifei Zheng (NYBN 5424957)
*Yifei.zheng@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**

Attorneys for UNITED STATES OF AMERICA

Dated: March 17, 2025

By: /s/      *Grant P. Fondo*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant LINWEI DING

5

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the parties' Joint Stipulation Regarding Motion for a Bill of Particulars ("Joint Stipulation"), it is hereby ORDERED that:

(1) The United States shall submit its Letter to Mr. Ding by no later than March 19, 2025;

(2) Mr. Ding's current BOP Motion as to Theft of Trade Secrets (Counts 1–7 of the Superseding Indictment) is taken off calendar, and Mr. Ding shall be permitted to file a new motion for a bill of particulars as to Theft of Trade Secrets by no later than April 4, 2025;

(3) Any opposition to the new motion for a bill of particulars shall be filed no later than April 18, 2025;

(4) A reply brief in support of the new motion for a bill of particulars shall be filed no later than April 25, 2025;

(5) The hearing date of April 2, 2025 for the BOP Motion as to Theft of Trade Secrets is vacated and a hearing on the new motion for a bill of particulars as to Theft of Trade Secrets shall take place at the same date and time as the hearing for Mr. Ding's Motion to Suppress on April 30, 2025;

(6) Mr. Ding's current BOP Motion as to Economic Espionage (Counts 8–14 of the Superseding Indictment) shall proceed on its current briefing and hearing schedule, with the United States' opposition due no later than March 19, 2025, Mr. Ding's reply due no later than March 26, 2025, and a hearing date of April 1, 2025; and

(7) The briefing schedule for the Mr. Ding's Motion to Dismiss shall remain unchanged and the April 2, 2025 hearing date will be advanced to April 1, 2025 at 1:00PM

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   __March 18, 2025_____, 2025   _____

IT IS SO ORDERED
AS MODIFIED
Judge Vince Chhabria

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

6

JOINT STIPULATION REGARDING MOTION FOR A BILL OF PARTICULARS; [~~PROPOSED~~] ORDER
Case No. 3:24-CR-00141-VC