PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6627
casey.boome@usdoj.gov
molly.priedeman@usdoj.gov

STEPHEN MARZEN (NYBN 2007094)
YIFEI ZHENG (NYBN 5424957)
Trial Attorneys, National Security Division

950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Telephone: (202) 616-1051
stephen.marzen@usdoj.gov
yifei.zheng@usdoj.gov

Attorneys for United States of America

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER llp**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER llp**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant LINWEI DING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:24-CR-00141-VC |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE** |
| v. | |
| LINWEI DING, | |
| Defendant. | |

Pursuant to Criminal Local Rule 47-4, the United States of America (the "United States") and Defendant Linwei Ding ("Mr. Ding"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the United States filed its Indictment on March 5, 2024 (Dkt. 1), and its Superseding Indictment on February 4, 2025 (Dkt. 44);

WHEREAS, Mr. Ding has filed and intends to file certain motions identified to the Court and the United States, including a motion to suppress (the "Motion to Suppress");

WHEREAS, on February 10, 2025, pursuant to the Court's February 5, 2025 Minute Order (Dkt. 46), the parties filed a Stipulation and Proposed Order setting the briefing schedule for such motions and establishing the trial date (Dkt. 47);

WHEREAS, on February 12, 2025, the Court granted-as-modified the parties' Stipulation and Proposed Order (Dkt. 51);

WHEREAS, on February 25, 2025, the Court Ordered a further modification to the parties' Stipulation and Proposed Order, adding in additional deadlines (Dkt. 55);

WHEREAS, counsel for Mr. Ding has a conflict on the modified date set for the evidentiary hearing on Mr. Ding's forthcoming Motion to Suppress—Friday, May 2—and respectfully requests that it be moved to Tuesday, May 6;

WHEREAS, the parties agree that good cause exists to move the hearing date to accommodate Mr. Ding's counsel's availability;

WHEREAS, the proposed modification will not have any effect on any other court-ordered deadline or event;

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court order that the evidentiary hearing on Mr. Ding's Motion to Suppress, to the extent such hearing is deemed necessary by the Court, be moved from Friday, May 2 to Tuesday, May 6.

**IT IS SO STIPULATED.**

1

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE
Case No. 3:24-CR-00141-VC

Respectfully submitted,

Dated: March 12, 2025

PATRICK D. ROBBINS (SBN 152288)
United States Attorney

By: /s/ *Stephen Marzen*
CASEY BOOME (NYBN 5101845)
*Casey.boom@usdoj.gov*
MOLLY PRIEDEMAN (CABN 302096)
*Molly.priedeman@usdoj.gov*
Stephen Marzen (2007094)
*Stephen.marzen@usdoj.gov*
Yifei Zheng (NYBN 5424957)
*Yifei.zheng@usdoj.gov*

Attorneys for United States of America

Dated: March 12, 2025

By: /s/ *David Rapp-Kirshner*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*

Attorneys for Defendant
LINWEI DING

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 19, 2025

_____
The Honorable Vince Chhabria
United States District Judge

2

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE
Case No. 3:24-CR-00141-VC