GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER** LLP
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>         Defendant. | Case No.  3:24-CR-00141-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LINWEI DING'S RENEWED AND AMENDED MOTION FOR A BILL OF PARTICULARS**<br><br>Courtroom:  4 (17th Floor)<br>Judge:       Hon. Vince Chhabria<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102 |

### [PROPOSED] ORDER

Upon consideration of Defendant Linwei Ding's ("Mr. Ding") Renewed and Amended Motion for a Bill of Particulars and supporting materials filed therewith, and for good cause shown, the Court **IT IS HEREBY ORDERED** that Mr. Ding's Motion is **GRANTED**.  The government shall file a Bill of Particulars providing the information requested in Mr. Ding's Motion and set forth in Attachment A to this Order within 14 days after the date of this Order.

**IT IS SO ORDERED.**

Dated:  _____, 2025

_____

HON. VINCE CHHABRIA

1

[PROPOSED] ORDER GRANTING DEFENDANT'S RENEWED AND AMENDED MOTION FOR A BILL OF PARTICULARS
Case No. 3:24-CR-00141-VC

## ATTACHMENT A

## BILL OF PARTICULARS

**Specific Facts Identifying Which Documents And Elements Therein the Government Alleges are Protectable Trade Secrets**:

1. For each of the alleged Trade Secret Categories (S.I. ¶¶ 36–42), identify each document the government claims contains or comprises a trade secret;

2. For each document identified in No. 1 to allegedly contain or comprise a trade secret, identify the specific trade secret and the specific pages, portions, diagrams, line items or text of each document that the government claims are trade secrets under 18 U.S.C. § 1839 and applicable law; and

3. To the extent the government alleges that Trade Secrets Categories Nos. 1-7 constitute combination or compilation trade secrets, identify with particularity (a) the proprietary components of the alleged combination or compilation trade secret; and (b) why the alleged combination or compilation trade secret is unique and has independent value that satisfies 18 U.S.C. § 1839 and applicable law.

2