GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:24-CR-00141-VC |
| Plaintiff, | **DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT LINWEI DING'S RENEWED AND AMENDED MOTION FOR A BILL OF PARTICULARS** |
| v. | |
| LINWEI DING, | |
| Defendant. | Date:         April 30, 2025<br>Time:         1:00 pm<br>Courtroom:  4 (17th Floor)<br>Judge:        Hon. Vince Chhabria<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

FONDO DECL. IN SUPPORT OF DEFENDANT'S RENEWED AND AMENDED MOTION FOR A BILL OF PARTICULARS
Case No. 3:24-CR-00141-VC

## **DECLARATION OF GRANT P. FONDO**

I, Grant P. Fondo, declare as follows:

1.      I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Linwei Ding ("Mr. Ding") in the above-caption action (the "Action").  I make this declaration in support of Mr. Ding's Renewed and Amended Motion for Bill of Particulars ("Motion").

2.      I have personal knowledge of the matters stated in this declaration and, if called upon to do so, I could and would competently testify to the matters set forth herein.

3.      Attached as Exhibit A is a true and correct copy of a document served to Mr. Ding's counsel "listing examples of the key documents from each trade secret category in the superseding indictment," produced with a Bates stamp as US-0074190–0074192 (the "List of 108").  The "List of 108" describes seven broad and ambiguous categories, listing the filenames of anywhere between three and twenty-seven PDFs, totaling 108 unique files, consisting of 2,473 pages.

4.      On February 18, 2025, Mr. Ding filed his Motion to Modify Protective Order (Dkt. 53) and on March 5, 2025, the government filed its Opposition (Dkt. 64).

5.      On March 11, 2025, I met and conferred with the government, who represented that: (1) the List of 108 contained and identified the entirety of the documents which the government alleges contain or compromise trade secrets that they will seek to prove at trial; and (2) it would serve a letter identifying the purported trade secrets with the same level of particularity as the bill of particulars produced in *United States v. United Microelectronics Corp.*, *et al.* ("*Fujian*"), No. 3:18-CR-00465-MMC (N.D. Cal. June 23, 2023).

6.      Attached as Exhibit B is a true and correct copy of the Bill of Particulars from *Fujian* (the "*Fujian* BoP").

7.      Attached as Exhibit C is a true and correct copy of the United States' Opposition to Amended and Renewed Bill of Particulars, *Fujian* (Dkt. 181) (the "*Fujian* Order").

1

8.      Attached as Exhibit D is a true and correct copy of the Order Granting in Part & Denying in Part Defendant's Motion for a Bill of Particulars, *Fujian* (Dkt. 188) (the "*Fujian* Opposition").

9.      As a result of our meet and confer, Mr. Ding stipulated to withdraw his original Motion for Bill of Particulars as to the identification of trade secrets (while still maintaining the Motion as to the identification of facts forming the basis of the government's Economic Espionage Act charges added with the Superseding Indictment) pending receipt of the government's promised letter, while reserving the right to renew Mr. Ding's Motion should he determine the letter to be inadequate.

10.     The government served on counsel for Mr. Ding a letter on March 19, 2025. Attached as Exhibit E is a true and correct copy of the March 19, 2025 letter from the United States and its attachment (the "Letter").

11.     Attached as Exhibit F is a true and correct copy of "PFC - Host Communication-at-2023-04-16T06_07_40Z-pinned.pdf," produced with a Bates stamp as US-0034113–0034229.

12.     Attached as Exhibit G is a true and correct copy of "Optics, Links, OCS-at-2022-06-01T18_09_50Z-pinned.pdf," produced with a Bates stamp as US-0041338–0041352.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 4, 2025, at Redwood City, California.

_____/s/_____Grant P. Fondo_____
                    Grant P. Fondo

2