# EXHIBIT E



*United States Attorney*
*Northern District of California*

*11ᵗʰ Floor, Federal Building*          *(415)436-7200*
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*          *FAX: (415)436-7234*

March 19, 2025

**BY EMAIL**

Grant Fondo, Esq.
Counsel For Defendant
Goodwin Procter LLP
601 Marshall Street
Redwood City, CA 94063

>    **Re:    United States v. Linwei Ding**
>             **CR-24-00141-VC**

Dear Mr. Fondo:

   The United States hereby provides additional information regarding Trade Secret Categories 1-7 (hereinafter Trade Secrets 1-7), as alleged in the Superseding Indictment.

1. The United States will offer evidence at trial to prove that Trade Secrets 1-7 meet the definition of "trade secret" in 18 U.S.C. § 1839(3), specifically, "all forms and types of financial, business, scientific, technical, economic, or engineering information . . . whether tangible or intangible, and whether or how stored compiled, or memorialized, physically, electronically, graphically, photographically, or in writing," and that (1) Google LLC took reasonable measures to protect Trade Secrets 1-7 and (2) each of Trade Secrets 1-7 derives independent economic value, actual or potential, from not being generally known to, and from not being readily ascertainable through proper means by, another person who can obtain economic value from the disclosure or use of the information.

2. To further show that the information in Trade Secrets 1-7 is a type of "financial, business, scientific, technical, economic, or engineering information," the United States will prove that the information in each of Trade Secrets 1-7 is the following

1

type of information, specifically identified in § 1839(3), as examples of "financial, business, scientific, technical, economic, or engineering information": (1) plans, (2) compilations,[1] (3) designs, (4) methods, (5) techniques, (6) processes, (7) procedures; or (7) codes.

3.  For Trade Secrets 1-7, the United States will argue that the collection of information in all documents (considered together) listed within each trade secret category in document US-0074190-93, provided to you on February 4, 2025, is a trade secret under 18 U.S.C. § 1839(3) for the reasons specified in paragraphs 1-2.

4.  For Trade Secrets 1-7, the United States will additionally argue that the information in each individual document (considered as a whole document) listed within each trade secret category in document US-0074190-93 as composing Trade Secrets 1-7, is a trade secret under 18 U.S.C. § 1839(3) for the reasons specified in paragraphs 1-2.

5.  For <u>Trade Secret 1</u>, the United States will additionally argue that the items specified below are each independently trade secrets under 18 U.S.C. § 1839(3) for the reasons described in paragraphs 1 and 2.

    a.  Hardware specifications detailing TPU chip architecture, including ICI (Inter-Chip-Interconnect) host communication, PCIe interfaces, and certificate signing request protocol, *see e.g.,* at **PFC - Host Communication-at-2023-04-16T06_07_40Z-pinned.pdf** at pages 6-30.

    b.  Hardware data flow, including the algorithm for ICI link state transition using a state machine, *see e.g.,* at **PFC - ICI Link Enable and Resets-at-2023-04-16T06_09_07Z-pinned.pdf** at pages 2-10.

    c.  Description of modulation scheme using non-return-to-zero and PAM4 (Pulse Amplitude Modulation with 4 levels) in ICI block of TPU chips, *see e.g.,* at **PFC - Interconnect-at-2023-04-16T06_09_20Z-pinned.pdf** at pages 11-12.

    d.  Architecture diagram of Puffylite TPU chip, *see e.g.,* **PFC - Pufferfish and Puffylite Chip Specification Overview-at-2023-04-16T06_07_48Z-pinned.pdf** at page 2.

6.  For <u>Trade Secret 2</u>, the United States will additionally argue that the items specified below are each independently trade secrets under 18 U.S.C. § 1839(3) for the reasons described in paragraphs 1 and 2.

    a.  Detailed information (diagrams and specifications regarding hardware, performance, and efficiency) about OCS (Optical Circuit Switch) usage in

---

[1] A "compilation" trade secret can include a compilation of public information or a compilation of proprietary information, including trade secrets, or a mixture of public and proprietary information.

different generations of TPU products, *see e.g.,* **Optics, Links, OCS-at-2022-06-01T18_09_50Z-pinned.pdf** at pages 9-14.

