GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWEI DING,<br><br>Defendant. | Case No.  3:24-CR-00141-VC<br><br>**DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT LINWEI DING'S MOTION TO SUPPRESS STATEMENTS AND REQUEST FOR EVIDENTIARY HEARING**<br><br>Date:        April 30, 2025<br>Time:        1:00 pm<br>Courtroom:   4 (17th Floor)<br>Judge:       Hon. Vince Chhabria<br>             450 Golden Gate Avenue<br>             San Francisco, CA 94102 |

**<u>DECLARATION OF GRANT P. FONDO</u>**

I, Grant P. Fondo, declare as follows:

1.      I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Linwei Ding ("Mr. Ding") in the above-captioned action (the "Action"). I make this declaration in support of Mr. Ding's Motion to Suppress Statements and Request for Evidentiary Hearing (the "Motion"), filed concurrently herewith.

2.      I have personal knowledge of the matters stated in this declaration and, if called upon to do so, I could and would competently testify to the matters set forth herein.

3.      The government produced two different audio recordings of the FBI's interrogation of Mr. Ding.  On April 12, 2024, the government produced an audio recording of the interrogation as "US-0002452.WAV" ("First Audio Recording").  After Defendant notified the government that the First Audio Recording seemed truncated or otherwise anomalous, the government produced another audio recording on April 1, 2025, with the file name "US-0075053.WMA" ("Second Audio Recording," (attached hereto as <u>Exhibit A</u>)).  According to the government, the First Audio Recording was made by Special Agent Sam Chen and it is a truncated version due to the recording device inadvertently being turned off or otherwise malfunctioning during the interrogation.  The government represented that the Second Audio Recording was recorded by Special Agent Gregory Toole and that it is a complete recording of the interrogation.  However, the government did not produce a transcript of either recording.  Some portions of the audio recordings are difficult to hear or otherwise completely inaudible, and thus difficult or impossible to transcribe.  Such portions are marked as "unintelligible" in the portions transcribed in the Motion.

4.      Attached as <u>Exhibit A</u> is a true and correct copy of the audio recording created by Special Agent Toole for the interrogation of Mr. Ding that took place on 01/06/2024, produced with a Bates stamp as US-0075053.

5.      Attached as <u>Exhibit B</u> is a true and correct copy of the Federal Bureau of Investigation FD-302 report dated 01/19/2024, produced with a Bates stamp as US-0001951-1956.

6.      Attached as <u>Exhibit C</u> is a true and correct copy of the Federal Bureau of Investigation FD-302 report dated 01/26/2024, produced with a Bates stamp as US-0002010-2015.

1

7.      Attached as Exhibit D is a true and correct copy of FBI Special Agent Gregory Toole's Affidavit In Support Of An Application For Search Warrant dated 01/05/2024, produced with a Bates stamp as US-0001848-1878.

8.      Attached as Exhibit E is a true and correct copy of FBI Special Agent Gregory Toole's Affidavit In Support Of An Application For Search Warrant dated 02/08/2024, produced with a Bates stamp as US-0003304-3334.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 7, 2025, in Redwood City, California.

*/s/ Grant P. Fondo*
Grant P. Fondo

DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS   Case No. 3:24-CR-00141-VC