# EXHIBIT D

## FILED UNDER SEAL