GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>LINWEI DING,<br><br>             Defendant. | Case No.  3:24-CR-00141-VC<br><br>**LINWEI DING'S NOTICE OF LODGING OF PHYSICAL EXHIBIT IN SUPPORT OF MOTION TO SUPPRESS**<br><br>Date:        April 30, 2025<br>Time:        1:00 pm<br>Courtroom:   4 (17th Floor)<br>Judge:       Hon. Vince Chhabria<br>             450 Golden Gate Avenue<br>             San Francisco, CA 94102 |

PLEASE TAKE NOTICE that Defendant Linwei Ding "Mr. Ding" hereby provides Notice of Lodging of Physical Exhibit in Support of Mr. Ding's Motion to Suppress (the "Motion"). Mr. Ding shall attach the Court's Notice of Electronic Filing of this Notice pursuant to Civil Local Rules 1-5(m) and shall present it with the exhibits to be lodged.

Mr. Ding hereby lodges the below audio recording of the FBI's January 6, 2024, interrogation of Mr. Ding, which the government produced on April 1, 2025, with a Bates stamp as US-0075053:

Attachment 1 – USB drive that contains a true and correct copy of the audio recording created by Special Agent Toole from the interrogation of Mr. Ding that took place on January 6, 2024, which the government produced with a Bates stamp as US-0075053.[1]

Dated: April 7, 2025

GOODWIN PROCTER LLP


By:  /s/ *Grant P. Fondo*
    GRANT P. FONDO (SBN 181530)
    *GFondo@goodwinlaw.com*
    DARRYL M. WOO (SBN 100513)
    *DWoo@goodwinlaw.com*
    JESSICA HUANG FUZELLIER (SBN 315208)
    *JHFuzellier@goodwinlaw.com*
    FARZAD FEYZI (SBN 343538)
    *FFeyzi@goodwinlaw.com*
    DAVID RAPP-KIRSHNER (SBN 344494)
    *DRappKirshner@goodwinlaw.com*
    NIRAV BHARDWAJ (SBN 350829)
    *NBhardwaj@goodwinlaw.com*
    **GOODWIN PROCTER LLP**
    Attorneys for Defendant
    LINWEI DING

---

[1] For the Court's convenience, in addition to a copy of the full audio recording ("US-0075053") Defendant includes on the USB drive several excerpts, spliced from the full audio recording, that Defendant cites to in his Motion.

# ATTACHMENT 1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 601 S. Figueroa Street, Suite 4100, Los Angeles, California 90017.

On April 7, 2025, I served the following documents exactly entitled:

- **Ex. A to the Declaration of Grant Fondo in Support of the Motion to Suppress: Linwei Ding's Manual Filing Notification RE Notice of Lodging of Physical Exhibit In Support of Motion to Suppress**

on the interested parties in this action by electronically transmitting true copy of the above-referenced document upon counsel for the party as listed below, following the ordinary business practice of Goodwin Procter LLP, as follows:

**VIA EMAIL TRANSMISSION:**

Casey Boome
CASEY.BOOME@USDOJ.GOV
UNITED STATES ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Molly K. Priedeman
MOLLY.PRIEDEMAN@USDOJ.GOV
UNITED STATES ATTORNEY'S OFFICE FOR THE NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street, Suite 340S
Oakland, CA 94612

Stephen Marzen
STEPHEN.MARZEN@USDOJ.GOV
Yifei Zheng
YIFEI.ZHENG@USDOJ.GOV
UNITED STATES DEPARTMENT OF JUSTICE, NATIONAL SECURITY DIVISION
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

1

☒    (E-MAIL or ELECTRONIC TRANSMISSION).  By electronic service on April 7, 2025. My electronic service address is *KTien@goodwinlaw.com*.  Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 7, 2025 at Los Angeles, California.

| Kane Tien | Kaw Ty |
|---|---|
| (Type or print name) | (Signature) |

2

PROOF OF SERVICE