UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>LINWEI DING,<br><br>             Defendant. | Case No.  3:24-CR-00141-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LINWEI DING'S MOTION TO SUPPRESS STATEMENTS AND REQUEST FOR EVIDENTIARY HEARING**<br><br>Courtroom:  4 (17th Floor)<br>Judge:        Hon. Vince Chhabria<br>                  450 Golden Gate Avenue<br>                  San Francisco, CA 94102 |

## **[PROPOSED] ORDER**

Upon consideration of Defendant Linwei Ding's ("Mr. Ding") Motion to Suppress Statements and Request for Evidentiary Hearing ("Motion to Suppress"), and for good cause shown, **IT IS HEREBY ORDERED** that Mr. Ding's Motion to Suppress is **GRANTED**.  All evidence as to statements made by Mr. Ding, and evidence resulting from the fruits of those statements, during his interrogation by law enforcement on January 6, 2024, is suppressed from use at trial.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. VINCE CHHABRIA

1