PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6627
casey.boome@usdoj.gov
molly.priedeman@usdoj.gov

STEPHEN MARZEN (NYBN 2007094)
YIFEI ZHENG (NYBN 5424957)
Trial Attorneys, National Security Division

950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Telephone: (202) 616-1051
stephen.marzen@usdoj.gov
yifei.zheng@usdoj.gov

Attorneys for United States of America

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant LINWEI DING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LINWEI DING,

Defendant.

Case No.  3:24-CR-00141-VC

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO MODIFY MOTION TO SUPPRESS BRIEFING SCHEDULE**

# [PROPOSED] ORDER

Upon consideration of the  parties' concurrently-filed Joint Stipulation to Modify Motion to Suppress Briefing Schedule and for good cause, it is hereby ORDERED that:

1.    The United States's opposition to Defendant Linwei Ding's ("Mr. Ding") Motion to Suppress (Dkt. 82) shall be filed no later than April 18, 2025;

2.    Mr. Ding's reply in support of his Motion to Suppress shall be filed no later than April 23, 2025; and

3.    All other deadlines and hearing dates related to the Motion to Suppress shall remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  __April 16_____, 2025    _____

            HONORABLE VINCE CHHABRIA
            UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY MOTION TO SUPPRESS BRIEFING SCHEDULE
Case No. 3:24-CR-00141-VC