CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6627
      casey.boome@usdoj.gov
      molly.priedeman@usdoj.gov

STEPHEN MARZEN (NYBN 2007094)
YIFEI ZHENG (NYBN 5424957)
Trial Attorneys, National Security Division

      950 Pennsylvania Avenue, N.W.
      Washington, DC 20530
      Telephone: (202) 616-1051
      stephen.marzen@usdoj.gov
      yifei.zheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 24-00141-VC |
|      Plaintiff, | ) |
| | ) **STIPULATION AND [~~PROPOSED~~] ORDER** |
|   v. | ) **EXCLUDING SPEEDY TRIAL TIME** |
| | ) |
| LINWEI DING, a.k.a Leon Ding, | ) |
| | ) |
|      Defendant. | ) |
| | ) |

Counsel for the United States and counsel for the Defendant LINWEI DING hereby stipulate and agree as follows:

1. On April 30, 2025, the Court held a hearing regarding the Defendant's Renewed and Amended Motion for a Bill of Particulars (dkt. 80) and Motion to Suppress Statements (dkts. 95; 82). In

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER
CASE NO. CR 24-00141-VC

response to the Defendant's Renewed and Amended Motion for a Bill of Particulars, the Court ordered the United States to provide additional materials to Defendant on the trade secrets charged, and on that basis denied Defendant's motion without prejudice to file another such motion (dkt. 97). The Court took Defendant's Motion to Suppress Statements under submission (dkt. 97). There are currently no further motion hearings scheduled, but the parties reserve all rights to bring further motions as needed.

2.      Trial is scheduled to commence on October 14, 2025.

3.      This is a complex case involving allegations of trade secret theft that involve sophisticated technology. The Government has produced voluminous discovery materials. Much of the discovery includes writings in Mandarin Chinese that require translation. Additionally, the technical nature of the allegations and discovery requires consultation with appropriate experts.

4.      For these reasons, the defense team requires additional time for effective preparation.

5.      Accordingly, the parties stipulate and agree through their respective counsel that the time between April 30, 2025 and October 14, 2025 should be excluded from computation under the Speedy Trial Act due to the complexity of the case and the need for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 30, 2025 to October 14, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

//

//

//

//

//

//

//

//

//

//

//

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CASE NO. CR 24-00141-VC

IT IS SO STIPULATED.

DATED: May 27, 2025

CRAIG H. MISSAKIAN
United States Attorney

/s/_____
CASEY BOOME
MOLLY K. PRIEDEMAN
Assistant United States Attorneys

STEPHEN MARZEN
YIFEI ZHENG
Trial Attorneys, National Security Division

DATED: May 27, 2025

_____/s/_____
GRANT FONDO
DARRYL M. WOO
FARZAD FEYZI
NIRAV BHARDWAJ
JESSICA HUANG FUZELLIER
DAVID RAPP-KIRSHNER
Counsel for Defendant Linwei Ding

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CASE NO. CR 24-00141-VC

[PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from April 30, 2025 to October 14, 2025 would unreasonably deny defense counsel and the Defendant the time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 30, 2025 to October 14, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the Defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 30, 2025 to October 14, 2025 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATED:  __June 4, 2025_____          _____

HON. VINCE CHHABRIA
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CASE NO. CR 24-00141-VC