CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    casey.boome@usdoj.gov
    molly.priedeman@usdoj.gov

Attorneys for United States of America

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant Linwei Ding

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>        Defendant. | Case No.  3:24-CR-00141-VC<br><br>**JOINT STIPULATION TO MODIFY DEADLINES AND SET PRETRIAL SCHEDULE** |

On July 30, 2025, the parties in the above-captioned matter appeared before the Court for a status conference. (Dkt. 112.) The Court confirmed that the scheduled jury trial in this case shall begin on Tuesday, October 14, 2025, and set aside for trial days October 14–17, 20–23, 2025, October 31, and November 3–5, 2025. Trial will not proceed on October 24–30, 2025, or on weekends. The Court advanced jury selection to begin Friday, October 10, 2025. *Id.* The Court further scheduled the pretrial conference for September 23, 2025. *Id.*

In light of the foregoing, the parties now agree and stipulate to the following pretrial schedule:

| EVENT | DATE |
| --- | --- |
| Notification of Need for Interpreter for Trial | August 25, 2025 |
| Expert Disclosures | August 26, 2025<br><br>(28 days before pretrial conference) |
| Supplemental Jury Questionnaire Questions;<br><br>Objections to Jury Questionnaire;<br><br>Exhibit Lists;<br><br>Witness Lists | September 2, 2025<br><br>(21 days before pretrial conference) |
| Discovery Cut-Off;<br><br>Pretrial Statement;<br><br>Motions in *Limine*;<br><br>*Daubert* Motions;<br><br>Arrangement of Daily Transcript or RealTime Reporting | September 9, 2025<br><br>(14 days before pretrial conference) |
| Contact Courtroom Deputy Regarding Courtroom Layout and Technology | September 15, 2025 |
| Jury Instructions;<br><br>Verdict Form;<br><br>Proposed Description of the Case; | September 16, 2025<br><br>(7 days before pretrial conference) |

1

| Individuals Involved List; Oppositions to Motions in *Limine*; Oppositions to *Daubert* Motions | |
|---|---|
| Deliver Original and Copy Trial Exhibit Sets, List of Names, Places, Uncommon Terms and Acronyms | September 18, 2025 (5 days before pretrial conference) |
| Pretrial Conference | September 23, 2025 at 1:00 p.m. |
| Jury Selection | October 10, 2025 at 10:00 a.m. |
| First Day of Trial | October 14, 2025 at 9:30 a.m. |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August 1, 2025

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

By:

 */s/ Molly K. Priedeman*
CASEY BOOME (NYBN 5101845)
*casey.boome@usdoj.gov*
MOLLY K. PRIEDEMAN (CABN 302096)
*molly.priedeman@usdoj.gov*

Attorneys for United States of America

Dated: August 1, 2025

By:  */s/ Grant P. Fondo*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*

Attorneys for Defendant
LINWEI DING

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **August 1, 2025**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **August 1, 2025**.

_/s/ Grant P. Fondo_
GRANT P. FONDO

JOINT STIPULATION TO MODIFY DEADLINES AND SET PRETRIAL SCHEDULE
Case No. 3:24-CR-00141-VC

## <u>ATTORNEY ATTESTATION</u>

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

*/s/ Grant P. Fondo*
GRANT P. FONDO

4