1 | GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
2 | FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
3 | NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
4 | **GOODWIN PROCTER LLP**
601 Marshall Street
5 | Redwood City, CA 94063
Tel: +1 650 752 3100
6 | Fax: +1 650 853 1038

7 | DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
8 | JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
9 | DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
10 | **GOODWIN PROCTER LLP**
525 Market St, 32nd Floor
11 | San Francisco, CA 94111
Tel.: +1 415 733 6000
12 | Fax: +1 415 677 9041

13 | Attorneys for Defendant
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWEI DING,<br><br>Defendant. | Case No. 3:24-CR-00141-VC<br><br>**DEFENDANT LINWEI DING'S WITNESS LIST** |

Pursuant to the Court's August 6, 2025, Order Granting Joint Stipulation to Modify Deadlines and Set Pretrial Schedule (ECF 114), Defendant Linwei Ding ("Mr. Ding") hereby submits the following list of witnesses he anticipates he may call at trial.

Mr. Ding has a constitutional right not to disclose any witness that he may call to rebut any portion of the evidence that the government may present in its case, and the failure to disclose any such witness in this filing is not a waiver of Mr. Ding's rights to call such witnesses and present their testimony. U.S. Const. amend. V & VI. Mr. Ding furthermore reserves the right to call any witness noticed by the government in its witness list.

Mr. Ding reserves his constitutional right to testify at trial in his own defense. Mr. Ding may also seek to and reserves the right to supplement or modify this list before trial as his trial preparations continue and to call additional witnesses at trial as may be necessary. In the event such a decision is made, Mr. Ding shall inform the Court and prosecution of any such changes to this list.

Without waiving the foregoing legal arguments, Mr. Ding hereby submits the following list of witnesses who he anticipates he may call at trial:

1. Shruti Arora
2. Prashant Chandra
3. Yihua Ding
4. Odette Du
5. Mark Eskridge
6. Hany Farag
7. Brad Fuller
8. Yang Gao
9. Alireza Ghaffarkhah
10. Mingfeng Gong
11. Maya Haridasan
12. Smeeta Jalan
13. Norman Jouppi

14. Mazy Ma

15. Michael Maffei

16. Neil Martin

17. Aamer Mahmood

18. Isaac Pflaum

19. James Pooley

20. Jarek Przbylowicz

21. Kamran Shafiei

22. Wei Shen

23. Matt Sparks

24. Andy Swing

25. Mukarram Tariq

26. Kexin Yang

27. Xiao Zhang

28. Yanrui Zhang

29. Jiafan Zhu

30. In the absence of stipulations, Mr. Ding anticipates calling records custodian(s) for Google, LLC.

31. Mr. Ding reserves the right to call all persons listed as inventors on the patents relied or referenced in the expert report of Daniel Sanchez.

Dated: September 2, 2025

Respectfully submitted,

GOODWIN PROCTER LLP

By: */s/   Grant P. Fondo*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*

2

| | |
|---|---|
| 1 | DAVID RAPP-KIRSHNER (SBN 344494) |
| 2 | *DRappKirshner@goodwinlaw.com*<br>NIRAV BHARDWAJ (SBN 350829) |
| 3 | *NBhardwaj@goodwinlaw.com*<br>**GOODWIN PROCTER LLP** |
| 4 | Attorneys for Defendant |
| 5 | LINWEI DING |

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 2, 2025**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 2, 2025**.

                                                          */s/ Grant P. Fondo*
                                                          Grant P. Fondo