GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market St, 32nd Floor
San Francisco, CA 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant
LINWEI DING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:24-CR-00141-VC |
| Plaintiff, | **DEFENDANT LINWEI DING'S EXHIBIT LIST** |
| v. | |
| LINWEI DING, | |
| Defendant. | |

Pursuant to the Court's August 6, 2025, Order Granting Joint Stipulation to Modify Deadlines and Set Pretrial Schedule (ECF 114), Defendant Linwei Ding ("Mr. Ding") hereby submits as **Exhibit A** the list of exhibits for use at trial.

Mr. Ding has a constitutional right not to list in this exhibit list and disclose in advance of trial any potential exhibit that he may use on cross or to rebut any portion of the evidence that the government may present in its case, and the failure to identify  any such exhibit in this filing is not a waiver of Mr. Ding's rights to use such an exhibit. U.S. Const. amend. V & VI.  Mr. Ding reserves the right to supplement or otherwise amend this Exhibit List to introduce other exhibits not listed here if such additional exhibits appear relevant to the issues raised prior to and/or during trial.  Mr. Ding furthermore reserves the right to use any exhibit on the government's exhibit list.[1]

Dated: September 2, 2025

Respectfully submitted,

GOODWIN PROCTER LLP

By: */s/       Grant P. Fondo*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant
LINWEI DING

---

[1] On August 29, 2025, one business day before the exhibit list disclosure deadline, the government served an additional 45,769 pages of discovery material. Mr. Ding expressly reserves the right to supplement the exhibit list to include any discovery that may have been included in that production.

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **September 2, 2025**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **September 2, 2025**.

*/s/ Grant P. Fondo*

Grant P. Fondo

1

CERTIFICATE OF SERVICE
Case No. 3:24-CR-00141-VC