# *EXHIBIT A*

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5000 | Goldfinch Report Evidence Sheet | US-0002854 |
| 5001 | 3/19/25 letter from counsel for Government re Trade Secret Categories 1-7 | |
| 5002 | 5/15/25 letter from counsel for Government re Trade Secret Categories 1-7 | |
| 5003 | 8/21/25 email from Google counsel attaching updated ACL Mapping | |
| 5004 | 8/1/25 ACL mapping spreadsheet | US-0095295 |
| 5005 | U.S. Department of Commerce, Office of Export Enforcement Report of Investigation | US-0003209 |
| 5006 | U.S. Department of Commerce, Office of Export Enforcement Report of Investigation | US-0003210 |
| 5007 | Google Code of Conduct, electronically signed by LD | US-0001657 |
| 5008 | Google At-Will Employment, Confidential Information, Invention Assignment and Arbitration Agreement | US-0071271 |
| 5009 | Self Deletion Affidavit of Leon Ding | US-0002559 |
| 5010 | Linwei Ding's Google Employee's Statement | US-0003293 |
| 5011 | Google Proprietary Information Obligations Checklist v. 5 | US-0001676 |
| 5012 | Google  At-Will Employment, Confidential Information, Invention Assignment and Aribitration Agreement | US-0001668 |
| 5013 | GoldFinch - Incident Report | US-0002855 |
| 5014 | Oct 24 2022 Privacy & Information Security (P&IS) (Alphabet) and (R) content doc | US-0001680 |
| 5015 | FINAL transcript 14-Aug-2023: Privacy & Information Security (P&IS) (Alphabet) and (R) | US-0001749 |
| 5016 | Final Transcript Code of Conduct Recertification (CCR) | GOOG-USVDING-00012224 |
| 5017 | Ding - Security Training Log | US-0001927 |
| 5018 | FINAL: Oct 24 2022: Privacy & Information Security (P&IS) (Alphabet) and (R) content doc | US-0071570 |
| 5019 | Overview of Ganpati groups | GOOG-USVDING-00016128 |
| 5020 | Restricted Location - Data and Systems Access Policy | GOOG-USVDING-00016132 |
| 5021 | Identity and Access Management Policy | GOOG-USVDING-00016125 |
| 5022 | Final transcript: Controlled Unclassified Information | GOOG-USVDING-00012147 |
| 5023 | FINAL Transcript: May 3 2023: Deemed Exports Overview M01 pre-M02 | GOOG-USVDING-00012109 |
| 5024 | Restricted Location traveler's checklist | GOOG-USVDING-00014461 |
| 5025 | Types of groups at Google | GOOG-USVDING-00014477 |
| 5026 | Primer content document | GOOG-USVDING-00012122 |
| 5027 | 12/7/23 email from Brad Fuller to Leon Ding and Yihua Ding | GOOG-USVDING-00014412 |
| 5028 | 12/2/23 email from Security & Privacy Team to Leon Ding | GOOG-USVDING-00014410 |
| 5029 | 12/7/23-12/8/23 messages between Brad Fuller to Leon Ding | GOOG-USVDING-00014346 |
| 5030 | 3/4/24 email from C. Boome to S. Arora and M. Maffei | GOOG-USVDING-00000547 |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5031 | 8/26/24 email from C. Boome to A. LaFramboise | GOOG-USVDING-00000830 |
| 5032 | 12/20/24 email from M. Priedeman to A. Ghaffarkhah | GOOG-USVDING-00001438 |
| 5033 | 4/24/24 email from S. Arora to C. Boome | GOOG-USVDING-00007389 |
| 5034 | 6/11/24 email from S. Arora to C. Boome | GOOG-USVDING-00008001 |
| 5035 | 4/11/24 email from S. Arora to C. Boome | GOOG-USVDING-00007344 |
| 5036 | 8/28/24 email from S. Arora to C. Boome | GOOG-USVDING-00008037 |
| 5037 | BigRig-at-2022-06-01T17_21_30Z-pinned.pdf | US-0027977 |
| 5038 | PFC - BarnaCore Instruction Set Architecture-at-2023-04-16T06_09_02Z-pinned.pdf | US-0033831 |
| 5039 | PFC - Memory System-at-2023-04-16T06_09_12Z-pinned.pdf | US-0034331 |
| 5040 | PFC - Interconnect-at-2023-04-16T06_09_20Z-pinned.pdf | US-0034285 |
| 5041 | BorgMaster-XBorg-at-2022-06-01T17_09_22Z-pinned.pdf | US-0027379 |
| 5042 | Ghostlite-at-2022-06-01T17_33_18Z-pinned.pdf | US-0021339 |
| 5043 | Code Screenshots | GOOG-USVDING-00013980 |
| 5044 | Draft Indictment | GOOG-USVDING-00001440 |
| 5045 | [Purported] Google Drive Upload Log | US-0002561 |
| 5046 | [Purported] Log of Export Activity | US-0002862 |
| 5047 | [Purported] Log of Export Activity | US-0002863 |
| 5048 | 480Q-SF-3860562_0000251_Redacted.pdf | US-0076552 |
| 5049 | 480Q-SF-3860562_0000261_Redacted.pdf | US-0076741 |
| 5050 | 480Q-SF-3860562_0000217_Redacted.pdf | US-0074505 |
| 5051 | 480Q-SF-3860562_0000272_Redacted.pdf | US-0076777 |
| 5052 | 480Q-SF-3860562_0000278_Redacted.pdf | US-0076809 |
| 5053 | 480Q-SF-3860562_0000273_Redacted.pdf | US-0076787 |
| 5054 | _GoldFinch__Santa_logs___leonding_macbookpro2.xlsx | GOOG-USVDING-00016588 |
| 5055 | _GoldFinch____Uberproxy_g3docs_logs.xlsx | GOOG-USVDING-00016589 |
| 5056 | _GoldFinch__vimes_t_ztb54utzyq___Exfil_check.xlsx | GOOG-USVDING-00016590 |
| 5057 | _GoldFinch__vimes_t_ztb54utzyq___WebProtect.xlsx | GOOG-USVDING-00016591 |
| 5058 | _GoldFinch__vimes_t_bmbipx9cnc_webprotect.xlsx | GOOG-USVDING-00016592 |
| 5059 | Image of white iPhone 13 SN N337LTDRHD | US-0075054 |
| 5060 | Image copies of Item #8, Item #9, Item #10 | US-0075055 |
| 5061 | Image copies of Item #11 Item #23 | US-0075056 |
| 5062 | Image copy of Item #7 | US-0075057 |
| 5063 | Image copy of Item #14 | US-0075058 |
| 5064 | Master Copy and Exam Archive of 1B13 | US-0075059 |
| 5065 | FFE of Item #2 Red iPhone 12 Serial # F18DK8YT0DXY | US-0075060 |
| 5066 | Master Copy of 1B18 | US-0075061 |
| 5067 | DE_01 | US-0075062 |
| 5068 | 1B1 Extraction and Processed Files | US-0075063 |
| 5069 | Master Copy of 1B1-GJ | US-0075064 |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5070 | Hard Drive containing BRG image of Mr. Ding's Google-issued Laptop | US-0076754 |
| 5071 | 480Q-SF-3860562-GJ_0000041_1A0000055_0000003.csv | US-0095776 |
| 5072 | 8/4/2025 FBI FD-1057 | US-0095890 |
| 5073 | 480Q-SF-3860562_0000295_1A0000281_0000001_Redacted.pdf | US-0095877 |
| 5074 | 480Q-SF-3860562_0000295_1A0000282_0000001_Redacted.pdf | US-0095884 |
