GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
COLETTE LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LINWEI DING,<br><br>    Defendant. | Case No.  3:24-CR-00141-VC<br><br>**DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT LINWEI DING'S MOTION *IN LIMINE* NO. 15**<br><br>Date:   September 23, 2025<br>Time:   1:00 pm<br>Courtroom: 4 (17th Floor)<br>Judge:   Hon. Vince Chhabria<br>      450 Golden Gate Avenue<br>      San Francisco, CA 94102<br><br>Filed/lodged concurrently herewith:<br><br>1. Defendant's Motion *in Limine* No. 15; and<br>2. [Proposed] Order |

DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* NO. 15
Case No. 3:24-CR-00141-VC

## DECLARATION OF GRANT P. FONDO

I, Grant P. Fondo, declare as follows:

1.     I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Linwei Ding ("Mr. Ding") in the above-captioned action (the "Action").  I make this declaration in support of Mr. Ding's Motion *in Limine* No. 15 to Exclude Documentary Evidence Discovered on his Personal Electronic Devices (the "Motion"), filed concurrently herewith

2.     I have personal knowledge of the matters stated in this declaration and, if called upon to do so, I could and would competently testify to the matters set forth herein.

3.     Attached hereto as **Exhibit A** is a true and correct copy of Ex. Nos. 1018 & 1018S.[1]

4.     Attached hereto as **Exhibit B** is a true and correct copy of Ex. Nos. 1085 & 1085S.[2]

5.     Attached hereto as **Exhibit C** is a true and correct copy of Ex. Nos. 1031 & 1031S.[3]

6.     Attached hereto as **Exhibit D** is a true and correct copy of Ex. Nos. 1024 & 1024S.[4]

7.     Attached hereto as **Exhibit E** is a true and correct copy of Ex. Nos. 1042 & 1042S.[5]

8.     Attached hereto as **Exhibit F** is a true and correct copy of Ex. Nos. 1045 & 1045S.[6]

9.     Attached hereto as **Exhibit G** is a true and correct copy of Ex. Nos. 1034 & 1034S.[7]

10.     Attached hereto as **Exhibit H** is a true and correct copy of Ex. Nos. 1035& 1035S.[8]

11.     Attached hereto as **Exhibit I** is a true and correct copy of Ex. Nos. 1036 & 1036S.[9]

12.     Attached hereto as **Exhibit J** is a true and correct copy of Ex. Nos. and 351, 352, 353, & 354.[10]

---

[1] These exhibits are BATES stamped as AML-0000081 and US-0145452, respectively.

[2] These exhibits are BATES stamped as These exhibits are BATES stamped as AML-0000457 and US-0072151, respectively.

[3] AML-0000142 and US-0095542, respectively.

[4] These exhibits are BATES stamped as AML-0000112 and US-0095453, respectively.

[5] These exhibits are BATES stamped as AML-0000363 and US-0058300, respectively.

[6] These exhibits are BATES stamped as AML-0000381 and US-0071812, respectively.

[7] These exhibits are BATES stamped as AML-0000185-223 and US-0053120-158, respectively.

[8] These exhibits are BATES stamped as AML-0000224-254 and US-0095336-65, respectively.

[9] These exhibits are BATES stamped as AML-0000255-272 and US-0095604-21, respectively.

[10] These exhibits are BATES stamped as US-0002864-66, US-0002867-69, US-0002870-72, and US-0002873-75, respectively.

1

13.    Attached hereto as **Exhibit K** is a true and correct copy of Ex. No. 329.[11]

14.    Attached hereto as **Exhibit L** is a true and correct copy of Ex. Nos. 1015 & 1015S.[12]

15.    Attached hereto as **Exhibit M** is a true and correct copy of Ex. Nos. 1049 & 1049S.[13]

16.    Attached hereto as **Exhibit N** is a true and correct copy of Ex. Nos. 1045 & 1045S.[14]

17.    Attached hereto as **Exhibit O** is a true and correct copy of Ex. Nos. 1051 & 1051S.[15]

18.    Attached hereto as **Exhibit P** is a true and correct copy of Ex. Nos. 1052 & 1052S.[16]

19.    Attached hereto as **Exhibit Q** is a true and correct copy of Ex. Nos. 323-328.[17]

20.    Attached hereto as **Exhibit R** is a true and correct copy of Ex. Nos. 330-348.[18]

21.    Attached hereto as **Exhibit S** is a true and correct copy of Ex. Nos. 1044 & 1044S.[19]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 9, 2025 in Redwood City, California.

*/s/ Grant P. Fondo*
GRANT P. FONDO

---

[11] These exhibits are BATES stamped as US-0074475, respectively.

[12] These exhibits are BATES stamped as AML-0000060 and US-0062453, respectively.

[13] These exhibits are BATES stamped as AML-0000385 and US-0071873, respectively.

[14] These exhibits are BATES stamped as AML-0000381 and US-0071812, respectively.

[15] These exhibits are BATES stamped as AML-0000423 and US-0071896, respectively.

[16] These exhibits are BATES stamped as AML-0000424 and US-0071940, respectively.

[17] These exhibits are BATES stamped as US-0071813, US-0071820, US-007182, US-0071865, US-0071869, and US-0071892, respectively.

[18] These exhibits are BATES stamped as US-0072354, US-0072356, US-0071855, US-0071859, US-0071862, US-0071863, US-0071868, US-0071870, US-007187, US-0071880, US-0071882, US-0071886, US-0071887, US-0071899, US-0071900, US-0071903, US-0071942, US-0072014, and US-0072117, respectively.

[19] These exhibits are BATES stamped as AML-0000379-380 and US-0072120, respectively.

2