# Exhibit B

> The People's Republic of China
>
> Identity Card
>
>
>
> Issuing Authority: Xicheng Branch of Beijing Public Security Bureau
>
> Valid Period: September 10, 2008 - long term

[December 06, 2022] It is only for Linwei Ding to apply for a residence permit

[Handwritten: *For Ziroom leasing use only*]

AML-0000457



US-0072151