# Exhibit C

# Potential customers of Zhisuan Technology

## Customer classification: corporate customers, government operations/computing centers, universities/research institutes

**-- Confidential**

author: Shasha Guo & Luqian Li

update: Dec 14, 2023

### I. Corporate customers

1. CenturyLink
Progress: Detailed communication with the group's senior management has been completed, and the cooperation model is being determined to promote the strategic cooperation agreement
Pain points:   Traditional operation and maintenance relies more on manpower and lacks AI computing technology
Demand: They hope to do more than just traditional data centers, but also to make efforts in the field of artificial intelligence in the future, link existing computing centers, maximize computing efficiency, improve their leasing capabilities, and increase additional revenue.

2. Baishan Cloud Technology
Progress:      A strategic cooperation agreement has been signed.
Pain point:    The strategic direction of the new senior management is large models, but there is no technology
Demand:        They need the technical side to provide a computing power of 10,000 cards.

3. Kingsoft Cloud
Progress:      The intention of cooperation has been determined, and they can provide 1000-level cards for us to do product verification.
Pain point:    Their physical layer of computing power is still isolated and cannot be linked; it is impossible to provide effective fragmented computing power in real time
Demand:        They hope to have a complete computing power interconnection platform for use.

AML-0000142

## 2. Government operation

1. Mingyue Lake International Intelligent Science and Technology Innovation Base
Progress:      Synchronous communication of funds, investment promotion, and government AI projects
Pain point:    Currently, multiple cards cannot be interconnected and used; relatively weak in AI application
Demand:        The computing power of cards such as Huawei, NVIDIA, and JD Cloud can be interconnected and used; it is hoped that a complete AI solution can be provided, including standardized AI applications and computing power heterogeneous interoperability platforms.

2. Sugon
Progress:      The communication of strategic cooperation with senior company executives is on-going.
Pain point:    There are many types of computing power center cards currently operated by Sugon, and a large number of supercomputing centers have not been effectively used; now it is planned to build a computing power mall (similar to Taobao), but it cannot solve the problem of computing power interoperability.
Demand:        They hope we can provide a computing power heterogeneous interconnection platform for all their supercomputing centers in operation to use.


## 3. Universities/research Institutes

1. Sichuan Tianfu New Area Innovation Research Institute of Southwest University of Science and Technology (customer interviews can be arranged later)
Progress:      A strategic cooperation agreement has been signed.
Pain points:   Weak in the field of AI, and also taking on the responsibilities of establishing a university computing center per the country's requirement.
Demand:        They hope that we will fully assist them in the establishment of the computing center, including the application of some scientific research projects.

AML-0000143

# 至算科技潜在客户

**客户分类：企业客户、政府运营/算力中心、高校/科研院所**

**-- Confidential** 保密
**author:** 郭莎莎&李路茜
**update:** Dec 14, 2023

## 一、企业客户
1. 世纪互联
进展：已与集团高层详细沟通，正在确定合作模式，推进战略合作协议
痛点：传统运维比较依赖人力，缺乏 AI 算力技术
需求：希望不仅仅只做传统数据中心，希望未来在人工智能领域发力，将现有的算力中心联动，算力效率最大化，提升自身的租赁能力，增加额外营收
2. 白山云科技
进展：已签订战略合作协议
痛点：新高层的战略方向为大模型，但是没有技术
需求：需要有技术方提供万卡级的算力能力
3. 金山云
进展：已确定合作意向，可提供千卡给我方做产品验证
痛点：算力物理层都还是隔离状态，无法联动；无法实时提供有效的碎片化算力
需求：希望有一套完整的算力互联互通平台，供使用

## 二、政府运营
1. 明月湖国际智能科创基地
进展：基金、招商、政府 AI 项目同步沟通
痛点：目前多家的卡无法互联互通使用；在 AI 应用侧较为薄弱
需求：华为、英伟达、京东云等卡的算力希望可以互联互通使用；希望可以提供完整的 AI 解决方案，包括标准化的 AI 应用、算力异构互通平台
2. 中科曙光
进展：与公司高层正在沟通战略合作
痛点：现中科曙光服务运营的算力中心卡的种类众多，有大量的超算中心的算力没有有效使用；现在规划建设算力商城(类似淘宝)，但无法解决算力互通的问题
需求：希望我方提供算力异构互联互通平台给到所有正在运营的超算中心使用

## 三、高校/科研院所
1. 西南科大四川天府新区创新研究院 （可后续安排客户访谈）
进展：已签订战略合作协议
痛点：在 AI 领域较薄弱，也肩负了国家需要建立高校算力中心的任务
需求：希望我方全面协助算力中心的建立，包括一些科研项目的申报