# Exhibit G

  InfiniCompute



# 2023
# MaaS-Clustering Model Service Platform

Support the technical foundation of AI large devices of 10,000 GPU scale

Presenter: InfiniCompute

Startup - Shanghai Zhisuan Technology Co., Ltd.

Obtained the seed round financing from MiraclePlus and became a key project in the autumn of 2023

Address: F1, Building 27, No. 487, Tianlin Road, Xuhui District, Shanghai

AML-0000185



AML-0000186

*PART 01*

# Market Analysis

AML-0000187

## PART 01

1. Status Quo of Foreign Products and Technologies

2. Investment in Domestic and Foreign Markets

3. Status Quo of Domestic Technologies

4. Status Quo of Domestic Deep Technologies

5. History and Future of Models

AML-0000188



# Status Quo of Foreign Products and Technologies (models and computing power are advancing in tandem)



## Foreign tech giants have entered a competition stage of large model + computing power



### Large models    Cloud services

OpenAI - ChartGPT       Microsoft - Azure

Anthropic - Claude       Google - GCP

Cohere - Coral       Amazon - AWS

The alliance between giants is a systematic competition aiming at contending for and serving application layer developers and users, as well as building an AI industry ecosystem

- Microsoft Azure: It has established a deep strategic alliance with the closed-source AI large model OpenAI, but this does not affect its cooperation with the open-source AI large models Meta/Facebook LlaMA 2.

- Alphabet/GCP: Despite the merger of DeepMind and Google Brain, Google invested 400 million US dollars in Anthropic in February 2023, acquiring about 10% of its shares and made an additional investment of 1.5 billion US dollars in October

- AWS: Amazon made an investment in Anthropic as late as late September 2023, announcing that the two parties will carry out extensive cooperation in the future to promote the development of generative AI.

- Tesla Dojo: As a leading AI giant in the real world, by August 28, 2023, it had launched a supercomputer cluster composed of 10,000 NVIDIA H100 GPUs, which will be used to train the FSD of Tesla self-driving system and various other AI applications.

In the field of AI, competition has evolved from a simple competition at the product level of large models to a competition of core basic capabilities involving large models and computing power

Honesty builds quality
Innovation leads the future
5
AML-0000189



# Investment in Domestic and Foreign Markets



### Foreign tech giants have entered a competition stage of large model + computing power

## Status Quo of Domestic Technologies (due to limited computing power, the models are numerous but not refined, extensive but not intensive)



**The overall domestic hardware and technical resources are limited. Currently, technical institutions and leading enterprises have entered the field of computing power and are chasing vigorously**



- The Artificial Intelligence Computing Center of SenseTime carries out continuous technical R&D in multiple aspects such as cluster architecture, cluster network, storage performance, and energy management in the technical fields related to computing power software platform and undertakes technological iterations and updates of large model training and inference-oriented support to back up the implementation of computing power clusters on a larger scale.

- Huawei has always been committed to building a solid computing power foundation in China, hoping to create a second choice for the world. Huawei is constantly enhancing its capability to integrate "software, hardware, chip, edge, end and cloud", creating a solid "black soil" to meet the diverse demands of various industries for AI computing power.

- At the iFlytek Spark V2.0 release conference on August 15, its full-stack AI capabilities, including underlying computing power, AI framework, training algorithms, inference capabilities, and application effectiveness, were "out of the box". Every enterprise or institution can build its own exclusive large model on this domestic large model foundation.

  Domestic hardware resources are insufficient, especially GPU, and the quality varies greatly. The management of domestic data centers is not standard and lacks a systematic management platform, making it impossible to use hardware computing power reasonably and correctly. China does not have a multi-host computing power platform and also does not have a complete LLM software system to support the computing power platform

**Computing power is the "oil" of the AI era. Major Chinese companies have successively laid out large models, and the demand for computing power has exploded exponentially. China is in urgent need for a computing power service platform that effectively supports AI models of 10,000 GPU scale**

Honesty builds quality
Innovation leads the future
7
AML-0000191



# Status Quo of Domestic Deep Technologies

InfiniCompute



## Large models have reached the level of hundreds of billions



### Stability drops

When the cluster size reaches the level of thousands or tens of thousands, stability drops sharply and training is often suspended by force.



### Unable to meet the requirements of large-scale computing power

The capacity of a single machine cannot meet the training requirements of a model with hundreds of billions of parameters. Multi-machine multi-card distributed training is needed, which leads to a bottleneck where the efficiency cannot be further improved after the accumulation of hardware resources reaches a certain amount, thus wasting a lot of computing resources.



### Lack high-speed communication between systems

The cluster of 10,000 GPUs has extremely high requirements for network, storage and communication. Communication becomes a bottleneck, and the lack of effective management can easily lead to system crashes.

The core elements of training AI = data + algorithm + computing power. The interconnection between chips has become a key point of competition among AI supercomputing companies. The computing power resources of different domestic manufacturers, architectures and specifications cannot be efficiently managed and operated, making it difficult to effectively conduct multi-machine multi-card distributed training.

**The FLOP operation of large models must reach a certain scale before the generation phenomenon occurs, as shown in the following figure:**





Honesty builds quality
Innovation leads the future

8

AML-0000192



# History and Future of Models



**Only by opening up a fertile ground for the growth of AI today, can we reap the fruits of AI tomorrow**

- We are in an era of "big data", where the verification cycle of new models and theories is significantly shortened. Meanwhile, it also requires us to have a computing platform that can process more data faster

- Every upgrade and iteration of a large model is inseparable from a significant increase in the underlying basic computing resources, including architectural update of both the hardware layer and the system layer

- There are numerous large models and variants of AI, but none of them can do without a stable, efficient and diverse computing and operation platform

| After 2025 | Larger models will appear in the future |
| --- | --- |
| 2020-2023 | Transformer (generative AI) (BERT, T5, Decoder) |
| 2012-2017 | Deep Learning (Ex. CNN, RNN) |
| 2005-2011 | Neural Network |
| 1990-2000 | Machine Learning |

**Only by strengthening the basic service platform for training and operating AI models and algorithms, can we outperform the counterparts in the rapid iteration and upgrade of AI models, empower traditional industries, and continuously embrace the changes in the world**

Honesty builds quality
Innovation leads the future

AML-0000193

PART 02

# Project Introduction

AML-0000194

## *PART 02*

### 1. Clustering Model Service (CMS) Platform

### 2. CMS Functional Architecture

### 3. CMS Advantages

### 4. Project Commercialization Steps

AML-0000195

# CMS Platform



**Create a large model training acceleration platform of 10,000 GPU scale to support enterprises to independently develop models and build their own AI applications**

SenseTime

Mature users

Industrial users

Use AI applications

Enterprise's own AI applications

Model management platform

Model framework or algorithm

Data required for model training

Self-developed AI applications

**MAAS**

**MODEL AS A SERVICE**

Enterprise's own large model or algorithm

- Integrate the heterogeneous computing resources in the hardware layer, come out with different solutions for hardware layer resources of different manufacturers or performances, resolve the domestic predicament in AI computing power, and create a large model training acceleration platform of 10,000 GPU scale

- Provide an interface for enterprises to invoke basic large models, help them complete the self-construction and deployment of large models, and empower enterprises to create AI applications

文心一格
Midjourney
OpenAI
Anthropic
OpenAI

Tuning model
Training model
Development model

Enterprise R&D

Network bandwidth | Storage device | Ordinary server | Storage device | Domestic switch | Domestic GPU or CPU | Bandwidth of domestic data centers | Other GPU or CPU

NVDIA GPU or CPU | Google TPU | Customized GPU | NVLink | Optical switch | Storage device | Heterogeneous architecture server

Honesty builds quality
Innovation leads the future

12

AML-0000196



# CMS Functional Architecture



Develop an AGI cluster platform - build a middleground that supports the GenAI back-end infrastructure and model services of 10,000 GPU scale, and the software and services for training and inference based on it

| **GEN AI** | Agent | Prompt | Chatbot | Instruct | APIs | LLM | Admin |

**Model architecture**

| TensorFlow | Pytorch | Llama | HuggingFace | JAX |
| Finetuning | PET | Serving | Training | Safety | RL |

| Model management | Data management | Model in Chinese |
| High-performance machine learning library | High-performance neural network library |

**Computing power acceleration**

| Virtualization | Docker compose | Heterogeneous computing resource management, distributed deployment, monitoring, diagnosis, scheduling | Elastic scaling of heterogeneous resources | Security protection |

