# Exhibit I

 Rongshulianzhi

# A high performance, high security, and autonomously controllable one-stop secure computing system that integrates both hardware and software based on a computing technology with enhanced privacy

The first company in China to propose and mass produce privacy protection chips and all-in-one machines

Based on privacy-enhanced computing technology, it is a one-stop secure computing system with high performance, high security and independent control

The first company in China to propose and mass produce privacy protection chips and all-in-one machines

AML-0000255

# 01 Introduction



**Work Experience:** Rongshulianzhi  CTO
Google Chief Engineer/Head of
Heterogeneous Computing R&D
**Job Content:** Leading the system design and
development of accelerators such as GPUs
and TPUs, as well as the development of
system frameworks such as Pathways and Jax.
**Job Achievements:** Developed accelerator
systems for all cloud services, and developed
LLM large-scale language models based on
supercomputers.
**Graduated from: University of Southern
California**

AML-0000256

# 02 Founding Team

### Ye Yuan / Chairman

10+ years of management experience in big data AI field

Successfully founded a big data company in 2010

MBA of Tsinghua University

Beijing University of Posts and Telecommunications Communications



### Yisha Wang/ CEO

More than 10 years of experience in small and medium-sized enterprise finance

One of the founders of Dongfangweiyin

General Manager of Chanjet Information Technology Enterprise Service Platform

MBA in Finance from Cheung Kong Graduate School of Business



### Linwei Ding / CTO

Google Chief Engineer

Jax AI Director

Marvell Chip Director Cadence Chief Design Engineer

University of Southern California, Master of Electrical Engineering



### Ruidong Xue / CPO

PayPal

General Manager of Global Risk Department

Standard Chartered Bank

Head of Risk Department

National University of Singapore

Master of Finance



### Mingchao Fan / Vice President of Chip Dept.

Aojie Technology (688220) chipset leader

DeepBlue Technology AI chip acceleration chief scientist

Altera Intel design expert

Beijing University of Aeronautics and Astronautics IC design master



AML-0000257

# 03 Founding Background



Development Trend



Policy Background



Social Responsibility

- Development Trend: The domestic economic environment and policy support are very conducive to technological innovation and enterprise development, especially in the fields of artificial intelligence and big data. China has become one of the world's leading markets.
- Policy Background: In its "Opinions on Establishing a More Refined System and Mechanism for Market-Based Allocation of Factors," the State Council listed data as a new production factor and explicitly proposed to accelerate the development of the data factor market.
- Social Responsibility: Privacy computing is an important technical means to effectively protect the security and privacy of user data. We strive to make contributions to China's data privacy protection and data security.

**13.6%**

### Compound Annual Growth Rate
The scale of China's digital economy increased from RMB 27.2 trillion in 2017 to RMB 45.5 trillion in 2021

**30%**

### Big Data Industry Compound Growth Rate
In 2021, the scale of big data industry in China will increase to RMB 1.3 trillion, with a compound growth rate of more than 30%

**31%**

### Global Share of Papers in the Field of Big Data
In 2021, the number of papers published in China in the field of big data accounted for 31% of the world's total, and the total number of big data-related patents accepted accounted for 50% of the world's total.

**60%**

### Large Organizations Choose Privacy Computing
It is estimated that by 2025, more than 60% of large organizations will use one or more privacy-preserving computing technologies in data analytics, business intelligence, or cloud computing.

AML-0000258

# 04 R&D Background

### Economic Development in the Digital Era

Due to the large-scale popularization of the Internet, the development of information technology, and the development and large-scale application of cloud computing, the data volume is huge during this period, and the storage, computing and analysis technologies of big data have also gradually developed. Massive data is the prerequisite for the large-scale application of privacy computing technology.

### Increased Focus on Privacy and Security

With the frequent occurrence of user privacy leaks and data security issues, the country has introduced a number of relevant laws and regulations to protect user privacy and data security. Data security and user privacy must be guaranteed.



