# Exhibit J

### CMS（Clustering Model Service）--Large Model Service Platform

The first and only domestic platform in China to introduce a single-task, large-scale AI training and inference acceleration platform capable of handling tens of thousands of cards.

- Shanghai Zhi Suan Technology Co., Ltd.
- Angel investment round, U.S. dollar framework, based in Shanghai, funding of 8 to 12 million U.S. dollars or equivalent in RMB.

## Business Overview

CMS is pioneering a new, highly efficient computational infrastructure platform for single-task, large-scale computations, utilizing interconnected heterogeneous computational resources. This breakthrough addresses the significant challenges of computational power in the era of large-scale models in China, offering development services for enterprise-grade large models. The platform is designed to support in-house model development and AI applications for enterprises, capable of scaling up to tens of thousands of cards for a single task, drastically reducing training time from months to hours.

## Company Highlights

### A true large-scale computational power platform

- It is based on heterogeneous computing resources.
- It is a novel and efficient computational platform that enables the interconnectivity and interoperability of computational resources.
- Unique ability to support parallel processing of single tasks on up to ten thousand cards.

### The only team in China capable of development at present

- Worldwide, fewer than ten people have the expertise to build a computational platform on the scale of tens of thousands of cards, and Mr. Linwei Ding from our team is among this elite group.
- Mr. Ding previously led teams at Google to develop 60,000-card TPU and 26,000 GPU large-scale computational platforms, now used by leading organizations like Google Research, Anthropic, DeepMind, and OPEN AI.
- The top three global companies specializing in large-scale models have utilized the tens-of-thousands-card computational platform built by Mr. Linwei Ding for their training and inference needs.
- We have the capability to replicate and enhance the experience gained from Google's tens-of-thousands-card computational platform, allowing us to create a computational platform tailored specifically to our country's needs.

US-0002864

**Not exist Large Models without Large-Scale Computational Power**

- Today's large model training and inference, fundamentally different from past methods, require parallel processing on a single-task, large-scale computational platform.
- The future will see an increasing demand for even larger scale model training and inference, necessitating platforms of this caliber.

**All businesses related to Artificial Intelligence are our target clients**

- Leading domestic tech companies, akin to the BAT group, are lagging behind international standards in terms of precision for hundred-model applications.
- Currently, the computational power services offered by enterprises and governmental units do not meet international standards.
- No other company in China can match our single-task, large-scale computational capability.
- In the field of AI and related industries, companies seeking computational services at the level of thousands to tens of thousands of cards will be our primary clientele. This includes enterprises engaged in model applications like BAT, those providing computational power, governmental units, and academic institutions.

**Core R&D Team of AI Experts**

- Our team, consisting of graduates from prestigious universities, brings years of R&D and management experience in accelerator and intensive computational operation fields.
- Our CEO previously led the development of Google's 60,000-card TPU and 26,000 GPU large-scale computational platforms, which are now being utilized by the top three global companies for training and inference in large-scale models.
- Our Chief Scientist has spearheaded advancements in computer vision and multimedia analysis, focusing on large-scale urban visual perception and general visual technology frameworks.

**Clientele and Partnerships**

- Already in collaboration with three clients and in talks with seven potential clients.

## Team Profiles

- Linwei Ding: Founder/CEO, a USC alumnus with experience at Marvel, Cadence, and Google, leading the development of accelerators, including GPU and TPU systems.
- J Shao: Chief Scientist, a Ph.D. from The Chinese University of Hong Kong and a

US-0002865

research director at SenseTime, specializing in computer vision and multimodal analysis.

## Contact US

Scan the QR code to add friends to contact you



US-0002866

# Project: CMS（Clustering Model Service）--Large Model Service Platform

Shanghai Zhi Suan Technology Co., Ltd. is a high-tech company dedicated to building a single-task, ten-thousand-card-level computational power platform in the era of large models. Our company is the first and only one in China that introduced a single-task, ten-thousand-card AI training and inference acceleration platform at an early stage.

## Industry Pain Point

In China, it's challenging to work on large models above 50 billion parameters due to inadequate computational power

## Solution: Solving the real computational power challenges of large models in China

Purpose - To address the computational power issue, we aim to develop a new, efficient single-task, ten-thousand-card computational power infrastructure platform based on heterogeneous computational resources, which is interconnected and highly effective, to solve the real computational power challenges of large models in China.

## Product Features

Our platform supports up to ten-thousand-card computational power for single tasks, significantly reducing large model training time from months to hours.
It can support up to 2,500 cluster nodes, simultaneously mobilizing over 20,000 GPUs for parallel computing.
Each machine in our system is capable of high-bandwidth, low-latency network connections reaching 3200 Gbps, further reducing model training time to the level of hours.

