# Exhibit K



## le Accelerator
## ge Startups China

**Apply**






**About MP**

**Real Growth**

Our goal is to help startups at different stages face investors within three months. We help companies go through a "rebirth" and truly "take off."

**Total Valuation 90B yuan**

We've launched 10 batches, supported over 460 startups and provided a total of 90 billion yuan in funding, along with over 21,600 hours of Office Hours.

**Problem Solving**

We help companies achieve the most critical product-market fit. At every stage, we provide targeted resources to address key challenges.

奇绩创坛
2020路演日

**Me**

Our
Yun
dive
they
grow

← →

## Guiding Your Start-up Like a Co-Founder

MiraclePlus invests and accelerates many start-up teams twice a year, each with 300,000 US dollars or equivalent RMB.
After the investment, MiraclePlus's partners work intensively with the founders for three months, and help each team to reach tip-top condition so that they can be ready for thousands of investors on Demo Day

**Investment Model**

Equity investment of $300,000 (or equivalent in RMB) in exchange for 7% equity in the company. This investment shows our commitment to working alongside the founding team

**Partner Guidance**

Like office hours with professors in university, our partners hold weekly one-on-one sessions with founders to address specific challenges and problems the startup is facing

**Community**

Join 1,000+ early-stage founders from 38 different fields. We hold group office hours so you can exchange ideas with other founders, startups, and upstream and downstream partners

**Demo Day**

Demo Day gives you a platform to present your company's product or service in the most compelling way as it attracts 1,000+ investors, significantly boosting the speed and efficiency of your fundraising process.

**Closed-Door Sharing**

During the accelerator, we host weekly guest speakers—well-known entrepreneurs like Zhang Yiming, Lei Jun, and others—to share their experiences and insights in an exclusive, closed-door setting.

**Team Expertise**

We provide hands-on guidance to help founders avoid common pitfalls. Our partners includes industry veterans like Dr. Lu Qi, Luan Yunming, and Mao Shengbo, who are passionate about helping startups.

## Help Early-Stage Startups Really "Take Off"



**Total Investments**
**505** startups

**Total Valuation**
**90B** yuan

**Total Founder Alumni**
**1336**

**Investment reaches**
**38** fields

**Avg Office Hour**
**100** hr

**Application Received**
**10k** /year



**invested in 505 startups**

MiraclePlus Accelerator is held twice a year, and 505 projects have been invested in 10 sessions. We provide start-up funds for startup teams, and after admission, these teams will come to Beijing to participate in a three-month startup accelerator camp

### MiraclePlus Startup Guide





**Startup School**     **Guest Events**



奇绩创坛
MIRACLEPLUS

**Apply**

**About**
About
Team
Contact Us
FAQ
Join Us
Disclaimer

**Resources**
Startup School
Funds
Guest Events

**Community**
Community
Apply

Copyright Privacy Policy          Beijing ICP No.12044456          小程

US-000475



# About Us

## Our Work

MiraclePlus provides initial funding for startups. Our goal is to help founders take the first step and accelerate startup development

## Our Mission

### Helping Startups Grow From 0 to 1

We invest the initial funding in exchange for a small stake in the startup's equity

Every venture capitalist more or less provides you with money and help. As far as MiraclePlus is concerned, startup capital always plays a supporting role. Many of the startups we invest in don't need funding at all, and other founders in need can use the money to cover their basic daily living expenses.



## Our Value

We believe that the most valuable output of a founder is that he/she spends his/her time solving actual problems. Therefore, our goal is to create an environment where you can fully focus on developing products and communicating with users

### Joining Your Startup Journey

Start-up funding is the earliest stages of venture capital, which allows you to get your startup concept off the ground and covers the basic costs for you. Some startups may only need seed round funding, while others may receive several rounds of funding. There are no right or wrong answers when it comes to funding - it all depends on the type of your startup

**At MiraclePlus, we will help you develop products that are good enough to be successful in the market**

### Acting as A Guide and Support

We won't interfere with operations, shareholder structures, or the management of any startup team we invest in, and we don't even think about controlling the startup. We give suggestions, but we don't force any team to adopt and implement them. The pursuit of "independence" is one of the reasons why many founders choose to start a business, and it's one of the reasons why startup teams can succeed

