# Exhibit L

 # Native Provided - Spreadsheet

| | |
|---|---|
| **Filename:** | 383_English_Final.xlsx |
| **Filesize:** | 18.68 kB |
| **Date Last Modifed:** | 03-19-2025 |

AML-0000060

Chongqing Mingyue Lakeside Venture Investment Fund Application Form

| Company name: | Shanghai Zhisuan Technology Co., Ltd. | | | Project source | | | |
|---|---|---|---|---|---|---|---|
| Establishment date | 2023-10-17 | Registered capital | 1,000,000 RMB | Registered address | 44 Workstation, 1st Floor, Building 27, No. 487 Tianlin Road, Xuhui District, Shanghai | Legal representative | Ding Linwei |
| Industry | Artificial intelligence | Number of employees | | Number of R&D staff | | Pre-investment valuation | |
| Contact person | Ding Linwei | | | Contact information | 15041156500 | | |

| Company Overview | Company Introduction | Include but not limited to introduction of main business, key products, and core technology | Driven by the wave of generative AI, both technology research and application innovation are evolving rapidly. Against the backdrop of flourishing domestic large models and the reassertion of scarce compute resources, Zhisuan Technology is committed to building a large model training acceleration platform at the scale of tens of thousands of cards and an efficient distributed AI compute platform. The aim is to serve enterprises in large model R&D, supporting both self-developed models and self-built AI applications. |
|---|---|---|---|
| | Technology and products | Overview of technology and product R&D (outline innovation and forward-looking aspects, the problems to be solved, application prospects, R&D progress, technical barriers, core competitive advantages, etc.) | Application prospects: 1. Deep learning and artificial intelligence: Deep learning models, especially large neural networks, require enormous computing power for training. A single-task tens-of-thousands-of-cards compute platform can complete these training tasks in a short time, accelerating AI research and application development. 2. Drug discovery and biomedical research: In drug design and biomedical fields, simulating interactions between drugs and biomolecules to predict drug efficacy requires vast computation. Such a platform can accelerate this process, aiding in rapid drug discovery and disease treatment research. 3. Climate simulation and environmental research: Typically, climate models are highly complex, requiring the simulation of numerous interactions within the Earth system. A single-task tens-of-thousands-of-cards compute platform can provide the computational power needed for such large-scale simulations, helping to better understand and forecast climate changes. 4. Physics and astronomy research: In areas like high-energy physics and astrophysics, simulating the origin of the universe, black holes, and galaxy behaviors requires extremely high computing power. Such a platform can support these research endeavors. 5. Financial modeling and risk analysis: In the financial industry, conducting complex market simulations and risk analyses requires processing massive data and executing complex computations. A single-task tens-of-thousands-of-cards compute platform can play a key role in these applications. 6. Big data analysis and mining: For tasks involving the analysis and processing of massive data volumes, such as internet search or social media analysis, such a platform can provide the necessary computing resources. 7. Image and video processing: Image recognition and video rendering demand significant computing resources for processing and analysis of high-resolution images and video data. A single-task tens-of-thousands-of-cards compute platform can accelerate these processes. |
| | | Obtained intellectual property rights (number of various types of intellectual property rights, patents, industry standards, trademarks, copyrights, integrated circuit layout | None |
| | Business model and implementation plan | Brief introduction on business model, market strategy, implementation plan, model validation, and objectives. | |
| | Core team | Education and work background of the core team and roles of team members | Member 1: Ding Linwei, male, 37, full-time master's. Chairman and CEO. 2022–2023: CTO, Beijing Rongshu Lianzhi Technology Co., Ltd. 2019–2022: Technical Director, Google LLC.Member 2:Member 3: Wang Fei, female, 36, full-time master's. Pre-sales/project directorMember 4: Li Luxi, female, 31, full-time master's. Head of the General Affairs Department. 2021–2023: Partner, Shanghai Chenman Enterprise Management Consulting Co., Ltd. |
| | Certifications | (Technology enterprise, high-tech enterprise, specialized, refined, characteristic and innovative enterprise, innovative SME, certification of software enterprise and the registration of software products, certified R&D institution, etc.) | None |

| Financial information | Financial data for the last three years and the latest period(Unit: RMB 10,000) | Subject category | 2023.06.30 | 2022.12.31 | 2021.12.31 | 2020.12.31 |
|---|---|---|---|---|---|---|
| | | Total assets | 0 | 0 | 0 | 0 |
| | | Total liabilities | 0 | 0 | 0 | 0 |
| | | Net assets | 0 | 0 | 0 | 0 |
| | | Operating revenue | 0 | 0 | 0 | 0 |
| | | Operating costs | 0 | 0 | 0 | 0 |
| | | R&D expenses | 0 | 0 | 0 | 0 |
| | | Net profit | 0 | 0 | 0 | 0 |

