# Exhibit M



**Roderick**

Investment & Operation | Founding Team


M 151 0212 8170

E kehan@miracleplus.com

W miracleplus.com

Floor 6, No. 150, Chengfu Road, Haidian District, Beijing


MiraclePlus (Beijing) Investment Management Company Limited

AML-0000385

上海市数字证书认证中心有限公司

# 上海市法人一证通用数字证书电子印章

## 申请表

No (Q)

申请单位名称：上海市至算科技有限公司

**单位授权经办人信息：**

姓名：冯天惠 身份证号码：142601199503091323

联系电话：*13835703464* 传真：

电子邮箱地址：xiaotian0216@outlook.com

1. 申请电子印章的用户请在下列空白框内加盖申请单位公章

2. 公章印请务必清晰完整

3. 由于存储容量限制，部分用户较早使用的 32K 证书存储介质 USB Key 无法制作电子印章，如需制作电子印章，需更换大容量 USB Key；是否能制作电子印章以现场检测为准。

4. 如果现场没有申请制作电子印章，事后又需要电子印章的，可至受理点申请制作或登陆 https：//www.962600.com 自助申请制作。

5. 此件由受理机构保存。

## 电子印章盖章区

（章：上海至算科技有限公司）

AML-0000386

17：56

✕ <div align="center">**奇绩创坛＞**</div> ...



一句话介绍：基于异构算力资源的互联互通的全新高效的单任务万卡级算力基础架构平台。

项目简介：国内唯一最早推出的单任务万卡级的大算力 AI 训练推理加速算力平台，从底层系统上解决"国内做不了 50B 以上大模型"的痛点。项目创始人曾在谷歌带队做出的 6 万卡 TPU、2.6 万 GPU 万卡级算力平台。本项目支持的算力规模可达单任务万卡，支持大模型训练时长从月级可降至小时级。

团队介绍：

丁林葳：创始人/CEO，毕业于 USC。全世界能搭建万卡级算力平台的十人之一。曾在谷歌搭建的万卡级算力平台，正在被 Google Researchx、Anthropic、DeepMind 和 OPEN AI 所使用。

JShao：首席科学家，曾获"2022 年度深圳人工智能科技进步奖"。2021 年带队研发通用视觉体系"书生"是国内最早研发并开源的通用人工智能大模型之一。

AML-0000387

统一社会信用代码

91310104MAD3LXU92B

证照编号：04000002023101700 41



# 营业执照



扫描市场主体身份码了解更多登记、备案，许可、监管信息，体验更多应用服务。

| | | | |
|---|---|---|---|
| 名称 | 上海至算科技有限公司 | 注册资本 | 人民币 10.0000 万元整 |
| 类型 | 有限责任公司（自然人独资） | 成立日期 | 2023 年 10 月 17 日 |
| 法定代表人 | 丁林葳 | 住所 | 上海市徐汇区田林路 487 号 27 号楼 1 层 44 工位 |

经营范围　一般项目：技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；人工智能基础软件开发；人工智能应用软件开发；数据处理服务；软件开发；信息技术咨询服务。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）

（章：上海市徐汇区市场监督管理局）

（章：上海至算科技有限公司）　登记机关　　　　　2023 年 10 月 17 日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

国家市场监督管理总局监制

AML-0000388



**上海临港经济发展（集团）有限公司**

**上海临港经济发展集团科技投资有限公司**

翁巍

副总经济师

董事长总经理

地址：上海市浦东新区海港大道 1515 号 T2

电话：+86 21 38298602

传真：+86 21 58073390

手机：18916169300

邮编：201306

电子邮箱：wengwei@shlingang.com

AML-0000389

 上海市数字证书认证中心有限公司

## 上海市一证通用法人数字证书申请表
### （企业适用）

No (Q)

| 请选择服务类型，并在对应的栏目中打" ☑ "： | | | | | |
|---|---|---|---|---|---|
| ☑ 申请 | □ 更新 | □ 变更 | □ 撤销 | □ 其他 | □ 申请第二张及以上证书 |

