# Exhibit N

Annex

# Power of Attorney

We hereby entrust Mr./Ms. <u>Tianhui Feng</u> (name of identity document <u>identity card</u>; number: <u>142601199503091323</u>) to handle tax matters on behalf of our company. The authorization period is from <u>October 20, 2023</u> to <u>December 31, 2023</u>.

The entrustor and the entrustee undertake to strictly abide by relevant tax laws and regulations.

The original entrustee Mr. / Ms.  (/) (identity document name <u>/</u> number <u>/</u>) will no longer handle tax matters of our company (fill in only when changing the tax handler).

| | |
|---|---|
| Entrustor (legal representative's official seal)<br>    [Seal: Shanghai Zhisuan Technology Co., Ltd.] | (If the entrustee is not an employee of the company, the official seal of his or her employer must be affixed) |
| Signature of the legal representative:[Signature: Linwei Ding] | Signature of the entrustee: [Signature: Tianhui Feng] |
| October 20, 2023 | October 20, 2023 |

Note:

If the entrusted matter expires or undergoes any change, the entrustor shall go through the change procedures with the tax authority within 30 days from the date of expiration or change. If the entrustor fails to go through the change procedures in a timely manner, all the legal consequences arising from the entrustee's engagement in the entrusted tax matters shall be borne by the entrustor.

AML-0000381

附件

# 授权委托书

兹委托（冯天惠　　）先生/女士（身份证件名称　身份证　）

号码 142601 1998 0309 1323　　　　　　）代表我司办理税务事项，授

权期限自 2023 年 10 月 20 日至 2023 年 12 月 31 日。

委托人和受托人承诺严格遵守有关税收法律法规。

原被授托人（　　　　　）先生/女士（身份证件名称

　　　　　号码　　　　　　　　　　　）不再办理本单位

税务事项（仅在变更办税人员时填写）。

委托人(法人公章)　　　　　　　　　　（受托人非本单位职工的，

　　　　　　　　　　　　　　　　　　需加盖其任职单位公章）

法定代表人签名：　　　　　　受托人签名：冯天惠

2023 年 10 月 20 日　　　　　2023 年　10 月　20 日

备注：

本委托事项到期或发生变更的，委托人应在到期或发

生变更之日起30日内在税务机关办理变更手续。委托人未

及时办理变更手续的，受托人从事委托税务事项所产生的

一切法律后果由委托人承担。

US-0071812