# Exhibit O



# Business License

**Unified Social Credit Code**

91310104MAD3LXU92B

**Certificate No.:** 04000000202310170041



Scan the identity code of the market entity to learn more about registration, filing, licensing and regulatory information, and experience more application services.

| | | | |
|---|---|---|---|
| **Name** | Shanghai Zhisuan Technology Co., Ltd. | **Register capital** | 100,000 yuan only |
| **Type** | Limited liability company (sole proprietorship by a natural person) | **Date of establishment** | October 17, 2023 |
| **Legal Representative** | Linwei Ding | **Domicile** | Workstation 44, F1, Building 27, No. 487, Tianlin Road, Xuhui District, Shanghai |

**Business scope**  General items: technical services, technical development, technical consultation, technical exchange, technology transfer, and technology promotion; development of basic software for artificial intelligence; development of artificial intelligence application software; data processing service; software development; information technology consulting services. (Except for items subject to approval according to law, business activities shall be carried out independently according to law with a business license)

[Seal: Shanghai Zhisuan Technology Co., Ltd.]

**Registration authority**

[Seal: Shanghai Xuhui District Administration for Market Regulation]

October 17, 2023

Website of the National Enterprise Credit Information Publicity System: http:// www.gsxt.gov.cn

Made under the supervision of the State Administration for Market Regulation

AML-0000423



# 营 业 执 照

统一社会信用代码

91310104MAD3LXU92B

证照编号：04000002023101700041



扫描市场主体身份码
了解更多登记、备案
、许可、监管信息，
体验更多应用服务。

| 名　　称 | 上海至算科技有限公司 | 注 册 资 本 | 人民币10.0000万元整 |
|---|---|---|---|
| 类　　型 | 有限责任公司（自然人独资） | 成 立 日 期 | 2023年10月17日 |
| 法定代表人 | 丁林葳 | 住　　所 | 上海市徐汇区田林路487号27号楼1层44工位 |
| 经 营 范 围 | 一般项目：技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；人工智能基础软件开发；人工智能应用软件开发；数据处理服务；软件开发；信息技术咨询服务。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动） | | |



登 记 机 关

2023 年 10 月 17 日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

国家市场监督管理总局监制

US-0071896