# Exhibit P



**Shanghai Lingang Economic Development (Group) Co., Ltd.**

**Shanghai Lingang Economic Development Group Technology Investment Co., Ltd.**

Wei Weng

Deputy Chief Economist

Chairman and General Manager

Address: T2, No. 1515, Haigang Avenue, Pudong New Area, Shanghai

Tel: +86 21 38298602

Fax: +86 21 58073390

Mobile: 18916169300

Zip code: 201306

Email address: wengwei@shlingang.com

AML-0000424



LINGANG GROUP
临港集团

上海临港经济发展(集团)有限公司

上海临港经济发展集团科技投资有限公司

翁 巍

副总经济师

董事长 总经理

地址: 上海市浦东新区海港大道1515号T2

电话: +86 21 38298602

传真: +86 21 58073390

手机: 18916169300

邮编: 201306

电子邮箱:wengwei@shlingang.com

US-0071940