# Exhibit Q



US-0071813



US-0071820



US-0071821



US-0071865



US-0071869



US-0071892