# Exhibit R



US-0072354



US-0072356



US-0071855



US-0071859



US-0071862



US-0071863



US-0071868



US-0071870



US-0071871



US-0071880



US-0071882



US-0071900



US-0071903



US-0071942



US-0072014



US-0072117