# Exhibit S



545E6D24-9824-
45AD-A8EC-
3EE73399F93A.jpeg
2023-11-27 22:35:24

600097f50913db10cd
b61d58e2d1bcc7.jpeg
2023-11-24 20:07:16



AML-0000380



US-0072120