UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>LINWEI DING,<br><br>            Defendant. | Case No.  3:24-CR-00141-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LINWEI DING'S MOTION *IN LIMINE* NO. 15**<br><br>Courtroom:  4 (17th Floor)<br>Judge:        Hon. Vince Chhabria<br>                  450 Golden Gate Avenue<br>                  San Francisco, CA 94102 |

**[PROPOSED] ORDER**

Upon consideration of Defendant Linwei Ding's ("Mr. Ding") Motion *in Limine* No. 15 to Exclude Documentary Evidence Discovered on his Personal Electronic Devices, and for good cause shown, **IT IS HEREBY ORDERED** that:

Mr. Ding's Motion *in Limine* No. 15 is **GRANTED**.  The government is precluded from referring to, or seeking to introduce, directly or indirectly, the following categories of documents extracted from Mr. Ding's devices: (1) foreign documents from entities in the People's Republic of China ("PRC"), including documents purportedly issued by the PRC; (2) Entity Materials and other presentation materials not authored by Mr. Ding; and (3) photographs, videos and screenshots because these documents cannot be authenticated, are inadmissible hearsay, and have no relation to Google.

**IT IS SO ORDERED**

Dated: _____, 2025    _____
                                                                              HON. VINCE CHHABRIA

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE* NO. 15
CASE NO. 3:24-CR-00141-VC