GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
COLETTE LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant: LINWEI DING

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWEI DING,<br><br>Defendant. | Case No. 3:24-CR-00141-VC<br><br>**NOTICE OF LODGING OF REDACTED EXHIBIT F TO THE DECLARATION OF GRANT P. FONDO IN SUPPORT OF MOTION IN LIMINE NOS. 16-18 (DKT. NO. 152-7)**<br><br>Date:         September 23, 2025<br>Time:        1:00 p.m.<br>Courtroom: 4 (17th Floor)<br>Judge:       Hon. Vince Chhabria<br>                  450 Golden Gate Avenue<br>                  San Francisco, CA 94102 |

1  Defendant Linwei Ding, by and through his counsel, hereby lodges a redacted version of
2  Exhibit F to the Declaration of Grant P. Fondo in support of Defendant's Motion in Limine Nos.
3  16-18 to Exclude Certain Expert Testimony.  The unredacted version of Exhibit F was previously
4  filed at Dkt. No. 152-7.  Defendant has concurrently filed an administrative motion seeking leave
5  to file this redacted version publicly and to maintain the unredacted version under seal.

Respectfully submitted,

GOODWIN PROCTER LLP

Dated: September 15, 2025

By: /s/ *Grant P. Fondo*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant:
LINWEI DING