1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CASEY BOOME (NYBN 5101845)
   MOLLY K. PRIEDEMAN (CABN 302096)
5  ROLAND CHANG (CABN 271511)
   Assistant United States Attorneys
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102-3495
       Telephone: (415) 436-6627
8      casey.boome@usdoj.gov
       molly.priedeman@usdoj.gov
9      roland.chang@usdoj.gov

10 Attorneys for United States of America

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,          )  No. 3:24-cr-00141-VC
15                                    )
            Plaintiff,                )  **JOINT INVOLVED INDIVIDUALS LIST**
16                                    )
        v.                            )  The Honorable Vince Chhabria
17                                    )  Courtroom 4, 17th Floor
   LINWEI DING,                       )
18                                    )  **Trial Date:** October 14, 2025
            Defendant.                )  **Pretrial Conf.:** September 23, 2025
19                                    )
                                      )

20

21

22

23

24

25

26

27

28

JOINT INVOLVED INDIVIDUALS LIST
3:24-cr-00141-VC

Pursuant to Paragraph 28 of this Court's Standing Order for Criminal Cases and the Court's Order Granting Stipulation to Modify Deadlines and Set Pretrial Schedule (Dkt. 114), the parties jointly submit this list of individuals significantly involved in the case.

1. Linwei Ding
2. Heather Adkins
3. Pete Anderson
4. Shruti Arora
5. Gary Brown
6. Gabriel Cabral
7. Prashant Chandra
8. Samuel Chong
9. Andy Crain
10. Yihua Ding
11. Odette Du
12. Mark Eskridge
13. Hany Farag
14. Brad Fuller
15. Yang Gao
16. Alireza Ghaffarkhah
17. Mingfeng Gong
18. Maya Haridasan
19. Michael Isard
20. Smeeta Jalan
21. Norman Jouppi
22. Ravi Kavuri
23. Matt Linton
24. Mark Lohmeyer

1. 25. Mazy Ma
2. 26. Michael Maffei
3. 27. Neil Martin
4. 28. Aamer Mahmood
5. 29. FBI Special Agent Christopher Monika
6. 30. Le Nguyen
7. 31. Isaac Pflaum
8. 32. FBI Special Agent Kurt Pelusi
9. 33. FBI Special Agent Erin Perfidio
10. 34. FBI Special Agent Christopher Pollock
11. 35. James Pooley
12. 36. Jarek Przbylowicz
13. 37. FBI Special Agent Jeremy Purchase
14. 38. FBI Special Agent Anthony Quinones
15. 39. Yuqing Ren
16. 40. Forensic Accountant Gregory Reyes
17. 41. Daniel Sanchez
18. 42. FBI Special Agent Samantha Schein
19. 43. Adam Segal
20. 44. Kamran Shafiei
21. 45. Wei Shen
22. 46. Michael Sinno
23. 47. Adam Smith
24. 48. Matt Sparks
25. 49. Matthew Spiro
26. 50. Andy Swing
27. 51. FBI
28.

JOINT INVOLVED INDIVIDUALS LIST        2
3:24-cr-00141-VC

52. Mukarram Tariq
53. FBI Special Agent Gregory Toole
54. Arianna Tortorici
55. FBI Special Agent Andrea Valladao
56. Phil Venables
57. Kexin Yang
58. Xiao Zhang
59. Yanrui Zhang
60. Jiafan Zhu
61. Casey Boome
62. Molly Priedeman
63. Roland Chang
64. Laura Vartain
65. Stephen James Marzen
66. Yifei Zhang
67. Veronica Hernandez
68. Grant P. Fondo
69. Darryl M. Woo
70. Jessica Huang Fuzellier
71. Lora Jasmina Krsulich
72. Farzad "Fred" Feyzi
73. David Rapp-Kirshner
74. Nirav Bhardwaj
75. Colette Lowry

//
//
//

JOINT INVOLVED INDIVIDUALS LIST      3
3:24-cr-00141-VC

DATED: September 16, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
CASEY BOOME
MOLLY K. PRIEDEMAN
ROLAND CHANG
Assistant United States Attorneys

/s/
GRANT FONDO
DARRYL M. WOO
JESSICA HUANG FUZELLIER
LORA KRSULICH
FARZAD FEYZI
DAVID RAPP-KIRSHNER
NIRAV BHARDWAJ
COLETTE LOWRY
Counsel for Defendant Linwei Ding