UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>       Plaintiff,<br><br>  v.<br><br>LINWEI DING,<br><br>       Defendant. | Case No.  24-cr-00141-VC-1<br><br>**ORDER REGARDING PROTECTION OF TRADE SECRETS AT TRIAL**<br><br>Re: Dkt. No. 145 |

The Government is ordered to file, provisionally under seal, a representative list of materials it believes should be subject to the procedures it proposes to protect trade secrets at trial. Specifically, it should list ten examples of documents / testimony that would have to be protected in their entirety and ten examples of documents / testimony that would require partial protection. For each item on the list, the Government should also include a brief explanation of why procedures short of courtroom closure (such as ensuring that any exhibits are not published to the public gallery and instructing the witness to testify without specifically reciting the alleged trade secret material) will not be sufficient. The Government should file this list by noon on Monday, September 22, 2025.

**IT IS SO ORDERED.**

Dated: September 19, 2025

_____
VINCE CHHABRIA
United States District Judge