CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-6627
 casey.boome@usdoj.gov
 molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:24-cr-00141-VC |
| | ) |
| Plaintiff, | ) **DECLARATION OF CASEY BOOME IN** |
| | ) **SUPPORT OF UNITED STATES' MOTION TO** |
| v. | ) **ADMIT STATEMENTS IN DOCUMENTS** |
| | ) |
| LINWEI DING, | ) The Honorable Vince Chhabria |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF CASEY BOOME**

I, Casey Boome, declare as follows:

1. I am an Assistant United States Attorney for the Northern District of California and am one of the attorneys assigned to the prosecution of the above-entitled criminal case.

2. Exhibit 1 attached hereto is a true and accurate copy of an English translation of a WeChat thread recovered from the defendant's iPhone entitled "Zhisuan – Internal Cooperation Group of I&R Capital." Trial Exhibit 1155.

3. Exhibit 2 attached hereto is a true and accurate copy of an English translation of a

Declaration of Casey Boome      1
3:24-cr-00141-VC

spreadsheet entitled "I&R Capital Roadshow Meeting Minutes" recovered from the defendant's personal cloud storage account.  Trial Exhibit 1120.

4.      Exhibit 3 attached hereto is a true and accurate copy of an English translation of a document entitled "Potential Customers of Zhisuan Technology" recovered from the defendant's iPhone.  Trial Exhibit 1003.

5.      Exhibit 4 attached hereto is a true and accurate copy of the relevant portion of an English translation of a WeChat thread entitled "Company Management Group" recovered from the defendant's iPhone.  Trial Exhibit 1125.

6.      Exhibit 5 attached hereto is a true and accurate copy of an English translation of a PowerPoint presentation entitled "CMS-Clustering Model Service Platform: Support the technical foundation of AI large devices of 10,000 GPU scale" recovered from the defendant's personal cloud storage account.  Trial Exhibit 1035.

7.      Exhibit 6 attached hereto is a true and accurate copy of the relevant portion of an English translation of a WeChat thread entitled "Company Management Group" recovered from the defendant's iPhone.  Trial Exhibit 1125.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: September 9, 2025                          Respectfully submitted,


                                                                 */s/ Casey Boome*
                                                                 CASEY BOOME
                                                                 Assistant United States Attorney

Declaration of Casey Boome                          2
3:24-cr-00141-VC