# Exhibit 1

# WECHAT MESSAGES

| CHAT PARTICIPANTS | |
| --- | --- |
| Number of participants | 13 |
| Display names | 48483066127@chatroom<br>dingyong198608<br>wxid_5krbi3nq7dpd11<br>wxid_6f8f4bqanpfm12<br>wxid_993hoxyo5ltk12<br>xiongzi87<br>yuanye891692<br>Kunjie Jiao<br>Zi Xiong<br>Zhisuan - Internal Cooperation Group of I&R Capital<br>Linfei Cai<br>Ye Yuan<br>Xiaoyi Zheng@I&R Capital |
| Local user | dingyong198608 |
| CONVERSATION DETAILS | |
| Number of messages | 242 |
| First message sent date/time | 3/20/2023 9:40:51 AM |
| Last message sent date/time | 5/11/2023 1:39:09 AM |
| Case time zone | UTC |

&searr; Received

**Zhisuan - Internal Cooperation Group of I&R Capital**

3/20/2023 9:40:51 AM

<plain><! [CDATA[]]></plain>

<template><! [CDATA[$username$ invited you to a group chat with $others$]]></template>

<link_list>

<link name="username" type="link_profile">

<memberlist>

AML-0002859

<member>
<username><! [CDATA[yuanye891692]]></username>
<nickname><! [CDATA[Ye Yuan]]></nickname>
</member>
</memberlist>
</link>
<link name="others" type="link_plain">
<plain><! [CDATA[Zi Xiong, Kunjie Jiao]]></plain>
</link>
</link_list>
</sysmsgtemplate>
</sysmsg>

↘ Received

**Zi Xiong**

3/20/2023 9:43:11 AM

[ThumbsUp][ThumbsUp]

↘ Received

**Zi Xiong**

3/20/2023 12:37:01 PM

[Minsheng Computer] AI360 Hongyi Zhou exchange minutes 20230319

↘ Received

**Ye Yuan**

3/20/2023 12:46:39 PM

What is Zhou trying to say?

↘ Received

**Zi Xiong**

3/20/2023 12:46:52 PM

Selling his own shares, haha.

↘ Received

**Ye Yuan**

3/20/2023 12:51:19 PM

[Chuckle]

↘ Received

**Zi Xiong**

3/21/2023 9:36:27 AM

Exclusive response | Alibaba VP Yangqing Jia will leave and start up, and target AI architecture pitfall-avoidance direction

↘ Received

**Kunjie Jiao**

3/22/2023 12:42:31 PM

@Ye Yuan @Linwei Mr. Yuan, Mr. Ding, here's the framework for our teaser; you can use this as a reference to draft some content. Try to write as many ideas and thoughts as possible for now; later we can refine, simplify, and optimize the UI ~

↘ Received

**Kunjie Jiao**

3/22/2023 12:42:39 PM

CMS Project Teaser_0322.pptx

↘ Received

**Ye Yuan**

3/22/2023 12:47:41 PM

OK

↖ Sent

**dingyong198608**

3/22/2023 1:07:19 PM

OK

↘ Received

**Ye Yuan**

3/23/2023 1:00:26 PM

AML-0002861

Ten-thousand-word article: Want to train large models? Here's a pitfall-avoidance guide.

↘ Received

**Ye Yuan**

3/24/2023 3:22:02 AM

CMS Project Teaser_0324.pptx

↘ Received

**Ye Yuan**

3/24/2023 3:23:13 AM

I filled it in @Kunjie Jiao — let's discuss after you've read it.

↘ Received

**Kunjie Jiao**

3/24/2023 3:23:56 AM

Got it, I will take a look first.

↘ Received

**Kunjie Jiao**

3/24/2023 10:14:00 AM

CMS Project Teaser_0324 (annotations).pptx

↘ Received

**Kunjie Jiao**

3/24/2023 10:15:58 AM

@Ye Yuan Mr. Luo, the direction is still a bit off; I made some annotations and logical notes. Can you revise the overall direction according to this logic? If there are questions we can find a time to meet and go over it together.

↘ Received

**Ye Yuan**

3/24/2023 1:21:50 PM

Got it

AML-0002862

↘ Received

**Ye Yuan**

3/25/2023 5:22:11 AM

CMS Project Teaser_0325 (annotations).pptx

↘ Received

**Ye Yuan**

3/25/2023 8:22:01 AM

Linwei Ding.doc

↖ Sent

**dingyong198608**

3/25/2023 8:22:41 AM

Wait a day. I will make revisions.

↖ Sent

**dingyong198608**

3/25/2023 8:55:20 AM

Linwei Ding.doc

↖ Sent

**dingyong198608**

3/25/2023 8:55:30 AM

I updated the resume. Thanks.

↘ Received

**Kunjie Jiao**

3/25/2023 8:55:39 AM

Got it

↘ Received

**Zi Xiong**

3/27/2023 3:52:46 AM

AML-0002863

https://36kr.com/p/2170682713551362

↘ Received

**Zi Xiong**

3/27/2023 3:53:15 AM

Can we reference Microsoft's AI supercomputer concept?

