# Exhibit 2

| I&R Capital Roadshow Meeting Minutes | |
|---|---|
| Project Name | Zhisuan |
| Roadshow Date | 2023/4/17 |
| Roadshow Time | 3:00:00 PM |
| Roadshow Organization | IDG Capital |
| Roadshow Investor | Yi Weishu |
| Attendees | Yuan Ye, Ding Linwei |
| I&R Companions | Kun Jie, Ling Fei |

| Q: (Question from Investor) | A: (Team Response) | FA Remarks |
|---|---|---|
| | Mr. Yuan: You're also keeping an eye on areas like large models or compute-intensive applications, right? What do you think is the current state of large models in China? Can they be successfully developed? What are their shortcomings? Or what challenges are you facing?<br>Investor: How do you define "being successfully developed"?<br>Mr. Yuan: It should reach a level close to 4, like GPT-3.5 or similar.<br>Investor: I think there's no problem to reach the level of GPT-3.5. With open-source models available, there's plenty to explore. I'd say Alibaba's work is around a level 3 based on tests, although there isn't a complete evaluation yet. Overall, it's roughly at level 3 because it's hard to determine definitively which domestic team is better—they're all about the same. The main issue is that there isn't a high density of talent; few people have real hands-on engineering experience.<br>Additionally, regarding data, I think their data quality and volume might actually be better than ours. Public adoption will take time, and there's room for data improvement, but Chinese data probably won't be as abundant as English data.<br>Mr. Yuan: So, if both domestic and international teams are working on similar things, Mr. Yi, you feel that domestically there's a good chance to hit around a 3.5 level.<br>Investor: Exactly, I think 3.5 is achievable. I'm quite optimistic. With open-source models, there's a lot to study, and data quality can be improved. Of course, there are many tricks involved, and a lot of work is needed on data volume since Chinese corpora are relatively scarce compared to English data, especially high-quality data. There's also a notable lack of code-related data—GitHub has much more, and it's harder for us to leverage that. Much of the engineering work will have to be refined iteratively; I don't see the core algorithmic barrier as particularly high. Naturally, many details about GPT-4 haven't been disclosed—how it operates, especially regarding alignment aspects like InstructGPT and RLHF (Reinforcement Learning from Human Feedback). The specifics remain largely unknown. So, how you plan to proceed isn't entirely clear; when the level of GPT-4 will be reached, I can't say for sure. But I believe 3.5 is about right—its improvement over version 3 is more about productization, as version 3 had many open sources that could be learned from.<br>Mr. Yuan: What do you think about the underlying computing hardware and chips?<br>Investor: Chips are a significant issue. We've had extensive discussions with Alibaba—they're still buying many chips, and there's a window before a complete shutdown occurs. For instance, soon there could be tens of thousands of 800 or 100 cards entering China, but the major players have likely already secured most of them. To achieve a level comparable to Alibaba's Tongyi Qianwen, you'd need roughly two to three thousand cards, and very few have that kind of reserve. That bottleneck likely rules out many smaller players.<br>Mr. Yuan: That's about right. I think our views are pretty aligned, as we're also examining the two layers you mentioned, while our focus is precisely on the middle layer between them. If you already have massive computing resources and hardware—say, 2,000 or even 20,000 cards—the challenge is how to effectively organize these machines and devices. Over the past three or four months, we've been in frequent discussions with teams working on large models in China. They're mostly focused on how to build the models and what the upper-layer applications will look like, but the underlying chips—whether it's the A version or previous V versions—need to be well-organized to support the training and computation of these models, which can take several days, even tens of days per session. Without proper hardware management, significant problems can arise. Our work in the middle layer is aimed at ensuring that the entire computing process runs smoothly to effectively support the upper-layer applications. This is a key part of what we do.<br>- Investor: When you say "supporting the upper-layer applications," what applications do you mean?<br>Mr. Yuan: The models. In our view, models actually are on the application layer. | |
