# Exhibit 3

# Potential Customers of Zhisuan Technology

**Customer categories: enterprise customers, government operation/compute centers, institutions of higher learning/research institutes**

**-- Confidential**
Authors: Guo Shasha & Li Luxi
Update: Dec 14, 2023

**I.    Enterprise customers**
1. VNET
Progress: Detailed discussions have been held with senior management; the cooperation model is being determined and the strategic cooperation agreement is being advanced.
Pain points: Traditional operations rely heavily on manual labor; they lack AI compute platform technology and advanced foreign networking technology.
Needs: They hope not to limit themselves to traditional data centers but to expand into AI, link existing compute centers to maximize compute efficiency, enhance leasing capacity, and generate additional revenue.
2. BaishanCloud
Progress: A strategic cooperation agreement has been signed.
Pain points: The new leadership's strategic direction is large models, but they lack the technology.
Needs: They require a technical partner to provide compute capacity at the tens-of-thousands-of-cards level.
3. Kingsoft Cloud
Progress: Preliminary discussions have taken place with positive intent; they can provide a thousand cards for our product validation.
Pain points: The physical compute layer remains isolated and cannot be interconnected; it cannot provide effective, real-time fragmented compute power.
Needs: They hope to have a complete compute interconnection platform available for training large models.
4. SuperSymmetry
Progress: Discussions are ongoing regarding the future specific cooperation model.
Pain points & needs: They are seeking a highly stable, large-scale compute platform with coordinated hardware and software for efficient, high-speed communication among systems, to accelerate the training of their self-developed large models.

AML-0000026

**II.    Government operations**

1. Industrial Innovation Park

Progress: Simultaneous discussions on funds, investment attraction, and government AI projects.

Pain points: Currently, cards from multiple vendors cannot be interconnected; AI applications are relatively weak.

Needs: They hope that the compute power of cards from Huawei, NVIDIA, JD Cloud, etc., can be interconnected and used together; they also expect a complete AI solution, including standardized AI applications and an interconnection platform for heterogeneous compute resources.

2. Sugon

Progress: Strategic cooperation is currently being discussed with the company's senior management.

Pain points: Sugon's operational compute centers use a wide variety of cards, and a large amount of compute power in their supercomputing centers is not being effectively utilized. They are now planning to build a "Compute Mall" (similar to Taobao), but they cannot solve the problem of compute interconnection.

Needs: They hope that we can provide all the operational supercomputing centers with an interconnection platform for heterogeneous compute resources.


**III.        Institutions of higher learning/research institutions**

1.  Tianfu Institute of Research and Innovation, Southwest University of Science and Technology

Progress: A strategic cooperation agreement has been signed.

Pain points: They are relatively weak in AI and are also tasked by the state with establishing compute centers at institutions of higher learning

Needs: They hope that we can fully assist in the establishment of compute centers, including help with applications for scientific research projects.

AML-0000027