# Exhibit 4

*No message content to display.*

| | ↗ Sent |
|---|---|
| **dingyong198608** | 12/26/2023 8:00:30 AM |

Copy of Zhisuan Technology Potential Customers.docx

| | ↗ Sent |
|---|---|
| **dingyong198608** | 12/26/2023 8:00:48 AM |

@Lucie🎗@summer I modified it a little and marked it in red

| ↙ Received | |
|---|---|
| **Lucie-xixi** | 12/26/2023 8:01:26 AM |

I'll take a look right away!

| ↙ Received | |
|---|---|
| **suocao1022** | 12/26/2023 8:05:10 AM |

[OK]

| ↙ Received | |
|---|---|
| **suocao1022** | 12/26/2023 8:07:02 AM |

I'll meet Digital Chongqing tomorrow to see if I can have a chat with Chongqing Zhisuan. I'll add another client.

| ↙ Received | |
|---|---|
| **suocao1022** | 12/26/2023 8:07:32 AM |

Now I feel that there is still a lack of application scenarios, perhaps not at the strategic level, but in actual project scenarios.

| | ↗ Sent |
|---|---|
| **dingyong198608** | 12/26/2023 8:17:58 AM |

OK. [Salute][ThumbsUp]

| | ↗ Sent |
|---|---|
| **dingyong198608** | 1/2/2024 6:05:37 AM |

AML-0000808