b.  Performance and cost efficiency analysis regarding different versions of Google's TPU products, *see e.g.,* **ViperLitePod System Introduction-at-2023-04-16T05_59_52Z-pinned.pdf** at pages 2-3; **ViperLitePod-at-2022-06-01T17_33_23Z-pinned.pdf** at page 3.

c.  Performance specifications for the Ghostlite TPU chip, including architectural features, peak performance, power, and chip area, *see e.g.*, at **Ghostlite-at-2022-06-01T17_33_18Z-pinned.pdf** at page 2.

d.  Physical design details of the Ghostlite TPU chip, *see e.g.*, **Ghostlite-at-2022-06-01T17_33_18Z-pinned.pdf** at pages 2-3 and 8-9.

e.  Quantity and topology of Ghostlite chips and layout of Ghostlite machine rack, *see e.g.*, **Ghostlite-at-2022-06-01T17_33_18Z-pinned.pdf** at pages 10-11.

f.  Components and diagrams of Ghostlite machine and tray**,** *see e.g.,* **Ghostlite-at-2022-06-01T17_33_18Z-pinned.pdf** at pages 12-13.

g.  Details of ViperLite machine configuration, system goals, physical structure, and rack, *see e.g.*, **ViperLite-at-2022-06-01T17_33_06Z-pinned.pdf** at pages 1-3, 12-14.

7.  For <u>Trade Secret 3</u>, the United States will additionally argue that the items specified below are each independently trade secrets under 18 U.S.C. § 1839(3) for the reasons described in paragraphs 1 and 2.

a.  Diagrams and process descriptions for ICI resilient routing system to manage OCS failure in TPU Superpods, *see e.g.,* **ICI Resilient Slice-at-2022-06-01T17_33_32Z-pinned.pdf** at pages 4-6.

8.  For <u>Trade Secret 4</u>, the United States will additionally argue that the items specified below are each independently trade secrets under 18 U.S.C. § 1839(3) for the reasons described in paragraphs 1 and 2.

a.  Diagrams detailing system topology, power consumption, and rack design for Google's GPU tray system, *see e.g.,* **BigRig-at-2022-06-01T17_21_30Z-pinned.pdf** at pages 17-18.

b.  Block diagrams of Google's custom-designed GPU machine, *see e.g.*, **AdAstra-Board-at-2022-06-01T18_16_04Z-pinned.pdf** at pages 1, 3, 4, 5; **AdAstra-Hardware-at-2022-06-01T18_15_04Z-pinned.pdf** at pages 4, 5, 9, 10, 11, 12, 13, 15, 23, 24, 29, 30, 35, 45, 47, 49.

3

    c. Network topology of Google's custom-designed GPU system, *see e.g.*, **AdAstra-NetworkTopology-at-2022-06-01T18_20_24Z-pinned.pdf** at pages 3-4, 4-6, 13-15; **AdAstra-Hardware-at-2022-06-01T18_15_04Z-pinned.pdf** at pages 15-18, 25-28, 41.

9. For <u>Trade Secret 5</u>, the United States will additionally argue that the items specified below are each independently trade secrets under 18 U.S.C. § 1839(3) for the reasons described in paragraphs 1 and 2.

    a. Diagrams detailing the software stack for control and management of a large groups of GPU machines called Superpods, s*ee e.g.*, **AdAstra-SuperpodSW-at-2022-06-01T18_18_20Z-pinned.pdf** at pages 3-6.

10. For <u>Trade Secret 6</u>, the United States will additionally argue that the items specified below are each independently trade secrets under 18 U.S.C. § 1839(3) for the reasons described in paragraphs 1 and 2.

    a. Implementation details and internal microarchitecture diagrams of Google's SmartNIC GRT (Google Reliable Transport) block, *see e.g.*, **Dorite-uArch-at-2022-06-01T18_30_23Z-pinned.pdf** at pages 7-13.

11. For <u>Trade Secret 7</u>, the United States will additionally argue that the items specified below are each independently trade secrets under 18 U.S.C. § 1839(3) for the reasons described in paragraphs 1 and 2.

    a. Software stack for implementing RDMA on GRT block, *see e.g.*, **RDMA on-NIC SW architecture.pdf** at pages 7-33.