| 5075 | Email between C. Boome, A. Valladao, G. Toole, K. Pelusi (Gov) and A. LaFramboise, M. Maffei, and S. Arora (Google) | GOOG-USVDING-00000830 |
| 5076 | Email between M. Priedeman, C. Boome, S. Marzen, A. Valladao, K. Pelusi, and G. Toole (Gov) and A. Ghaffarkhah, S. Arora (Google) | GOOG-USVDING-00001438 |
| 5077 | Email between C. Boome, A. Valladao, K. Pelusi, G. Toole (Gov) and S. Arora, M. Maffei, A. LaFramboise (Google) | GOOG-USVDING-00007389 |
| 5078 | Email between C. Boome (Gov) and S. Arora and M. Maffei (Google) | GOOG-USVDING-00008001 |
| 5079 | Email between C. Boome, K. Pelusi, A. Valladao, G. Toole (Gov) and S. Arora, M. Maffei, A. LaFramoise (Google) | GOOG-USVDING-00007344 |
| 5080 | Email between C. Boome (Gov) and S. Arora, M. Maffei, and A. LaFramboise (Google) | GOOG-USVDING-00008037 |
| 5081 | MSCA Document Access Security Overview v4.2 (TTD_3800).pdf | US-0071766 |
| 5082 - 5099 | INTENTIONALLY LEFT BLANK | |
| 5100 | U.S. Patent No. 7,046,514 (Data Center Cooling) | |
| 5101 | U.S. Patent No. 8,655,815 (Neural Processing Unit) | |
| 5102 | B4: experience with a globally-deployed software defined wan | https://dl.acm.org/doi/10.1145/2534169.2486019 |
| 5103 | ONS 2014 Keynote: Amin Vahdat, Google | https://www.youtube.com/watch?v=n4gOZrUwWmc |
| 5104 | Enter the Andromeda zone: Google Cloud Platform's latest networking stack | https://cloud.google.com/blog/products/gcp/enter-andromeda-zone-google-cloud-platforms-latest-networking-stack |
| 5105 | Large-Scale Cluster Management at Google with Borg | https://dl.acm.org/doi/abs/10.1145/2741948.2741964 |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5106 | PowerEdge R730and R730xdTechnical Guide | https://i.dell.com/sites/doccontent/shared-content/data-sheets/en/Documents/Dell-PowerEdge-R730-and-R730xd-Technical-Guide-v1-7.pdf |
| 5107 | A look inside Google's Data Center Networks | https://cloud.google.com/blog/products/gcp/a-look-inside-googles-data-center-networks |
| 5108 | Jupiter Rising: A Decade of Clos Topologies and Centralized Control in Google's Datacenter Network | https://dl.acm.org/doi/pdf/10.1145/2829988.2787508 |
| 5109 | The RISC-V Instruction Set Manual, Volume I: UserLevel ISA, Version 2.1 | https://www2.eecs.berkeley.edu/Pubs/TechRpts/2016/EECS-2016-118.pdf |
| 5110 | AMD Graphics Core Next Architecture, Generation 3 Reference Guide | https://www.amd.com/content/dam/amd/en/documents/radeon-tech-docs/instruction-set-architectures/gcn3-instruction-set-architecture.pdf |
| 5111 | U.S. Patent Pub. No. 2017/0103313 (Neural Network Processor) | |
| 5112 | RoCE vs. iWARP Competitive Analysis | https://network.nvidia.com/pdf/whitepapers/WP_RoCE_vs_iWARP.pdf |
| 5113 | U.S. Patent No. 9,836,691 (Neural Network Instruction Set Architecture) | |
| 5114 | In-Datacenter Performance Analysis of a Tensor Processing Unit | https://arxiv.org/pdf/1704.04760 |
| 5115 | Considerations for  Scaling GPU Ready Data Centers | https://www.nextdimensioninc.com/wp-content/uploads/2018/07/AI-Considerations-For-Scaling-GPU-Ready-Data-Centers-Whitepaper.pdf |
| 5116 | Computer Architecture: A Quandtitative Approach | https://acs.pub.ro/~cpop/SMPA/Computer%20Architecture,%20Sixth%20Edition_%20A%20Quantitative%20Approach%20(%20PDFDrive%20).pdf |
| 5117 | U.S. Patent No. 11,494,692 (Hyperscale Artificial Intelligence and Machine Learning Infrastructure) | |
| 5118 | Efficient Scheduling of Streams on GPGPUs | https://link.springer.com/article/10.1007/s11227-020-03209-x |
| 5119 | Nvidia PARALLEL THREAD EXECUTION ISA Application Gude | https://docs.nvidia.com/cuda/archive/11.0/pdf/ptx_isa_7.0.pdf |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5120 | NVIDIA HGX A100 Software User Guide | https://docs.nvidia.com/datacenter/tesla/hgx-software-guide/index.html |
| 5121 | Orion: Google's Software-Defined Networking Control Plane | https://storage.googleapis.com/gweb-research2023-media/pubtools/6246.pdf |
| 5122 | Ten Lessons from Three Generations Shaped Google's TPUv4i | https://ieeexplore.ieee.org/document/9499913 |
| 5123 | New Intel IPUs and Mount Evans ASIC is its First DPU Sheds x86 | https://www.servethehome.com/new-intel-ipus-and-mount-evans-asic-is-its-first-dpu-sheds-x86-arm/ |
| 5124 | IPU and Mt. Evans - Architecture Day 2021 \| Intel Technology | https://www.youtube.com/watch?v=mm-9I1l6bH0 |
| 5125 | User Manual for SuperServer® 220BT-HNTR, 220BT-HNC8R, 220BT-HNC9R | https://www.supermicro.com/manuals/superserver/2U/MNL-2321.pdf |
| 5126 | Pathways: Asynchronous Distributed Dataflow for ML | https://arxiv.org/pdf/2203.12533 |
| 5127 | TCP Congestion Control: A Systems Approach | https://tcpcc.systemsapproach.org/ |
| 5128 | Intel IPU Plans Revealed for 800Gbps IPUs in 2025 | https://www.servethehome.com/intel-ipu-plans-revealed-for-800gbps-ipus-in-2025-dpu/ |
| 5129 | Intel Unveils Infrastructure Processing Unit Roadmap; 2nd Generation to Ship in 2022 | https://download.intel.com/newsroom/2022/corporate/vision/Intel-IPU-Roadmap-Fact-Sheet.pdf |
| 5130 | New Intel Mount Evans IPU ASIC DPU at Intel Vision 2022 | https://www.servethehome.com/new-intel-mount-evans-ipu-asic-dpu-at-intel-vision-2022/ |
| 5131 | Intel Rolls Out Multi-Generation Infrastructure Processing Unit (IPU) Roadmap at Vision 2022 | https://community.intel.com/t5/Blogs/Products-and-Solutions/FPGA/Intel-Rolls-Out-Multi-Generation-Infrastructure-Processing-Unit/post/1384630 |
| 5132 | User 's Manual SuperServerSYS-1029U-T Series | https://www.supermicro.com/manuals/superserver/1U/MNL-1973.pdf |
| 5133 | Jupiter Evolving: Transforming Google's Datacenter Network via Optical Circuit Switches and Software-Defined Networking | https://storage.googleapis.com/gweb-research2023-media/pubtools/6752.pdf |