**System layer**

| NVIDIA CUDA | NVIDIA DCGM | Chip device drive | NVIDIA NCCL |
| OS |

High-performance network
- RoCE RDMA
- Network management
- NVLINK OCS

High-performance storage
- Block storage
- File storage
- Object storage

**Computing node**

| Edge computing | GPUS | GPUS of IT application innovation | APU of training and inference | DPU |

Honesty builds quality
Innovation leads the future
13
AML-0000197



# CMS Advantages



## Training acceleration platform of 10,000 GPU scale, an efficient distributed AI computing power platform



### Support multiple modes

Be able of handle thousands of tasks and numerous data modes and process images and text simultaneously



### Support large models

Meet the requirements of large-scale, high-stability and high-speed communication for large model training





### Efficient computing power

Improve the high-speed network through parallel computing, large-scale optimizers, optimization of task scheduling, elimination of redundant memory, and reduction of resource consumption

### High-stability system

Solve the problem of high deployment costs and be able to automatically deploy Serving for elastic scaling to improve stability

- This platform supports Intel and ARM architecture chips as well as five kinds of domestic accelerator cards including NVDIA, Cambricon and Iluvatar CoreX, and more than three kinds of domestic frameworks. It adapts to over 150 kinds of deep learning and reinforcement learning models based on domestic accelerator cards and deep frameworks;

- When performing cross-domain automated perception and scheduling of AI operation, it can achieve cluster management and scheduling of 10,000 GPUs and 10,000 nodes, with a linear acceleration of over 80%. In terms of large model training, the platform can support distributed training of large models with over 500 billion parameters, accelerating training by more than 15% compared with mainstream deep learning frameworks, and achieving monthly stability for extremely large tasks;

- In terms of inference acceleration, the platform offers a model automatic compression toolset and heterogeneous accelerator cards to accelerate SDK and enhance the efficiency of model inference. The deployment efficiency of general-purpose open-source large models is increased by 3 to 5 times. The platform can achieve a maximum throughput speed of 1000+ on a single GPU when deploying models online, which is at the leading level in the industry;

- It supports one-click model deployment, achieves high throughput and high performance of inference services, offers elastic scalability and provides a complete O&M monitoring system.

Honesty builds quality
Innovation leads the future

14

AML-0000198



# Project Commercialization Steps

 InfiniCompute



**Step1**  **To B**

**1st  Individual enterprises**

——————————————

Find large enterprises that lack platform experience and capabilities and help them complete one-stop model platform setup services locally



**Step2**  **To B**

**2nd Enterprises in the industry**

——————————————

Clarify the multi-directional and replicable product market and deploy it on the fair cloud, provide model service interfaces to multiple enterprises or units to further reduce costs and overcome the cost burden of customization



**Step3**  **To C**

**3rd Individual people**

——————————————

Similar to the AppStore, enter an open platform, find various enterprises and individuals as customers, and expand channels

Honesty builds quality

Innovation leads the future

15

AML-0000199

*PART 03*

# Product & Technology

AML-0000200



## PART 03

### 1. Please fill in the subtitle

PRODUCT & TECHNOLOGY

AML-0000201



AML-0000202





# Related Technologies Involved

**Layer 6: ML Platform and Services (provide interfaces) - provide relevant interfaces or UI capabilities for GEN AI applications**

API, UserMgr, UI, Profile, Data, Acct, Rsrc (Mach, Net), App/Web

**Layer 5: ML Framework with modeling/snapshot (provide interfaces) - provide an open-source AI framework**

Provide models and architectures: T5, Llama, Megatron, HFace, JAX, Pathways

**Layer 4: ML Infrastructure (provide interfaces) - carry out distributed parallel computing for the preprocessing of large models and data inference tasks**

Schedule and control the tasks in Parallel and Distribution

Network control and monitor. Storage. Compute

Similar product formation forms: Spark/Flink, HDFS, K8S, Prometheus, XLA, JAX, Pathways

**Layer 3: DC software and operations - monitoring and management of computing power centers and supercalculators**

Logistics, Field Operation Flow, Drain, Monitor, Diagnosis, Repair, Turnup, Security

**Layer 2: Lower level software stack - through the efficient virtualization and containerization of hardware resources, a secure and efficient computing cluster is formed**

Cuda, Virtualization, Container, DCGM, netdev, DPDK, NCCL, IB, Kernel, Security

**Layer 1: Hardwares and HW Platforms - integration of various heterogeneous hardware resources actually involving in the operation**

Machines, Networks, Edges, GPUs, GPUs of IT application innovation, training and interference APU, SmartNIC/DPU

---

Google launched a supercomputer with 26,000 H100, accelerating the AI competition
Semiconductor Industry Observation: Cloud providers are building up a GPU army to offer more AI firepower. Today...

 Semiconductor Industry Observation

Google launched a supercomputer with 26,000 GPUs

 Ofweek - Electronic Engineering

Let's talk about the hardware structure, computing paradigm and SuperPo of Google's TPUv4 processor..

TPU v4: An Optically Reconfigurable Supercomputer for Machine Learnin...

 Zhihu

This batch of projects were all developed under the leadership of our CEO ( Linwei Ding)
 and these products are being used by the world's AI technology giants such as **Anthropic, Deepmind and Midjourney**

---

Honesty builds quality
Innovation leads the future

19

AML-0000203





# Achievable Technical Indicators

**High stability**

Stability support at all latitudes

- Detect through automation, remove improperly behaving nodes from the cluster and establish a health examination system. Use Prometheus to collect time series metric data and use Grafana for graphs, dashboards and alerts.
- Collect indicators to Prometheus of the monitoring system through dcgm-exporter.
- Track the maintenance events from upstream manufacturers, run the "pre-check" system when nodes are started, and all nodes will be added to the cluster with a "pre-check" taint and label attached.

**Support large-scale computing power**

The FLOPS of the large-scale computing power at level E is even higher

- At present, most domestic companies use open-source K8S, which can only support thousands of nodes. OpenAI has expanded the cluster to 2,500 nodes. The current computing power of Google's PaLM model has reached 1.1Exaflops, the bandwidth of all reduce has reached 1.1PB/s, and the bandwidth of Bisection has reached 24TB/s.
- It can support a supercomputer with 20,000 GPUs of 20 ExaFlops; a single machine can support 16 PetaFlops of mixed-precision computing and has 640GB of memory.

**Efficient and high-speed communication between systems**

Reduce the training of LLM from the day level to the hour level

- At present, the solution for high communication in China is that the host communicates through the TCP/IP protocol. The resulting problem is that the bandwidth is multiplexed and limited.
- Through NVIDIA GPUDirect RDMA, Peta-level non-blocking communication is achieved; through the optical circuit switch, its supercomputer can dynamically reconfigure the inter-chip connections, which helps to avoid problems and make real-time adjustments to improve performance.
- A single machine can achieve a 3200Gbps network connection with high bandwidth and low-latency. The current LLM training is reduced from the day level to the hour level.

Honesty builds quality
Innovation leads the future

20

AML-0000204



# POC (Proof of Concept) Product Interface Verification



### User system



### Chat AI



### Our fine-tuning large model



- User management
- Account permission division
- Account data management
- Account model management
- Account template management
- Account model configuration

- Chat system
- AI interface
- Summarize the model algorithm
- Modify the model algorithm
- Prompt breakdown
- Chain-of-Thought (CoT) model
- …

The large model developed by us mainly focuses on the development of the pretrained decoder model, and meanwhile develops encoder & decoder. Prepare the corresponding fine-tuning model for users to facilitate their direct use, and provide users with the corresponding API for easy access

Honesty builds quality

Innovation leads the future

21

AML-0000205

*PART 05*

# About Us

AML-0000206

## PART 05

**1. Introduction of Team Members**

**2. Cofounder's Project Experience**

**3. Detailed Description of Cofounder's Project Experience**

ABOUT US

AML-0000207



# About Us

InfiniCompute

**Linwei Ding (CEO)**

Responsible for the overall technical planning of platforms, the application of models and the operation of the company.
**Advantages:** Led multiple projects of Google. Has a grasp of all the current cutting-edge platform technologies. Has years of experience in software and hardware R&D.

**J Shao (chief scientist)**

Responsible for the company's academic research, as well as the development and application of models.
**Advantages:** Led academic research and R&D teams. Has years of experience in the R&D of videos, images and models.