### Development of Privacy Computing Technology

After 2016, privacy computing technologies represented by TEE, multi-party secure computing and federated learning technologies have developed rapidly, providing high-quality solutions to solve data security problems in more business areas.

### Implementation of National Policies and Regulations

The "Data Law" and "Personal Information Protection Law" were issued and implemented, clarifying the responsibilities and obligations of relevant entities. On March 30, 2020, the State Council listed data as a new production factor in the "Opinions on Building a More Perfect System and Mechanism for Market-based Allocation of Factors", and clearly proposed to accelerate the cultivation of the data factor market, and the safe circulation of data (mainly privacy computing technology) is the key to achieving this goal.

AML-0000259

# 05 Challenges

## Challenges

Privacy computing still faces challenges in terms of security, performance, and data interoperability. These problems have, to a certain extent, restricted the promotion and application of privacy computing. Privacy computing products are different from other data processing products. They carry the important function of protecting the security of privacy data. Both technology service providers and product users should be cautious about the security challenges of privacy computing products. Algorithm protocol security, development application security, and security consensus are becoming urgent issues that need to be addressed in current privacy computing applications.

### Software Limitations

- Due to encryption, the amount of calculation increases significantly, which significantly slows down the speed and makes it difficult to support large-scale rapid data exchange.
- Security: Encryption is only performed in the calculation stage, and there are still security risks in the storage and transmission stages.

### Chip Breakthrough Bottleneck

- **Hardware improves computing speed**
- Calculation is transferred from CPU to GPU, and serial to parallel
- Medium- to short-term FPGA chip solution speed increases by 100 to 1,000 times
- Long-term ASIC chip solution speed increased by a million times
- **More comprehensive data security protection**
- Data is stored in a confidential form within the privacy computing chip and transmitted between chips

### Expanding Application Scenarios

- Meet the speed requirements of more industry commercial applications
- It can be applied to mobile phones, cars and other IoT terminals in the future



AML-0000260



AML-0000261

# 07 AIO Privacy Computing Machine



## Advanced

- The world's first company to develop and mass-produce privacy computing chips
- The world's first company to apply privacy computing all-in-one machines to production
- Scenario pre-set: The all-in-one machine pre-sets general system configurations according to different business scenarios, which can be used out of the box

## Unique

- Support process configuration, free customization of personalized needs
- Cooperative scheduling: can realize static configuration and dynamic scheduling between functions and business layers

## Complete

- Possess full-stack privacy computing technology capabilities (trusted execution environment TEE, multi-party security modeling, federated learning)
- Possess complete GPU, CPU, FPGA capability transformation solutions
- Data: wide coverage, high barriers

## Compatible

- Compatible with mainstream privacy computing architectures such as fate, Rosetta, cryptanalysis, and Dianshi
- Compatible with SEAL
- National secrets
- Domestic information innovation

AML-0000262

# 08 Shanshu Privacy Computing Platform

## Authoritative Certification

Shanshu has passed the China Academy of Information and Communications Technology's multi-party secure computing standard certification, and has a number of authoritative certifications such as the Ministry of Public Security's Multi-Security Protection and the National Information Technology Security Research Center.

## Open Business Ecosystem

Shanshu is a founding member of multiple privacy computing industry alliances and a member of the development group of open interconnection standards, actively contributing technology, products, capabilities, ecosystems and other resources to share with business partners.

## Flexible Deployment

Shanshu supports a variety of deployment methods including containerization, is compatible with mainstream data sources and data services, supports cloud and local private deployment methods, and organizations can flexibly invest in hardware and computing resources. Standard scenarios do not require secondary development and can be used out of the box.



## High-performance Algorithms

Shansu has carried out privacy computing transformation and performance optimization on commonly used algorithms in the industry, such as LR, Boosting Tree, and GLM. At the same time, it can automatically perform privacy-protected feature engineering and screening for various types of variables, and model training can be completed on millions of data within hours.