## Why Can Only We Do It?

With such a high technical barrier, no other company in China can match our single-task, large-scale computational capability.
**But we have experience with Google's ten-thousand-card computational power platform; we just need to replicate and upgrade it - and then further develop a computational power platform suited to China's national conditions.**
There are fewer than ten people worldwide who have built and can build a ten-thousand-card computational power platform, and I(Mr. Linwei Ding) am one of them.
The 60,000-card TPU and 26,000 GPU ten-thousand-card computational power platform I led at Google are currently being used for training and inference by the world's top three

US-0002867

large model companies. These projects are being utilized by Google Research, Anthropic, DeepMind, and OPENAI, and I have received multiple highest awards at Google: "Google Perfy Award Editor's Choice, Feats of Engineering".

## Clients

Now and in the future, large-scale model training and inference will rely on ten-thousand-card computational power. Unfortunately, no company in China can currently achieve this. **In AI and related industries, enterprises longing for thousand-card/ten-thousand-card computational power services will become our clients!**
This includes companies engaged in model applications akin to the BAT groups, computational power enterprises (cloud, high-load, HPC), or government units and universities.
We already have government client (INDUSTRIAL INNOVATION PARK of "MING YUE HU" in Chongqing), enterprise(Baishan Cloud Technology Co., Ltd), and university (SWUST-TIRI) clients. We will collaborate with Baishan Cloud Technology Co., Ltd to serve a VP from one of the BAT companies who plans to work on large models but lacks computational power.
Currently, we are in discussions for collaboration with several clients, including Inspur (Zhongke Shuguang Company), China Academy of Information and Communications Technology, Western Data Exchange Center, Chengdu Tian Invest Group, Shanghai Lingang Group, National Supercomputing Center, and China Mobile (Chengdu) Research Institute.

## In summary

### Not exist Large Models without Large-Scale Computational Power
- Today's large model training and inference, fundamentally different from past methods, require parallel processing on a single-task, large-scale computational platform.
- The future will see an increasing demand for even larger scale model training and inference, necessitating platforms of this caliber.

### Only we can create a single-task ten-thousand-card computational power platform
- Worldwide, fewer than ten people have the expertise to build a computational platform on the scale of tens of thousands of cards, and Mr. Linwei Ding from our team is among this elite group.
- Mr. Ding previously led teams at Google to develop 60,000-card TPU and 26,000 GPU large-scale computational platforms, now used by leading organizations like Google Research, Anthropic, DeepMind, and OPEN AI.

### All businesses related to Artificial Intelligence are our target clients
- Leading domestic tech companies, akin to the BAT group, are lagging behind international standards in terms of precision for hundred-model applications.
- Currently, the computational power services offered by enterprises and governmental units do not meet international standards.

US-0002868

- All AI-related enterprises will be our clients.

US-0002869

# Project: CMS（Clustering Model Service）--Large Model Service Platform

Shanghai Zhi Suan Technology Co., Ltd. is a high-tech company dedicated to building a single-task, ten-thousand-card-level computational power platform in the era of large models. Our company is the first and only one in China that introduced a single-task, ten-thousand-card AI training and inference acceleration platform at an early stage.

## Industry Pain Point

  In China, it's challenging to work on large models above 50 billion parameters due to inadequate computational power

## Solution: Solving the real computational power challenges of large models in China

Purpose - To address the computational power issue, we aim to develop a new, efficient single-task, ten-thousand-card computational power infrastructure platform based on heterogeneous computational resources, which is interconnected and highly effective, to solve the real computational power challenges of large models in China.

## Product Features

Our platform supports up to ten-thousand-card computational power for single tasks, significantly reducing large model training time from months to hours.
It can support up to 2,500 cluster nodes, simultaneously mobilizing over 20,000 GPUs for parallel computing.
Each machine in our system is capable of high-bandwidth, low-latency network connections reaching 3200 Gbps, further reducing model training time to the level of hours.

## Why Can Only We Do It?

With such a high technical barrier, no other company in China can match our single-task, large-scale computational capability.
**But we have experience with Google's ten-thousand-card computational power platform; we just need to replicate and upgrade it - and then further develop a computational power platform suited to China's national conditions.**
There are fewer than ten people worldwide who have built and can build a ten-thousand-card computational power platform, and I(Mr. Linwei Ding) am one of them.
The 60,000-card TPU and 26,000 GPU ten-thousand-card computational power platform I led at Google are currently being used for training and inference by the world's top three

large model companies. These projects are being utilized by Google Research, Anthropic, DeepMind, and OPENAI, and I have received multiple highest awards at Google: "Google Perfy Award Editor's Choice, Feats of Engineering".

## Clients

Now and in the future, large-scale model training and inference will rely on ten-thousand-card computational power. Unfortunately, no company in China can currently achieve this. **In AI and related industries, enterprises longing for thousand-card/ten-thousand-card computational power services will become our clients!**
This includes companies engaged in model applications akin to the BAT groups, computational power enterprises (cloud, high-load, HPC), or government units and universities.
We already have government client (INDUSTRIAL INNOVATION PARK of "MING YUE HU" in Chongqing), enterprise(Baishan Cloud Technology Co., Ltd), and university (SWUST-TIRI) clients. We will collaborate with Baishan Cloud Technology Co., Ltd to serve a VP from one of the BAT companies who plans to work on large models but lacks computational power.
Currently, we are in discussions for collaboration with several clients, including Inspur (Zhongke Shuguang Company), China Academy of Information and Communications Technology, Western Data Exchange Center, Chengdu Tian Invest Group, Shanghai Lingang Group, National Supercomputing Center, and China Mobile (Chengdu) Research Institute.