Why is our mechanism so flexible? Because we want to be the first choice for all startups when it comes to seed round funding. In order to achieve this goal, we must set an example and do our best at every step

## MORE THAN JUST FUNDING

### Helping Entrepreneurs Go Faster and Further

Our most important job is to polish founders' own business ideas with them. Everyone in MiraclePlus has the hacker spirit. We spend most of our time thinking about how to create products that people want. Therefore, when someone has a start-up idea, we can usually quickly tell if it has potential and in which direction it will go to help the original idea gain more value

**Startup teams usually face various problems in the early stage, as small as how to name the company, or as big as how to make a plan to conquer the world in the future. That's why we are here to help founders find answers to these questions during the three-month program**





### Providing Holistic Resources for Support

For some teams in their early stage, we also help the startup teams we invest in to register companies legally and formally, and help build connections with some valuable resources provided by the local government. We also guide them to understand all legal documents and fill in them correctly. This is to avoid serious unknown risks to the company's funding caused by time consumption and uncertainties on legal problems. We also introduce the founding teams to some great law firms. Moreover, it's almost a part of our daily routine to help our teams find their first suitable employees.

We also help answer questions about intellectual property rights, such as what products are suitable for applying for patents, when to register patents, and so on. We are also good at dealing with something that is less publicly discussed, that is, disputes between founders. Few startups think they'll use this service, but most startups will need it at some point.

The experience and services we can provide to you are priceless.

## Accelerator

We recruit a certain number of startup teams twice a year, and fund each startup initial capital. We have two Batch Programs each year in spring and autumn respectively

### How to Join

To apply for the Batch Program, you only need to fill out the Application Form. We invite selected teams to come to Beijing for interviews. After the interviews, we make a decision on whether to invest in these teams

### Three Month of Fast Growth

We expect most of the team members in each team that we decide to invest in, at least the CEO, to participate in activities in Beijing during the three-month Batch Program. During this period, the founders (or teams) need to participate in GOH (Group Office Hour) every two weeks to discuss and analyze the progress and problems of their own projects. They can make unlimited appointments with any of our partners and experts to discuss and analyze various special problems of their startups (Office Hour)

### Accelerator Benefits

**Closed-Door Sharing**

During the period in the program, we organize a closed-door supper every week at MiraclePlus. We invite a senior entrepreneur to share some of his/her own experience during each supper. Speakers are usually company founders, venture capitalists, journalists, and executives of well-known technology companies. Later, the speaker may often become an advisor or investor to some of the teams that participate in the supper

**Demo Day**

Around the 10th week of the batch, we hold a Demo Day that lasts for two days. All startups participating in the program need to present their products and services to a group of investors and media audiences specially invited by MiraclePlus



### Community Resource After The Three Month

Investment in a batch of startup teams is a win-win model. We can obtain a huge alumni network resource and use it to help startup teams in more ways. This includes providing basic test users and feedback, finding a landing spot in an unfamiliar city, finding programmers to help with bugs in your system, and recommending people resources. There is a big chance that someone in this network will be able to help you



### About
About
Team
Portfolio
FAQ
Contact
Disclaimer

### Resources
Startup School
News
Guest Events

### Community
Community
Apply

Apply



**奇绩创坛**
MIRACLEPLUS    Accelerator    Community    News    Startup School    FAQ    Apply

## Alumni Representative


英达视


清研精准


赛昉科技


倍生生物

ORIENSPACE
东 方 空 间
东方空间


蒸汽记忆


大禹智芯

*BaseBit.ai*
翼 方 健 数
翼方健数


新核云


宁矩科技


斯坦德机器人


思码逸

**Established in 2019, Miracle Plus has funded and accelerated more than 340 start-ups, covering high-potential technology fields such as deep technology, soft technology, and biotechnology**

## Community

We have more than 1000 alumni coming from 26 countries and regions in Asia, Europe, America, and Africa. Most of them had only an initial idea when they joined the program

In addition to the activities of the program, our community alumni often organize high-value activities to help each other make progress

In the community, our alumni usually do things as follows:

- Introduce upstream and downstream resources of the industry or recommend reliable investment firms to each other
- Recommend their companies' products to each other, usually with great discounts
- Exchange technological frontiers and business insights on the news.miracle.com website, a communication platform for internal founders
- Organize activities such as founder salons, mountaineering, etc



**奇绩创坛**
MIRACLEPLUS

Apply

**About**
About
Team
Contact Us
FAQ
Conduct
Disclaimer

**Resources**
Startup School
News
Guest Events

**Community**
Community
Jobs

简体中文 / English

Beijing ICP No.19044959

US-0074477

**Miracle Startup School**
**A Practical Introduction to Entrepreneurship for Young People**

**Together with a Group of Like-minded Young People**
**Embark on an Early-stage Entrepreneurial Journey Together**

Apply Miracle Startup School

## Course Description

**An introductory entrepreneurship course suitable for young people at all stages.**

The Miracle Startup School is a carefully crafted free online course designed for young people interested in entrepreneurship.

Through 6 lessons, they help you learn about entrepreneurship from 0 to 1 and inspire your enthusiasm and potential

By communicating and learning, it helps you explore the possibilities of entrepreneurship in life.

**Guiding you to embark on an entrepreneurial journey from zero to one.**

**Combining Theory with Practice**
With practical guidance and coaching, helping you find your own pace to start a business.

**Experienced Instructors**
The instructor team has reviewed nearly 50,000 startup projects, interviewed over 5,000 entrepreneurs, and personally guided 424 startup teams.

**A Library of Typical Real-world Cases**
This course Integration of vivid cases from early-stage startups coached by Miracle Forum over 5 years and Y Combinator over 19 years.

**Accessible and Practical Course Content**

How to Find Good Startup Ideas?
How to Develop a Product and Iterate Incrementally?
How to Secure Your First Round of Funding?
How to Identify the Market and Achieve Growth and Commercialization?
How to Find a Reliable Founding Team?
How to Build a Strong Company Culture?
......

**A Learning Experience Combining Courses, Mentoring, and Community**

**Project Value**
Systematic education courses focused on key issues in early-stage entrepreneurship, imparting knowledge and methods to establish a startup company.

**Personalized Entrepreneurship Guidance**
Opportunities for interaction and guidance from founders who have been invested in by Miracle, addressing personalized entrepreneurial challenges.

**A Robust Entrepreneurial Community**
Learn, inspire, and advance together with like-minded young entrepreneurs.

## Mentor Lineup



**Qi Lu**
Founder and CEO of Miracle Forum
Former President and COO of Baidu
Former Executive Vice President of Microsoft Worldwide
Ph.D. in Computer Science from Carnegie Mellon University

**Yunming Luan**
Founding Partner and COO of Miracle Forum
Former executive at Lenovo and Meituan
Managed businesses worth billions of RMB
International MBA from Peking University

**Xuwen Cao**
Partner at Miracle Forum
Bachelor's and Master's in Computer Science from Stanford University
Co-founder of Echo (acquired by Microsoft)
Serial entrepreneur - accepted into YC twice

**Shengbo Mao**
Partner at Miracle Forum
14 years of venture capital experience
Former founding partner of Panda Capital
Involved in investments in Mobike, Insta360, Roborock Technologies, and Megvii Technology

**Kehan Dong**
Head of Investment and Operations at Miracle
Founder of Inner Journey
Founder of NGO Code of Love
Forbes 30 Under 30

## Course Format and Activities

**Free Online Courses**

**Rich Materials**
Weekly release of relevant resources within the course group

**Real-time Updates**
Timely synchronization with offline course content as it is taught

**Entirely Free**
All courses can be obtained free of charge online

**Practical Experience**
Guidance based on real-world experience from alumni of the Miracle Startup Camp

**University Offline Courses**

We will start offline courses at schools such as Tsinghua, Peking, Fudan, Jiaotong, and Hong Kong University, welcoming students from these universities to sign up for the offline courses. The Miracle Startup School is an introduction to entrepreneurship.

We hope this course can inspire students with a passion for innovation and aspirations for entrepreneurship, providing them with practical references.