| Industry and market | Brief introduction of domestic and international market prospects, development trends, current and future market scale and demand, and horizontal competition | models and compute power. Microsoft Azure: Has established a deep strategic alliance with the closed-source AI large model OpenAI, yet continues cooperating with the open-source AI large model Meta/Facebook LLaMA 2. Alphabet/Google Cloud GCP: Despite the merger of DeepMind and Google Brain, in February 2023 Google invested $400 million in Anthropic, acquiring about 10% of Anthropic's shares, and in October added another $1.5 billion investment. Amazon Cloud AWS: Invested in Anthropic in late September 2023 and announced plans for extensive cooperation to promote generative AI. Tesla Dojo: As a real-world AI giant, on August 28, 2023, Tesla launched a supercomputer cluster composed of 10,000 NVIDIA H100 GPUs for training its full self-driving (FSD) system and other AI applications. Domestic developments: While numerous large models are emerging in China, their precision remains insufficient, highlighting the scarcity of compute resources. Domestic compute platforms typically operate with one chip per server or several servers, supporting a parameter capacity of no more than 50B. China has entered a fierce competition among hundreds of models, but the development of compute infrastructure started late. There is a shortage of hardware resources domestically—especially GPUs, which vary widely in quality; domestic data centers are poorly managed, lacking systematic management platforms to properly and accurately utilize compute capacities; there is no multi-host compute platform or a complete LLM software system supporting such platforms. The explosion of large models will lead to increasingly diverse training scenarios, with demand for training compute power potentially increasing tenfold or even a hundredfold. Market scale and demand: In 2023, the Chinese AI industry market scale will reach 14.7 billion RMB, with a global market of $23 billion; by 2028, China's AI market is projected to reach 117.9 billion RMB, and the global market $109.5 billion. The explosion of large models is driving exponential growth in compute demand, making single-task tens-of-thousands-of-cards compute infrastructure platforms extremely necessary. Horizontal competition: Currently, there is no horizontal competition in China. Globally, there are very few talents or companies capable of building a tens-of-thousands-of-cards compute platform. Leading tech companies like BAT (Baidu, Alibaba, Tencent) have large model applications, but their precision does not keep pace and existing compute service providers and government units cannot upgrade their |
|---|---|---|

| Investment and financing | Historical equity financing, debt financing, and other related matters | None |
|---|---|---|
| | Current project valuation and the equity proposed to be transferred in this financing | |

| Investment promotion implementation | This implementation plan, including business and the specific number of personnel involved | |
|---|---|---|

| Whether there are any pending litigations that affect the company's operations | None |
|---|---|

| The company, its legal representative, actual controllers, and key team members are not listed in the National Enterprise Credit Information Publicity System's list of enterprise with abnormal operation, the system's list of enterprises with serious illegal and dishonest conducts, or the People's Court's list of untrustworthy persons subject to enforcement or other lists of untrustworthy subjects, and have no bank delinquencies lasting over 90 consecutive days | None |
|---|---|

| Whether the project's core technology has complete and exclusive usage rights and revenue rights | |
|---|---|

Applicant company/team commitment:Our company/project team intends to apply for investment participation from the Chongqing Mingyue Lakeside Venture Investment Fund. We hereby commit that the application materials provided are true, complete, legal, and valid, with no significant concealment or omission of information, and that the electronic spreadsheets are consistent with the paper documents. In case of any inaccuracies, our company/project team and our legal representative will bear all resulting liability. Company seal:

Signature of the legal representative/project founder:

Date: MM/DD/YYYY

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| | 重庆明月湖畔创业投资基金申请表 | | | | | | | |
| | 公司名称 | \multicolumn{3}{c}{上海至算科技有限公司} | | 项目来源 | | | |
| | 成立时间 | 2023-10-17 | 注册资本 | 10万人民币 | 注册地址 | 上海市徐汇区田林路487号27号楼1层44工位 | 法定代表人 | 丁林葳 |
| | 所属行业 | 人工智能 | 员工人数 | | 研发人数 | | 投前估值 | |
| | 联系人 | \multicolumn{3}{c}{丁林葳} | | 联系方式 | 15041156500 | |