**单位基本信息：**

申请单位名称：<u>上海至算科技有限公司</u>

单位邮政地址：<u>上海市徐汇区田林路 487 号 27 号楼 1 层 44 工位</u> 邮政编码：<u>2 0 0 0 3 0</u>

统一社会信用代码号：<u>9 1 3 1 0 1 0 4 M A D 3 L X U 9 2 B</u>

工商营业执照注册号：

住房公积金账号：

社会保险号：

单位法定代表人姓名：<u>丁林葳</u>  身份证号码：<u>210202198609264233</u>  联系电话：<u>150 4115 6500</u>

单位授权经办人姓名：<u>冯天惠</u>  身份证号码：<u>142601199503091323</u>  联系电话：<u>168 3570 3464</u>

电子邮箱地址：_____

**用户须知：**

- 需提供以上单位有效证件的原件及复印件，法定代表人身份证复印件，单位授权经办人身份证原件及复印件（上述复印件需加盖公章）。
- 在正式申请证书前请阅读本申请表所附《SHECA 数字证书订户协议》。
- 证书的有效期从签发之日计算，证书有效期将签发在该证书中。
- 法人一证通用数字证书开通多项业务办理功能后，一张数字证书将被允许进入多个业务系统，如使用不当将存在非授权访问、信息泄露等内部管理风险。请根据单位业务操作和运营管理实际情况，加强对数字证书使用和保存的管理控制。也可根据实际业务需要选择办理多张证书，并赋予不同的业务系统操作权限，以降低相关使用风险

**申请单住在此郑重申明：**

**以上所填信息及相关证明材料准确、真实、有效，接受据此颁发的数字证书，同意接受《SHECA 数字证书订户协议》。《SHECA 数字证书订户协议》（协议版本：【202107COMMON】）本单位已收悉。本单位已知悉法人数字证书一证通用可能带来的业务风险，承诺加强对数字证书的管理以控制以避免相关风险；已了解填入或放弃填入上述基本信息中可选项内容对应用办理的影响。本单位全权委托上述授权经办人处理数字证书服务申请的相关事宜。**

单位授权经办人签字：冯天惠                申请单位盖章：_____

（章：上海至算科技有限公司）

日期：<u>2023</u> 年 <u>10</u> 月 <u>21</u> 日

**以下由受理点填写：**

| | 密码信封序列号： | 上海 CA 中心 |
|---|---|---|
| • 已审核申请单位及单位授权经办人身份<br>• 已核对受理表上填写的信息及相关证明材料<br>• 已发放证书给用户 | 受理员：_____    审核员：_____<br>日期：_年____月____日    受理点盖章：_____ | 微信服务号：SHECAWX |

传真：021－36393132                支持邮箱：jy@sheca.com

服务热线：021－962600                服务网点查询：https：//www.962600.com

AML-0000390

 上海市数字证书认证中心有限公司

## SHECA 数字证书订户协议

上海市数字证书认证中心有限公司（以下简称"上海 CA"）是依法设立的第三方电子认证服务机构。

在申请、接受或使用上海 CA 签发的数字证书之前，您必须先阅读本《SHECA 数字证书订户协议》（以下称"订户协议"）。若您不同意本订户协议全部或部分条款，请勿申请、接受或使用上海 CA 提供的数字证书（以下称"SHECA 数字证书"或"证书"）。

**本订户协议自申请者及/或其授权代理人在线下完成签署或者在线上进点击、打勾、确认等表示同意的动作后生效。**

（一）SHECA 数字证书是经上海 CA 签发的包含申请者身份信息的数字证书，它用于标志申请者在进行信息交换、电子签名、电子政务、电子商务等网络活动中的身份。

（二）在申请、接受证书及其相关服务前，证书申请者需要了解《UniTrust 证书策略》《UniTrust 电子认证业务规则》和与证书相关的义务及法律责任。《UniTrust 证书策略》、《UniTrust 电子认证业务规则》公布在 https：//www.sheca.com/repository。

（三）上海 CA 提供不同种类的证书，证书申请者应根据自身需求自行选择证书种类或向上海 CA 咨询后选择。

（四）申请者应承诺在申请证书时所填信息及提供的相关证明材料准确、真实、有效，并愿意承担由此带来的法律责任。

**（五）证书申请者及其授权代理人同意授权上海 CA 收集相关资料和信息用于电子认证业务，并按照相关法律法规及监管要求妥善使用、存储和披露此类资料信息，收集方式包括自主收集或委托上海 CA 授权的证书服务机构收集。** 证书申请者及其授权代理人通过上海 CA 授权的证书服务机构申请证书的，**证书申请者及其授权代理人同意授权该等服务机构收集申请资料与信息并提供给上海 CA。** 对于单位，上海 CA 可能收集营业执照、银行账户、法定代表人身份信息等。对于个人（个人证书申请者、证书申请者的授权代理人），CA 可能收集个人身份证明、真实姓名、手机号码、生物特征等信息。上海 CA 收集的信息可能因证书类型不同而有所差异。

上海 CA 开展电子认证业务中可能委托外部合作伙伴来协助完成某些服务。在此情形下，证书申请者及其授权代理人同意授权上海 CA 依法将个人信息提供给其合作伙伴，如：用于身份核验比对的可信第三方等。