↖ Sent

**dingyong198608**

3/27/2023 4:02:21 AM

Let me check

↖ Sent

**dingyong198608**

3/27/2023 4:03:58 AM

Okay [ThumbsUp]

↘ Received

**Kunjie Jiao**

3/27/2023 4:20:38 AM

We can find a time for a call to figure out how to tell the story ~ but I'm out today and might be a bit late.

↖ Sent

**dingyong198608**

3/27/2023 4:22:44 AM

I'm available anytime. Anytime before 2pm is fine, preferably in the morning [Joyful]

↘ Received

**Ye Yuan**

3/27/2023 4:24:14 AM

Pretty good. The concept "build the next-generation supercomputer" is perfect.

↘ Received

**Ye Yuan**

3/27/2023 5:41:39 AM

Linwei is on West Coast Bay Area time. His Beijing-time window from morning until 2pm is more suitable, @Kunjie Jiao.

↘ Received

**Kunjie Jiao**

3/27/2023 6:14:23 AM

How about tomorrow morning? I'm still out. I've been on a business trip these past two days.

↖ Sent

**dingyong198608**

3/27/2023 6:15:10 AM

Sure, thanks

↘ Received

**Kunjie Jiao**

3/27/2023 6:15:57 AM

Then 10am tomorrow morning?

↘ Received

**Ye Yuan**

3/27/2023 6:18:35 AM

Okay

↖ Sent

**dingyong198608**

3/27/2023 6:39:32 AM

*No message content to display.*

↘ Received

**Kunjie Jiao**

3/27/2023 9:28:57 AM

Can we move it to 11am tomorrow? I'm afraid I can't finish the prior thing by 10.

AML-0002865

↘ Received

**Ye Yuan**

3/27/2023 9:50:16 AM

Sure

↘ Received

**Zi Xiong**

3/27/2023 2:56:24 PM

Zi Xiong invited you to join a Tencent Meeting

Meeting topic: Meeting scheduled by Zi Xiong

Meeting time: 2023/03/28 11:00–12:30 (GMT+08:00) China Standard Time - Beijing

Click the link to join, or add to your meeting list:

https://meeting.tencent.com/dm/Py36x2pROOt8

#Tencent Meeting: 168-464-730

Copy this info and open Tencent Meeting on your phone to participate

↘ Received

**Zi Xiong**

3/27/2023 2:56:36 PM

Tomorrow's meeting link

↖ Sent

**dingyong198608**

3/27/2023 2:57:17 PM

*No message content to display.*

↘ Received

**Ye Yuan**

3/28/2023 3:01:02 AM

@Linwei It's started.

↖ Sent

**dingyong198608**

3/28/2023 3:01:14 AM

OK

↘ Received

**Zi Xiong**

3/28/2023 3:01:25 AM

https://mp.weixin.qq.com/s/IOeZ-2-CnHiTDbhHDZgEHw

↘ Received

**Zi Xiong**

3/28/2023 3:01:43 AM

https://www.hpc-ai.tech/platform

↘ Received

**Zi Xiong**

3/28/2023 3:07:16 AM

https://36kr.com/p/1744757301735299

↘ Received

**Zi Xiong**

3/28/2023 3:11:34 AM

https://www.luchentech.com/#product

↘ Received

**Zi Xiong**

3/28/2023 3:12:04 AM

https://github.com/hpcaitech/ColossalAI

↘ Received

**Zi Xiong**

3/28/2023 3:12:31 AM

https://github.com/hpcaitech

AML-0002867

↘ Received

**Zi Xiong**

3/28/2023 3:15:29 AM

Luchen Technology is committed to liberating AI productivity by building Colossal-AI, a general deep-learning system for the large-model era, through in-house technologies such as efficient multidimensional parallelism, heterogeneous memory management, large-scale optimizer libraries, and adaptive task scheduling, efficiently promoting deployment of large AI models and helping enterprises achieve AI-driven upgrades at low cost.

↘ Received

**Zi Xiong**

3/28/2023 3:15:51 AM

Luchen Technology's core product Colossal-AI is a general deep-learning system for the large-model era; via multidimensional parallelism, large-scale optimizers, adaptive task scheduling, and heterogeneous memory management, it enables efficient and rapid deployment of large-model training and inference; relevant solutions have already been applied by well-known companies in biopharma, autonomous driving, cloud computing, and chips. Recently, during cooperation with BioMap, Luchen Technology open-sourced the world's fastest complex-structure prediction model, increasing inference speed by up to 11×.

↘ Received

**Kunjie Jiao**

3/28/2023 1:58:41 PM

CMS project storyline_0328.docx

↘ Received

**Ye Yuan**

3/28/2023 2:13:05 PM

@Kunjie Jiao Kunjie, all the "xxx" in there are placeholders for @Linwei to fill in, right?

↘ Received

**Kunjie Jiao**

3/28/2023 2:37:52 PM

Right. But don't let what I wrote lock you in; feel free to adjust and add. Write as much as possible.

AML-0002868



↖ Sent

**dingyong198608**

3/28/2023 5:05:52 PM

OK

↖ Sent

**dingyong198608**

3/29/2023 7:48:51 AM

I started feeling a bit sick today; it might delay me a day or two.