| What are the core components of your work? | First, what exactly is it that we do? As you mentioned earlier, once the chips are in place, it's about managing and organizing them effectively to serve the training of large models. A inference scenario is also included. This is the main entry point of our project: a platform that manages hardware to serve models. If hardware is included, it's a system platform; if not, it's a software platform. That's our approach, because it encompasses everything—the entire hardware setup. You may have heard of various heterogeneous hardware systems. We also have compiler systems for parallel model processing.<br>Our work covers many aspects, so I'll just focus on one key point: You may have heard of heterogeneous networks. For example, how heterogeneous networks enable parallel processing. Say you build a machine or server with NV components like NVLink—how do you connect GPU to GPU? Perhaps you've seen Google's PLC concept, which involves direct GPU-to-GPU communication. How do you build such networks, integrate them with GPUs, and manage the entire compiler process? There isn't a complete system for this in China. From what we understand, China lacks a full solution in this area, so our goal is to achieve that effect. For instance, if training a model normally takes several days, a month, or even months, with our system it might be reduced to a few days, a day, or even a few hours, depending on the model's size—ultimately achieving a significant improvement. Later Mr. Yuan can provide further details about our own market and cost estimates. | Key question 1: Overview and description of Zhisuan<br>We need a clear and logical introduction to Zhisuan, covering market demand, technology, business model, etc. |
| Could you both briefly share your personal backgrounds? How did it start? | This is my third startup; I've been an entrepreneur since 2010. | |
| Where were you before? | I studied at Beijing University of Posts and Telecommunications, majoring in Communications. | |
| When? | From 2001 to 2008 for my Bachelor's and Master's degrees. Then I worked at Motorola and started a company in 2010. | |
| What did you do at Motorola? | I worked on mobile software development, including chip development in areas such as FPGA and Proskill. In my first startup in 2010, I focused on BI (business intelligence) and even approached Justin during financing. In our third round of financing, we spoke with Justin, and we ran that company for three and a half years, mainly serving banks with data analytics. Later, that company was sold. Since around 2018–2019, we've been working on data-secure computing. | |
| Your first startup was in 2010, right? | From 2010 until the end of 2013, or 2014. | |
| And what about 2014–2018? | I was into investments—working with public funds in Shanghai, with Nuode Asset Management and THG Ventures. | |
| Primary or secondary? | Secondary at Nord Asset Management, and primary at THG Ventures. | |
| So you managed a secondary fund? | I managed the subsidiary business of a secondary fund, dealing with trust-like bonds. | |

AML-0000094

| Question | Answer | Notes |
|---|---|---|
| What was your main role at that time? Were you the fund manager or what? | I mainly worked on asset securitization—dealing with assets and funds. It was usually real estate or non-standard assets, often a mix, but mostly real estate, with some non-standard items, and then connecting the funding side, similar to a trust, as well as doing primary market investments at THG Ventures (formerly known as Qidi Ventures) focused on tech investments. | |
| What about 2019? | Like 2016 or 2017. During that period, I invested in SaaS enterprise services and fintech, including companies related to EDA and FPGA, which were quite popular. A notable name now is Hercules Microelectronics in FPGA. In 2018–2019, we started looking into privacy computing. We worked on privacy computing, and that became our third startup, focusing on a compute platform. In our view, data has undergone several major transformations—from the early days of proprietary data analysis called BI, to aggregating others' data as big data, then to increasingly complex AI computations, all built on these fundamentals, and then to privacy computing for cross-domain encrypted computations. And now what we're doing is essentially a compute-intensive endeavor. | |
| <span style="color:red">How has the privacy computing venture developed since then?</span> | <span style="color:red">That company is still around, and its business is growing normally. Our compute business will eventually be spun off into a separate company.</span> | <span style="color:red">Key question 2: How to handle Rongshu Lianzhi<br>This includes issues of future resource allocation and whether Rongshu has matured enough for you to step back from management.</span> |
| <span style="color:red">Originally, did you both start the privacy computing company together?</span> | <span style="color:red">Yes, we both were involved. I'm the founder and he's the CTO.</span> | |
| <span style="color:red">So you're still managing that company?</span> | <span style="color:red">Yes, we are. But we'll have a more specialized team to scale it up further.</span> | |
| What type of customers did you mainly serve with privacy computing back then? | Mostly telecom operators and banks. | |