| 5134 | Mission Apollo: Landing Optical Circuit Switching at Datacenter Scale | https://arxiv.org/pdf/2208.10041 |
| 5135 | QoS-aware dynamic resource allocation with improved utilization and energy efficiency on GPU | https://www.sciencedirect.com/science/article/abs/pii/S0167819122000503?via%3Dihub |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5136 | Transform Your Business with the Next Generation of Super Computing | https://biosit.blob.core.windows.net/downloads/a/a/2/aa2f7c07-181c-4939-833d-5c3faaa0b784/white_paper_Supermicro-NVIDIA-A100-GPUs.pdf |
| 5137 | Intel and Google Cloud jointly launch data center accelerator chip | https://www.datacenterdynamics.com/en/news/intel-and-google-cloud-jointly-launch-data-center-accelerator-chip/ |
| 5138 | Concurrent kernel execution and interference analysis on GPUs using deep learning approaches | https://www.sciencedirect.com/science/article/pii/S1319157822003676?via%3Dihub |
| 5139 | Dell PowerEdge R750xaTechnical Guide | https://i.dell.com/sites/csdocuments/product_docs/en/poweredge-r750xa-technical-guide.pdf |
| 5140 | Efficient RDMA Communication Protocols | https://arxiv.org/pdf/2212.09134 |
| 5141 | U.S. Patent Pub. No. 2023/0334747 (Systems and Methods for Optimization of Graphic Processing for Machine Learning Inference) | |
| 5142 | Nvidia PARALLEL THREAD EXECUTION ISA Application Gude | https://docs.nvidia.com/cuda/archive/12.0.1/pdf/ptx_isa_8.0.pdf |
| 5143 | Dell PowerEdge R6615Technical Guide | https://www.delltechnologies.com/asset/es-es/products/servers/technical-support/poweredge-r6615-technical-guide.pdf |
| 5144 | Google Research, 2022 & beyond: ML & computer systems | https://research.google/blog/google-research-2022-beyond-ml-computer-systems/ |
| 5145 | Introducing G2 VMs with NVIDIA L4 GPUs - a cloud-industry first | https://cloud.google.com/blog/products/compute/introducing-g2-vms-with-nvidia-l4-gpus |
| 5146 | Google's Cloud TPU v4 provides exaFLOPS-scale ML with industry-leading efficiency | https://cloud.google.com/blog/topics/systems/tpu-v4-enables-performance-energy-and-co2e-efficiency-gains |
| 5147 | NVIDIA DGX SuperPOD Data Center DesignReference GuideFeaturing NVIDIA DGX H100 Systems | https://docs.nvidia.com/nvidia-dgx-superpod-data-center-design-dgx-h100.pdf |
| 5148 | Announcing A3 supercomputers with NVIDIA H100 GPUs, purpose-built for AI | https://cloud.google.com/blog/products/compute/introducing-a3-supercomputers-with-nvidia-h100-gpus |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5149 | TPU v4: An Optically Reconfigurable Supercomputer for Machine Learning with Hardware Support for Embeddings | https://arxiv.org/pdf/2304.01433 |
| 5150 | Dell PowerEdge R7525Technical Guide | https://www.delltechnologies.com/asset/da-dk/products/servers/technical-support/poweredge-r7525-technical-guide.pdf |
| 5151 | TCPDirect User Guide | https://docs.amd.com/api/khub/documents/wZFl_G52K9zsCX9vbVq~IA/content |
| 5152 | "RDNA3" Instruction Set ArchitectureReference Guide | https://www.amd.com/content/dam/amd/en/documents/radeon-tech-docs/instruction-set-architectures/rdna3-shader-instruction-set-architecture-feb-2023_0.pdf |
| 5153 | A Machine Learning Supercomputer with an Optically Reconfigurable Interconnect and Embeddings Support | https://ieeexplore.ieee.org/document/10254691 |
| 5154 | Intel® Architecture Instruction Set Extensions and Future Features | https://cdrdv2-public.intel.com/790021/architecture-instruction-set-extensions-programming-reference.pdf |
| 5155 | Running AI and ML workloads with the Cloud HPC Toolkit | https://cloud.google.com/blog/topics/hpc/cloud-hpc-toolkit-updates-to-support-ai-and-ml |
| 5156 | Users Manaual SuperServer®SYS-510P-MSYS-510P-MRSYS-510P-MR-EU | https://www.supermicro.com/manuals/superserver/1U/MNL-2267.pdf |
| 5157 | NVIDIA HGX H1008-GPU Server | https://www.amax.com/content/files/2024/08/ServMax-axg-628SL.pdf |
| 5158 | QuickSpecs  HPE Apollo 6500 Gen10 Plus System Overview HPE Apollo 6500 Gen10 Plus System | https://www.hpe.com/psnow/doc/a50002545enw |
| 5159 | "AMD Instinct MI300" Instruction Set | https://www.amd.com/content/dam/amd/en/documents/instinct-tech-docs/instruction-set-architectures/amd-instinct-mi300-cdna3-instruction-set-architecture.pdf |
| 5160 | Mount Evans IPU | https://ipdk.io/documentation/Targets/MountEvansIPU/ |
| 5161 | TPU v4 Guide | https://cloud.google.com/tpu/docs/v4 |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5162 | TPU v5e Guide | https://cloud.google.com/tpu/docs/v5e |
| 5163 | TPU v5p Guide | https://cloud.google.com/tpu/docs/v5p |
| 5164 | TPU v6e Guide | https://cloud.google.com/tpu/docs/v6e |
| 5165 | Introduction to Cloud TPUs | https://cloud.google.com/tpu/docs/intro-to-tpu |
| 5166 | TPU Architecture | https://cloud.google.com/tpu/docs/system-architecture-tpu-vm |
| 5167 | Megascale Stats Tool | https://openxla.org/xprof/megascale_stats |
| 5168 | OpenXLA | https://openxla.org/ |
| 5169 | Open Compute Project | https://www.opencompute.org/ |
| 5170 | Multiple Network Interfaces | https://cloud.google.com/vpc/docs/multiple-interfaces-concepts |
| 5171 | The Fundamentals of RDMA Programming | https://academy.nvidia.com/en/course/rdma-programming-intro/?cm=446 |
| 5172 | RDMA Aware Networks Programming User Manual | https://docs.nvidia.com/rdma-aware-networks-programming-user-manual-1-7.pdf |
| 5173 | Introduction to InfiniBand | https://network.nvidia.com/pdf/whitepapers/IB_Intro_WP_190.pdf |
| 5174 | InfiniBand Architecture Specification | https://www.infinibandta.org/ibta-specification/ |
| 5175 | NVIDIA MLNX_OFED Documentation v23.07-.0.5.1.2 | https://docs.nvidia.com/networking/display/nvidia-mlnx-ofed-documentation-v23-07-0-5-1-2.2.pdf |