**Core members**

**Jian Chen (CTO)**

Responsible for the company's project management and R&D.
**Advantages:** Years of experience in entrepreneurship and team management. Years of experience in financial and business software development.

**L Sheng (advisor)**

Currently at school, serving as the company's advisor.
**Advantages:** Long-term research on 3D vision, especially the perception, understanding and generation of 3D point clouds.

1. The team has experience in large model R&D, computing power platform development, as well as application and big data development;
2. The team has entrepreneurial experience and working experience in large domestic and foreign companies.
3. The team has experience in international advanced technology R&D in the engineering field, as well as experience in academic research.

Honesty builds quality
Innovation leads the future

24

AML-0000208





# Project Experience of Team Members

**Our team has successful project experience and product cases in the fields of large models and AI, ranging from underlying hardware to upper-layer applications.**

## Product: AI model (serving SenseTime and Google)





- ◆ SenseAtlas ultra-high-density face recognition all-in-one machine
  This product is an all-in-one machine developed in collaboration with Huawei
- ◆ 3D face recognition smart door lock solution
  Won the "2020 Industry Innovation Award"
- ◆ SenseTime industrial inspection intelligent vision platform
- ◆ Google, Deepmind model

## Product: The basic platform for large model products (serving Google)






- ◆ Google's super AI computer with 26,000 GPUs
  This product serves Anthropic and Deepmind, two of the world's top three most competitive companies
- ◆ Google TPU interconnected supercomputer
  Midjourney use this system to train its models all the time

## Project: System network and security (serving Google and Orangecharger)



- ◆ Google high-speed network, OCS, RoCE, RDMA, DPU (SmartNIC); distributed computing and storage
- ◆ Cadence Palladium system, a large parallel interconnection system similar to NVLink, features self-developed communication and network
- ◆ Privacy computing all-in-one machine, privacy computing

## Project: GPU chip hardware (serving Iluvatar and Orangecharger)





- ◆ Iluvatar CoreX BI-V100 accelerator card, supporting mainstream AI ecosystems at home and abroad and various deep learning frameworks
- ◆ Cadence Palladium® Z2 Enterprise Emulation enterprise-level hardware chips and boards
- ◆ Storage and CPU chips

Honesty builds quality
Innovation leads the future

25

AML-0000209



# AI Model Case - industry solutions for face recognition based on AI algorithms









The SenseAtlas ultra-high-density face recognition all-in-one machine has achieved a perfect integration in hardware, AI algorithms and applications. This all-in-one machine adopts the hardware technology of Huawei's Atlas platform, combines the in-depth optimization of algorithms by SenseTime for GPU acceleration, and is able to perform tasks such as face detection, tracking, key point positioning, and feature extraction with high performance.

The 3D face recognition smart door lock solution launched by SenseTime innovatively combines 3D technology with AI algorithms and integrates bionic binocular night vision cameras, low-power computing chips and other software and hardware. It not only brings higher recognition accuracy and speed, but also can adapt to various unlocking environments under different conditions.

The SenseTime Industrial Inspection Intelligent Vision Platform: In the current context where the demand for intelligence in traditional industries is constantly increasing, it empowers the rail transit industry, industrial OCR recognition, and steel inspection with AI technology, exploring the potential of AI applications and empowerment in the industrial sector.

Honesty builds quality

Innovation leads the future

26

AML-0000210



# Case of the Basic Platform for Large Models - Google's super AI computer with 26,000 GPUs

InfiniCompute

**A3 GPU VM is specifically designed to provide the training with the highest performance for today's ML workloads, equipped with modern CPU, improved host memory, next-generation NVIDIA GPU and major network upgrades. Below are the main features of A3:**

Google launched a supercomputer with 26,000 H100, accelerating the AI competition

Semiconductor Industry Observation: Cloud providers are building up a GPU army to offer more AI firepower. Today...



Semiconductor Industry Observation

Eight H100 GPUs, leveraging NVIDIA's Hopper architecture, offer three times the computing throughput

Through NVIDIA NVSwitch and NVLink 4.0, the split bandwidth among the 8 GPUs of A3 is 3.6 TB/s

Next-generation 4G Intel Xeon scalable processor

2TB host memory, via 4800 MHz DDR5 DIMM

The network bandwidth supported by Google's hardware-supported IPU, a dedicated GPU communication stack between servers, and NCCL optimization has increased by 10 times

Google launched a supercomputer with 26,000 GPUs



OFweek - Electronic Engineering

A3 GPU VM is a progress for customers to develop the most advanced ML model. By significantly accelerating the training and inference of ML models, A3 VM enables enterprises to rapidly train more complex ML models, creating opportunities for users to build large language models (LLMs) and generative AI and diffusion models to help optimize operations and maintain a leading position in the competition.

This product serves Anthropic and Deepmind, the most competitive companies in the world

Honesty builds quality
Innovation leads the future

27

AML-0000211

## Case of the Basic Platform for Large Models - Google's TPU supercomputer, outperforms NVIDIA in large model performance



Google's tensor processing unit (TPU) is a dedicated chip (ASIC) customized by the company for machine learning. The first generation was released in 2016, becoming the computing power behind AlphaGo. Compared with GPU, TPU adopts low-precision computing, significantly reducing power consumption and accelerating computing speed with almost no impact on the processing effect of deep learning. Meanwhile, TPU employs designs such as pulsating arrays to optimize matrix multiplication and convolution operations. Currently, over 90% of Google's AI training work is carried out using these chips, and TPU supports Google's major businesses, including search.

Let's talk about the hardware structure, computing paradigm and SuperPo of Google's TPUv4 processor...

Let's talk about the hardware structure, computing paradigm and SuperPod interconnection topology of Google's TPUv4 processor...

**Zhihu**

Google's TPU Supercomputer outperforms NVIDIA in large model performance. Tens of the supercomputers have been deployed: Turing Award

Three-dimensional optical path link is used.



 Synced



Since 2020, AI supercomputers based on TPU have been functioning at the data center located in Oklahoma. Google stated, **Midjourney uses this system to train its models all the time**.

Honesty builds quality
Innovation leads the future
28
AML-0000212



# System and Hardware Case - palladium system, a large parallel interconnection system





## Product Advantages

- Compared with the previous generation, the brand-new dynamic duo combination of Palladium Z2 and Protium X2 systems has doubled the capacity and increased the performance by 1.5 times.

- The Palladium Z2 hardware simulation acceleration platform, based on a brand-new custom hardware simulation processor, can provide the highest compilation speed in the industry, WYSIWYG results, and the most comprehensive pre-silicon hardware error correction function.

- The Protium X2 prototype verification system is based on the latest Xilinx UltraScale+ VU19P FPGA and provides the highest operating speed and the shortest initial startup time of pre-silicon software verification for 1-billion-gate-level chip designs.

## Customers Served

Cadence has over 30 years of professional experience in computing software and is a key leader in the electronic design industry. Based on the company's intelligent system design strategy, Cadence is committed to providing software, hardware and IP products to help turn electronic design concepts into reality. The customers of Cadence are all over the world and are among the most innovative enterprises. They deliver outstanding electronic products ranging from chips, circuit boards to systems to the most dynamic application markets such as consumer electronics, hyperscale computing, 5G communication, automobile, movement, aviation, industry and medical care.

AML-0000213



# Hardware Case - GPU chip design, compiler and architecture

InfiniCompute





The BI-V100 accelerator card is fully compatible and runs efficiently and stably on the OneFlow deep learning framework of Oneflow Technology

It completed and passed the compatibility test certification with the AI large model development system (Colossa1-AI) of Beijing Luchen Technology Co., Ltd.

## Product Advantages

■ The Iluvatar CoreX BI-V100 accelerator card is the first fully self-developed general-purpose GPU product for cloud training in China. It adopts a 7-nanometer manufacturing process and 2.5D CoWoS wafer packaging technology, integrates 24 billion transistors, supports multi-precision data type standard/mixed training, widely supports mainstream AI ecosystems and various deep learning frameworks at home and abroad, and has supported nearly one hundred customers to train more than two hundred types of models in the field of AI.

■ The BI-V100 product provides inter-chip interconnection expansion, achieves multi-dimensional technological innovation and features independent controllability, high performance, universality, flexibility, wide application coverage, predictable performance, easy migration of development and full-stack customization.