## Remove Third Parties

Shanshu has transformed the privacy computing protocol, innovatively combining and optimizing key interaction, distributed computing, encryption and decryption operations, and AI algorithms, thereby realizing direct connection of privacy computing nodes, completing joint computing without any third-party participation, and better protecting the data assets of all parties.

## Ease of Use

Shanshu provides a visual operating environment for the entire end-to-end modeling process, allowing users to perform privacy computing tasks such as secure intersection, security feature engineering, security model training and online reasoning like top experts without writing any code, greatly reducing the difficulty for users to develop industry solutions based on privacy computing.

AML-0000263

# 09 PPU Accelerator Card

## Autonomous and Controllable

- Independent research and development
- Recommended by Beijing Science and Technology Commission to participate in the Ministry of Science and Technology's Global Disruptive Technology Competition

## Qualitative Change in Computing Power

- GPU 100x acceleration
- FPGA 1,000x acceleration
- Self-developed PPU chip 1,000x acceleration

**Rongshulianzhi**
*PPU26x*

## Various Forms

### GPU
- Development completed
- Reuse device GPU
- Seamless integration of software system
- 100x acceleration

### FPGA
- Development completed
- High-security hardware operators
- Dedicated hardware security area
- Heterogeneous computing, thousand-fold acceleration

## Compatible and Open

- Compatible with SEAL
- Open-source core
- Builds open technology

AML-0000264

# 10 Market Analysis

**Driven by digital circulation demand, data security policies, and technical capabilities, the privacy computing market is expected to reach 60 billion by 2030.**

## Demand

- Rapidly growing demands for data circulation
  - In the 14th Five-Year Plan, data is listed as one of the five major production factors alongside traditional factors such as land, labor, capital, and technology.
  - The scale of the big data industry will exceed 3 trillion yuan in 2025; during the 14th Five-Year Plan period, the CAGR will remain at 25%.
- Policies drive demand for data privacy protection
  - The Data Security Law, Cybersecurity Law, Personal Information Protection Law and Civil Code have strengthened data security-related supervision.
  - The central bank and other regulatory authorities have voiced encouragement for the application of privacy computing technology.

## Supply

- Policies promote the demand for data privacy protection
  - The Data Security Law, Cybersecurity Law, Personal Information Protection Law and Civil Code have strengthened the supervision of data security
  - The central bank and other regulatory authorities have voiced encouragement for the application of privacy computing technology



China's privacy computing market size   Unit: RMB 100 million

+71% p.a.

| Year | 2021 | 22 | 23 | 24 | 25 | 2030 |
|---|---|---|---|---|---|---|
| Market size | 5 | 13 | 31 | 73 | 150 | 600 |

Key assumptions (taking the banking industry as an example)

| | | | | | |
|---|---|---|---|---|---|
| Banking industry income (trillion) | 9.4 | 9.9 | 11.5 | 12.8 | 18.4 |
| IT spending as a percentage of revenue | 2.58% | 2.88% | 3.18% | 3.5% | 5% |
| Privacy computing as a percentage of IT spending | 0.08% | 0.20% | 0.40% | 0.71% | 1.50% |
| Privacy computing expenditure in the banking industry (100 million) | 2.0 | 5.7 | 14.6 | 31.4 | 137.4 |

AML-0000265

# 11 Business Model

### Business Model

**01**

## Software Services

The basic idea is to use software development fees, amortize costs as the number of customers grows, gradually form a basic platform with low cost or free provision, and obtain higher returns through optional function modules, model service customization and other value-added services. Annual payment and buyout models can be selected.

**02**

## Hardware Services

By integrating standardized software into hardware such as all-in-one machines, we can form a basic solution that integrates hardware and software, and charge a one-time fee for hardware sales.