## In summary

### Not exist Large Models without Large-Scale Computational Power

- Today's large model training and inference, fundamentally different from past methods, require parallel processing on a single-task, large-scale computational platform.
- The future will see an increasing demand for even larger scale model training and inference, necessitating platforms of this caliber.

### Only we can create a single-task ten-thousand-card computational power platform

- Worldwide, fewer than ten people have the expertise to build a computational platform on the scale of tens of thousands of cards, and Mr. Linwei Ding from our team is among this elite group.
- Mr. Ding previously led teams at Google to develop 60,000-card TPU and 26,000 GPU large-scale computational platforms, now used by leading organizations like Google Research, Anthropic, DeepMind, and OPEN AI.

### All businesses related to Artificial Intelligence are our target clients

- Leading domestic tech companies, akin to the BAT group, are lagging behind international standards in terms of precision for hundred-model applications.
- Currently, the computational power services offered by enterprises and governmental units do not meet international standards.

- All AI-related enterprises will be our clients.

All AI-related enterprises will be our clients.

US-0002872

## CMS（Clustering Model Service）--Large Model Service Platform

The first and only domestic platform in China to introduce a single-task, large-scale AI training and inference acceleration platform capable of handling tens of thousands of cards.

- Shanghai Zhi Suan Technology Co., Ltd.
- Angel investment round, U.S. dollar framework, based in Shanghai, funding of 8 to 12 million U.S. dollars or equivalent in RMB.

## Business Overview

CMS is pioneering a new, highly efficient computational infrastructure platform for single-task, large-scale computations, utilizing interconnected heterogeneous computational resources. This breakthrough addresses the significant challenges of computational power in the era of large-scale models in China, offering development services for enterprise-grade large models. The platform is designed to support in-house model development and AI applications for enterprises, capable of scaling up to tens of thousands of cards for a single task, drastically reducing training time from months to hours.

## Company Highlights

### A true large-scale computational power platform

- It is based on heterogeneous computing resources.
- It is a novel and efficient computational platform that enables the interconnectivity and interoperability of computational resources.
- Unique ability to support parallel processing of single tasks on up to ten thousand cards.

### The only team in China capable of development at present

- Worldwide, fewer than ten people have the expertise to build a computational platform on the scale of tens of thousands of cards, and Mr. Linwei Ding from our team is among this elite group.
- Mr. Ding previously led teams at Google to develop 60,000-card TPU and 26,000 GPU large-scale computational platforms, now used by leading organizations like Google Research, Anthropic, DeepMind, and OPEN AI.
- The top three global companies specializing in large-scale models have utilized the tens-of-thousands-card computational platform built by Mr. Linwei Ding for their training and inference needs.
- We have the capability to replicate and enhance the experience gained from Google's tens-of-thousands-card computational platform, allowing us to create a computational platform tailored specifically to our country's needs.

US-0002873

**Not exist Large Models without Large-Scale Computational Power**
- Today's large model training and inference, fundamentally different from past methods, require parallel processing on a single-task, large-scale computational platform.
- The future will see an increasing demand for even larger scale model training and inference, necessitating platforms of this caliber.

**All businesses related to Artificial Intelligence are our target clients**

- Leading domestic tech companies, akin to the BAT group, are lagging behind international standards in terms of precision for hundred-model applications.
- Currently, the computational power services offered by enterprises and governmental units do not meet international standards.
- No other company in China can match our single-task, large-scale computational capability.
- In the field of AI and related industries, companies seeking computational services at the level of thousands to tens of thousands of cards will be our primary clientele. This includes enterprises engaged in model applications like BAT, those providing computational power, governmental units, and academic institutions.

**Core R&D Team of AI Experts**

- Our team, consisting of graduates from prestigious universities, brings years of R&D and management experience in accelerator and intensive computational operation fields.
- Our CEO previously led the development of Google's 60,000-card TPU and 26,000 GPU large-scale computational platforms, which are now being utilized by the top three global companies for training and inference in large-scale models.
- Our Chief Scientist has spearheaded advancements in computer vision and multimedia analysis, focusing on large-scale urban visual perception and general visual technology frameworks.

**Clientele and Partnerships**

- Already in collaboration with three clients and in talks with seven potential clients.

## Team Profiles

- Linwei Ding: Founder/CEO, a USC alumnus with experience at Marvel, Cadence, and Google, leading the development of accelerators, including GPU and TPU systems.
- J Shao: Chief Scientist, a Ph.D. from The Chinese University of Hong Kong and a

US-0002874

research director at SenseTime, specializing in computer vision and multimodal analysis.

## Contact US

Scan the QR code to add friends to contact you



US-0002875