We plan to conduct offline lectures at more universities. If you cannot attend the offline courses at Tsinghua and Peking Universities, we also offer completely free online learning opportunities.

**National Roadshow**

Join the specially customized meet-and-greet session of the Miracle Startup School and take the first step towards entrepreneurship!

**Seminar Highlights**
Sharing of real-world cases and practical experiences from frontier technology startups
High Interaction Exchange Unlocks critical entrepreneurial skills through Q&A
Engaging Teaching Experiences Inspire creativity and avoid boredom

**Contact for Collaboration Support**
kehan@miracleplus.com

**Diverse Activities**

**Miracle Alumni Entrepreneurship Experience Sharing Session**
An accompanying activity of the Miracle Startup School, each session corresponds to a topic of the public course, dedicated to helping early-stage entrepreneurs solve their confusion and organize their thoughts.

**Office Hour**
In addition to offline classes, we offer Office Hours for every student attending the Miracle offline public course. You will have the opportunity for one-on-one online exchanges with Miracle alumni, receiving personalized entrepreneurial advice and practical guidance.

奇绩创坛
MIRACLEPLUS

Apply

**About**
About
Team
Contact Us
FAQ
Consult
Disclaimer

**Resources**
Startup School
News
Guest Events

**Community**
Community
Jobs

简体中文 / English

Beijing ICP No. 19044959



MiraclePlus Team

The MiraclePlus team consists of members from different places and with various backgrounds. What they have in common is that they are all experienced early-stage start-ups, businesses, and funding. They are also passionate about helping founders start their companies from scratch

## Partner

**Lu Qi**

Earned his Ph.D. in Computer Science from Carnegie Mellon University. He was the President and Chief Operating Officer of Baidu Group, Executive Vice President of Microsoft, and Executive Vice President of Yahoo

**Luan Yunming**

Gained his International MBA from Peking University. He is a serial entrepreneur and angel investor. He has 21 years of experience in business management and operations. He was a Senior Executive of Lenovo, Meituan, and other companies, and once managed a big business with a revenue of 100 billion yuan

**Cao Xuwen**

Obtained his Bachelor's and Master's Degree in Computer Science from Stanford University. He was a student of Wu Enda, a top expert in Artificial Intelligence. Mr. Cao joined YC Accelerator twice as a founder. His second startup, Echo Lockscreen, was acquired by Microsoft

**Mao Shengbo**

Earned an MBA from the Cheung Kong Graduate School of Business. He is an OPM student at Harvard Business School. He has 11 years of experience in venture capital and participated in many investments in projects such as Face++ and Mobike. He was also a co-founder of Panda Capital

## Staff

Dong Kehan - Investment & Operations
Jin Yingjie - Admission Operations
Zhang Huangqi - Community Operations
Jing Peng - Financial Staff
Guo Rui - Legal Counsel
Wen Wen - PR



## Internship Program

In addition to our full-time core team, we also have an ongoing internship program. We welcome everyone to apply and join us!

### Internship Program

For those following MiraclePlus, if you're an undergraduate, master's, or doctoral student, we welcome you to join MiraclePlus.

**Ideal Candidate Profile:** Proactive, energetic, eager to learn, and open-minded when exploring unknown territories. Willing to challenge yourself, constantly striving for excellence, and passionate about cutting-edge technology, innovation, and entrepreneurship. Strong self-motivation with unique ideas and quick execution.

**Internship Highlights:**

- **Network with Frontier Tech Entrepreneurs:** You'll have the opportunity to work with us on early-stage tech startups funded and accelerated by MiraclePlus, witnessing the journey from "0 to 1."
- **Attend Exclusive Talks with Industry Leaders:** During your internship, you can join share sessions with top industry figures (previous speakers include Zhang Yiming, Ding Lei, Li Bin, Li Xiang) and monthly AMA sessions with Dr. Lu Qi.
- **Learn about Cutting-Edge Tech Trends:** MiraclePlus regularly hosts learning discussions on the latest advancements in fields like large models, with activities such as internal research-sharing sessions, MiraclePlus Deep Space, and AI Unconference, helping you stay on top of industry developments.
- **Explore Various Career Paths:** MiraclePlus internships often have flexible roles, allowing you to try different areas and discover your passion. We also offer job referrals for exceptional interns.
- **Experience a Dynamic and Youthful Internship Environment:** The team at MiraclePlus mainly consists of interns from renowned universities worldwide. They enjoy problem-solving and proactively seek creative solutions.