**公司基本情况**

| 项目 | 内容 |
|---|---|
| 公司简介 | 包括但不限于主营业务、主要产品和核心技术介绍等 / 在生成式AI的浪潮推动下，技术研究与应用创新正飞速演进，基于国内大模型百花齐放、算力资源稀缺性重申的大背景，至算科技致力于打造出万卡级别的大模型训练加速平台、高效的分布式人工智能算力平台，为企业大模型研发提供服务，支持企业自研模型，同时支持企业自建AI应用。 |
| 技术和产品 | 技术及产品研发概况（应概述创新性及前瞻性、拟解决问题、应用前景、研发进度、技术壁垒、核心竞争力等情况）/ 产品研发的创新性及前瞻性：1、大规模并行处理能力：万卡级算力平台能够进行大规模的并行计算，这对于处理复杂的科学计算、大数据分析、深度学习等任务至关重要。这种并行处理能力可以显著缩短计算时间，提高效率。2、人工智能和机器学习的加速器：在人工智能和机器学习领域，需要大量的计算资源来训练和运行复杂的模型，万卡级算力平台为这些… |
| | 已获得知识产权（各类知识产权数量，专利、行业标准、商标、版权、集成电路布图设计权等）/ 无 |
| 商业模式及实施方案 | 就商业模式、市场策略、实施方案、模式验证情况、目标等相关情况简要介绍 |
| 核心团队 | 核心团队教育及工作背景、团队分工 / 成员1：丁林葳，男，37岁，全日制硕士，董事长兼CEO，2022-2023 北京融数联智科技有限公司，CTO 2019-2022 Google LLC，技术总监；成员2：；成员3：王飞，女，36岁，全日制硕士，售前/项目负责人；成员4：李路茜，女，31岁，全日制硕士，综合部负责人，2021-2023 上海辰幔企业管理咨询有限公司，合伙人 |
| 资质认证 | （科技企业、高新技术、专精特新、创新型中小企业、双软企业、认证研发机构等）/ 无 |

**财务情况** 近三年及最近一期财务数据（单位：万元）

| 科目类别 | 2023.06.30 | 2022.12.31 | 2021.12.31 | 2020.12.31 |
|---|---|---|---|---|
| 资产总额 | 0 | 0 | 0 | 0 |
| 负债总额 | 0 | 0 | 0 | 0 |
| 净资产 | 0 | 0 | 0 | 0 |
| 营业收入 | 0 | 0 | 0 | 0 |
| 营业成本 | 0 | 0 | 0 | 0 |
| 研发费用 | 0 | 0 | 0 | 0 |
| 净利润 | 0 | 0 | 0 | 0 |

**行业及市场**

| 项目 | 内容 |
|---|---|
| 简述国内外市场前景、发展趋势，当前及未来市场规模和需求，同业竞争情况 | 国外发展情况：模型与算力齐头并进。国外算力平台可支持集群扩展到 2500 个节点，2万块 GPU并行运算；国外大模型可支持500B参数容量。国外科技巨头已进入大模型+算力竞争阶段。微软云Azure：与闭源AI大模型OpenAI已建立深度战略联盟，但不影响与开源AI大模型Meta/Facebook LlaMA 2合作。Alphabet/谷歌云GCP：虽然有DeepMind与谷歌大脑合并，谷歌在2023年2月投资Anthropic 4亿美元，获得Anthropic约10%股份，在10月份又对其追加15亿投资。亚马逊云AWS：亚马逊才在2023年9月下旬向Anthropic进行投资，宣布双方将在未来… |

**投融资情况**

| 项目 | 内容 |
|---|---|
| 历史股权融资、债权融资等相关情况 | 无 |
| 本次项目估值及融资拟出让股权 | |

**招商落地情况**

| 项目 | 内容 |
|---|---|
| 本次落地方案，包括落地业务、具体落地人数等 | |
| 有无影响公司经营的未决诉讼 | 无 |
| 企业、企业法定代表人、实际控制人、团队核心成员未纳入国家企业信用信息公示系统经营异常名录及该系统严重违法失信名单和人民法院失信被执行人等其他失信主体名单，无连续90天以上的银行不良信用记录 | 无 |
| 有无项目核心技术完整且独占的使用权与收益权 | |

申请企业/团队承诺：

我司/项目团队拟申请重庆明月湖畔创业投资基金参与投资，我司/项目团队承诺所提供申请资料真实、完整、合法、有效，不存在重大隐瞒或信息遗漏，电子表格与纸质文件一致，如有不实，我司/项目团队及法定代表人将承担由此引起的一切责任。

单位公章：　　　　　　　　　　　　　　　　　法定代表人/项目创始人签章：