上海 CA 对于个人信息的收集、使用、存储与披露将严格遵守个人信息保护的法律法规、行业标准，并符合上海 CA 关于数字证书的《个人信息保护政策》https：//www.sheca.com，个人在操作证书申请时即视为同意该等政策。

（六）证书申请者的申请一旦获得批准并被成功签发数字证书，证书申请者自动成为证书订户。

（七）证书订户必须确保其持有的证书用于申请时预定的目的。上海 CA 签发的各类证书，仅用于表明证书订户在申请证书时所要标识的身份，以及验证其使用该证书内包含的公钥所对应的私钥做出的数字签名。如果证书订户将该证书用于其他用途，上海 CA 将不承担任何由此产生的责任。

（八）证书订户必须妥善保存数字证书介质（如有），保证私钥存储和使用的安全。上海 CA 并不承担因订户的私钥保存出现问题而带来的所有责任，除非订户能够合法地证明该等问题产生的主要责任在上海 CA。

（九）一旦发生任何可能导致证书订户私钥安全性出现问题的情况，证书订户应立刻停止使用该数字证书并告知上海 CA 以及其授权的证书服务机构（如有）。如果证书订户明知私钥安全性出现问题而未及时告知上海 CA 以及其授权的证书服务机构，而给上海 CA 以及其授权的证书服务机构、其他订户、证书依赖方或者其它相关方造成损失的，该订户必须承担相应的赔偿责任。

（十）根据《中华人民共和国电子签名法》、《中华人民共和国公司法》和其他法律法规的规定，作为依法设立的第三方电子认证服务机构，上海 CA 只承担法律范围内的有限责任。

（十一）上海 CA 的担保免责和赔偿责任详见《UniTrust 电子认证业务规则》。

**上海 CA 联系方式：**

服务热线：021‑962600　　　支持邮箱：jy@sheca.com

服务网点查询：https：//www.sheca.com/support/service－center

【特别告知】本协议更新于 2021 年 7 月。在本协议更新后办理上海 CA 数字证书业务的，均以本协议为准。若业务办理时，同时存在其他版本的协议，其他版本的协议均不适用，仅适用本协议。

<div align="right">

上海市数字证书认证中心有限公司

（章：上海市数字证书认证中心有限公司）

</div>

申请单位盖章：（章：上海至算科技有限公司）　　　　　　　　　　　　　　　协议版本：【202107 COMMON】

授权经办人签名：（签字）（冯天惠）

日期：2023 年 10 月 21 日

AML-0000391



20：00

< YouTube

尊敬的用户：您好！

您以下 2 个域名的注册人信息已修改成功。

如果以下域名为您发布交易中的域名，则您收到本通知说明域名交易已成功，注册人信息已变更为买家。

以下域名关闭了"域名信息修改成功后 60 天内禁止转出阿里云"。

| 编号 | 产品内容 |
| --- | --- |
| 1 | ai－lyceum.com |
| 2 | ai－lyceum.cn |

您可登录阿里云域名管理控制台中查看详细信息。

同时，根据您已选择【关闭】或【开启】域名信息修改成功后 60 天内限制注册商间转移的功能，

按照 ICANN 政策，以上域名域名信息修改成功后将相应【不受】或【受到】60 天内禁止转出阿里云的限制。

特别提示：

AML-0000393



AML-0000394

16：32

✕ <span>上海市场监管＞</span> …



国务院：在全国复制推广京沪两地优化营商环境改革举措

...立登记时间，全面推广电子营业执照，优化印章刻制服务，实行社保用工登记"二合一"；实行客户用电线上报...

   
微信　　通讯录　　发现　　我 腾讯新闻          技术支持：010－58565054 更多...

**1.2** 支付宝小程序

方法一：用支付宝扫"电子营业执照支付宝小程序"二维码。



用支付宝扫一扫，进入小程序

方法二：在支付宝中搜索"电子营业执照支付宝小程序"。安装步骤：

- 打开支付宝，主页里找至"朋友"
- 在"朋友"最上方点开"小程序"
- 在"小程序"里查找中输入"电子营业执照"进行查找。
- 点击"电子营业执照"即可以安装电子营业执照支付宝小程序。



AML-0000395

16：13

.ıll 5G 37

< Qi Lu …

骤，第一个里程碑是快速验证异构对于国产 GPU（华为）和国外 GPU 的同时支持，作为我们团队的能力证明，他认为这是一个亮点。我认为这个确实可以作为里程碑，这个事是比较容易的。