↖ Sent

**dingyong198608**

3/29/2023 7:49:05 AM

@Kunjie Jiao

↘ Received

**Kunjie Jiao**

3/29/2023 7:52:28 AM

Okay, no problem. Rest up first.

↖ Sent

**dingyong198608**

4/4/2023 1:29:02 AM

https://finance.yahoo.com/news/aws-nvidia-collaborate-next-generation-161400570.html

↖ Sent

**dingyong198608**

4/4/2023 1:29:42 AM

*No message content to display.*

↖ Sent

**dingyong198608**

AML-0002869

4/4/2023 1:31:39 AM

*No message content to display.*

↘ Received

**Ye Yuan**

4/4/2023 1:55:49 AM

Dr. Jun Wu's 10k-word article: China's compute — risks and opportunities - Today's Headlines

↘ Received

**Ye Yuan**

4/5/2023 2:56:04 AM

Google announces next-generation AI supercomputer, claiming it's faster and more energy-efficient than Nvidia's A100.

Currently, Google's TPU has been updated to fourth generation On Tuesday Google published a scientific paper detailing how it used its custom optical switches to connect over 4,000 chips into a supercomputer. For companies building AI supercomputers, improving these interconnects has become a key competitive point, because so-called large-scale language models keep growing and can't be stored on a single chip, and these models power technologies like Google's Bard or OpenAI's ChatGPT. These models must be distributed across thousands and tens of thousands of chips, which then need to coordinate over weeks or longer to train the models. Google's PaLM model, the largest publicly disclosed language model so far, was trained for 50 days by two supercomputers with 4,000 chips each. Google said its supercomputer can easily and dynamically reconfigure connections between chips, which helps avoid faults and optimize performance. "Circuit switching lets us easily route around faulty components," Google senior researcher Norm Jouppi and Google distinguished engineer David Patterson wrote in a blog post about the system. "This flexibility even allows us to change the topology of the supercomputer internetwork to accelerate ML model performance." Although Google only now disclosed details of its supercomputer, it has been operating since 2020 in a data center in Mayes County, Oklahoma. Google said the startup Midjourney uses the system to train its model, which can generate new images from a few input words. In the paper Google stated that, compared with systems of the same scale, its supercomputer is 1.7× faster and 1.9× more energy-efficient than systems based on Nvidia A100 chips. Reportedly, the A100 chip hit the market earlier than the fourth-generation TPU. Google said it did not compare the fourth-generation TPU with Nvidia's current flagship H100 chip because the H100 was released after Google's chip was put into use and uses newer technologies. Google hinted it's developing a new TPU to compete with Nvidia's H100, but provided no details. Jouppi told the media that Google has "ample reserves of future chips."

↘ Received

**Ye Yuan**

4/5/2023 2:56:05 AM

Interconnect issues between chips are a bigger problem than the chips themselves.

↘ Received

**Zi Xiong**

4/5/2023 2:56:27 AM

Okay. Let's study this.

↘ Received

**Zi Xiong**

4/5/2023 5:06:50 AM

Breaking! ChatGPT Plus suspended.

↘ Received

**Kunjie Jiao**

4/6/2023 3:57:04 AM

@Linwei @Ye Yuan Mr. Ding and Mr. Yuan, how's our storyline?

↘ Received

**Ye Yuan**

4/6/2023 4:20:37 AM

Almost done @Linwei Post it here when you finish.

↖ Sent

**dingyong198608**

4/6/2023 7:54:12 AM

CMS project storyline_0406.docx

↖ Sent

**dingyong198608**

4/6/2023 7:55:16 AM

Most of the data here is real, so please keep it confidential. Some data I wrote myself and it may be inaccurate.

↖ Sent

**dingyong198608**

4/6/2023 7:57:56 AM

I filled in all the content but didn't modify the format. Thanks for handling it.

↖ Sent

**dingyong198608**

4/6/2023 7:59:47 AM

Sorry. I was sick the past couple of days, and we have some urgent matters at the company these days.

↘ Received

**Kunjie Jiao**

4/6/2023 8:01:35 AM

Okay, got it, I will take a look first.

↘ Received

**Zhisuan - Internal Cooperation Group of I&R Capital**

4/6/2023 9:19:33 AM

<sysmsg type="sysmsgtemplate">
<sysmsgtemplate>

<plain><! [CDATA[]]></plain>
<template><! [CDATA[$username$ invited $names$ to the group chat]]></template>
<link_list>
<link name="username" type="link_profile">
<memberlist>
<member>
<username><! [CDATA[wxid_6f8f4bqanpfm12]]></username>
<nickname><! [CDATA[Kunjie Jiao]]></nickname>
</member>
</memberlist>
</link>
<link name="names" type="link_profile">
<memberlist>