| What about the revenue? | About tens of millions in annual revenue. | |
| Is the business project-based? | Yes, we have a project-based system. We also developed acceleration chips for privacy computing. | |
| Approximately how many units did you ship per year? | We finished the chip production last year and started deliveries this year.<br>So our team covers both the software algorithms and the underlying chip driver layer. We moved into this area in the latter half of last year when we noticed that privacy computing involves a lot of heterogeneous chips and compute-intensive challenges of different hardware devices.<br>Different chips—like CPUs, GPUs included in the IT application innovation product list, and NV or API chips—need to work together in a heterogeneous environment, and there's also integration with FPGAs. From our perspective, large models—or what's now called GPT-like applications—are just one vertical application on such major compute platforms. That's why I say the corresponding application on our platform is large models, along with other compute-intensive tasks like emulation and encrypted data computations. Our customers, like telecom operators and banks, have massive equipment—whether self-built IDCs or data centers—and they need products and services to better manage the compute power among these devices. | |
| Mr. Ding? | Previously, I was at Rongshu as CTO. As Yuan Ye just mentioned, before this I spent about four years at Google. At Google, I mainly handled all accelerator-related businesses—by accelerator I mean GPUs, TPUs, as well as video encoding/decoding and security chips. All these on-chip accelerators were managed by my team.<br>What were the related businesses? I led teams for all cloud projects, as well as internal group projects and family enterprise projects. These included things like Search, YouTube, Maps, and even Waymo under Alphabet. That was one part my team focused on—accelerators. The other part was related to large model projects. We worked on many massive systems—what we called super computers or high-performance computing systems—and on designing large models. I was also deeply involved in developing Pathways, since much of what goes into it was supported by our work. So it was these two areas: Pathways is the main platform for training large models, covering various model types. There were also published articles on this—this was my major focus at Google for four years.<br>Before that, I worked at a small domestic company called Iluvatar CoreX, where I was the North American leader. They made GPU chips, and I led the North American team on GPU chip development and the entire compiler, as well as overseeing upper-layer model training and design, since ultimately the performance had to be validated on ML platforms.<br>Prior to that, I was at Cadence—an EDA company. Our main product was the Palladium system, a parallel computing system that involved both software and hardware. Palladium was a large-scale parallel computing system.<br>Before that, I was purely in hardware, working at Marvel on ACD, which involved recharge chips for hard drives. Even earlier, I worked in a medical institute in San Diego on network statistics for medical equipment—using a fixed protocol connected to hospitals, a system that remains unchanged in the entire US healthcare system. | |
| Did you study in the US? | Yes, I graduated from USC with a Master's in 2012. | |
| Which years did you study in USC? | 2010–2012 for my Master's. | |
| And your undergraduate studies? In China? | I did my undergraduate at Dalian University of Technology—I'm from Dalian. | |
| What did you major in at Dalian University of Technology? | I majored in Electronic Information Engineering, and I also studied integrated circuits. I learned communications, integrated circuits, and signal processing. | |
| Did you also study electronics from 2010–2012? After that, did you go to a medical company? | Yes | |
| Hong long did you work at Marvel? | For a year. | |
| How long did you work at Cadence? | Just over three years. | |
| What was your main responsibility at Cadence? | I was in charge of a parallel computing system that covered both software and hardware. Cadence's team worked in a style where a small group would rotate between software and hardware development, though there was some division of labor. I was responsible for the entire parallel computing aspect—from the compiler to the hardware. | |
| After leaving Cadence, you quickly moved to Google, right? | After leaving Cadence, I worked for over a year at a GPU company in China before joining Google. | |
| How large was your team at Google? | At Google, my team had 35 people, but the biggest project I led involved over 100 people—all in software, development, st and sw. | |
| Which department were you in at Google? | I was in TI, because later Google reorganized into a big department called Cloud, and I was under Cloud. | |