| 5176 | Design and Implementation of the iWarp Protocol in Software | https://www.osc.edu/files/research/network_file/projects/iwarp/papers/dalessandro-iwarp-pdcs05.pdf |
| 5177 | Machine Learning for Systems and Systems for Machine Learning | http://learningsys.org/nips17/assets/slides/dean-nips17.pdf |
| 5178 | Open XLA project description and source code repository | https://openxla.org/xla https://github.com/openxla/xla |
| 5179 | Data Centers | https://datacenters.google/ |
| 5180 | A Domain-Specific TPU Supercomputer for Training Deep Neural Networks | https://www.youtube.com/watch?v=F6fLwGE83Cw |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5181 | The Next 100X for AI Hardware Performance Will be Harder | https://www.nextplatform.com/2023/08/29/the-next-100x-for-ai-hardware-performance-will-be-harder/#:~:text=The%20PaLM%20model%20with%20500,sustainability%2C%20and%20reliability%20really%20matter |
| 5182 | There's plenty of room at the Top: What will drive computer performance after Moore's law? | |
| 5183 | TPUv4: An optically reconfigurable supercomputer for machine learning with hardware support for embeddings | |
| 5184 | The growing challenge of semiconductor design leadership | |
| 5185 | A domain-specific supercomputer for training deep neural networks | |
| 5186 | In-datacenter performance analysis of a tensor processing unit | |
| 5187 | The design process for Google's training chips: TPUv2 and TPUv3 | https://ieeexplore.ieee.org/document/9351692 |
| 5188 | The carbon footprint of machine learning training will plateau, then shrink | |
| 5189 | Cloud Tensor Processing Units (TPUs) | https://cloud.google.com/tpu |
| 5190 | Leveraging the bfloat16 artificial intelligence datatype for higher-precision computations | |
| 5191 | Google Cloud demonstrates the world's largest distributed training job for large language models across 50000+ TPU v5e chips | https://cloud.google.com/blog/products/compute/the-worlds-largest-distributed-llm-training-job-on-tpu-v5e |
| 5192 | Google Cloud unveils world's largest publicly available ML hub with Cloud TPU v4, 90% carbon-free energy, | https://cloud.google.com/blog/products/compute/google-unveils-worlds-largest-publicly-available-ml-cluster |
| 5193 | Expanding our AI-optimized infrastructure portfolio: Introducing Cloud TPU v5e and announcing A3 GA, | https://cloud.google.com/blog/products/compute/announcing-cloud-tpu-v5e-and-a3-gpus-in-ga |
| 5194 | Announcing Cloud TPU v5e GA for cost-efficient AI model training and inference, | |
| 5195 | A graph placement methodology for fast chip design | |
| 5196 | How to scale AI training to up to tens of thousands of Cloud TPU chips with Multislice | https://cloud.google.com/blog/products/compute/using-cloud-tpu-multislice-to-scale-ai-workloads |
| 5197 | The datacenter as a computer: Designing warehouse-scale machines | |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5198 | When Push Comes To Shove, Google Invests Heavily In GPU Compute | https://www.nextplatform.com/2023/05/11/when-push-comes-to-shove-google-invests-heavily-in-gpu-compute/ |
| 5199 | NVIDIA DGX SuperPOD: Next Generation Scalable Infrastructure for AI Leadership Reference Architecture Featuring NVIDIA DGX H100, | https://docs.nvidia.com/dgx-superpod/reference-architecture-scalable-infrastructure-h100/latest/ |
| 5200 | New Amazon EC2 P5 Instances Powered by NVIDIA H100 Tensor Core GPUs for Accelerating Generative AI and HPC Applications, | https://aws.amazon.com/blogs/aws/new-amazon-ec2-p5-instances-powered-by-nvidia-h100-tensor-core-gpus-for-accelerating-generative-ai-and-hpc-applications/ |
| 5201 | The Iron That Will Drive AI At Meta Platforms | https://www.nextplatform.com/2022/10/20/the-iron-that-will-drive-ai-at-meta-platforms/ |
| 5202 | Create an A3 VM with GPUDirect-TCPX enabled | https://cloud.google.com/compute/docs/gpus/gpudirect |
| 5203 | Maximize GPU network bandwidth in Standard mode clusters | https://cloud.google.com/kubernetes-engine/docs/how-to/gpu-bandwidth-gpudirect-tcpx |
| 5204 | Device Memory TCP: Transferring data from/to device memory efficiently | https://netdevconf.info/0x17/sessions/talk/device-memory-tcp.html |
| 5205 | TCPX Receive Data Path Manager (RxDM) | https://github.com/google/tcpgpudmarxd |
| 5206 | Developing a Linux Kernel Module using GPUDirect RDMA | https://docs.nvidia.com/cuda/gpudirect-rdma/index.html |
| 5207 | AWS Nitro v5 Ups the Cloud DPU Game Again, | https://www.servethehome.com/aws-nitro-v5-ups-the-cloud-dpu-game-again/ |
| 5208 | Azure accelerated networking:{SmartNICs} in the public cloud | |
| 5209 | The next wave of Google Cloud infrastructure innovation: New C3 VM and Hyperdisk | https://cloud.google.com/blog/products/compute/introducing-c3-machines-with-googles-custom-intel-ipu |
| 5210 | 9.4 An In-depth Look at the Intel IPU E2000 | |
| 5211 | Intel® IPU E2000: A collaborative achievement with Google Cloud | https://medium.com/intel-tech/intel-ipu-e2000-a-collaborative-achievement-with-google-cloud-eb1dda8c0177 |
| 5212 | Google opens Falcon, a reliable low-latency hardware transport, to the ecosystem | https://cloud.google.com/blog/topics/systems/introducing-falcon-a-reliable-low-latency-hardware-transport |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5213 | Falcon Transport Protocol Specification, Revision 1.0 | https://www.opencompute.org/documents/falcon-spec-v1-1-pdf-1 |
| 5214 | Falcon: A Reliable and Low Latency Hardware Transport | https://drive.google.com/file/d/1Xfcz4dMNd1tUjCHxHMSG5G8DMKlw8wsF/view |
| 5215 | Falcon: A Reliable and Low Latency Hardware Transport | https://netdevconf.info/0x18/docs/netdev-0x18-paper43-talk-slides/Introduction%20to%20Falcon%20Reliable%20Transport.pdf |