## Customers Served

About Iluvatar CoreX: Shanghai Iluvatar CoreX Semiconductor Co., Ltd. ("Iluvatar CoreX" for short) officially launched the design of general-purpose GPU products in 2018. It is the first provider of high-end general-purpose GPU chips and super computing power systems in China. The Company strives to "become an enabler of the intelligent society", sets a foothold at the demands of customers and the market and is committed to developing high-performance general-purpose GPU products that are independently controllable and internationally leading, accelerating the integration of AI computing and graphics rendering, exploring the path of catching up with and surpassing the industrial leaders of general-purpose GPU, speeding up the construction of an independent industrial ecosystem, creating a world-class computing power engine, empowering the intelligent transformation of all industries with more reliable, more efficient and greener computing power, promoting the high-quality development of Chinese digital economy, and opening a brand-new page for China to lead the world towards the metaverse and digital twins.

Honesty builds quality
Innovation leads the future

AML-0000214



# Contacts







**Linwei**
San Jose, United States



Scan the QR code to add me as a friend.

Welcome for direct communication and consultation for any questions related to technology or products

Email address: linweidiwork@gmail.com

Honesty builds quality
Innovation leads the future

31

AML-0000215

**PART 04**

# Implementation

AML-0000216



# Get to Know the Industrial Innovation Park



**Cultivate entrepreneurial forces**
**Incubate technology enterprises**
**Lead the intelligent era**



**Chongqing**



**Mission**

Build an industrial ecosystem for innovative technologies in the intelligent C-end field, integrate resources from both academia and industry, conduct in-depth research on core and common technologies at the frontier of the intelligent C-end field, provide modular technical support, promote the transformation of scientific and technological achievements in Chongqing Liangjiang New Area and the Collaborative Innovation Zone, help enterprises break through technological barriers, cultivate new functions for innovative development, stimulate innovation vitality and create a favorable ecosystem for technological innovation.

**Advantages**

Government care

Allocation of entrepreneurship mentors

Supply chain resource library

Industry-academia alliance

Fund support

Honesty builds quality
Innovation leads the future

33

AML-0000217

# Service Content of InfiniCompute - construction of the AI ecosystem link



**Build a large model service platform, contribute technical capabilities and experience, guide enterprises in AI application R&D, and participate in the construction of the AI ecosystem**

**1** Help enterprises build large models from scratch and empower them

Plan based on the hardware and data resources of the enterprise, complete the training and inference of large models as needed, and reach the commercial level

**2** Develop industrialized AI applications and services

Based on industry scenarios, provide basic computing power through which enterprises can either develop AI applications independently or under guidance

**3** Build a MaaS service platform of 10,000 GPU scale

Integrate hardware resources, computing resources and data resources on the industrial chain, upgrade the computing power service architecture, provide model service APIs externally, support the access of enterprise data and model tuning, help enterprises break through technical barriers, and share the achievements of AI development

**4** Provide customized computing power services

Customize the R&D of underlying chips and network structures according to the computing power requirements of large models to break through the domestic predicament in AI computing power

**Build an AI ecosystem together and share the achievements of AI**
From data sharing to the construction of the basic platform for computing power services; from model building to AI application service guidance, we will involve in the construction of the AI ecosystem in the full chain and share AI achievements with enterprises and governments

Road sign

1-3 months
(Can be shortened?) → Confirm cooperation

1 month → Demand research

1-2 months → Solution planning

3-6 months → Implement

Deploy Launch

3-6 months → Function expansion New plan

7*24h → Maintain and guide

Honesty builds quality
Innovation leads the future

AML-0000218

# Build an L0-Level Large Model - get the model running

 InfiniCompute

**Based on the hardware resources of the Industrial Innovation Park, customize a L0-level large model solution**

**L1 industry large model layer**

| Recommend | Search | Dialogue | Translation | Remote sensing |
|---|---|---|---|---|

**Industry application empowerment layer**

| City management | Power inspection | E-commerce search | Smart breeding |
|---|---|---|---|

**L0 basic large model layer**

| Visual large model | Large model for NLP | Large model for graph network | Multimodal large model | Large model for scientific counting |
|---|---|---|---|---|

**Basic algorithm platform layer**

| Computer vision processing | Natural language processing | Multimodal processing |
|---|---|---|

Open-source algorithm framework OPT, BLOOM, LLaMA, GLM

Development platform: Model training, inference, compression and management

**Data layer**

Multi-source training data are desensitized, cleaned and platformized

Evaluation data and annotations are shared

**Computing power acceleration layer**

| Integration of heterogeneous computing resources | Heterogeneous computing resource management, distributed deployment, monitoring, diagnosis and scheduling | Microservice architecture |
|---|---|---|

**Underlying service support layer**

| Chip | Server | Storage service | Communication network |
|---|---|---|---|

HUAWEI · nVIDIA

Government and enterprise data →

Evaluation of the large model

Open-source community

Note: L0 basic large model solution does not include this content

## Implementation steps:

- 1. Firstly, conduct a thorough investigation of the hardware resources, equipment and computing power of the Industrial Innovation Park
- 2. Evaluate the volume of training data, annotation conditions, and the database of expected data
- 3. Demand research and definition of basic large models
- 4. Plan the solution, including planning of hardware deployment, planning of the network architecture, and planning of the whole large model service platform
- 5. Conduct R&D, implementation, deployment and operation according to the planned solution

Honesty builds quality
Innovation leads the future

35

 AML-0000219



# Develop a Large Model for the Industry to Empower SMEs - promoting the transformation of scientific and technological achievements

InfiniCompute

### Large model providers collaborate with vertical industries to develop industry large models, which empower enterprise's AI applications

**Vertical industries train industry models on the model service platform**

1. Enterprises fine-tune the basic large model on the model service platform using proprietary data according to specific business scenarios, forming a large model for the industry or multiple small models based on actual business.
2. During the pre-training stage, enterprises incorporate data from the enterprises of vertical industries. Pre-training and instruction fine-tuning are carried out alternately to enhance the model's ability to express, understand, transfer and generalize industry knowledge.


**Cooperation mode 1**


**Cooperation mode 3**

**Vertical industries provide data to model service providers**

1. The enterprise hands over the data to the basic large model for retraining;
2. After the industry model is optimized to the ideal level, work such as knowledge distillation, quantification, and migration for specific scenarios to reduce the model scale is carried out;
3. The model service provider subsequently will fine-tune the model and carry out cloud-edge-end deployment.

> An enterprise with insufficient experience and ability in training models can be guided by the model service provider

**R&D of AI applications for SMEs**

1. The model service provider provides trained industry models or small model API for actual businesses;
2. Let the SMEs without a budget for model building invoke the API to complete the R&D of AI applications for their own enterprises;
3. Assist enterprises without AI application R&D capabilities in completing the AI application R&D of their own enterprises.

**Cooperation mode 2**

> There is a risk of data leakage. If there is government endorsement and guarantee, this risk is controllable

> Not only provide the API needed by enterprise AI, but also assist enterprises in developing AI applications

Honesty builds quality
Innovation leads the future

36

AML-0000220



# Respond to Demands and Discuss Business Cooperation Models - grow together, co-win in the future



**Settle in Chongqing to help the rapid construction of the AI large model in Mingyuehu, Chongqing and empower SMEs**

### Policy and Resource Demands 1

In terms of the demand for computing power, we hope that the funds can be provided to basic computing power resources to meet our training needs for large models.

A memorandum of cooperation or a strategic cooperation agreement can be signed at the beginning stage of the project when the funds have not yet been in place.

We hope that the government will provide a 500-square-meter carrier in the first phase and the rent will be waived in the first three years according to the government policy.

Before the funds are secured,  research institutions, universities or IT technicians can be provided to assist us in the development and training of large models.



### Fund and Project Demands 2

Have opportunities to participate in the AI large model projects of Liangjiang New Area and even the Chongqing Government and enjoy priority in government projects.

Accelerate the implementation of application scenarios and hope to incorporate into the project industrial chain of the Collaborative Innovation Center. In related AI large model projects, Shanghai Zhisuan will participate with priority.

We hope to connect with more relevant government units and enterprises to assist the implementation of projects.

In terms of equity investment or policy subsidy funds, 50 million is required. If the financial support can be accelerated, the funds can be allocated in batches.