**03**

## Solutions and Data Application Services

We provide overall solutions for specific customer scenarios, and deeply customized services for important customers, and obtain service fees through non-standard models; at the same time, scenarios involving data calculations are likely to have supporting data application operation needs, and we will also obtain additional service benefits by providing supporting consulting, solution involvement or data services

AML-0000266

# 12 Business Certifications



AML-0000267

# 13 Patent/Software



AML-0000268

# 14 Industries and Typical Application Scenarios



## Company

- Deploy privacy computing nodes
- Assist in exploring data application scenarios



## Bank

- Accurate customer acquisition
- Customer assurance marketing
- Joint risk control
- Anti-fraud



## Automobile

- Accurate customer acquisition
- Customer assurance marketing



## Insurance

- Risk pricing
- Accurate customer acquisition
- Customer assurance marketing



## Energy

- Deploy privacy computing nodes
- Assist in exploring data application scenarios

 China Mobile

China Telecom

 China Unicom

 Agricultural Bank of China

 China Merchants Bank

 Wanda Group

 China Grand Auto

 PICC Life Insurance Company Limited

 Sinosafe Insurance

 State Grid

 China Southern Power Grid

AML-0000269



AML-0000270

# 16 Development Plan



### Deepen Basic Applications

The research and application of privacy computing technology continues to promote technological innovation and development. In addition to the development and application of privacy computing software, we will also consider the investment in related acceleration hardware to improve the efficiency and performance of privacy computing.

### Improve Hardware Capabilities

Strengthen the research and development of related acceleration hardware, such as FPGA, ASIC, etc., to improve the computing power and efficiency of privacy computing and provide users with better services and experience

### Building an Industry Ecosystem

Strengthen cooperation with industry partners to jointly explore new application scenarios and business models, and promote the application and promotion of privacy computing technology in a wider range of fields

AML-0000271





# 基于隐私增强计算技术的高性能、高安全且自主可控的一站式软硬融合一体化安全计算系统

国内第一家提出并量产隐私保护芯片和一体机的企业

Based on privacy-enhanced computing technology, it is a one-stop secure computing system with high performance, high security and independent control

The first company in China to propose and mass produce privacy protection chips and all-in-one machines

US-0095604

# 01 履历介绍



**工作履历**：融数联智 CTO

Google主任工程师/异构计算研发

负责人

**工作内容**：领导GPU和TPU等加速

器的系统设计和开发，以及

Pathways和Jax的系统框架的开发。

**工作成果**：开发了所有云服务的加

速器系统，以及基于超级计算机来

研发LLM大规模语言模型。

**毕业院校**：美国南加州大学

US-0095605

# 02 创业团队

### 袁晔 / 董事长

10+年大数据AI领域管理经验
2010年成功创立大数据公司
清华大学 MBA
北京邮电大学 通信学



### 王一沙 / CEO

10多年中小微企业金融经验
东方微银创始人之一
用友畅捷通企服平台总经理
长江商学院 金融 MBA



### 丁林葳 / CTO

谷歌主任工程师
Jax AI负责人
Marvell 芯片负责人
Cadence 首席设计工程师
美国南加州大学 电子工程硕士



### 薛瑞东 / 首席产品

PayPal
全球风险部总经理
渣打银行
风险部负责人
新加坡国立大学
金融硕士



### 范名超 / 芯片副总裁

翱捷科技（688220）芯片组负责人
深兰科技 AI芯片加速首席科学家
Altera Intel 设计专家
北京航空航天大学 IC设计硕士



US-0095606

# 03 创业背景



发展趋势



政策背景



社会责任

**13.6%**

### 年均复合增长率
国内数字经济规模由 2017 年的 27.2 万亿元增至 2021 年的 45.5 万亿元

**30%**

### 大数据产业复合增长率
2021 年，我国大数据产业规模增加到 1.3 万亿元，复合增长率超过 30%

**31%**

### 大数据领域论文全球占比
2021年我国发表大数据领域论文量占全球31%，大数据相关专利受理总数占全球50%

**60%**

### 大型组织选择隐私计算
预计到 2025 年，60%以上的大型组织将在数据分析、商业智能或云计算中使用一种或多种隐私计算技术。

- 发展趋势：国内经济环境和政策支持非常有利于技术创新和企业发展，特别是在人工智能和大数据领域，中国已经成为了全球领先的市场之一。
- 政策背景：国务院在《关于构建更加完善的要素市场化配置体制机制的意见》中将数据列为新的生产要素，明确提出要加快培育数据要素市场。
- 社会责任：隐私计算作为一项重要的技术手段，可以有效保障用户数据的安全和隐私，希望为中国的数据隐私保护和数据安全领域做出贡献，