Join Us

### Fellow Program

The MiraclePlus Fellow Program is a remote part-time initiative designed for young scholars in the field of technological innovation. Over the past four years, more than 300 partners from over 20 countries and regions have joined the program. These individuals come from world-renowned institutions like Tsinghua, Stanford, MIT, Harvard, UCB, and Cambridge, as well as tech giants such as Google, Apple, Microsoft, NVIDIA, Meta, and Tesla.

### Campus Scouts Program

Through the Campus Scout Program, become a "bridge" between technological innovation and social needs on campus. Discover like-minded peers with innovative spirit, connect with outstanding founders, and reach out to research teams with technical expertise. Together, explore cutting-edge technology, discuss innovation and entrepreneurship, and identify potential future-leading startups on your campus.

Join Us



**About**
About
Team
Contact Us
FAQ
Contact
Recruitment

**Resources**
Startup School
News
Guest Events

**Community**
Community
Jobs

Apply

简体中文 / English

Beijing ICP No.19044955

US-007447S

FAQ

**WHAT CAN MIRACLEPLUS PROVIDE FOR FOUNDERS?**

**What can MiraclePlus provide for founders?**

**How can we get funding from MiraclePlus?**

**How much does MiraclePlus invest?**

**Is a business plan (BP) needed for the application?**

**Why doesn't MiraclePlus check the applicant's BP?**

**Why does MiraclePlus review an application form instead of asking for a BP?**

**How do you ensure that each application will be reviewed seriously?**

**Will you sign a Non-Disclosure Agreement (NDA)? How do you ensure that our business ideas will not be leaked?**

**Can we submit two applications for two business ideas?**

**Do I have to upload a video? Do you have any specific requirements? How to submit it?**

**How can I increase the chance of a successful application?**

**Do you invest in various startups in the same field?**

**Why has my application been rejected?**

**How can we tell if our application has been submitted successfully?**

**Can we attend the Accelerator without coming to Beijing?**

**Can no financing partners join us if I attend the program?**

**If our project is previously funded, can we still apply for the program with its spin-off project?**

**SHOULD I APPLY FOR THE PROGRAM?**

**What are the dates for the next batch?**

**2. We've already been working on our startup for a while. Is MiraclePlus appropriate for us?**

**We've already raised funding. Can we still apply?**

**We don't really need the money. Can we still apply?**

**What if our project requires a large capital investment?**

**Do you only fund startups that write software?**

**Can a single person apply for funding?**

**I have a great idea for a startup, but I'm not technical. Will you still fund me?**

**Do we need to set up a company before applying for the program?**

**Can we apply more than once?**

**Do we need to know someone at MiraclePlus to get in?**

**If we participated in another accelerator, can we do MiraclePlus?**

**LATE APPLICATIONS**

**What are Late Applications?**

**Do you get penalized for submitting late applications?**

**What happens when I submit a late application?**

**When will I get a reply if I submit a late application?**

**How do we get our late application results?**

**Do you give feedback on application results?**

**When do you hold late applicant interviews?**

**Is there a deadline for submitting a late application?**

**Can I submit a late application after an on-time one?**

**I have a great reason for why my application is late - can you mark it as on time?**

 **Accelerator   Community   News   Startup School   FAQ**   Apply

# Contact Us

Before you contact us, please read our **Frequently Asked Questions**. We may not answer questions that have already been answered in the FAQ

Media inquiries **press@miracleplus.com**

Accelerator application **support@miracleplus.com**

For other inquiries **contact@miracleplus.com**

Address: 6th Floor, Zhiyuan Building, No. 150 Chengfu Road, Haidian District, Beijing.



Apply

**About**

About

Team

Contact Us

FAQ

Conduct

Disclaimer

**Resources**

Startup School

News

Guest Events

**Community**

Community

Jobs

 简体中文 / English

Beijing ICP No.19044959    小红书

US-0074481