明天我会去重庆明月湖见张炎院长，主要谈论资金，算力和项目支持。我到时候再跟你同步。

我个人的总体感觉是翁巍总是很愿意帮助这个项目，愿意帮助我们这些年轻人的

16：10

 收到，等你从重庆回来，我们周末再聊（北京或上海都行）。关于翁总提的，是国内的现实情况，我们也一起讨论

 

AML-0000396

17：43　　　　　　　　　　　　　　　　　　　　　　　　　　.ıl 5G 71

< 　　　　　　　　　　　　　　　Qi Lu　　　　　　　　　　　　　　　 •••

Hi，Qi，想和你同步一下我们的进展。今天在上海和临港集团的翁巍总聊了一下

对于我们这个初创企业，他说他们会跟投 1000 万。接着他的原话是，如果 Qi 以某种形式入场我们这家公司，至算科技，他们会提供算力和项目，包括各种项目的对接给予各种支持，我们这个企业就可以作为明星企业。

随后他给了几个建议，其中一个就是要把这个事拆分开几个步骤，第一个里程碑是快速验证异构对于国产 GPU（华为）和国外 GPU 的同时支持，作为我们团队的能力证明，他认为这是一个亮点。我认为这个确实可以作为里程碑，这个事是比较容易的。

明天我会去重庆明月湖见张炎院长，主要谈论资金，算力和项目支持。我到时候再跟你同步。

我个人的总体感觉是翁巍总是很愿意帮助这个项目，愿意帮助我

AML-0000397

22：01





Group Chat (3)

• • •

Monday 12：06

Copy of 万卡级大模型服务平…6 (1) .pptx 21.15MB

我把每页的标题都改了





这是最新的 POC 产品更新

@逗比先生

02：48

〈                                                                                         ⌂ …

F23 路演日展位分布 Booth Number 外部

展位分布

展位信息

| G1－xuwen | C－23 |
| 新面朝展位时电视左右 | 设计素材是否 OK |
| [text cut off] | |
| CMxxxx 与服务 | |
| 新分组 | 新展位（请看这版） |
| G1－ xuwen | A－ 2 |
| 新面朝展位时电视左右 | 设计素材是否 OK |
| 右 | — |
| LXXO | |
| 新分组 | 新展位（请看这版） |
| G1－xuwen | A－3 |
| 新面朝展位时电视左右 | 设计素材是否 OK |
| 左 | — |
| OAIxxxx platform (Bxxxx. AI) | |
| 新分组 | 新展位（请看这版） |
| G1－xuwen | C－4 |
| 新面朝展位时电视左右 | 设计素材是否 OK |
| 右 | — |

AML-0000399

22：15

〈 　　　　　　　　　　　　　　　　　　展位设计内容 V4.docx　　　　　　　　　　　　　　　　　　 …

**┉╟┉ 上海至算科技有限公司**

我司是国内唯一最早推出单任务万卡级 AI 训练推理加速算力平台，破解国内算力不足困境。

1、　　　行业痛点

**国内做不了 50B 以上的大模型就是因为算力不行！**

**二、　　　我们产品：基于异构算力资源的互联互通的全新的单任务万卡级算力基础架构平台**



**产品优势：**



| 运算集群节点 | 并行的 GPU 数 | 网络带宽 | 大模型训练时长 |

**三、　　我们为什么能做成万卡级算力平台**

有谷歌万卡级算力平台研发经验和技术，可以直接复制和升级打造出适合国情的万卡级算力平台。

丁林葳先生在谷歌负责主导搭建的万卡级算力平台正在被世界级前 3 的大模型公司所使用。



**放眼全球能搭建且搭建过万卡级算力平台的人不足 10 人，而我们公司刚好拥有其中一个。**

四、　　我们的客户

**在 AI 和其他相关的行业里渴望千卡/万卡级算力服务**

AML-0000400



06：12

< 　　　　　　　　　　　　至算科技技术说明.docx 　　　　　　　　　　　…

万卡级算力平台的技术说明性文档：

1. 主要是底层技术架构&原理，现在做到的程度；

2. 做到万卡级的能力，技术上还需要做哪些突破，对应有哪些 milestone

在线编辑　　　　　　保存到云盘　　　　　　转为图片　　　　　　转为 PDF

AML-0000402

19：33　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　．ıl 5G 85

< 　　　　　　　　　　　　　歌尔股份 范小/华　　　　　　　　　　　…

晚上好范总，我今天突然发烧，可能沟通要延后，等好些和您说哈

 Ok

17：31

 丁总最近还在北京出差吗？

19：30

你好，我近期离开北京了，可以先约线上沟通。了解到咱们歌尔股份一直有在看智能制造、高端制造领域的项目，会关注到我们至算科技，是有在看 AI 领域吗？

 我们是投资团队，歌尔的主业确实是制造业，但是投资团队布局很广的，上半年我们投了无问哈

 很多外界不知道的领域，比如服务器我们也有业务的

 AI 是我们很重点的关注方向

AML-0000403

01：40

< 4    北极光创投 张章    ・・・

 之前消息太多了，漏掉消息了

11/29 00：11

好啊好啊，周
末和您确认下
周时间可以吗
张总
[emoticon]