AML-0002872

<member>

<username><! [CDATA[wxid_5krbi3nq7dpd11]]></username>

<nickname><! [CDATA[Feeling Cai]]></nickname>

</member>

</memberlist>

<separator><! [CDATA[, ]]></separator>

</link>

</link_list>


</sysmsgtemplate>

</sysmsg>

↘ Received

**Zhisuan - Internal Cooperation Group of I&R Capital**

4/6/2023 9:20:23 AM

<plain><! [CDATA[]]></plain>

<template><! [CDATA[$username$ invited $names$ to the group chat]]></template>

<username><! [CDATA[wxid_6f8f4bqanpfm12]]></username>

<nickname><! [CDATA[Kunjie Jiao]]></nickname>

</link>

<link name="names" type="link_profile">

<memberlist>

<member>

<username><! [CDATA[wxid_993hoxyo5ltk12]]></username>

<nickname><! [CDATA[Xiaoyi Zheng@I&R Capital]]></nickname>

</member>

</memberlist>

<separator><! [CDATA[, ]]></separator>

</link>

AML-0002873

↘ Received

**Kunjie Jiao**

4/6/2023 9:21:27 AM

@Lingfei Cai @Xiaoyi Zheng @I&R Capital I've added two colleagues to the group; they will help with fundraising later ~
In the group are the two founders: @Ye Yuan (Mr. Yuan) and @Linwei (Mr. Ding).

↘ Received

**Linfei Cai**

4/6/2023 9:21:53 AM

Nice to meet you, Mr. Yuan and Mr. Ding! I'm Lingfei Cai from I&R Capital ~

↘ Received

**Ye Yuan**

4/6/2023 9:23:43 AM

Nice to meet you [Grin][Shake]

↘ Received

**Xiaoyi Zheng@I&R Capital**

4/6/2023 9:25:02 AM

Nice to meet you all — I'm Xiaoyi Zheng from I&R Capital ~

↖ Sent

**dingyong198608**

4/6/2023 7:17:52 PM

Nice to meet you [Trick]. — Linwei Ding

↘ Received

**Kunjie Jiao**

4/9/2023 9:48:36 AM

CMS Project Teaser_0407.pptx

↘ Received

**Kunjie Jiao**

4/9/2023 9:49:09 AM

Take a look and see what needs editing or adding ~

↘ Received

**Ye Yuan**

4/9/2023 10:44:14 AM

Got it



↖ Sent

**dingyong198608**

4/9/2023 3:54:37 PM

OK

↘ Received

**Zi Xiong**

4/10/2023 10:43:36 AM

A Huawei insider said that training a lowest-level Huawei Pangu large model requires about 1,000 A100 GPUs, and on average one card fails every three days of running (because the compute load is so intense), so they also prepare 20% extra GPUs as backups.

↘ Received

**Kunjie Jiao**

4/10/2023 1:37:30 PM

CMS Project Teaser_0410.pptx

↘ Received

**Ye Yuan**

4/10/2023 1:59:56 PM

:

Chinese: Fine-grained supercomputing (maximizing supercomputing resources down to the smallest granularity)

Smart supercompute utilization (smart utilization of supercomputing resources)

Emergent supercomputing (extreme resource utilization that unlocks emergent capabilities)

AML-0002875

Profit-oriented supercomputing

English: Xcompower (X Computation Power)

↘ Received

**Ye Yuan**

4/10/2023 1:59:56 PM

I thought of a few names, please give suggestions, and you can propose new ones too [Grin].

↘ Received

**Ye Yuan**

4/10/2023 1:59:56 PM

CMS Project Teaser_0410.pptx

↘ Received

**Zi Xiong**

4/10/2023 2:07:33 PM

{"msgLocalID":112,"clientGroupID":"48483066127@chatroom","groupID":"48483066127@chatroom","lastMsgID":112,"msgContent":"I&R Capital - Zi Xiong has started a voice call"}

↘ Received

4/10/2023 2:07:34 PM

:

{"msgLocalID":113,"clientGroupID":"48483066127@chatroom","groupID":"48483066127@chatroom","lastMsgID":113,"msgContent":"Voice call ended"}

↘ Received

**Ye Yuan**

4/10/2023 2:07:35 PM

Filled in the content.

↘ Received

**Zi Xiong**

4/10/2023 2:11:29 PM

I vote for option 1.

↘ Received

**Kunjie Jiao**

4/10/2023 2:14:54 PM

I think both 1 and 2 are fine.

↘ Received

**Ye Yuan**

4/10/2023 2:24:08 PM

@Linwei When you wake up, take a look at the teaser. If it's okay we will start sending it to the investment firms.

↖ Sent

**dingyong198608**

4/10/2023 7:40:39 PM

Okay. I will check it today. I was a bit busy yesterday.

↖ Sent

**dingyong198608**

4/11/2023 2:26:00 AM

I checked it. No problems, but the "XX" inside still needs to be filled in, thanks. @Kunjie Jiao

↘ Received

**Ye Yuan**

4/11/2023 2:32:03 AM

How about we name our project "Fine-grained supercomputing"? @Linwei

↖ Sent

**dingyong198608**

4/11/2023 2:34:51 AM

Sounds good, I think it's great.

↖ Sent

**dingyong198608**

4/11/2023 2:35:34 AM

If you want two characters, you can call it "Zhisuan", but I think there might be homophone conflicts.

↘ Received

**Ye Yuan**

4/11/2023 2:38:42 AM

Zhisuan is good.

↘ Received

**Ye Yuan**

4/11/2023 2:39:02 AM

Use "Zhisuan" — @Kunjie Jiao, put it into the teaser.

↘ Received

**Kunjie Jiao**

4/11/2023 2:39:25 AM

Zhisuan Technology? Or just "Zhisuan"?