| Within Cloud, what did the TI structure look like? | The top-level structure of TI stayed mostly the same, but Cloud evolved later. For example, there's TI, and we had something called UFO—if you're interested, we can discuss it in detail later. There was also GCD, and Twenty-four Seven, which is similar to GSO. | |
| What does TI stand for? | Tech Infrastructure. | |
| Does it cover all the underlying software and hardware related to infrastructure? | Yes, including various platforms and many software platforms as well. | |

AML-0000094

| Question | Answer | Key question |
|---|---|---|
| How many people were in the entire TI division? | A lot—it's probably Google's largest division. | |
| Hundreds or thousands? | I'd say over ten thousand, maybe even 20–30,000. | |
| Did you report directly to the head of the TI department, like as a direct report or one level down? | Directly report to my boss if I was exactly one level down. | |
| One level down? You reported to the person one level down the boss, meaning the boss was two levels above you, right? | Anyway, he was my boss. I don't quite understand the "one level down" part. | |
| Why did you leave Google? | I left Google mainly because I wanted to start my own venture. I felt I had accumulated enough experience, and I didn't want any limitations on applying it. I wanted to start a business—then I had the opportunity to meet Yuan Ye, and since I wasn't very familiar with the domestic market, I decided to explore domestic entrepreneurial opportunities. | Key question 3: Motivation for leaving Google and starting a venture Leaving Google, then joining Rongshu and now Zhisuan—it sounds a bit random. There needs to be a stronger motivation, like wanting to start a business while seizing domestic opportunities. |
| I notice that much of your background is still oriented toward chips and related areas—so why did you choose privacy computing as your first startup direction? | At that time, privacy computing came about simply because we happened to meet Yuan Ye. It was something our previous company had been working on, and it was also a relatively new area. I'm not sure if Yuan Ye has anything to add. | |
| But from a technical standpoint, it wasn't closely related to your previous experience. | Right. Because even now, privacy computing is still quite new. I'm sure you've heard that when you've mastered many of these technologies, learning new things is actually very simple. Before meeting Yuan Ye, I hadn't even heard of privacy computing; after meeting him, I learned about this field and studied it for about six months to a year. Later, I joined the team. At first, I was still considering it, but the company—having both software and hardware—really matched well with me. Regardless, the main point was that we wanted to start a business, even if it wasn't completely related to what we initially did. | |
| How did you meet? | We were introduced by a mutual friend. | |
| Which year did you meet? | 2021 or 2022. | |
| Was it when you were working on privacy computing? | It was about halfway through that process. When we first started with privacy computing, we had chips, IPJ, software, encryption, drivers, algorithms, and applications. Originally, these areas were managed by four different technical leaders—all of whom communicated with me. I was effectively playing the role of CTO, but the scope was too broad. So I needed someone with a background in this field who could manage everything from top to bottom—and Linwei is that person. | |
| So now you have teams on both sides. Is there team in the US? | Not in the US; currently, all the privacy computing teams are domestic. For what we're doing with Zhisuan, we might have people on both sides. | |
| So is Mr. Ding always in the US? | He's basically in China now. He just went on a business trip to the US and will be back soon. He came back last year. | |
| Did Mr. Ding move his entire family back? | Yes, but it's been a gradual process—after all, I lived there for over 10 years. | |
| So this time, what you're planning to do is related to computing and, more importantly, how to better coordinate and optimize chips. Which part of your previous experience is most similar or most relevant to this? | Well, to be honest, I didn't go into much detail earlier—now that you mention it. At Google, I was in charge of the entire supercomputing division, and I got some insight into the current domestic landscape. I saw a gap: a need for a coordination system for heterogeneous computing—a very complex system. I believe this is an opportunity, and it's what I worked on at Google. As I mentioned, super computers are essentially networks composed of GPUs in a heterogeneous setup. | |