| 5216 | Snap: A microkernel approach to host networking | |
| 5217 | NVIDIA Bluefield-2 DPU Datasheet | https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-2-dpu.pdf |
| 5218 | Introducing the new HB and HC Azure VM sizes for HPC, | https://azure.microsoft.com/en-us/blog/introducing-the-new-hb-and-hc-azure-vm-sizes-for-hpc/ |
| 5219 | Experiment flows and microbenchmarks for reverse engineering of branch predictor structures | https://ieeexplore.ieee.org/document/4919652 |
| 5220 | Control Flow Management in Modern GPUs | https://arxiv.org/abs/2407.02944 |
| 5221 | Swift: Delay is Simple and Effective for Congestion Control in the Datacenter | https://dl.acm.org/doi/10.1145/3387514.3406591 |
| 5222 | US 9,880,976 B2 | |
| 5223 | US 9,898,441 B2 | |
| 5224 | US 10,032,695 B2 | |
| 5225 | US 10,880,208 B1 | |
| 5226 | US 10,922,185 B2 | |
| 5227 | US 11,042,416 B2 | |
| 5228 | US 11,169,932 B2 | |
| 5229 | US 11,222,258 B2 | |
| 5230 | US 11,258,714 B1 | |
| 5231 | US 11,283,719 B2 | |
| 5232 | US 11,334,103 B2 | |
| 5233 | US 11,463,187 B2 | |
| 5234 | US 11,463,547 B2 | |
| 5235 | US 11,467,822 B2 | |
| 5236 | US 11,469,890 B2 | |
| 5237 | US 11,516,087 B2 | |
| 5238 | US 11,551,138 B2 | |
| 5239 | US 11,599,518 B2 | |
| 5240 | US 11,715,010 B2 | |
| 5241 | US 11,728,826 B2 | |
| 5242 | US 11,763,083 B2 | |
| 5243 | US 11,784,933 B2 | |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5244 | US 11,791,239 B2 | |
| 5245 | US 11,832,396 B2 | |
| 5246 | US 11,853,156 B2 | |
| 5247 | US 11,892,998 B2 | |
| 5248 | US 11,960,936 B2 | |
| 5249 | US 11,966,335 B2 | |
| 5250 | US 11,966,745 B2 | |
| 5251 | US 11,972,263 B2 | |
| 5252 | US 11,977,499 B2 | |
| 5253 | US 12,002,795 B2 | |
| 5254 | US 12,007,913 B2 | |
| 5255 | US 12,020,063 B2 | |
| 5256 | US 12,068,971 B2 | |
| 5257 | US 12,159,225 B2 | |
| 5258 | US 12,159,738 B2 | |
| 5259 | US 12,308,740 B2 | |
| 5260 | US 12,335,099 B2 | |
| 5261 | US 12,353,236 B2 | |
| 5262 | US 12,353,266 B2 | |
| 5263 | US 2021/0124795 A1 | |
| 5264 | US 2021/0232898 A1 | |
| 5265 | US 2021/0349266 A1 | |
| 5266 | US 2021/0349277 A1 | |
| 5267 | US 2021/0378106 A1 | |
| 5268 | US 2021/0399990 A1 | |
| 5269 | US 2022/0007547 A1 | |
| 5270 | US 2022/0013435 A1 | |
| 5271 | US 2022/0019869 A1 | |
| 5272 | US 2022/0051089 A1 | |
| 5273 | US 2022/0156071 A1 | |
| 5274 | US 2022/0156344 A1 | |
| 5275 | US 2022/0171605 A1 | |
| 5276 | US 2022/0172060 A1 | |
| 5277 | US 2022/0230048 A1 | |
| 5278 | US 2022/0261622 A1 | |
| 5279 | US 2022/0278766 A1 | |
| 5280 | US 2022/0366255 A1 | |
| 5281 | US 2022/0382783 A1 | |
| 5282 | US 2022/0385587 A1 | |
| 5283 | US 2023/0010897 A1 | |
| 5284 | US 2023/0015148 A1 | |
| 5285 | US 2023/0062889 A1 | |
| 5286 | US 2023/0108177 A1 | |
| 5287 | US 2023/0153116 A1 | |
| 5288 | US 2023/0222000 A1 | |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5289 | US 2023/0267172 A1 | |
| 5290 | US 2023/0297372 A1 | |
| 5291 | US 2023/0297580 A1 | |
| 5292 | US 2023/0318621 A1 | |
| 5293 | US 2023/0335928 A1 | |
| 5294 | US 2023/0336483 A1 | |
| 5295 | US 2023/0343768 A1 | |
| 5296 | US 2023/0393987 A1 | |
| 5297 | US 2023/0394082 A1 | |
| 5298 | US 2023/0418797 A1 | |
| 5299 | A Five-metal layered high-speed silicon interposer with low loss and cross-coupling | https://www.tdcommons.org/dpubs_series/3483/ |
| 5300 | Voltage Droop Mitigation Using Integrated High Density Capacitor Modules | https://www.tdcommons.org/dpubs_series/3732/ |
| 5301 | Adaptive DRAM Page Policy to Optimize for Temporal Access Locality | https://www.tdcommons.org/dpubs_series/4132/ |
| 5302 | High Bandwidth Memory (HBM) System Assembly | https://www.tdcommons.org/dpubs_series/4331/ |
| 5303 | Fiber Routing Optimization in Data Centers | https://www.tdcommons.org/dpubs_series/4478/ |
| 5304 | Integrated, Switched-Capacitor Voltage Regulator with Deep-Trench Capacitor", | https://www.tdcommons.org/dpubs_series/4916/ |
| 5305 | Proxy Mode for Accessing Input/Output Pins in Multi-Dice Silicon Modules | https://www.tdcommons.org/dpubs_series/5046/ |
| 5306 | Modular Voltage Regulator | https://www.tdcommons.org/dpubs_series/5051 |
| 5307 | On-Chip Double Data Rate Serial Bus | https://www.tdcommons.org/dpubs_series/5190/ |
| 5308 | Active Capacitors to Supply Surges in Power Demand | https://www.tdcommons.org/dpubs_series/5286/ |
| 5309 | Modular Storage Key Management for Heterogeneous Hardware and Software | https://www.tdcommons.org/dpubs_series/6184/ |
| 5310 | The Latest Research from Google | https://research.google/blog/ |
| 5311 | Google Research: Our Teams | https://research.google/teams/ |
| 5312 | Google Research, Our Approach | https://research.google/research-areas/ |
| 5313 | Google Open Source | https://opensource.google/documentation/reference/glossary |
| 5314 | Compare AWS and Azure services to Google Cloud | https://cloud.google.com/docs/get-started/aws-azure-gcp-service-comparison |
| 5315 | OpenInfra Foundation | https://openinfra.org/ |
| 5316 | Software Defined Networks: A Systems Approach | https://sdn.systemsapproach.org/index.html |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5317 | 8 Open-Source DCIM Tools | https://netboxlabs.com/blog/open-source-dcim-tools/ |
| 5318 | NVIDIA Environmental Variables | https://docs.nvidia.com/deeplearning/nccl/user-guide/docs/env.html |
| 5319 | NVIDIA: Revamping llm.c with the CUDA C++ Core Libraries (CCCL) | https://drive.google.com/drive/folders/1T-t0d_u0Xu8w_-1E5kAwmXNfF72x-HTA |
| 5320 | LLM Training in CUDA | https://github.com/gevtushenko/llm.c |
| 5321 | NVML API Reference Guide | https://docs.nvidia.com/deploy/nvml-api/nvml-api-reference.html |