Honesty builds quality
Innovation leads the future
27
AML-0000221



# Appendix: Introduction to the Frameworks of Foreign Open-source Large Models (Linwei)





**(I)** Phi-1.5

Click here to add text. Click here to add text. Click here to add text. Click here to add text. Click here to add text



**(II)** Llama2 series models

Click here to add text. Click here to add text. Click here to add text. Click here to add text. Click here to add text



**(III)** Falcon180B

Click here to add text. Click here to add text. Click here to add text. Click here to add text. Click here to add text



**(IV)** CodeLlama-34B

Click here to add text. Click here to add text. Click here to add text. Click here to add text. Click here to add text



**InfiniCompute**

# That's all for the report.
# Thank you for listening!



Startup - Shanghai Zhisuan Technology Co., Ltd.

Obtained the seed round financing from MiraclePlus and became a key project in the autumn of 2023

Address: F1, Building 27, No. 487, Tianlin Road, Xuhui District, Shanghai

AML-0000223



# 2023
# MaaS-大模型服务平台

支持万卡级别的AI大装置技术底座

汇报人：至算科技

初创公司 - 上海至算科技有限公司
获得奇绩创投种子轮融资成为2023秋季的重点项目
地址：上海市徐汇区田林路487号27号楼1层



US-0053120



US-0053121



# 市场分析

MARKET ANALYSIS

US-0053122

PART 01

1. 国外产品与技术现状
2. 国内外市场投入
3. 国内技术现状
4. 国内深层技术现状
5. 模型历史与未来



US-0053123



InfiniCompute

# 国外产品与技术现状 （模型与算力齐头并进）

## 国外科技巨头已进入大模型+算力竞争阶段



**大模型**　　**云服务**

OpenAI - ChartGPT　　Microsoft - Azure

Anthropic - Claude　　Google - GCP

Cohere - Coral　　Amazon - AWS

强强联合，是为争夺与服务应用层开发者与使用者，以及构建AI产业生态的系统性竞争

- 微软云Azure：与闭源AI大模型OpenAI已建立深度战略联盟，但不影响与开源AI大模型Meta/Facebook LlaMA 2合作。

- Alphabet/谷歌云GCP：虽然有DeepMind与谷歌大脑合并，谷歌在2023年2月投资Anthropic 4亿美元，获得Anthropic约10%股份，在10月份又对其追加15亿投资

- 亚马逊云AWS：亚马逊才在2023年9月下旬向Anthropic进行投资，宣布双方将在未来展开广泛合作，推动生成式AI发展。

- 特斯拉Dojo：作为现实世界AI巨头，在2023年8月28日，已上线1万块英伟达H100 GPU组成的超级计算机集群，将用于训练特斯拉自动驾驶系统FSD与其他各种AI应用。

**在AI方面竞争，已从单纯大模型的产品层竞争，进入大模型+算力的核心基础能力竞争**

US-0053124





# 国内外市场投入

## 国外科技巨头已进入大模型+算力竞争阶段

US-0053125



**InfiniCompute**

# 国内技术现状 （算力受限，"百模"应用多而不精广而不深）

## 国内整体硬件及技术资源受限，当前科技单位、头部企业入局算力发展，奋起直追



■ 商汤科技人工智能计算中心在算力软件平台相关技术领域，持续对集群架构、集群网络、存储性能、能源管理等多方面开展技术攻关，对于大模型训练与推理定向支持等开展技术迭代更新，以支撑更大规模的算力集群落地。

■ 华为一直致力于打造中国坚实的算力底座，希望为全球构建第二选择。华为不断提升"软硬芯边端云"的融合能力，做出厚实的"黑土地"，以满足各种行业的多样化人工智能算力需求。

■ 8月15日的讯飞星火V2.0发布会上，其底层算力、AI框架、训练算法、推理能力、应用成效等全栈AI能力"开箱即用"，每一家企业或机构都能在这一国产大模型底座上构建自家的专属大模型。

国内硬件资源不足，尤其是GPU，而且质量参差不齐；国内的数据中心管理不正规，缺乏系统管理平台，没办法合理和正确的使用硬件算力；国内没有multi-host的算力平台，而且没有全套LLM的软件系统支持算力平台

**算力是 AI 时代的"石油"，中国大厂相继布局大模型，算力需求呈指数级爆发，国内亟需一个有效支持万卡级AI模型的算力服务平台**

诚信铸就品质　创新引领未来

7

US-0053126



# 国内深层技术现状

**InfiniCompute**

## 大模型已经达到千亿级别






### 稳定性下降
稳定性下降 当集群规模达到上千或上万级别时，稳定性会急剧下降，训练经常被迫暂停。

### 无法满足大规模的算力
单台机器的能力无法满足千亿参数模型的训练需求，需要多机多卡分布式训练，带来硬件资源堆砌到达一定数量后效率无法进一步提升的瓶颈，浪费了大量计算 资源。

### 缺乏系统间高速通信
万卡集群对于网络、存储和通信有极高的要求，通信成为瓶颈，缺乏有效管理容易 导致宕机。

训练AI核心要素 = 数据 + 算法 + 算力 芯片间互联已成为AI超算公司之间竞争的 关键点。国内不同厂商、不同架构、多种规格的算力资源无法被高效管理和运行，导致多机多卡分布式训练难以有效进行。

**大模型的FLOP运算必须达到一定规模，才会产生生成现象，如下图：**



US-0053127



# 模型历史与未来

InfiniCompute

**在今天为AI开辟一方生长沃土，才能在明天收获AI的硕果**

- 我们处在了一个"大数据"时代，新模型、新理论的验证周期会大大缩短，同时也要求我们有能更快、处理更多数据的计算平台

- 每一次大模型的升级和迭代都离不开底层基础计算资源的大大提升，这包括硬件层，也包括系统层的架构更新

- AI各种大模型及变种众多，但都离不开一个稳定、高效、多元的计算和运行平台

| 时间 | 技术 |
|---|---|
| 2025年以后 | 未来会出现更大模型 |
| 2020年-2023年 | Transformer (生成式AI) (BERT, T5, Decoder) |
| 2012年-2017年 | Deep Learning （深度学习） (Ex. CNN, RNN) |
| 2005年-2011年 | Neural Network （神经网络） |
| 1990年-2000年 | Machine Learning (机器学习) |

**只有筑牢训练、运行AI模型及算法的基础服务平台，才能让我们在AI模型快速迭代升级中跑赢同行，为传统行业赋能，持续拥抱这个世界的变化**

US-0053128



# 项目介绍

PROJECT INTRODUCTION

US-0053129



PART 02

1. 大模型服务平台 Clustering Model Serice
2. CMS功能架构
3. CMS优势
4.项目商业化步骤

PROJECT INTRODUCTION

US-0053130

InfiniCompute

# 大模型服务平台 Clustering Model Serice (CMS)

## 打造出万卡级别的大模型训练加速平台，支持企业自研发模型，也支持企业自建AI应用

商汤科技

成熟用户

使用AI应用

产业用户

企业自有的AI应用

模型管理平台

模型框架或算法

训练模型所需数据

自研AI应用

**MAAS**

**MODLE AS A SERVICE**

企业自有的大模型或算法

- ■ 整合硬件层的异构计算资源，针对不同厂商或性能的硬件层资源有不同的解决方案，打破国内AI算力困境，打造出万卡级别的大模型训练加速平台

- ■ 为企业提供调用基础大模型的接口，帮助企业完成大模型自建及部署，为企业打造AI应用赋能

调优模型
训练模型
开发模型

企业研发

文心一格
AI艺术和创意辅助平台

Midjourney

OpenAI

Anthropic

OpenAI



| 网络带宽 | 存储设备 | 普通服务器 | 存储设备 | 国产的交换机 | 国产的GPU或CPU |
| --- | --- | --- | --- | --- | --- |
| | | | | 国内机房的带宽 | 其他GPU或CPU |

| NVDIA的GPU或CPU | 定制化的GPU | NVLink | 光交换机 | 存储设备 | 异构架构服务器 |
| --- | --- | --- | --- | --- | --- |
| Google的TPU | | | | | |

诚信铸就品质　创新引领未来

12

US-0053131



# CMS功能架构

InfiniCompute

**研发AGI集群平台——打造支持万卡级别的GenAI后端基础架构与模型服务中台，和基于它的训练与推理的软件与服务**

| GEN AI | Agent | Prompt | Chatbot | Instruct | APIs | LLM | Admin |
|---|---|---|---|---|---|---|---|

**模型架构**

| TensorFlow | Pytorch | Llama | HuggingFace | JAX |
|---|---|---|---|---|
| Finetuning | PET | Serving | Training | Safety | RL |

| 模型管理 | 数据管理 | 中文模型 |
|---|---|---|
| 高性能机器学习库 | | 高性能神经网络库 |

**算力加速**

| 虚拟化 | 容器编排 | 异构计算资源管理、分布式部署、监控、诊断、调度、 | 异构资源弹性伸缩 | 安全防护 |
|---|---|---|---|---|