US-0095607

# 04 研发背景

### 数字时代的经济发展

互联网的大规模普及、信息技术的发展和云计算的发展与大规模应用等因素，数据体量在这一时期巨大，围绕大数据的存储、计算和分析的技术也逐步得到发展。海量数据是隐私计算技术大规模应用的前提。

### 隐私与安全受到重视

随着用户隐私泄露和数据安全问题频发，国家出台了多项相关法律法规保护用户隐私与数据安全。数据安全和用户隐私必须得到保证。



### 隐私计算技术发展

2016年之后，以TEE、多方安全计算和联邦学习技术为代表的隐私计算技术飞速发展，为更多的业务领域解决数据安全问题提供了优质的解决方案。

### 国家政策法规实施

《数据法》、《个人信息保护法》发布与实施，明确相关主体责任义务。在2020年3月30日，国务院在《关于构建更加完善的要素市场化配置体制机制的意见》中将数据列为新的生产要素，明确提出要加快培育数据要素市场，而数据安全流通（主要是隐私计算技术）则是实现这一目标的关键。

US-0095608

# 05 挑战

## 面临的挑战

隐私计算在安全、性能和数据的互联互通等方面仍存在挑战，这些难题在一定程度上制约了隐私计算的推广和应用。隐私计算产品与其他的数据处理产品不同，其本身承载着保护隐私数据安全的重要功能，技术服务厂商与产品使用者都应谨慎对待隐私计算产品的安全性挑战，而算法协议安全、开发应用安全和安全共识正成为当前隐私计算应用亟需解决的问题。。

### 软件局限

➢ 因加密，计算量大幅增加，显著拖慢速度，难以支持大规模数据快速交换
➢ 安全:仅在计算环节加密,存储、传输环节仍有安全风险

### 芯片突破瓶颈

➢ **硬件提升计算速度**
✧ 计算从CPU转移至GPU执行，串行改并行
✧ 中短期FPGA芯片方案，速度提升**百倍至千倍**
✧ 长期ASIC芯片方案，速度提升**百万倍**
➢ **更全面数据安全保护**
✧ 数据以密态形式在隐私计算芯片内存储、芯片间传输

### 落地应用场景拓展

➢ 达到更多行业商业应用对速度的要求
➢ 未来可应用于手机、汽车等物联网终端



US-0095609



US-0095610

# 07 隐私计算一体机



## 先进性

➢ 全球第一家将隐私计算芯片研发并量产的企业
➢ 全球首家将隐私计算一体机应用于生产的企业
➢ 场景预置：一体机根据不同的业务场景预置通用系统配置，可实现开箱即用

## 独特性

➢ 支持流程配置，可自由定制个性化需求
➢ 协同调度：可以实现可功能和各业务层之间的静态配置、动态调度

## 完整性

➢ 具备隐私计算全栈技术能力（可信执行环境TEE、多方安全建模、联邦学习）
➢ 具备完整的GPU、CPU、FPGA能力改造方案
➢ 数据:覆盖多，高壁垒

## 兼容性

➢ 兼容fate、Rosetta、隐语、点石等主流隐私计算架构
➢ 兼容SEAL
➢ 国密
➢ 国产信创

US-0095611

# 08 善数隐私计算平台

### 权威认证

善数通过中国信通院多方安全计算标准认证，并拥有公安部等保、国家信息技术安全研究中心等多项权威认证。

### 商业生态开放

善数是多个隐私计算行业联盟的发起成员与开放互联标准的制定组成员，积极贡献技术、产品、能力、生态等资源与商业伙伴共享。

### 灵活部署

善数支持容器化在内的多种部署方式，兼容主流数据源和数据服务，支持云及本地私有部署方式，机构可灵活投入硬件与计算资源。标准场景无需二次开发，开箱即用。



### 高性能算法

善数对LR、Boosting Tree、GLM等业界常用算法进行隐私计算化改造与性能调优，同时对各种类型的变量均可自动进行保护隐私的特征工程与筛选，百万数据可在小时内完成模型训练。