 可以的呀，我今年投了两个 AI 项目了，有一个推理优化的项目

Yesterday 22：09

 老板有时间可以交流一下哈

 好的。明天我们在上午都有空，下午要四点以前



AML-0000404

01：42　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　.ıl 🛜 70

< 　　　　　　　　　　　　小恐龙基金 刘逸凡　　　　　　　　　　　　　…

 [text cut off] 约时间交流下如何

Yesterday 21：00

可以的。下周现在只约了周一 11 点到 12 点的时间。其他时间都空的

你看你什么时间方便？

Yesterday 21：39

You recalled a message.

我下周也在出差。我们先约线上？

 可以的，看您下周二下午 2 或 4 点方便嘛？

那我们定 2 点吧

 好啊，那我们下周交流

OK

AML-0000405

01：44

<1                              小饭桌创 投陈踢                          ...

幸会幸会，上海至算科技丁林葳，后续多多交流

 幸会幸会，平时在上海的话，等我下次去上海提前约，BP 方面的话可以先发给我学习一下

 我这边原来也是做云网相关产业的，所以最近也是比较关注 AI 的这波新算力

感谢关注，稍后发您资料参考哈

Wednesday 04：44

 多谢，多谢

Yesterday 22：57

 Hi

 我这周过去上海

 看时间方便交流？

AML-0000406

01：48

 北极光创投 张章
你好

 你好，我是智谱 AI 战投生态产觅

<div align="center">

Greeting shown above

11/24 08：40

You have added 凄其以风 as your Weixin contact. Start chatting!

11/25 19：53

</div>

你好，我是上海至算丁林葳，方便请个名片吗？

<div align="center">

11/29 02：34

</div>

 您好，丁总，我们这边是智谱 AI.所以也在看帮我们做算力集群的厂商。我
们这边也有战投， 下周咱们可以一起聊一下。

<div align="center">

11/29 02：45

</div>

好的严总，我后续让同事看下安 排

 嗯嗯

AML-0000407

05：39

<            小恐龙基金 谢昊翔            • • •

Linwei：不好意思，下周我们已经排满了，下周末我跟你确定下下周的时间…

12/5 05：05

晚上好谢总，我今天突然发烧， 可能沟通要延后，等好些和您说哈

12/5 16：01

 欸您辛苦，没事没事估计最近沟通的人太多交叉感染了

你好，谢总，我这边和你的同事约了下周二下午 2 点。你看一看要不要一起上
会?|



05：39



了，下周末我跟你确定下下周的时间…

12/5 05：05

晚上好谢总，我今天突然发烧，可能沟通要延后，等好些和您说哈

12/5 16：01



欵您辛苦，没事没事估计最近沟通的人太多交叉感染了

你好，谢总，我这边和你的同事约了下周二下午 2 点。你看看要不要一起上会？或者换个合适的时间? |



AML-0000409

05：26  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　▁▂▃ ᯤ 72

< 1　　　　　　　　　　　　　　投资人 钱诚源　　　　　　　　　　　　　　• ••

11/27 04：18

 看了你们的路演我们挺感兴趣的 可以约一个时间详细聊一下么

幸会钱总，本周我们路演安排的比较满，周末和您确认下周时间可以吗？

 可以没问题

咱们基金是投什么方向和阶段的项目为主呀，能否简单介绍下

 我这周在香港 12 号回上海我们 可以那周约线下

 我们是一个新的基金我和我 partner 之前都在一线美元基金我们
很看好新生代创业者的崛起 所以在今年成立了自己的基金我们
的网站马上会上线目前有这几 篇文章供你参考哈哈

 New Office New Generation▎ 同龄同圈新生代相聚 Capi…

13：28

### Milestone & Breakthrough 里程碑和突破

*ts：timestamp。我们如下按照milestone的顺序以及从团队形成后开始计时，作为timeline时间起点，括号内是timeline上的时间节点timestamp.*

Milestone 1：初步产品与验证 （ts：0.5〜0.7 year）



我们要完成如下的 Features

1．完成训练和推理的平台与接口

2．打穿基本 GPU 的并行计算

    a）完成 ML framework，pytorch，NCCL 和基本网络的集成与改造

3．适配多款 Nvidia 和 AMD 的 GPUs

4．适配一款挑选的国内厂商的训练 GPU，协助其适配和生态建立

21：05



<            Kui 超对称            ●●●

11/2 23：05

我是 Kui 超对称

Greeting shown above

You have added Kui as your Weixin contact. Start chatting!