↘ Received

**Ye Yuan**

4/11/2023 2:39:44 AM

Zhisuan

↘ Received

**Ye Yuan**

4/11/2023 2:40:01 AM

Simple and clear.

↖ Sent

**dingyong198608**

4/11/2023 2:42:53 AM

Our product name could be MPMS, Model Parallelism Management System, or SCMS, Super Computer Management System.

AML-0002878

↖ Sent

**dingyong198608**

4/11/2023 2:44:41 AM

The first leans technical; the second is easier to understand and more business-oriented.

↖ Sent

**dingyong198608**

4/11/2023 2:45:01 AM

CMS works too, more generic.

↘ Received

**Ye Yuan**

4/11/2023 3:11:08 AM

We can finalize and send to institutions today @Kunjie Jiao.

↘ Received

**Kunjie Jiao**

4/11/2023 3:16:54 AM

Yep, I will send out the final version in a bit, then push it to a few investors we know to see the reaction ~

↘ Received

**Ye Yuan**

4/11/2023 3:18:50 AM

OK

↘ Received

**Ye Yuan**

4/11/2023 3:19:05 AM

Please provide a PDF version of the file.

↘ Received

**Kunjie Jiao**

4/11/2023 4:22:01 AM

Zhisuan Teaser.pdf

↘ Received

**Zi Xiong**

4/11/2023 4:23:45 AM

Can you align the left-right spacing of those three "investment highlight" boxes?

↘ Received

**Kunjie Jiao**

4/11/2023 4:52:00 AM

Zhisuan Teaser.pdf

↘ Received

**Kunjie Jiao**

4/11/2023 4:54:55 AM

@Ye Yuan @Linwei I've scheduled a chat with Sinovation Ventures this Thursday morning; is 10:30am Thursday okay? Are all the meetings arranged to be at Rongshu's place?

↘ Received

**Ye Yuan**

4/11/2023 4:57:45 AM

Okay

↖ Sent

**dingyong198608**

4/11/2023 5:12:14 AM

Okay.

↘ Received

**Kunjie Jiao**

4/12/2023 1:38:28 AM

AML-0002880

@Ye Yuan @Linwei Can we schedule the investor from Baidu Ventures to visit our company next Wednesday at 10am? They just invested in Scietrain.

Also a Sequoia Capital investor wants to meet at Yiti Harbor on the weekend. Is weekend OK?

↘ Received

**Ye Yuan**

4/12/2023 1:42:27 AM

Okay.

↘ Received

**Ye Yuan**

4/12/2023 1:42:37 AM

Send me the exact time for the weekend.

↖ Sent

**dingyong198608**

4/12/2023 1:43:13 AM

Okay

↘ Received

**Kunjie Jiao**

4/12/2023 1:43:41 AM

OK — Mr. Ding prefers before 2pm, right?

↖ Sent

**dingyong198608**

4/12/2023 1:44:14 AM

Yes. Thank you. 2pm is fine too.

↘ Received

**Kunjie Jiao**

4/12/2023 1:44:29 AM

Yup, I will confirm the time.

↘ Received

**Zhisuan - Internal Cooperation Group of I&R Capital**

4/12/2023 1:45:42 AM

&lt;sysmsg type="sysmsgtemplate"&gt;
&lt;sysmsgtemplate&gt;
&lt;content_template type="tmpl_type_profile"&gt;
&lt;plain&gt;&lt;! [CDATA[]]&gt;&lt;/plain&gt;
&lt;template&gt;&lt;! [CDATA["$username$" changed the group name to "$remark$"]]&gt;&lt;/template&gt;
&lt;link_list&gt;
&lt;link name="username" type="link_profile"&gt;
&lt;memberlist&gt;
&lt;member&gt;
&lt;username&gt;&lt;! [CDATA[wxid_6f8f4bqanpfm12]]&gt;&lt;/username&gt;
&lt;nickname&gt;&lt;! [CDATA[Kunjie Jiao]]&gt;&lt;/nickname&gt;
&lt;/member&gt;
&lt;/memberlist&gt;
&lt;/link&gt;
&lt;link name="remark" type="link_plain"&gt;
&lt;plain&gt;&lt;! [CDATA[Zhisuan - Internal Cooperation Group of I&R Capital]]&gt;&lt;/plain&gt;
&lt;/link&gt;
&lt;/link_list&gt;
&lt;/content_template&gt;
&lt;/sysmsgtemplate&gt;
&lt;/sysmsg&gt;

↘ Received

**Kunjie Jiao**

4/12/2023 2:27:49 AM

Also scheduled IDG for Friday at 1:30pm to visit their company. Is that OK? It's at COFCO Plaza.

↘ Received

**Ye Yuan**

4/12/2023 2:28:24 AM

Friday afternoon is fully booked starting from 1pm.

↘ Received

**Kunjie Jiao**

4/12/2023 2:31:02 AM

Then change it to Monday at 12? Still go to their company.

↘ Received

**Ye Yuan**

4/12/2023 2:32:28 AM

Next Monday the 17th at 12, no problem.

↘ Received

**Kunjie Jiao**

4/12/2023 2:34:35 AM

Good. Schedule these first ~ these investors are familiar to us; let's see their feedback.