| But the infrastructure team at Google must have been a huge team. For example, in supercomputing, many teams were involved. In your experience at that time, which part was your main focus? There were definitely many groups—I'm not sure if you did it all yourself. How should I understand this? | That's exactly how I see it. You ask a very good question, and I believe you have relevant development experience. I was the tech lead for the entire super computer project. Other companies might have different structures, but at Google, I led a 35-person team. When I started a project, I might allocate 4–5 people as headcount and resources to that team; however, different groups would join in, and overall the team would comprise over 100 people, with me as the team leader for the supercomputing work. | Key question 4: Google experience and specific technical points of Zhisuan The answer is a bit too broad and we need more detailed technical descriptions. You could explain how to replicate the same work domestically by describing what was done at Google. |
| When was the Google super computer project proposed, and what service was it primarily aimed at? I guess that it was part of Google Cloud? | Yes, exactly. The concept of the super computer has a long history—it was proposed about five or six years ago, and work started then. There have been successive generations of products, each with different forms. The earliest generation wasn't even put on Cloud for public use; it was for internal use only, since Google was one of the first to develop such systems. Later, you saw companies like Meta, AWS, and even Nvidia develop these kinds of solutions. Later, Google's products evolved further. The earliest product was a TPU-based solution. Subsequent products included both TPU and GPU solutions, but for some of these—as I mentioned with the 100-person team—I served as the overall tech leader or participated as the tech leader for a specific segment. | |
| Which version did you lead? | It was the latest version, one that hasn't been released yet. | |
| You've been an entrepreneur for many years, right? So at the time, this project wasn't completely finished. How long did you work on it before leaving Google? | Here's how it went: this version was very clearly defined—a massive GPU solution that the company invested heavily in. It was completed to the point where it was almost finished, but then it reached what you might know as the GA stage, gradually releasing successive generations to the public. That generation was fully developed. Of course, I also mentioned that I was responsible for another TPU product in the same generation. | |
| They belong to the same generation, but their underlying chip architectures differ. | And so do the projects and software solutions. They are two separate products, although they might share some custom elements. | |
| For instance, when did you start leading these two projects? | About 2 to 2.5 years ago. | |
| When did you leave Google? | Half a year ago. | |
| So your later venture hasn't been full-time all along, right? | The company originally started in 2019, and he led a few people; he joined in the latter half of last year. | |
| Comparing the latest version with the previous generation of Google's super computer before you took over, what are the main upgrades in the framework? | Many aspects are completely different—its network architecture, its underlying platform, even the basic design philosophy are all different. Naturally, the accelerators have also changed. After a few years, even CUDA is different, right? Nvidia has released many new solutions. You might have heard of GPU Direct and RDMA—they are very different now. And of course, the overall system layout and management have changed with the scale, so our control play is different as well. Many aspects of multi-point operations and maintenance, and smartnet results have also changed. | |

AML-0000094

| | | |
|---|---|---|
| Now, for the major overseas cloud providers, do they typically complete their computing projects internally, or do they use external independent solution providers? | Large companies usually handle it internally, but smaller startups, lacking funds, need to partner with these major companies. That's generally the case overseas. | Key question 5: The necessity of third parties<br>The overseas major players are handling this internally. What are the reasons for the differences in China? Will it eventually become a business dominated by the big companies? |
| For example, what were the main types of customers for your supercomputing services? | You mean Google? | |
| Yes, your super computers. | There are some new unicorn companies, for instance those raising tens of billions of dollars; such customers exist. | |
| What industries do those customers operate in? | Supercomputing also serves other sectors, like many science-related customers, which are considered small customers. | |
| So OpenAI is probably on Microsoft's cloud, right? Whose cloud does Anthropic use? | I saw some news saying they're using Google's cloud. | |
| They're using Google's cloud, not AWS, right? | No. | |
| I know Google invested in them, but they're using Google's super computers—is it the previous generation or Google Cloud? | They use all of them. | |