| 5322 | NVIDIA Unified Fabric Manager | https://www.nvidia.com/en-us/networking/infiniband/ufm/ |
| 5323 | NVIDIA Fabric Manager | https://docs.nvidia.com/datacenter/tesla/fabric-manager-user-guide/index.html |
| 5324 | Technical Review on PyTorch 2.0 and Triton | https://www.jokeren.tech/slides/Triton_bsc.pdf |
| 5325 | Server Component Resiliency Update | https://drive.google.com/file/d/1qkvpO0PbYPdPXY7-OrQNGGxiIT2hIuEP/view |
| 5326 | NVIDIA CUDA Instruction Set Reference | https://docs.nvidia.com/cuda/cuda-binary-utilities/index.html#instruction-set-ref |
| 5327 | NVIDIA Cuda PTX ISA Release 8.5 | https://docs.nvidia.com/cuda/pdf/ptx_isa_8.5.pdf |
| 5328 | OCP Tech Week | https://drive.google.com/file/d/1kERMPlQgItAfvbga6UNO83m61i50cGIr/view?usp=drive_link |
| 5329 | NVIDIA H100 Data Sheet | https://resources.nvidia.com/en-us-hopper-architecture/nvidia-tensor-core-gpu-datasheet?ncid=no-ncid |
| 5330 | NVIDIA H100 NVL GPU: Product Brief | https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/h100/PB-11773-001_v01.pdf |
| 5331 | NVIDIA Hopper Architecture in Depth | https://developer.nvidia.com/blog/nvidia-hopper-architecture-in-depth/ |
| 5332 | NVIDIA NVLink and NVLink Switch | https://www.nvidia.com/en-us/data-center/nvlink/ |
| 5333 | CUDA Toolkit Archive | https://developer.nvidia.com/cuda-toolkit-archive |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5334 | NVIDIA: Overview of NCCL | https://docs.nvidia.com/deeplearning/nccl/user-guide/docs/overview.html |
| 5335 | NVIDIA NCCL Documentation | https://docs.nvidia.com/deeplearning/nccl/install-guide/index.html |
| 5336 | Borg, Omega, and K8S | https://web.stanford.edu/class/cs349d/docs/L03_borg-omega-k8s.pdf |
| 5337 | Borg, Omega, and Kubernetes | https://spawn-queue.acm.org/doi/10.1145/2898442.2898444 |
| 5338 | Large-Scale Cluster Management at Google with Borg | https://webusers.i3s.unice.fr/~urvoy/docs/VICC/4_vicc.pdf |
| 5339 | Google Open Source Blog: OpenXLA is available now to accelerate and simplify machine learning | https://opensource.googleblog.com/2023/03/openxla-is-ready-to-accelerate-and-simplify-ml-development.html |
| 5340 | MLIR: Scaling Compiler Infrastructure for Domain Specific Computation | https://research.google/pubs/mlir-scaling-compiler-infrastructure-for-domain-specific-computation/ |
| 5341 | Introducing Triton: Open-source GPU Programming for Neural Networks | https://openai.com/index/triton/ |
| 5342 | Kubernetes + Google: 5 lessons learned from 8+ years of containers | https://blog.linuxplumbersconf.org/2014/ocw/system/presentations/2199/original/Kubernetes%20+%20Google.pdf |
| 5343 | Open Compute Project: Server/NIC | https://www.opencompute.org/w/index.php?title=Server/NIC |
| 5344 | Software Defined Networks: A Systems Approach - Chapter 4 | https://sdn.systemsapproach.org/switch.html |
| 5345 | SmartNIC Architectures: The Future is a Portable Architecture | https://www.electronicdesign.com/markets/automation/article/21164028/xilinx-smartnic-architectures-the-future-is-a-portable-architecture |
| 5346 | Azure SmartNIC | https://www.microsoft.com/en-us/research/project/azure-smartnic/ |
| 5347 | NVIDIA Networking: Introduction to ConnectX Network Interface Cards | https://www.youtube.com/watch?v=xXXrX1CcuBw&list=PLwlHoQNhzJTqkqRc86_X-q50KJcqKZzv8&index=23 |
| 5348 | A Comprehensive Survey on SmartNICs: Architectures, Development Models, Applications, and Research Directions | https://arxiv.org/html/2405.09499v1 |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5349 | Corundrum | https://docs.corundum.io/en/latest/ |
| 5350 | Generally Available: C3 VMs with 4th Gen Intel Xeon and industry-leading price-performance | https://cloud.google.com/blog/products/compute/c3-machine-series-on-intel-sapphire-rapids-now-ga/ |
| 5351 | Titanium | https://cloud.google.com/titanium?hl=en |
| 5352 | PJRT: Simplifying ML Hardware and Framework Integration | https://opensource.googleblog.com/2023/05/pjrt-simplifying-ml-hardware-and-framework-integration.html |
| 5353 | Google Blog: TPU Software Versions | https://cloud.google.com/tpu/docs/runtimes#tensorflow-vm |
| 5354 | What's new with Google Cloud's AI Hypercomputer architecture | https://cloud.google.com/blog/products/compute/whats-new-with-google-clouds-ai-hypercomputer-architecture |
| 5355 | A New Era of Container Cluster Management with Kubernetes | https://medium.com/containermind/a-new-era-of-container-cluster-management-with-kubernetes-cd0b804e1409 |
| 5356 | Introducing Pathways: A next-generation AI architecture | https://blog.google/technology/ai/introducing-pathways-next-generation-ai-architecture/ |
| 5357 | Introduction to Kubernetes | https://docs.google.com/presentation/d/1zrfVlE5r61ZNQrmXKx5gJmBcXnoa_WerHEnTxu5SMco/edit?slide=id.g3cfa019267_4_0#slide=id.g3cfa019267_4_0 |
| 5358 | Kubernetes Concepts | https://kubernetes.io/docs/concepts/ |
| 5359 | Kubernetes Github | https://github.com/kubernetes/kubernetes |
| 5360 | TensorRT Github | https://github.com/NVIDIA/TensorRT |
| 5361 | TensorRT-LLM Github | https://github.com/NVIDIA/TensorRT-LLM |
| 5362 | GSPMD: General and Scalable Parallelization for ML Computation Graphs | https://arxiv.org/pdf/2105.04663 |
| 5363 | NVIDIA Triton Inference Server Github | https://github.com/triton-inference-server |
| 5364 | Kubernetes Scheduler | https://kubernetes.io/docs/concepts/scheduling-eviction/kube-scheduler/ |
| 5365 | OpenTPU Github | https://github.com/UCSBarchlab/OpenTPU |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5366 | PaLM: Scaling Language Modeling with Pathways | https://arxiv.org/abs/2204.02311 |
| 5367 | SIG-Network Intro & Deep-dive | https://speakerdeck.com/thockin/kubecon-eu-2020-sig-network-intro-and-deep-dive |