**系统层**

| NVIDIA CUDA | NVIDIA DCGM | 芯片设备驱动 | NVIDIA NCCL |
|---|---|---|---|
| 操作系统 | | | |

**高性能网络**
- RoCE RDMA
- 网络管理
- NVLINK OCS

**高性能存储**
- 块存储
- 文件存储
- 对象存储

**计算节点**

| 边缘计算 | GPUS | 信创GPUS | 训练与推理APU | 数据处理器DPU |
|---|---|---|---|---|

US-0053132





# CMS优势

## 万卡级别训练加速平台，高效的分布式人工智能算力平台

### 支持多模态

能够处理数千个任务和众多数据模式，同时处理图像和文本

### 支持大模型

满足大模型训练的大规模、高稳定性、高速通信的需求



### 高效的算力

通过并行计算、大规模优化器、优化任务调度、消除冗余内存、降低资源消耗，提升高速网络等方式

### 高稳定系统

解决高部署成本问题，并且可以自动部署Serving，弹性扩缩容，以提高稳定性

- 该平台支持Intel与ARM架构芯片以及NVDIA、寒武纪、天数智芯等5种国产加速卡，超3种以上国产框架，实现了基于国产加速卡与深度框架的150多种深度学习与强化学习模型的适配；

- 在AI作业跨域自动化感知调度时，可实现万卡、万级节点集群管理调度，线性加速80%以上。在大模型训练上，平台可支持超5000亿参数规模的大模型分布式训练，较主流深度学习框架训练加速超15%，超大任务达到月级别的稳定性；

- 在推理加速上，平台提供模型自动压缩工具集，提供异构加速卡加速SDK，提升模型推理效率，通用开源大模型部署效率提升3-5倍，平台上线部署模型最高可达到单GPU 1000+ 的吞吐速度，处于行业领先水平；

- 支持模型一键部署，实现推理服务高吞吐高性能，并弹性扩缩容，并提供完整的运维监控体系。

US-0053133



# 项目商业化步骤





**Step1** **To B**

**1st 单个企业**

──────────────

找到没有平台经验和能力的大企业，帮他们在本地完成一站式的模型平台搭建服务



**Step2** **To B**

**2nd 行业内企业**

──────────────

明确多方向和可复制的产品市场，部署到公允云上，向多个企业或单位提供模型服务接口，进一步降低成本，克服定制化的成本负担



**Step3** **To C**

**3rd 面向个人**

──────────────

类似AppStore，进入到开放式的平台，寻找各种企业和个人作为客户，拓宽渠道

US-0053134



# 产品&技术

DEVELOPMENT PROSPECT

US-0053135



**1.《麻烦帮着填好副标题》**

DEVELOPMENT PROSPECT

US-0053136



# 产品架构

InfiniCompute

**AI应用层**

用户接口

| 聊天AI | 健身、旅行计划定制 | 设计图转代码 |
| 绘画AI | 食材、穿搭智能推荐 | 外文翻译与解读 |

管理员接口

| 权限管理 | 数据训练 |
| 模型调优 | 算力资源管理 |

**模型接口层**

| LLaMA | HuggingFace等开源的大模型 | BERT类模型 | 机器学习 | Agent | 微调/参数高效调节 |

**模型处理层**

模型训练

| 高性能机器学习库 | 高性能神经网络库 | 中文模型 |
| 模型管理 | 数据管理 | 机器学习框架 |

数据推理

| 大量推理 | AI加速框架 |
| 自动推理 | 视觉推理 |

**算力整合层**

| 异构计算资源整合 | 异构计算资源管理、分布式部署、监控、诊断、调度 | 微服务架构 | 持续集成框架 | 第三方中间件 |

**系统基础层**

| NVIDIA并行计算架构 | GPU集群的一体化 | NVIDIA GPU多卡通信框架 | NFS/HDFS/CEPH存储系统 | 高性能网络驱动 | 容器化平台 |
| 操作系统 | 虚拟化 | 硬件设备驱动 | 安全软件系统 |

**硬件资源层**

计算资源

| CPU | 训练与推理APU |
| GPUS | 数据处理器DPU |
| 信创GPUS | 边缘计算、超算 |

网络资源

| RDMA的以太网卡 | 专线网络带宽 |
| NVLINK交换机 | 路由器 |
| 网络节点管理 | 安全防火墙 |

存储资源

| 块存储 | 数据中心 |
| 文件储存 | 文件服务器 |
| 对象存储 | 硬盘 |

US-0053137

 

# 涉及相关技术

**Layer 6:** ML Platform and Services (提供接口) ——提供GEN AI应用的相关接口或UI能力
API, UserMgr, UI, Profile, Data, Acct, Rsrc (Mach, Net), App/Web

**Layer 5:** ML Framework with modeling/snapshot (提供接口) ——提供开源的AI框架
提供模型与架构：T5, Llama, Megatron, HFace, JAX, Pathways

**Layer 4:** ML Infrastructure (提供接口) ——对大模型的预处理和数据推理任务进行分布式并行计算
Schedule and control the tasks in Parallel and Distribution
Network control and monitor. Storage. Compute
类似的产品组建形态：Spark/Flink, HDFS, K8S, Prometheus, XLA，JAX, Pathways

**Layer 3:** DC softwares and operations—— 对算力中心和超级计算器的监测和管理
Logistics, Field Operation Flow, Drain, Monitor, Diagnosis, Repair, Turnup, Security

**Layer 2:** Lower level software stack ——通过对硬件资源的效虚拟化、容器化，让其形成安全高效的计算集群
Cuda, Virtualization, Container, DCGM, netdev, DPDK, NCCL, IB, Kernel, Security

**Layer 1:** Hardwares and HW Platforms——实际参与运算的各种异构的硬件资源整合
Machines, Networks, Edges, GPUs, 信创GPUs, 训练与推理APU，SmartNIC/DPU



谷歌推拥有26000个H100的超算，加速AI军备竞赛
半导体行业观察：云提供商正在组建 GPU 大军，以提供更多的 AI 火力。在今...
半导体行业观察



谷歌推出有26000个GPU的超级计算机
维科网电子工程



谈谈Google TPUv4处理器的硬件结构、计算范式与SuperPo...
TPU v4: An Optically Reconfigurable Supercomputer for Machine Learnin...
知乎

该批项目均由我司CEO( Linwei Ding) 带队完成研发，这些产品正在被世界AI科技巨头公司 **Anthropic、Deepmind、Midjourney** 所使用

US-0053138



# 可达到的技术指标

InfiniCompute

## 支持大规模算力

### 大规模算力E级FLOPS甚至更高

- 国内目前大部分公司都是用开源的 K8S，仅能够支持上千节点。OpenAI已经将 集群扩展到 2500 个 节点，谷歌的 PaLM 模型目前的算 力到1.1Exaflops，all reduce带宽达 到1.1PB/s，Bisection带宽达到 24TB/s。
- 能够支持20 ExaFlops的2万块 GPU的超级计算机；单机器可以支 持16 PetaFlops的混合精度计算，拥有 640GB的内存。

## 高稳定性

### 各个纬度的稳定性支持

- 通过自动化来检测，从集群中移除行为 不当的节点并建立健康检查系统。使用 Prometheus 收集时间序列度量数据，并使用 Grafana 进行图形、仪表板和警报。
- 通过 dcgm-exporter将指标收集到监控系统Prometheus中。
- 跟踪来自上游厂商的维护事件，在 节点启动时运行"预检"系统，所 有节点都会附带一个"预检"污点 和标签加入集群。

## 系统间高效高速通信

### 将LLM的训练从天级降到小时级

- 目前国内在高通信的方案是主机通过TCP/IP协议进行通信，所产生问题是带宽被复用而且带宽有限；
- 通过NVIDIA GPUDirect RDMA ,实现Peta级别的无阻塞通信；通过光电路交换机，其超级计算机可以动态重新配置芯片间连接，有助于避免出现问题并实时 调整以提高性能。
- 单台机器可以达到3200Gbps的高带宽低延迟网络连接。将目前的LLM的训练从天级别降到小时级别。

US-0053139



# POC(概念验证)产品接口验证

InfiniCompute

### 用户系统



### 聊天AI



### 我司微调大模型



- 用户管理
- 账户权限划分
- 账户数据管理
- 账户模型管理
- 账户模版管理
- 账户模型配置

- 聊天系统
- AI接口
- 总结模型算法
- 修饰模型算法
- Prompt拆解
- 思维链模型（chain）
- ...