### 去除第三方

善数改造了隐私计算协议，将密钥交互、分布式计算、加解密操作与AI算法进行创新性的组合与优化，从而实现隐私计算节点直连计算，无任何第三方参与即可完成联合计算，更好地保护各方数据资产。

### 简单易用

善数提供了端到端的建模全流程中的可视化操作环境，让用户无需编写任何代码即可如顶尖专家一样深入进行安全求交、安全特征工程、安全模型训练与在线推理等各项隐私计算工作，极大地降低了用户基于隐私计算来开发行业解决方案的难度。

US-0095612



US-0095613

# 10 市场分析

**在数字流通需求、数据安全政策、技术能力的共同推动下，隐私计算市场规模预计2030年达到600亿**

**需求端**

- 数据流通需求快速增长
  - 十四五规划中，数据与土地、劳动力、资本、技术等传统要素并列为五大生产要素
  - 大数据产业2025年规模突破3万亿元；"十四五"期间，CAGR保持在25%
- 政策推动数据隐私保护需求
  - 《数据安全法》、《网络安全法》、《个人信息保护法》和《民法典》加强了数据安全相关的监管
  - 央行等监管部门发声鼓励隐私计算技术的应用

**供给端**

- 政策推动数据隐私保护需求
  - 《数据安全法》、《网络安全法》、《个人信息保护法》和《民法典》加强了数据安全相关的监管
  - 央行等监管部门发声鼓励隐私计算技术的应用



中国隐私计算市场规模 　　　　　　单位:亿元

+71% p.a.

| | 2021 | 22 | 23 | 24 | 25 | 2030 |
| | 5 | 13 | 31 | 73 | 150 | 600 |

关键假设（以银行业为例）

| | | | | | |
|---|---|---|---|---|---|
| 银行业收入（万亿元） | 9.4 | 9.9 | 11.5 | 12.8 | 18.4 |
| IT支出占收入比例 | 2.58% | 2.88% | 3.18% | 3.5% | 5% |
| 隐私计算占IT支出比例 | 0.08% | 0.20% | 0.40% | 0.71% | 1.50% |
| 银行业隐私计算支出（亿元） | 2.0 | 5.7 | 14.6 | 31.4 | 137.4 |

US-0095614



US-0095615

# 12 企业资质



US-0095616

# 13 专利/软著



US-0095617

# 14 行业与典型应用场景



## 运营商

- 部署隐私计算节点
- 协助探索数据应用场景



## 银行

- 精准获客
- 保客营销
- 联合风控
- 反电诈



## 汽车

- 精准获客
- 保客营销



## 保险

- 风险定价
- 精准获客
- 保客营销



## 电力

- 部署隐私计算节点
- 协助探索数据应用场景















US-0095618



US-0095619

# 16 发展规划



### 深化基础应用

隐私计算技术的研究和应用，不断推进技术的创新和发展。除了隐私计算软件的研发和应用外，我们也会考虑相关加速硬件的投入，以提升隐私计算的效率和性能。

### 提升硬件能力

加强对于相关加速硬件的研究和开发，如FPGA、ASIC等，以提升隐私计算的计算能力和效率，为用户提供更好的服务和体验

### 构筑行业生态

加强与行业伙伴的合作，共同探索新的应用场景和商业模式，促进隐私计算技术在更广泛的领域的应用和推广

US-0095620



US-0095621