20：33

在吗？你那边推进的怎么样了？ 我这边融资正在进行中。我这边 找了一个科研院所帮着做访谈， 也想把你们加入访谈对象，想找 你帮个忙，看看方不方便。或者 你同事有时间也可以

21：01

语音 7 秒

兄弟，兄弟你就说一下具体需要 怎么操作，没问题啊，一起帮忙。



AML-0000412

20：21    .ıl 5G 80

普洛斯 IDC 林阳明（漕河泾线下）

12 月 20 日（明天）18：30－ 19：30 （GMT－8）

创建群组                    创建纪要

发起视频会议

vc.feishu.cn/j/623061185

电话拨入                              更多国家/地区＞

400 820 8888 （中国大陆）

 李路茜 组织者

2 位参与者

1 人接受，1 人未回复

林葳                                    ＞

提前 5 分钟

丁林葳

| 接受 | 拒绝 | 待定 | |
|------|------|------|---|

AML-0000413

00：28

林威　　　2023 年 12 月

日历　　　会议室

|  | 周一 | 周二 | 周三 |
|---|---|---|---|
| GMT－8 | 18 初六 | 19 初七 | 20 初八 |
| 14：00 | | | |
| 15：00 | | | |
| 16：00 | | | |
| 17：00 | | | |
| 18：00 | | | |
| 19：00 | 华创资本候晓雯& Jake（腾讯会议） | | 普洛斯 IDC 林阳明（漕河泾线下） |
| 20：00 | | | |
| 21：00 | | | |
| 22：00 | 小恐龙创投刘逸凡（腾讯会议） | 智谱 AI 李文珏 team（飞书会议） | 歌尔股份范小烨（线上） |
| 23：00 | | | |
| 24：00 | | 深涧资本曹宁（腾讯会议） | |

消息　　　日历　　　工作台　　　云文档　　　通讯录　　　更多

AML-0000414

00：28

林威　　　2023 年 12 月

日历　　　会议室

| GMT－8 | 周二<br>12 三十 | 周三<br>13 冬月 | 周四<br>14 初二 |
|---|---|---|---|
| 14：00 | | | |
| 15：00 | | | |
| 16：00 | | | |
| 17：00 | | | |
| 18：00 | | | |
| 19：00 | 北极光创投章（线上） | 星纳赫资本肖博天（腾讯会议） | |
| 20：00 | | | MPR ｜重读 Lilian Weng<br>第一课深度学 |
| 21：00 | 小饭桌创投陈旸（线上） | | Grace |
| 22：00 | | | |
| 23：00 | | 阿米巴资本 梁思聪（腾讯会议） | 百度战投 廖梦琦&原涛<br>（腾讯会议） |
| 24：00 | | | { eq \o\ac(○,+)} |

消息　　　日历　　　工作台　　　云文档　　　通讯录　　　更多

AML-0000415





00：28

林威　　　　2023 年 12 月

日历　　　　会议室

|  | 周一 | 周二 | 周三 |
|---|---|---|---|
| GMT−8 | 4 廿二 | 5 廿三 | 6 廿四 |
| 00：00 |  |  |  |
| 01：00 |  | 华兴新经济 李壮（线下）盈科中心 B 座 | 世纪互联（线下）北京世纪互联宽带数据中心有限公司 |
| 02：00 | 九安医疗罗会卿（线上） |  |  |
| 03：00 |  | 微光创投张沥匀&合伙人（线上） |  |
| 04：00 | 光速光合蔡伟 （线上） |  |  |
| 05：00 |  |  |  |
| 06：00 |  |  |  |
| 07：00 |  |  |  |
| 08：00 |  |  |  |
| 09：00 |  |  |  |
| 10：00 |  |  | { eq \o\ac(○,+)} |