↘ Received

**Ye Yuan**

4/12/2023 2:36:38 AM

OK

↘ Received

**Kunjie Jiao**

4/12/2023 4:30:33 AM

https://shimo.im/file-invite/RSf4dra7PWRjxf3c6KJqb7xj5DGR6/ Kunjie Jiao invites you to collaborate on "[Zhisuan] Meeting Schedule"; click the link to start editing.
You can view our roadshow schedule.

↖ Sent

**dingyong198608**

4/12/2023 4:30:53 AM

Thank you

↘ Received

**Ye Yuan**

4/12/2023 4:32:46 AM

Got it

AML-0002883

↘ Received

**Zi Xiong**

4/12/2023 11:08:12 AM

Meet Sequoia Capital's VP Xiaoyang at Yiti Harbor Sunday at 1pm. I will create a group ~

↘ Received

**Ye Yuan**

4/12/2023 11:09:37 AM

Got it

↘ Received

**Zi Xiong**

4/12/2023 11:20:45 AM

Sequoia Capital initially thinks the team is good but the market is small.

↘ Received

**Ye Yuan**

4/12/2023 11:28:12 AM

OK. Let's talk first.

↘ Received

**Zi Xiong**

4/13/2023 6:49:36 AM

https://www.breezeml.ai/

↘ Received

**Zi Xiong**

4/13/2023 6:50:56 AM

Does anyone know breezeml?

↘ Received

**Kunjie Jiao**

4/13/2023 7:10:55 AM

AML-0002884

Today Sinovation Ventures' investor feedback was that many technical points still weren't covered. They recognize market demand, but the implementation details need to be explained in more depth so they can judge feasibility.

↘ Received

**Ye Yuan**

4/13/2023 7:11:51 AM

Yes. For specific details it might be better to discuss together with companies Sinovation Ventures has invested in.

↘ Received

**Ye Yuan**

4/13/2023 7:12:10 AM

I haven't met them. Linwei, take a look @Linwei.

↘ Received

**Kunjie Jiao**

4/13/2023 7:13:38 AM

I suggested this, but he may want to assess the reality himself before introducing it to portfolio companies, so he needs us to produce technical and product materials — very detailed or even long-form is fine — so they can evaluate.

↘ Received

**Ye Yuan**

4/13/2023 7:14:48 AM

Zhisuan Teaser.pdf

↘ Received

**Ye Yuan**

4/13/2023 7:15:12 AM

Then first send him the relevant parts separately for review.

↘ Received

**Ye Yuan**

4/13/2023 7:15:36 AM

AML-0002885

*No message content to display.*

↘ Received

**Ye Yuan**

4/13/2023 7:15:37 AM

*No message content to display.*

↘ Received

**Kunjie Jiao**

4/13/2023 7:16:44 AM

Okay. I'm organizing and will send it, but I expect it still might be insufficient; he feels the implementation approach hasn't been explained.

↘ Received

**Zi Xiong**

4/13/2023 7:16:47 AM

I think investors might not have an intuitive sense of what the product actually looks like? Wouldn't it be best to include a technical architecture diagram or something?

↘ Received

**Kunjie Jiao**

4/13/2023 7:17:20 AM

Sinovation Ventures tends to dig into technical research very thoroughly.

↘ Received

**Kunjie Jiao**

4/13/2023 7:17:36 AM

These are the companies they mentioned today.

↘ Received

**Kunjie Jiao**

4/13/2023 7:17:41 AM

*No message content to display.*

AML-0002886

↘ Received

**Kunjie Jiao**

4/13/2023 7:17:43 AM

*No message content to display.*

↘ Received

**Kunjie Jiao**

4/13/2023 7:17:44 AM

*No message content to display.*

↘ Received

**Ye Yuan**

4/13/2023 7:37:20 AM

Yes. This isn't very intuitive or visual. Sinovation Ventures already understands it better than other investors; the others will probably find it harder to grasp.

↘ Received

**Ye Yuan**

4/13/2023 7:38:42 AM

Got it

↘ Received

**Zi Xiong**

4/13/2023 12:28:20 PM

I chatted with my classmate today. He's at Hugging Face now and was at Google a few years ago; he and some tech friends want to meet our team. Can I establish a group tomorrow? If their backgrounds fit, maybe someone could join us [Doge].

↘ Received

**Zi Xiong**

4/13/2023 12:30:41 PM

*No message content to display.*

↘ Received

**Zi Xiong**

4/13/2023 12:30:47 PM

This guy

↘ Received

**Ye Yuan**

4/13/2023 12:48:50 PM

Okay

↘ Received

**Ye Yuan**

4/13/2023 12:48:54 PM

[ThumbsUp]

↖ Sent

**dingyong198608**

4/13/2023 5:06:17 PM

Okay. No problem. Thanks for the intro.

↘ Received

**Ye Yuan**

4/14/2023 2:48:09 PM

Tsinghua-affiliated teams "take over" the large-model startup market

↘ Received

**Ye Yuan**

4/15/2023 1:32:17 AM

"Competition of applications across hundreds of models" is coming.