| So is your target market domestic or international? | At the very beginning, it will definitely be domestic. | |
| What type of customers are you primarily targeting? | Actually, when we started planning this last year—before the large model trend emerged—we focused on serving supercomputing centers: companies with vast amounts of hardware compute resources. We planned to work with them to serve companies that require intensive compute usage, such as AI companies and video companies, and we might even develop our own products based on the compute power we control. That was our plan last year. | |
| What type of product? | For example, as Linwei mentioned earlier, something like EDA emulation—a large-scale emulation that is also compute-intensive. | |
| Are you planning to do EDA simulation? | It's emulation, not simulation. Simulation is functional verification, while emulation recreates the timing—including setup—in a highly virtualized environment. Emulation comes later than simulation and is basically work that must be done before tape-out.<br>But that work used to be done by Linwei's team at Cadence; it was a product only large companies could afford because it costs tens of millions of dollars to buy a huge amount of equipment. A full Cadence integrated hardware–software system is something only companies like NVidia or domestic giants like Huawei can afford.<br>Our idea at the time was that besides those companies, other companies could also use it—a sort of Cloud emulation. That was one direction we were considering. The second direction is related to large models driven by AI, including some domestic companies now calling themselves large model companies. We've also communicated with them before, and they might be our customers. | Key question 6: Business model<br>How's the relationship between channel partners and end customers, and how to balance cooperation among all three parties. |
| What type of product would you make for large models? | Basically, they want to build and use their own models. Once we manage the underlying supercomputing resources properly, we can provide the service for them. For example, companies like DeepLang and others. | |
| Do you supply cards yourself? | We don't supply chips. | |
| Then why do you provide the service? | I help manage those compute resources very effectively. For example, under the same compute requirements, if you don't manage things well, you might need 2,000 cards—but if we optimize it properly, you could do it with just 400 cards. That difference—from 2,000 chips down to 400 chips—is the value we create. That's what we're aiming to do. | |
| Who are the potential, in-depth customers for your emulation model? | On the compute center side, they are the supercomputing centers in Beijing and Chengdu—two centers. | |
| What type of customers do the Beijing and Chengdu supercomputing centers mainly serve? | Primarily science research organizations. Of course, many large model teams are now approaching them to see if these centers can support their business, but from what we've seen, they currently can't handle it because managing and operating such a large number of machines is challenging. | |
| How did they previously handle issues like increasing large-scale hardware efficiency? | They did it in relatively rudimentary ways. In fact, some domestic giants—like Alibaba—also have solutions, but the levels vary greatly. If we compare globally, Google and Microsoft might be at the same level—say a score of 95. Then below that, companies like Facebook might be around 85–90, while domestic centers might be much lower, maybe 50 or 40, and other supercomputing centers could be as low as 10 or below. | Key question 7: Advances in the solution<br>The answers so far only cover the results and lack concrete technical details. We need to compare what we're doing now with past solutions in terms of technology. |
| So, these refer to the two supercomputing centers? | Actually, there are many institutions with large compute resources—some with hundreds of chips—and many companies doing large models have bought lots of hardware. Managing and making proper use of that hardware is a huge challenge. That's not their strength, or it might be something only completely different teams can handle. These are our target customers. | |
| What's the situation with foundation models? | Among the companies we're currently talking to, a few—like DeepLang—have been discussed in depth. | |
| Are you talking with DeepLang? | Yes, with DeepLang. | |
| Where are their models hosted? | They are hosted in the Beijing supercomputing center. | |
| I mean, their model comes from an academic institution—are you negotiating with DeepLang or with Tsinghua behind them? | With DeepLang | |
| My point is, DeepLang itself likely doesn't have many cards. | They don't have their own cards; physically, their cards are either from the Beijing supercomputing center or from ZLG. | The same as question 6, our current engagement and understanding of these customers are still limited. |