| 5368 | Radius Github | https://github.com/radius-project/radius |
| 5369 | Cloudstack Github | https://github.com/apache/cloudstack |
| 5370 | Slurm Github | https://github.com/SchedMD/slurm |
| 5371 | Ray Github | https://github.com/ray-project/ray |
| 5372 | Reducing Activation Recomputation in Large Transformer Models | https://arxiv.org/abs/2205.05198 |
| 5373 | MegaScale: Scaling Large Language Model Training to More than 10,000 GPUs | https://www.usenix.org/system/files/nsdi24_slides-jiang_ziheng.pdf |
| 5374 | MegaScale: Scaling Large Language Model Training to More than 10,000 GPUs | https://www.usenix.org/conference/nsdi24/presentation/jiang-ziheng |
| 5375 | Armada | https://armadaproject.io/ |
| 5376 | Gang scheduling performance benefits for fine-grain synchronization | https://www.sciencedirect.com/science/article/abs/pii/074373159290014E |
| 5377 | NVIDIA Run:ai | https://www.nvidia.com/en-us/software/run-ai/#referrer=site&domain=run-ai |
| 5378 | Simplifying multi-clusters in Kubernetes | https://www.cncf.io/blog/2021/04/12/simplifying-multi-clusters-in-kubernetes/ |
| 5379 | Multi-cluster Services | https://cloud.google.com/kubernetes-engine/docs/concepts/multi-cluster-services |
| 5380 | Patterns of Multi-Cluster Kubernetes | https://static.sched.com/hosted_files/kccncna2023/63/Patterns%20of%20Multi-Cluster%20Kubernetes.pdf |
| 5381 | Cloud Service Mesh documentation | https://cloud.google.com/service-mesh/docs |
| 5382 | About GPU Instances | https://cloud.google.com/compute/docs/gpus/about-gpus |
| 5383 | Keeping the Balance: Load Balancing Demystified | https://www.usenix.org/conference/lisa18/presentation/suriar |
| 5384 | Keeping the Balance: Load Balancing Demystified: Presentation | https://www.usenix.org/sites/default/files/conference/protected-files/lisa18_slides_suriar.pdf |
| 5385 | Andromeda: Performance, Isolation, and Velocity at Scale in Cloud Network Virtualization | https://www.usenix.org/system/files/conference/nsdi18/nsdi18-dalton.pdf |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5386 | Linux RDMA Github | https://github.com/linux-rdma |
| 5387 | OCP-NET-Falcon | https://github.com/opencomputeproject/ocp-net-falcon |
| 5388 | Announcing PSP's cryptographic hardware offload at scale is now open source | https://cloud.google.com/blog/products/identity-security/announcing-psp-security-protocol-is-now-open-source |
| 5389 | PSP Github | https://github.com/google/psp |
| 5390 | Apache AirFlow | https://airflow.apache.org/ |
| 5391 | Apache AirFlow: Documentation | https://airflow.apache.org/docs/ |
| 5392 | Argo Workflows | https://argo-workflows.readthedocs.io/en/latest/ |
| 5393 | DeepMind: Xmanager | https://storage.googleapis.com/gresearch/xmanager/deepmind_xmanager_slides.pdf |
| 5394 | Xmanager GitHub | https://github.com/google-deepmind/xmanager |
| 5395 | TensorFlow/TFX Github | https://github.com/tensorflow/tfx |
| 5396 | ML - Metadata Github | https://github.com/google/ml-metadata |
| 5397 | Kubeflow | https://www.kubeflow.org/ |
| 5398 | Kubeflow GitHub | https://github.com/kubeflow/ |
| 5399 | Inside a Google Cloud TPU Data Center | https://www.youtube.com/watch?v=FsxthdQ_sL4 |
| 5400 | AI Hypercomputer: Behind the scenes at a Google Cloud data center | https://www.youtube.com/watch?v=FsxthdQ_sL4 |
| 5401 | Cloud TPU Multislice Overview | https://cloud.google.com/tpu/docs/multislice-introduction#concepts |
| 5402 | Enabling next-generation AI workloads: Announcing TPU v5p and AI Hypercomputer | https://cloud.google.com/blog/products/ai-machine-learning/introducing-cloud-tpu-v5p-and-ai-hypercomputer |
| 5403 | TPU Presentation: University of Illinois | https://courses.grainger.illinois.edu/cs433/fa2022/projects/Google-TPU.pdf |
| 5404 | Warehouse-Scale Video Acceleration: Co-design and Deployment in the Wild | https://research.google/pubs/warehouse-scale-video-acceleration-co-design-and-deployment-in-the-wild/ |
| 5405 | In-Datacenter Performance Analysis of a Tensor Processing Unit | https://arxiv.org/ftp/arxiv/papers/1704/1704.04760.pdf |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5406 | An in-depth look at Google's first Tensor Processing Unit (TPU) | https://cloud.google.com/blog/products/ai-machine-learning/an-in-depth-look-at-googles-first-tensor-processing-unit-tpu |
| 5407 | A domain-specific supercomputer for training deep neural networks | https://dl.acm.org/doi/pdf/10.1145/3360307 |
| 5408 | Exploring the limits of concurrency in ML training on Google TPUs | https://arxiv.org/abs/2011.03641 |
| 5409 | Highly Available Data Parallel ML training on Mesh networks | https://www.arxiv.org/abs/2011.03605 |
| 5410 | A Decade of Machine Learning Accelerators: Lessons Learned and Carbon Footprint | https://chips-compilers-mlsys-22.github.io/assets/slides/10%20Lessons%204%20TPU%20gens%20+%20CO2e%2045%20minutes.pdf |
| 5411 | David Patterson: A Decade of Machine Learning Accelerators: Lessons Learned and Carbon Footprint | https://www.youtube.com/watch?v=PLK3pGELbSs |
| 5412 | Cloud TPU Pricing | https://cloud.google.com/tpu/pricing?hl=en |
| 5413 | Compute Engine pricing | https://cloud.google.com/compute/all-pricing?hl=en#accelerator-optimized |
| 5414 | Accelerate AI development with Google Cloud TPUs | https://cloud.google.com/tpu?hl=en |
| 5415 | Cloud TPU Pods break AI training records | https://cloud.google.com/blog/products/ai-machine-learning/cloud-tpu-pods-break-ai-training-records |
| 5416 | DLRM for PyTorch | https://catalog.ngc.nvidia.com/orgs/nvidia/resources/dlrm_for_pytorch |
| 5417 | Software-Hardware Co-design for Fast and Scalable Training of Deep Learning Recommendation Models | https://arxiv.org/abs/2104.05158 |