我司研发的大模型—主要侧重于对 pretrained decoder 模型的开发，同时 研发 encoder & decoder。为用户准备 好相应的 fine tuning 模型，便于用户直 接使用，为用户提供相应的API便于访问

诚信铸就品质　创新引领未来  21

US-0053140





ABOUT US

US-0053141



*PART 05*

**1.团队成员介绍**
**2.Cofounder项目经验**
**3.Cofounder项目经验详述**

A B O U T   U S

US-0053142



# 团队介绍

InfiniCompute

**Linwei Ding（CEO）**

负责总体的平台技术规划以及模型的应用，以及公司运营。

**优势**：领导过Google多个项目。对目前尖端平台技术均有掌握。多年软件及硬件研发经验。

**J Shao（首席科学家）**

负责公司学术研究，以及模型的研发与应用。

**优势**：领导过学术研究及研发团队。多年的视频、图像及模型的研发经验。

**Jian Chen（CTO）**

负责公司项目管理及研发。

**优势**：多年创业和团队管理经验。多年金融和商务软件开发经验。

## 核心成员

**L Sheng (顾问)**

目前在校，担任公司顾问。

**优势**：长期研究三维视觉，特别是面向三维点云的感知、理解和生成。

**1、** 团队有大模型研发经验，算力平台开发经验，以及应用和大数据开发经验；

**2、** 团队有创业经历和国内外大厂的工作经历；

**3、** 团队有工程领域的国际先进技术研发及管理经验，也有学术研究经验。

诚信铸就品质 创新引领未来

24

US-0053143

 

# 团队成员项目经验

**我公司团队在大模型、AI领域从底层硬件到上层应用都有成功的项目经验和产品案例。**

## 产品：AI模型（服务于商汤科技、谷歌）



- ◆ SenseAtlas超高密人脸识别一体机
  *该产品与华为合作打造的一体机*
- ◆ 3D人脸识别智能门锁解决方案
  *获得"2020年度行业创新 奖"*
- ◆ 商汤工业检测智能视觉平台
- ◆ 谷歌, Deepmind模型

## 产品：大模型产品的基础平台（服务于谷歌）

  

- ◆ Google 26000个GPU的超级AI计算机
  *该产品服务于世界最具竞争力的前三家*
  *企业中的Anthropic和Deepmind*
- ◆ Google TPU 互联超级计算机
  *Midjourney 一直在使用该系统训练其模型*

## 项目：系统网络与安全（服务于谷歌、橙电）



- ◆ 谷歌高速网络, OCS, RoCE, RDMA, DPU(SmartNIC)；分布式计算与存储
- ◆ 楷登电子Palladium系统，大型的并行互联系统，类NVLink，自研通信和网络
- ◆ 隐私计算一体机，隐私计算

## 项目：GPU芯片类硬件（服务于天数、橙电）

  

- ◆ 数智芯天垓100加速卡，支持国内外主流AI生态和各种深度学习框架
- ◆ 楷登电子Palladium® Z2 Enterprise Emulation 企业级硬件芯片和板子
- ◆ 存储和CPU芯片

US-0053144



# AI模型案例—基于AI算法的人脸识别行业解决方案









SenseAtlas超高密人脸识别一体机，在硬件、AI算法以及应用方面 实现了完美结合。该一体机采用华为Atlas平台硬件技术，结合商汤科技在算法上针 对GPU加速的深度优化，能够高性能地执行人脸检测、跟踪、关键点定位、特征提 取等任务。

商汤科技所推出的3D人脸识别智能门锁解决方案创新地将3D技术与AI算法相结 合，并集合仿生双目夜视摄像头、低功耗计算芯片等软硬件于一体，不仅带 来更高的识别精度和速度，还能适应各种不同条件的解锁环境。

商汤工业检测智能视觉平台·在传统产业智能化需求不断提升的当下，以AI技术赋能轨道交通行业、工业OCR识别和钢铁检测等领域，探索工业领域的A应用与赋能潜力。



# 大模型基础平台案例—谷歌2.6万个GPU的超级AI计算机


InfiniCompute


谷歌推拥有26000个H100的超算，加速AI军备竞赛

半导体行业观察：云提供商正在组建 GPU 大军，以提供更多的 AI 火力。在今…



半导体行业观察

谷歌推出有26000个GPU的超级计算机



维科网电子工程

**A3 GPU VM 专门为当今的 ML 工作负载提供最高性能的训练，配备现代 CPU、改进的主机内存、下一代 NVIDIA GPU 和主要网络升级。以下是 A3 的主要特点：**

8 个 H100 GPU，利用 NVIDIA 的 Hopper 架构，提供 3 倍的计算吞吐量

通过 NVIDIA NVSwitch 和 NVLink 4.0，A3 的 8 个 GPU 之间的对分带宽为 3.6 TB/s

下一代第 4 代英特尔至强可扩展处理器

2TB 主机内存，通过 4800 MHz DDR5 DIMM

由谷歌支持硬件的 IPU、专门的服务器间 GPU 通信堆栈和 NCCL 优化提供支持的网络带宽增加 10 倍

A3 GPU VM 是客户开发最先进的 ML 模型的一个进步。通过显著加快 ML 模型的训练和推理，A3 VM 使企业能够快速训练更复杂的 ML 模型，为使用的客户创造机会来构建大型语言模型 (LLM)、生成 AI 和扩散模型，以帮助优化运营并在竞争中保持领先地位。

**该产品服务于世界最具竞争力的企业Anthropic和Deepmind**    **ANTHROP\C**    DeepMind

US-0053146



# 大模型基础平台案例—谷歌TPU超算，大模型性能超英伟达

InfiniCompute

谷歌张量处理器（tensor processing unit，TPU）是该公司为机器学习定制的专用芯片（ASIC），第一代发布于 2016 年，成为了 AlphaGo 背后的算力。与 GPU 相比，TPU 采用低精度计算，在几乎不影响深度学习处理效果的前提下大幅降低了功耗、加快运算速度。同时，TPU 使用了脉动阵列等设计来优化矩阵乘法与卷积运算。当前，谷歌 90% 以上的人工智能训练工作都在使用这些芯片，TPU 支撑了包括搜索的谷歌主要业务。



谈谈Google TPUv4处理器的硬件结构、计算范式与SuperPo...

谈谈Google TPUv4处理器的硬件结构、计算范式与SuperPod互连拓扑－－部...

知乎

谷歌TPU超算，大模型性能超英伟达，已部署数十台：图灵奖...

用上了三维光路链接。



机器之心



自 2020 年以来，基于 TPU 的 AI 超算一直在位于俄克拉荷马州的数据中心发挥作用。谷歌表示，**Midjourney 一直在使用该系统训练其模型**。

US-0053147



# 系统与硬件案例——Palladium系统，大型的并行互联系统

InfiniCompute



## 产品优势

- 对比上一代，全新的Palladium Z2和Protium X2系统动力双剑（dynamic duo）组合将容量提高2倍，性能提高1.5倍。
- Palladium Z2硬件仿真加速平台基于全新的自定制硬件仿真处理器，可以提供业界最快的编译速度，结果所见即所得，以及最全面的硅前硬件纠错功能。
- Protium X2原型验证系统基于最新的Xilinx UltraScale+ VU19P FPGA，为10亿门级别的芯片设计提供硅前软件验证的最高运行速度和最短的初始启动时间。

## 服务客户

Cadence 在计算软件领域拥有超过 30 年的专业经验，是电子设计产业的关键领导者。基于公司的智能系统设计战略，Cadence 致力于提供软件、硬件和 IP 产品，助力电子设计概念成为现实。Cadence 的客户遍布全球，皆为最具创新能力的企业，他们向消费电子、超大规模计算、5G 通讯、汽车、移动、航空、工业和医疗等最具活力的应用市场交付从芯片、电路板到系统的卓越电子产品。

US-0053148





# 硬件案例——GPU芯片设计和编译器和架构



天垓100加速卡在一流科技OneFlow深度学习框架上充分兼容高效稳定运行



与潞晨科技的AI大模型开发系统 Colossal-AI 完成并通过相互兼容性测试认证

## 产品优势

■ 数智芯天垓100加速卡是国内首款全自研云端训练通用GPU产品，采用 7 纳米制程工艺和 2.5D CoWoS 晶圆封装技术，集成 240 亿晶体管，支持多精度数据类型标准/混合训练，广泛支持国内外主流AI生态和各种深度学习框架，已支撑近百个客户在人工智能领域进行超过两百个不同种类模型训练。