消息　　　日历　　　工作台　　　云文档　　　通讯录　　　更多

AML-0000417

00：29

| 林威 | 2023 年 12 月 | | | $\mathbb{Q}$ |
| --- | --- | --- | --- | --- |
| 日历 | 会议室 | | | |

| GMT－8 | 周二<br>5 廿三 | 周三<br>6 廿四 | 周四<br>7 大雪 |
| --- | --- | --- | --- |
| 00：00 | | | 宽带资本白浩然 |
| ：00 | 华兴新经济 李壮（线下）盈<br>科中心 B 座 | 世纪互联（线下北京世纪互联<br>宽带数据中心有限公司 | |
| ：00 | | | |
| 03：00 | 微光创投 张沥匀&合伙人<br>（线上） | | |
| 04：00 | | | |
| 05：00 | | | |
| 06：00 | | | |
| 07：00 | | | |
| 08：00 | | | |
| 09：00 | | | |
| 10：00 | | | { eq \o\ac(○,+)} |

| 消息 | 日历 | 工作台 | 云文档 | 通讯录 | 更多 |
| --- | --- | --- | --- | --- | --- |

AML-0000418



00：29

林威　2023 年 12 月

日历　会议室

|  | 周一 | 周二 | 周三 |
|--|--|--|--|
|  | 4 廿二 | 5 廿三 | 6 廿四 |

14：00

15：00

16：00

17：00

18：00

19：00

20：00　蓝驰创投 石建平（线上）

21：00　　　　　　　　　　　　　　　　　　　　　绿州资本 颜竹[text cut off]
　　　　　　　　　　　　　　　　　　　　　新西兰餐厅 Cafe Flatwhite
　　　　　　　　　　　　　　　　　　　　　（建国门

22：00　红杉种子张凯（[text cut off] 华
　　　　贸写字楼 3 座

23：00

24：00　　　　　　　　　　　　　　　　　　　　　宽带资本白浩然 { eq
　　　　　　　　　　　　　　　　　　　　　\o\ac(○,+)}

消息　日历　工作台　云文档　通讯录　更多

AML-0000419

18：05

定性，需要 flow control。所以不确定国外卖这些 IB 网络，是不是所有的方案都卖了，还包括给国内提供搭建网络的服务。个人感觉比较悬，所以国内的 IB 网络规模应该不大

Linwei：这一块我不知道卖到什么程度。 估计应该是 OEM，卖个使用。整个网…

18：01

 感谢感谢，你估计什么时候会回到国内？

机票已经订了，元旦后回  语音 00：20

就那一周回

 好的，回来要线下好好聊聊

 



AML-0000420

20：11　　　　　　　　　　　　　　　　　　　　　　　　　　　　.ıl 🎙 86

<　　　　　　　　**CMS 项目 Teaser_0410.pptx**　　　　　　　　…

**超算至粒 Xcompower 种子轮融资**

**集群管理系统——打造算力加速平台**

**项目简介**

**超算至粒研**发集群管理系统——算力加速平台，通过多维并行，大规模优化器，优化任务调度，消除冗余内存，降低资源消耗等方式，**旨在打造一个高效的分布式人工智能算力平台，实现大模型训练的大规模、稳定性、高速通信需求，并解决高部署成本等问题。**

**融资需求：500－800 万美元或等值人民币**

**投资亮点**

| LLM 高速增长市场 | 可实现高稳定性、大算力规模、高速通信 | 团队名校毕业+多年谷歌大模型经验 |
|---|---|---|
| • 大语言模型规模爆炸式增长，算力已成为明显瓶颈；<br>• 随着模型规模增长，稳定性、大规模算力、系统间通信等出现问题，国内不同厂商不同架构的多种规格算力资源无法被高效运用，导致多机多卡分布式训练难以有效进行 | • 高稳定性：99.99%的稳定访问；<br>• 大规模算力：支持 20 ExaFlops 的 2 万块 GPU 的超级计算机；<br>• 系统间高效高速通信：单机 3200Gbps 的网络连接，可将 LLM 的训练从天级降到小时级。 | • 团队毕业于国内外名校，曾在 Google、Cadence、Oracle、阿里等工作多年，在加速器及算力密集型自动化运营领域有多年研发及管理经验；<br>• CTO 曾在谷歌领导 Google Cloud 的加速器系统以及基于超级计算机来研发 LLM 大规模语言模型。 |

**市场情况**

训练 AI 核心要素=数据+算法+算力

芯片间互联已成为 AI 超算公司之间竞争的关键点。国内不同厂商、不同架构、多种规格的算力资源无法被高效管理和运 行，导致多机多卡分布式训练难以有效讲行。

| 稳定性下降 | 当集群规模达到上千或上万级别时，稳定性会急剧下降，训练经常被迫暂停。 |
|---|---|
| 无法满足大规模算力 | 单台机器的能力无法满足千亿参数模型的训练需求，需要多机多卡分布式训练，带来硬件资源堆砌到达一定数量后效率无法讲一步提升的瓶颈，浪费了大量计算资源。 |
| 缺乏系统间高速通信 | 万卡集群对于网络、存储和通信有极高的要求，通信成为瓶颈，缺乏有效管理容易导致宕机。 |