↘ Received

**Ye Yuan**

4/16/2023 12:52:46 AM

Will there be a video conference link at 1pm this afternoon? @Kunjie Jiao

↘ Received

**Zi Xiong**

4/16/2023 1:05:21 AM

Zi Xiong invited you to join a Tencent Meeting

Meeting topic: Zhisuan — Sequoia Capital

Meeting time: 2023/04/16 13:00–14:00 (GMT+08:00) China Standard Time - Beijing.

Click the link to join, or add to your meeting list:

https://meeting.tencent.com/dm/iSawgZdrz8pG

#Tencent Meeting: 424-223-399

Copy this info and open Tencent Meeting on your phone to participate

↘ Received

**Ye Yuan**

4/16/2023 1:12:08 AM

@Linwei



↖ Sent

**dingyong198608**

4/16/2023 1:18:04 AM

OK

↘ Received

**Ye Yuan**

4/17/2023 1:07:56 AM

Domestic AI server experts exchange minutes 20230412.pdf

↘ Received

**Ye Yuan**

4/17/2023 6:16:42 AM

Which line are we using for IDG's call later? @Kunjie Jiao

↘ Received

AML-0002889

**Kunjie Jiao**

4/17/2023 6:17:37 AM

Zhisuan — IDG Capital

↘ Received

**Ye Yuan**

4/17/2023 6:21:43 AM

@Linwei

↖ Sent

**dingyong198608**

4/17/2023 6:22:09 AM

Thank you. Got it

↘ Received

**Ye Yuan**

4/17/2023 7:04:10 AM

@Linwei Get online.

↖ Sent

**dingyong198608**

4/17/2023 7:04:55 AM

I'm online.

↘ Received

**Ye Yuan**

4/17/2023 8:29:30 AM

Chat.

↘ Received

**Zi Xiong**

4/17/2023 8:31:29 AM

@Kunjie Jiao @Lingfei Cai Log on tomorrow and listen; friends from Hugging Face want to have some technical exchanges with Mr. Yuan and Mr. Ding.

↘ Received

**Kunjie Jiao**

4/17/2023 8:37:33 AM

Got it

↘ Received

**Linfei Cai**

4/17/2023 9:54:20 AM

Got it!

↘ Received

**Ye Yuan**

4/18/2023 12:29:42 AM

The current WeChat version does not support displaying this content, please upgrade to the latest version.

↘ Received

**Ye Yuan**

4/18/2023 12:30:26 AM

The National Supercomputing Internet Consortium has been established! What significance does this have for compute-capacity construction?

↘ Received

**Zi Xiong**

4/18/2023 12:32:03 AM

[ThumbsUp]

↘ Received

**Ye Yuan**

4/18/2023 5:29:07 AM

OpenAI's large-scale Kubernetes cluster practice

↘ Received

AML-0002891

**Zi Xiong**

4/18/2023 5:49:56 AM

Unveiling ChatGPT's tech stack: how OpenAI scaled Kubernetes to 7,500 nodes.

↘ Received

**Zi Xiong**

4/18/2023 5:50:17 AM

The article they mentioned is good, it's very detailed.

↘ Received

**Zi Xiong**

4/18/2023 6:27:04 AM

https://news.microsoft.com/source/features/ai/how-microsofts-bet-on-azure-unlocked-an-ai-revolution/



↖ Sent

**dingyong198608**

4/18/2023 6:29:48 AM

[ThumbsUp]

↘ Received

**Zi Xiong**

4/18/2023 7:00:34 AM

https://onnxruntime.ai/index.html#getStartedTable

↘ Received

**Zi Xiong**

4/18/2023 7:01:27 AM

Do you know this? Microsoft's open-source large-model compute framework that integrates a bunch of optimizations across different software and hardware environments

↘ Received

**Zi Xiong**

4/18/2023 7:03:54 AM

AML-0002892

Is this considered an industry standard? Can we build something like this?

↘ Received

**Zi Xiong**

4/18/2023 7:04:21 AM

Inference engine.

↘ Received

**Ye Yuan**

4/18/2023 8:03:20 AM

Will take a look later.

↘ Received

**Zi Xiong**

4/18/2023 8:03:33 AM

Probably not, I already passed on it; ignore it -_-

↖ Sent

**dingyong198608**

4/19/2023 3:22:41 AM

Today the investor from Baidu Ventures mentioned a company they invested in, another called High-Flyer Quant, and I also heard of one called ModelBest.

↖ Sent

**dingyong198608**

4/19/2023 3:22:52 AM

Can you send related information?

↘ Received

**Ye Yuan**

4/19/2023 3:37:03 AM

Dingdang Oral English helps you improve English listening and speaking every day.
Brief introduction:
1. Every day, English teachers accompany your speaking practice, with authentic pronunciation

AML-0002893

and standard grammar.

2. Help you get perfect scores in listening and speaking.

3. 1000+ English topics to chat about freely.

↘ Received

**Linfei Cai**

4/19/2023 3:41:13 AM

https://www.high-flyer.cn/

↘ Received

**Linfei Cai**

4/19/2023 3:41:13 AM

https://modelbest.cn/

↘ Received

**Linfei Cai**

4/19/2023 3:41:13 AM

*No message content to display.*

↘ Received

**Linfei Cai**

4/19/2023 3:41:26 AM

It should be those two.