| Right, but for example, talking with ZLG might be more reliable because if they are building their own foundation model, it doesn't make sense for them to build applications on Tsinghua's model. | They need to develop their own model and will definitely move in that direction.<br>Generally, they use bare-metal machines and basic services, then build their models on top. | |
| Anything else? There are more companies focusing on foundation models. | Many startup companies engage in this field, like Wang Xiaochuan's company. | |
| Are you discussing cooperation with Wang Xiaochuan? | Yes, we've been talking and communicating; that discussion has been going on for a while. | |
| What about Wang Huiwen? | No, he probably just recently formed a team; it would be with that team rather than with Wang Huiwen himself. | |

AML-0000094

| | | |
|---|---|---|
| On the technical side, why are domestic solutions not as good? | Broadly speaking, the technical details might take more than 20 minutes to explain. Let's say there are 10 areas; if you falter in even one, you might not be able to complete the project. This is a rough explanation—it might sound abstract. Another angle is that domestic companies serve domestic customers, and the market hasn't been measured on a global scale. The overall demand hasn't reached a certain level, so investment and other factors are limited. Companies like Google and Meta operate globally because their services are used worldwide. That is the first reason.<br>The second reason, to put it in a crude way, companies like Google and Facebook have been around longer; technically, AWS and others have many years of accumulated experience. | For question 7, we need to describe the past solutions, their shortcomings, the reasons behind them, and how we have improved. |
| For example, if you were managing ByteDance, what specific areas could be optimized? | You could ask them if they have achieved direct interconnection between heterogeneous chips—like GPU-to-GPU. As far as I know, no domestic company has done that, at least not in the aspect I'm mentioning. | |
| Heterogeneous computing has been discussed for many years. I remember that back in 2017 everyone started talking about it. I recall that we even studied Tsinghua's DeepHi; they wanted to develop an FPGA interface. Essentially, it was also about computing. I mean, this concept isn't new.<br>So in terms of technical accumulation, you might say there are few people in the semiconductor field, or what? It's more about a lack of understanding in certain areas, or that many new technologies in China haven't received enough attention. | Actually, when you talk about heterogeneous computing, it's a broad term. When we say "computing," different types are considered heterogeneous computing—not that a general-purpose computer is called heterogeneous computing—but heterogeneous computing covers many different aspects. Domestically, everyone might have started at the same point, but they may have only developed one branch. For example, as I mentioned earlier about networking—such as fiber-optic communication, GPU-to-GPU communication, the emergence of heterogeneous computing with RDMA, the advent of SmartNet—and I know that companies like Alibaba have also started working on multi-node computing. Due to SmartNet, they have recently done some work, but the solutions are all different. I can say this because I'm familiar with their work. So it's a broad concept, and each major concept has different technical details. When you asked me earlier, I only focused on the network aspect because I know nothing similar has been done domestically. | Question 8: The tipping point of market demand<br>– Has insufficient domestic demand in the past led to immature technology?<br>– Or does demand exist, but recent technological advances have changed the landscape? |
| I understand that this involves many technical details from various angles. Which part did you personally hand on the most at Google? | I was hands-on with the entire project. Because at that level, I have to be hands-on with the entire project. | |
| I understand. But now, to start a business, you can't operate like Google, right? You can't mobilize 100 people where everyone is an expert. It's impossible to assemble such a team—much will depend on your personal experience. You can't replicate your Google days where you did not write codes yourself; now you might have to start coding from scratch. So I want to ask, which part do you personally excel in the most within this project? | I believe I excel in the overall platform—every aspect of it—because I know every detail. Not every task needs to be done by myself; I've done it before and know how it works. As long as someone is assigned to it, I just need to coordinate and lead everyone to do it well. | The specific technical details of your experience at Google seem too broad. |