| 5418 | TPU V4 and Trends in ML Accelerator Hardware | https://www.youtube.com/watch?v=osurjQmKrys |
| 5419 | Programming ML Supercomputers: A Deep Dive on Cloud TPUs | https://www.youtube.com/watch?v=qXeGjmJQQrw |
| 5420 | Cloud TPU Pods: AI Supercomputing for Large Machine Learning Problems (Google I/O'19) | https://www.youtube.com/watch?v=kPMpmcl_Pyw |
| 5421 | Google 48V Rack Adaptation and Onboard Power Technology Update | https://www.youtube.com/watch?v=aBkz2JR4UVs |
| 5422 | Google 48V Rack Adaptation and Onboard Power Technology Update | https://146a55aca6f00848c565-a7635525d40ac1c70300198708936b4e.ssl.cf1.rackcdn.com/images/1a77e811e351c7e81b43544171be94b1de761166.pdf |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5423 | Google 48V Update: Flatbed and STC | https://www.opencompute.org/files/External-2018-OCP-Summit-Google-48V-Update-Flatbed-and-STC-20180321.pdf |
| 5424 | OpenRack/SpecsAndDesigns | https://www.opencompute.org/wiki/Open_Rack/SpecsAndDesigns |
| 5425 | DC-MHS Common Chassis Design for Differing HPM Thickness and CRPS Connector Offsets | https://drive.google.com/file/d/1NlTsRcTIoqdtSfzN7BmS0DsQmD19Oc8y/view |
| 5426 | Google Implementation of Open Rack V3 | https://drive.google.com/file/d/1gHV-OpI9Sc-efGqbUaC2YxLTZqRl12oU/view |
| 5427 | OpenRack V3 Base Specification | https://drive.google.com/file/d/1wPnOSM1N6vAekmmayJ0Xx5z4Kxr_4PKV/view |
| 5428 | Accelerator-optimized machine family | https://cloud.google.com/compute/docs/accelerator-optimized-machines |
| 5429 | Networking and GPU machines | https://cloud.google.com/compute/docs/gpus/gpu-network-bandwidth#a3_vms |
| 5430 | GPU Machine Types | https://cloud.google.com/compute/docs/gpus#h100-gpus |
| 5431 | 2022 OCP Tech Talk - Server 1 of 2 | https://www.youtube.com/watch?v=jopZUWgy48U |
| 5432 | Celestica DS5000 64X800G Switch Specification | https://www.opencompute.org/documents/celestica-ds5000-64x800gb-switch-specification1-2-pdf |
| 5433 | Hardware Management/SpecsAndDesigns | https://www.opencompute.org/wiki/Hardware_Management/SpecsAndDesigns |
| 5434 | Demystifying In-band/Out-of-band Methods for Hyperscale Fleet Management | https://drive.google.com/file/d/1DqwDaCa2SCDdepGVrNhKdJNCuFdoDsCh/view |
| 5435 | A Cloud-Optimized Transport Protocol for Elastic and Scalable HPC | https://ieeexplore.ieee.org/stamp/stamp.jsp?tp=&arnumber=9167399 |
| 5436 | Arm Architecture Reference Manual for A-profile Architecture | https://developer.arm.com/documentation/ddi0487/ja/ |
| 5437 | ASIC Design Flow | https://www.chipverify.com/verilog/asic-soc-chip-design-flow |
| 5438 | ASIC Design Flow in VLSI Engineering Services - A Quick Guide | https://www.einfochips.com/blog/asic-design-flow-in-vlsi-engineering-services-a-quick-guide/ |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5439 | Resiliency at Scale: Managing Google's TPUv4 Machine Learning Supercomputer | https://www.usenix.org/system/files/nsdi24-zu.pdf |
| 5440 | Resiliency at Scale: Managing Google's TPUv4 Machine Learning Supercomputer | https://www.usenix.org/conference/nsdi24/presentation/zu |
| 5441-5499 | INTENTIONALLY LEFT BLANK | |
| 5500 | 302 Report - Andrew Crain; Matthew Moore | US-0075146 |
| 5501 | 302 Report - Andrew Crain; Matthew Moore | US-0075145 |
| 5502 | 302 Report - Andrew Crain; Matthew Moore | US-0076552 |
| 5503 | 302 Report - Yihua Ding | US-0002019 |
| 5504 | 302 Report - Hany Farag | US-0003337 |
| 5505 | 302 Report - Alireza Ghaffarkhah | US-0003493 |
| 5506 | 302 Report - Alireza Ghaffarkhah | US-0073716 |
| 5507 | 302 Report - Alireza Ghaffarkhah | US-0073753 |
| 5508 | 302 Report - Alireza Ghaffarkhah & Prashant Chandra | US-0074062 |
| 5509 | 302 Report - Alireza Ghaffarkhah | US-0074088 |
| 5510 | 302 Report - Alireza Ghaffarkhah | US-0074048 |
| 5511 | 302 Report - Alireza Ghaffarkhah | US-0075073 |
| 5512 | 302 Report - Alireza Ghaffarkhah | US-0075069 |
| 5513 | 302 Report - Alireza Ghaffarkhah | US-0075071 |
| 5514 | 302 Report - Maya Haridasan | US-0073711 |
| 5515 | 302 Report - Smeeta Jalan | US-0073702 |
| 5516 | 302 Report - Rohit Jnagal | US-0003489 |
| 5517 | 302 Report - Yuqing Ren | US-0003487 |
| 5518 | 302 Report - Daniel Sanchez | US-0074188 |
| 5519 | 302 Report - Daniel Sanchez | US-0075075 |
| 5520 | 302 Report - Daniel Sanchez | US-0075139 |
| 5521 | 302 Report - Daniel Sanchez | US-0075142 |
| 5522 | 302 Report - Daniel Sanchez | US-0076148 |
| 5523 | 302 Report - Andy Swing & Kamran Shafiei | US-0004072 |
| 5524 | 302 Report - John Shalf | US-0073997 |
| 5525 | 302 Report - Matt Sparks | US-0003343 |
| 5526 | 302 Report - Andy Swing | US-0002414 |
| 5527 | 302 Report - Andy Swing | US-0002397 |
| 5528 | 302 Report - Andy Swing | US-0002425 |
| 5529 | 302 Report - Mukarram Tariq & Matt Linton | US-0002217 |
| 5530 | 302 Report - Mukarram Tariq | US-0074046 |
| 5531 | 302 Report - Pedro Valenzuela | US-0073697 |
| 5532 | 302 Report - Xiao Zhang | US-0006555 |
| 5533 | 302 Report - Xiao Zhang | US-0073707 |
| 5534 | 302 Report - Xiao Zhang | US-0074076 |
| 5535 | 302 Report - Jarek Przybylowicz | US-0003351 |
| 5536 | 302 Report - Report of Email from Google counsel | US-0003359 |
| 5537 | 302 Report - Review of Linwei Ding's Google employee agreements and trainings | US-0001649 |

| Exhibit # | Document Description | Bates / Citation |
|---|---|---|
| 5538 | 302 Report - Email advising Google provided documents in support of their theft of trade secret referral | US-0001924 |
| 5539 | 302 Report - Brad Fuller | US-0074507 |
| 5540 | 302 Report - Matt Linton | US-0002005 |
| 5541 | 302 Report - Matt Linton | US-0076809 |
| 5542 | James Pooley Expert Disclosure | |
| 5543 | Isaac Pflaum Expert Disclosure | |
| 5544 | Mark Eskridge Expert Disclosure | |