■ 天垓100产品提供片间互联扩展，实现了多维度技术创新，具备自主可控、高性能、通用性、灵活性等特点，其应用覆盖广、性能可预期、开发易迁移以及全栈可定制。

## 服务客户

关于天数智芯上海天数智芯半导体有限公司（简称"天数智芯"）于2018年正式启动通用GPU产品设计，是中国第一家通用GPU高端芯片及超级算力系统提供商。公司以"成为智能社会的赋能者"为使命，立足客户、市场的需求，致力于开发自主可控、国际领先的高性能通用GPU产品，加速AI计算与图形渲染融合，探索通用GPU赶超发展道路，加快建设自主产业生态，打造世界一流的算力引擎，以更可信、更高效、更绿色的算力赋能各行各业智能化转型，促进我国数字经济高质量发展，开启中国引领世界走向元宇宙、数字孪生的崭新一页。

US-0053149

 

# 联系方式





**Linwei**
San Jose, United States



Scan the QR code to add me as a friend.

任何技术或产品相关的问题

欢迎直接交流、咨询

邮箱：linweidiwork@gmail.com



诚信铸就品质  创新引领未来  31

US-0053150



# PART 04

# 实施落地

IMPLEMENTION

US-0053151



# 认识明月湖国际智能产业科创基地





**培养创业势力**
**孵化科技企业**
**引领智能时代**



**重庆**



**使命**

构建智能C端领域创新科技产业化生态体系建设，整合学术界、产业界资源，围绕智能C端领域前沿的核心共性技术开展攻坚研究并提供模块化技术支持，助推重庆两江新区及协同创新区科技成果转化，助力企业突破技术壁垒，培育创新发展新功能，激发创新活力，营造良好的科创生态。

**优势**


政府关怀


创业导师配置


供应链资源库

产学联盟

资金支持

US-0053152



InfiniCompute

# 至算科技服务内容——AI生态链路建设

## 搭建大模型服务平台，贡献技术能力和经验，指导企业AI应用研发，参与AI生态建设

**1** 帮助企业从0搭建大模型与赋能

根据企业的硬件、数据资源的情况进行规划，按需完成大模型的训练、推理，达到可商用级别

**2** 研发产业化AI应用与服务

根据行业场景，提供基本算力，既可以自研发AI应用，也可以指导企业研发AI应用

**3** 搭建万卡级别MaaS服务平台

整合产业链上的硬件资源、计算资源、数据资源，升级算力服务架构，对外提供模型服务API，支持企业数据的接入及模型调优，助力企业突破技术壁垒，共享AI发展成果

**4** 提供定制化算力服务

按大模型的算力要求定制化研发底层芯片、网络结构，突破国内AI算力困境

**共建AI生态，共享AI成果**

从数据共享到算力服务的基础平台建设；从模型搭建到AI应用服务指导，我们将全链路参与AI生态建设，与企业与政府共享AI成果

| 1-3个月（可缩短？） | 1个月 | 1-2个月 | 3-6个月 | | 3-6个月 | 7*24小时 |
|---|---|---|---|---|---|---|
| 确认合作 | 需求调研 | 方案规划 | 落地实施 | 部署上线 | 功能扩充新规划 | 维护指导 |

**路标**

诚信铸就品质 创新引领未来

34

US-0053153



InfiniCompute

# 搭建L0级大模型——让模型跑起来

## 根据明月湖科创基地的硬件资源情况，定制L0级大模型解决方案

| L1行业大模型层 | | | | | 行业应用赋能层 | | | |
|---|---|---|---|---|---|---|---|---|
| 推荐 | 搜索 | 对话 | 翻译 | 遥感 | 城市管理 | 电力巡检 | 电商搜索 | 智慧育种 |

**L0基础大模型层**

视觉大模型　　NLP大模型　　图网络大模型　　多模态大模型　　科学计数大模型

**基础算法平台层**

计算机视觉处理　　自然语言处理　　多模态处理

开源算法框架：OPT、BLOOM、LLaMA、GLM　　开发平台：模型训练、推理、压缩、管理

**数据层**

多源训练数据脱敏、清洗、平台化　　评测数据和标注共享

**算力加速层**

异构计算资源整合　　异构计算资源管理、分布式部署、监控、诊断、调度　　微服务架构

**底层服务支撑层**

芯片　　服务器　　HUAWEI　　NVIDIA.　　存储服务　　通信网络

政府、企业数据

大模型测评

开源社区

表示：L0基础大模型方案不包含此内容

**实施步骤：**

- 1、首先对明湖科创基地硬件资源设备及算力情况摸底
- 2、对训练数据体量、标注情况、预料库进行评估
- 3、需求调研，对基础大模型进行定义
- 4、规划方案，对硬件部署规划、对网络架构进行规划、对整个大模型服务平台进行规划
- 5、根据规划方案进行研发、实施、部署、运行

诚信铸就品质　创新引领未来

35

US-0053154



 InfiniCompute

# 开发行业大模型，赋能中小企业——助推科技成果转化

## 大模型提供方与垂直行业合作开发行业大模型，行业大模型赋能企业AI应用



**合作模式1**

**垂直行业提供数据给模型服务方**

1、企业将数据交基础大模型进行再训练；

2、行业模型待调优至理想后再进行知识蒸馏、量化及针对特定场景迁移等缩小模型规模的工作；

3、模型服务方后续对模型进行微调和云边端部署等工作。

**有数据泄漏风险，若有政府背书保障，该风险可控**

**垂直行业在模型服务平台训练行业模型**

1、企业按照特定业务场景以专有数据在模型服务平台对基础大模型进行微调，形成行业大模型或多个基于实际业务的小模型；

2、企业在预训练阶段就加入垂直行业企业的数据，预训练和指令微调交错进行，提高模型对行业知识的表达、理解、迁移和泛化能力。

**企业训练模型的经验和能力不足，可由模型服务方指导**



**合作模式2**

**合作模式3**

**中小企业AI应用研发**

1、模型服务方提供训练好的行业模型或实际业务的小模型API；

2、让无建模型预算的中小企业调用API完成本企业的AI应用研发

3、协助无AI应用研发能力的企业完成本企业AI应用研发

**既提供企业AI所需的API，也协助企业研发AI应用**

誠信铸就品质  创新引领未来    36

US-0053155





# 落地诉求，商务合作模式探讨——共同成长，共赢未来

## 落地重庆，助力重庆明月湖人工智能大模型快速搭建，为中小企业赋能

### 政策及资源诉求1

算力诉求，希望基金给予基础的算力资源，满足我们对大模型的训练需求。

合作备忘录，在前期项目开始阶段，资金还未到位的情况下，能签订一定的合作备忘录或者战略合作协议。

希望政府一期提供500平米的载体，按政府政策，前三年希望免租 。

在资金落实之前，能提供科研院校或者IT技术人员，辅助我们做大模型的开发及训练。



### 资金及项目诉求 2

参与两江新区甚至重庆政府人工智能大模型项目机会，优先参与政府项目。

加快应用场景落地，希望进入协创中心的项目产业链里面，涉及到相关的人工智能大模型项目，上海至算将优先参与。希望对接更多的相关政府单位及相关企业，协助项目的落地。

在股权投资或政策补贴资金上，需求5000万。如果可以加速资金支持，资金可以分批。

US-0053156

 

# 附录：国外开源大模型框架介绍（Linwei)



**（一）Phi-1.5**

单击此处添加文本单击此处添加文本 单击此处添加文本单击此处添加文本单击此处添加文本



**（二）Llama2系列模型**

单击此处添加文本单击此处添加文本 单击此处添加文本单击此处添加文本单击此处添加文本



**（三）Falcon180B**

单击此处添加文本单击此处添加文本 单击此处添加文本单击此处添加文本单击此处添加文本



**（四）CodeLlama-34B**

单击此处添加文本单击此处添加文本 单击此处添加文本单击此处添加文本单击此处添加文本

US-0053157



# 至算科技

# 汇报完毕  感谢聆听



初创公司 - 上海至算科技有限公司
获得奇绩创投种子轮融资成为2023秋季的重点项目
地址：上海市徐汇区田林路487号27号楼1层

US-0053158