**产品&技术**

XXX 构建算力加速软件平台，使得不同厂商不同架构的 CPU、GPU、AI 芯片、DPU、FPGA 等多种规格的算力资源高效管理和运行

| 高稳定性<br>99.99%的稳定访问 | 支持大规模算力<br>大规模算力 E 级 FLOPS 其至更高 | 系统间高效高速通信<br>将 LLM 的训练从天级降到小时级 |
|---|---|---|
| • 通过自动化来检测，从集群中移除行为不当的节点并建立健康检查系统。使用 Prometheus 收集时间序列度量数据，并使用 Grafhna 进行图形、仪表板和警报。<br>• 通过 degm－exporter 将指标收集到监控系统 Prometheus 中；<br>• 跟踪来自上游厂商的维护事件，在节点启动时运行"预检"系统，所有节点都会附带一个"预检"污点和标签加入集群。 | • 国内目前大部分公司都是用开源的 K8S，仅能够支持上千节点。<br>• OpenAI 已经将集群扩展到 2500 个节点，谷歌的 PaLM 模型目前的算力到 1.1 Exaflops， all reduce 带宽达到 1.1PB/s， Bisection 带宽达到 24TB/s。<br>• XX 能够支持 20 ExaFlops 的 2 万块、GPU 的超级计算机；单机器可以支持 16 PetaFlops 的混合精度计算，拥有 640GB 的内存。 | • 目前国内在高速通信的方案是主机通过 TCP/IP 协议进行通信，所产生问题是带宽被复用而且带宽有限；<br>• XX 通过 NVIDIA GPU Direct RDMA，实现 Peta 级别的无阻塞通信；通过光电路交换机，其超级计算机可以轻松地动态重新配置芯片之间的连接，有助于避免出现问题并实时调整以提高性能。<br>• 单台机器可以达到 3200Gbps 的高带宽低延迟网络连接。将目前的 LLM 的训练从天级别降到小时级别。 |

**核心团队**

| 袁晔 CEO | 丁林葳 CTO |
|---|---|
| • 毕业于清华大学，先后创立两家大数据人工智能相关公司，带领近百人团队，完成多轮融资，历时四年，使公司业务实现近亿人民币收入规模。曾经在摩托罗拉从事软件和芯片硬件开发工作，参与多款产品的研发工作。 | • 毕业于 University of Southern California。先后工作于 Marvel、Cadence、 Google，在 GPU， TPU 和其他异构加速器有多年经验。<br>• 在 Google 领导加速器的系统设计和开发，领导开发了 Pathways 和 Jax 的系统框架、所有 Google Cloud 的加速器系统以及基于超级计算机来研发 LLM 大规模语言模型。 |

核心技术团队：名校毕业+Google&阿里研发经验

| **D Smith** | **MQ Yao** | **E Young** | **MMa** |
|---|---|---|---|
| 毕业于 Stanford University，先后工作于 Seagate， Meta 和 Google，管理硬件平台。带领团队为谷歌数据中心的云服务设计测试和部署服务器、存储、加速器等产品。 | 毕业于 University of Southern California，先后工作于 Waymo 和 Google Brain。在 Google 领导 LLM 模型开发。帮助建立大规模端到端的机器学习平台，包括 Sibyl 和 TFX。 | 毕业于 UC Berkely，先后工作于 IBM、Oracle 和 Google。在 Google 管理 AI 业务的自动化运维，支撑 Google AI 线的 SRE 和数据中心运营。驱动成本、速度和准确性的优化、自动化和流程转化。 | 毕业于 CMU，先后工作于阿里，Amazon，Meta 和 Google。曾在 Google 搜索团队，现负责 Google 的 Shopping 应用和系统开发工作，拥有客户端全栈开发和客户交互分析的丰富经验。 |

**潜在客户**

• **合作客户：**浪潮信息，新华三，宁畅，安擎，华为等服务器厂商，北京、天津、深圳、成都等国家超算中心。

• **终端客户：**做类 ChatGPT、AI、视频及图像处理等的算力密集型业务企业。

AML-0000421

# 董科含 **Roderick**

## 投资与运营 I 创始成员

**Investment & Operation I Founding Team**



M   **151 0212 8170**

E   **kehan@miracleplus.com**

W   **miracleplus.com**

**北京市海淀区成府路150号6层**

**奇绩创坛（北京）投资管理有限责任公司**

**MiraclePlus (Beijing) Investment Management Company Limited**

US-0071873