↖ Sent

**dingyong198608**

4/19/2023 3:44:16 AM

Thanks.

↖ Sent

**dingyong198608**

4/19/2023 3:44:25 AM

He said the company they invested in.

**dingyong198608**

↖ Sent

4/19/2023 3:44:35 AM

Is it High-Flyer Quant?

**dingyong198608**

↖ Sent

4/19/2023 3:47:25 AM

Baidu Ventures said they invested in that company.

**Kunjie Jiao**

↘ Received

4/19/2023 3:48:35 AM

Wasn't Scietrain? The other two were only discussed in UK, not invested in.

**dingyong198608**

↖ Sent

4/19/2023 4:08:21 AM

Okay. Thank you

**dingyong198608**

↖ Sent

4/20/2023 1:18:51 AM

Is there a meeting link for today?

**Ye Yuan**

↘ Received

4/20/2023 1:20:41 AM

No investor meetings today.

**Ye Yuan**

↘ Received

4/20/2023 1:22:01 AM

Tomorrow at 11am we will have an internal conference call to discuss the companies we've communicated with recently and the subsequent work plan @Linwei

↘ Received

**Ye Yuan**

4/20/2023 1:22:45 AM

Internal update



↘ Received

**Kunjie Jiao**

4/20/2023 1:23:55 AM

Got it

↘ Received

**Ye Yuan**

4/20/2023 7:59:58 AM

Yuanzhi Era business plan - Serverless cloud OS v1.3.pdf

↘ Received

**Ye Yuan**

4/20/2023 8:00:16 AM

There's a former Alibaba P9 who's doing an AI compute-allocation project, mainly focused on building native elastic storage services & elastic network services to solve low GPU utilization; it's quite early-stage, at Alibaba he built a similar product with RMB 100-million orders, and now he's left to start this venture. This is very bottom-level infrastructure work.

↘ Received

**Ye Yuan**

4/20/2023 8:01:48 AM

He is building very bottom-level AI infrastructure; he already had product and customer validation at Alibaba, and now many guys are resigning from their current jobs to start their own businesses.

↘ Received

**Kunjie Jiao**

4/20/2023 9:33:58 AM

It seems like they only solve the GPU problem?

↘ Received

**Kunjie Jiao**

4/20/2023 12:28:21 PM

[Zhisuan - IDG Capital] meeting minutes 0317.xlsx

↘ Received

**Kunjie Jiao**

4/20/2023 12:28:54 PM

I compiled the minutes from that DIG meeting and flagged some representative questions and points where our answers weren't great.

↘ Received

**Ye Yuan**

4/20/2023 12:44:07 PM

Got it

↖ Sent

**dingyong198608**

4/20/2023 10:41:47 PM

Thank you

↖ Sent

**dingyong198608**

4/20/2023 10:41:55 PM

Very detailed.

↘ Received

**Ye Yuan**

4/21/2023 3:02:17 AM

@Linwei Check this

↘ Received

**Kunjie Jiao**

4/21/2023 3:22:36 AM

Key questions for Zhisuan.docx

↘ Received

**Ye Yuan**

4/23/2023 1:42:10 PM

You can take a look.

↘ Received

**Ye Yuan**

4/23/2023 1:42:18 PM

Zhisuan: entrepreneurial dreams, source of motivation, historical accumulation.docx

↘ Received

**Ye Yuan**

4/23/2023 1:42:41 PM

If you need to add anything, you can directly edit in review mode.

↘ Received

**Zi Xiong**

4/23/2023 1:45:17 PM

OK

↘ Received

**Kunjie Jiao**

4/23/2023 1:57:33 PM

Got it

↘ Received

**Ye Yuan**

4/24/2023 7:19:22 AM

[Xingye Computer] Exceeded expectations! iFLYTEK Spark large-model in-depth evaluation - 20230420

↘ Received

**Kunjie Jiao**

4/24/2023 9:44:06 AM

[Zhisuan] Related project map_0424.xlsx

↘ Received

**Kunjie Jiao**

4/24/2023 9:45:44 AM

I found some companies and materials that are useful references; the ones in blue are more relevant and can be prioritized.

↘ Received

**Ye Yuan**

4/24/2023 9:49:29 AM

OK, thanks 🙏

↘ Received

**Zi Xiong**

4/24/2023 9:50:56 AM

Are there files linked in here?

↘ Received

**Kunjie Jiao**

4/24/2023 9:55:36 AM

You can click the links directly.

AML-0002899

↘ Received

**Linfei Cai**

4/26/2023 4:57:53 AM

Large-model companies | Company briefs

↘ Received

**Kunjie Jiao**

5/6/2023 3:38:09 AM

@Linwei Mr. Ding, how's the technical part going?

↖ Sent

**dingyong198608**

5/6/2023 11:43:39 PM

I'm in a transition period right now and pretty busy, sorry.

↘ Received

**Ye Yuan**

5/8/2023 12:27:59 AM

From the development of compute networks, analyze the macro compute system for the next decade.

↘ Received

**Ye Yuan**

5/11/2023 1:39:09 AM

Google launches a supercomputer with 26,000 H100 chips, accelerating the AI race

AML-0002900