| So you're essentially the person at Google who best understood how to parallelize and accelerate hardware. Can we put it that way? | That's how I see it. | |
| For instance, at AWS or Microsoft, are there people like you? | There are, but not Chinese. | |
| So in terms of skill level, are you the best? | I think Google is the best. | |
| Why is Google the best? | I believe it's mainly due to the company culture and the accumulated technical expertise. Think about it—other companies haven't reached the level of Google 40 or YouTube. | |
| Now, how many people are on your technical team? | Which technical team are you referring to? | |
| Now that you've started your venture, how many people are in your entire technical team? | Right—we are just getting started. In our team, we have 6 key members. We will gradually add more people, all coming from my former Google colleagues with whom I've worked before. At present, we have a little over 10 people. | |
| From your original Google team, how many did you recruit? | From my own team, I could recruit about eight or nine people who are definitely interested. The rest are some of my friends working in other fields, which also include folks from AWS and Facebook. | |
| What made you decide to leave Google half a year ago? Google's project hadn't even completed integrating clients or going live—and it was such an important task. So why did you decide to leave? | Let me put it this way: in a company like Google, projects never really end. Even if one project isn't finished, the next has already started—they always overlap. There's no moment when you can say, "I have to finish this project before moving on," because the next one is already underway. There is no best time point for leaving the company. | |
| That decision might have been made two years ago or half a year ago for you, but what was the core reason for leaving, or what did you want to achieve? | From that perspective, I felt I wasn't seeing any further growth in my technical skills. I thought it was time to step out and do something on my own. | |
| Why not just change a job? I had already been at Google for over four years. I spent a long time in the US and even switched jobs a few times. | But the work I was doing at Google was at its core—you know, if I switched jobs, I wouldn't really know where to go.<br>To answer your question from another perspective: suppose I decided to change jobs and went to Facebook—why wouldn't I stay at Google? And if I chose AWS, isn't Google's technology more advanced, better, and with a superior culture? I might as well have stayed at Google. So at that point, I felt that both my technical and management skills had matured. If I were to move, I wanted to create something innovative and my own—something more challenging and attractive. | Same as question 3 |
| What is your core motivation? Entrepreneurship comes in many forms, including choosing a direction. What motivates you the most? Is it new technology or something else? | I wouldn't dare to say for sure. My biggest idea is to build a company at least on par with Google. I can't claim I'd do it any better, but I believe that starting in China and reaching that scale would be an achievement for me. I think I'd really enjoy the process of building such a company. | |
| So, was this direction you decided at the time? | It was a joint decision between the two of us. | |
| What round of financing are you planning? | This round is essentially a seed round—around 50 million RMB. | |
| What about the valuation? | The valuation is open for discussion. | |
| How many people are on the team now? | The project currently involves fewer than 10 people. | |

AML-0000094

| | | |
|---|---|---|
| How is the equity split between the two of you? | I hold 40%, Linwei holds 20%, and the rest is allocated to other team members. | |
| That's about all my questions. Do you have any questions for me? | From your perspective, how does what we're doing compare to the companies you're familiar with in terms of market or demand? If you know any companies well, we'd welcome any recommendations for potential partnerships. | |
| I'm not sure whether this demand is big enough to support an independent company because, in fact, it's not a new demand. People have been talking about it for a long time—even ventures around acceleration chips have existed. I'm not certain if there's truly a market large enough to spin off a separate company. That's the aspect I know the least about. | Regarding the example you mentioned about DeepHi—I'm quite familiar with them. | |
| They might not count as DeepHi or be particularly relevant; I'm just saying that heterogeneous computing is a very broad topic. When it comes to boosting acceleration efficiency and improving reliability, I don't think this is a point that people have only just realized. Sure, the emergence of large models has created huge demands, but many applications in the past already had similar needs because, for manufacturers, this is a real cost-saving matter. | | |

AML-0000094