# Exhibit 5



InfiniCompute ┆┆┆┆ Lyceum

**2023**

**CMS-Clustering Model Service Platform**

Support the technical foundation of AI large devices of 10,000 GPU scale

Presenter:
InfiniCompute

Startup - Shanghai Zhisuan Technology Co., Ltd.

Obtained the seed round financing from MiraclePlus and became a key project in the autumn of 2023

Address: F1, Building 27, No. 487, Tianlin Road, Xuhui District, Shanghai

AML-0000225

# CONTENTS

**01**    **Market Analysis - Why Do**

**02**    **Product Introduction - What to Do**

**03**    **Services and Cases - What Have Been Done**

**04**    **About Us - Who Does**



Copy of V9.2

AML-0000226



# PART 01

# Market Analysis

Copy of V9.2

AML-0000227

# Under the clear encouragement of the national policy, the domestic market is expected to exceed one trillion yuan by 2030

**⑆⫿⫿ Lyceum**

---

**Seven departments including the Cyberspace Administration of China officially released the Interim Measures for the Administration of Generative Artificial Intelligence Services, clearly encouraging independent innovation in basic technologies such as generative artificial intelligence algorithms, frameworks, chips and supporting software platforms**

Order (No. 15) of the Cyberspace Administration of China, the National Development and Reform Commission of the People's Republic of China, the Ministry of Education of the People's Republic of China, the Ministry of Science and Technology of the People's Republic of China, the Ministry of Industry and Information Technology of the People's Republic of China, the Ministry of Public Security of the People's Republic of China, and National Radio and Television Administration

Interim Measures for the Administration of Generative Artificial Intelligence Service

The Interim Measures for the Administration of Generative Artificial Intelligence Services (No. 15) was deliberated and adopted at the 2023 12ᵗʰ Session of the Cyberspace Administration of China on May 23, 2023 and approved by the National Development and Reform Commission, the Ministry of Education, the Ministry of Science and Technology, the Ministry of Industry and Information Technology, the Ministry of Public Security and National Radio and Television Administration. Now it is issued and shall be implemented as of August 15, 2023.   Zhuang Rongwen, the Director-General of the Cyberspace Administration of China, Zheng..., the Director-General of National Development and Reform Commission...

Issue time:   August 30, 2023   2023 No. 24 (total No.: 1815)

**Article 6   Encourage independent innovation in basic technologies such as generative artificial intelligence algorithms, frameworks, chips and supporting software platforms and promote the construction of generative AI infrastructure and public training data resource platforms.** Promote the collaborative sharing of computing power resources, facilitate the orderly opening of public data in a classified and graded manner, and expand high-quality public training data resources.

---

**In 2017, the State Council issued the Notice on the Development Plan for the Next Generation of Artificial Intelligence**

| Index No.: | 000014349/2017‐00142 | Subject classification: | Technology, education/technology |
|---|---|---|---|
| Issuing authority: | State Council | Date of establishment: | July 08, 2017 |
| Subject: | Notice of the State Council on Issuing the Development Plan for the Next Generation of Artificial Intelligence | | |
| Issue No.: | GF (2017) No. 35 | Issue date: | July 20, 2017 |

Notice of the State Council on Issuing the Development Plan for the Next Generation of Artificial Intelligence

GF (2017) No. 35

**By 2030, the scale of the core industry of artificial intelligence will exceed 1 trillion yuan, driving the scale of related industries to exceed 10 trillion yuan.**

---

**Wu Hequan published a signed article titled "Data Element Development and Governance in the AI Era" in the National Data Administration**

**Data Element Development and Governance in the AI Era**

Published in the National Data Administration in Beijing at 18:28 November 03, 2023

Heard by 196 people

Included in the collection
# Expert Interpretation     2 pcs>

↖Click "National Data Administration" to follow the official account

1. **Large models drive data paradigm innovation:** SMEs cooperate with the providers of basic large models to develop large models for industry, **and Maas (Model as a Service) emerges as the times require;**

2. **Accelerate the construction of data infrastructure:** The total computing power of China in 2022 was 180Eflops, lower than the 200Eflops of the United States in 2021. The intelligent computing power of China in 2022 was 41Eflops, less than the 65Eflops of the United States in 2021. **This reflects the gap of China in data training and inference computing power for large models.**

---

**Cao Zhennan: Develop supercomputing services with Internet thinking**

Cao Zhennan, Deputy Director of National Engineering Research Center for High Performance Computing: Build supercomputers...

The supercomputing Internet aims to connect supply and demand sides, link up the supercomputing ecosystem, operate supercomputers with an Internet mindset, and connect the capabilities and resources of all parties in the industrial ecosystem, including computing power supply, application development, operation services, and users, to build an integrated supercomputing power and service platform.

China Information World

---

●Honesty builds quality Innovation leads the future     4

Copy  of  V9.2

AML-0000228

# Pain Points in the Domestic Industry - domestic models are limited by computing power, and not accurate



**ılı|ıı Lyceum**

Domestic large models have a large gap from foreign ones in terms of computing power, restricting their development

**Without a computing power foundation, the subsequent development of algorithms and other aspects cannot proceed**

### Stability drops

When the cluster size reaches the level of thousands or tens of thousands, stability drops sharply and training is often suspended by force.

### Unable to meet the requirements of large-scale computing power

The capacity of a single machine cannot meet the training requirements of a model with hundreds of billions of parameters. Multi-machine multi-card distributed training is needed, which leads to a bottleneck where the efficiency cannot be further improved after the accumulation of hardware resources reaches a certain amount, thus wasting a large amount of computing resources. **Computing power is the collaborative use of multiple machines and multiple GPUs**

### Lack high-speed communication between systems

The cluster of 10,000 GPUs has extremely high requirements for network, storage and communication. Communication becomes a bottleneck, and the lack of effective management can easily lead to system crashes.



- Domestic computing power is based on the operation mode of a single GPU or multiple GPUs on one machine
- Abroad, it can support cluster expansion to 2,500 nodes and 20,000 GPUs for parallel computing

| | Domestic | Foreign |
|---|---|---|
| No. of parallel computing chips | 1 | 20,000 |
| Model parameter capacity | 50B | 500B |

A large model can be called large model only when it supports at least **100B** of parameters

**The FLOP operation of large models must reach a certain scale before the generation phenomenon occurs, as shown below:**

The core elements of training AI = data + algorithm + computing power. The interconnection between chips has become a key point of competition among AI supercomputing companies. **The computing power resources of different domestic manufacturers, architectures and specifications cannot be efficiently managed and operated, making it difficult to effectively conduct multi-machine multi-card distributed training.**

Copy  of  V9.2

AML-0000229

# Status Quo of Foreign Products and Technologies - models and computing power are advancing in tandem

Lyceum

**Foreign tech giants have entered a competition stage of large model + computing power**



| Large models | Cloud services |
| --- | --- |
| OpenAI - ChartGPT | Microsoft - Azure |
| Anthropic - Claude | Google - GCP |
| Cohere - Coral | Amazon - AWS |

The alliance between giants is a systematic competition aiming at contending for and serving application layer developers and users, as well as building an AI industry ecosystem

- Microsoft Azure: It has established a deep strategic alliance with the closed-source AI large model OpenAI, but this does not affect its cooperation with the open-source AI large models Meta/Facebook LlaMA 2.

- **Alphabet/GCP: Despite the merger of DeepMind and Google Brain, Google invested 400 million US dollars in Anthropic in February 2023, acquiring about 10% of its shares and made an additional investment of 1.5 billion US dollars in October**

- AWS: Amazon made an investment in Anthropic as late as late September 2023, announcing that the two parties will carry out extensive cooperation in the future to promote the development of generative AI.

- Tesla Dojo: As a leading AI giant in the real world, by August 28, 2023, it had launched a supercomputer cluster composed of 10,000 NVIDIA H100 GPUs, which will be used to train the FSD of Tesla self-driving system and various other AI applications.

**In the field of AI, competition has evolved from a simple competition at the product level of large models to a competition of core basic capabilities involving large models and computing power**

Honesty builds quality Innovation leads the future

Case 3:24-cr-00141-VC    Document 191-5    Filed 09/21/25    Page 8 of 31

## Status Quo of Domestic Technologies - a wide variety of large models are flourishing, reiterating the scarcity of computing power resources.

ı|ı|ıı Lyceum

**The explosion of large models will lead to an increasing number of application scenarios for training**
**The demand for training computing power will increase significantly by 10 to 100 times**



January 24, the Artificial Intelligence Computing Center of SenseTime carries out continuous technical R&D in multiple aspects such as cluster architecture, cluster network, storage performance, and energy management in the technical fields related to computing power software platform and undertakes technological iterations and updates of large model training and inference-oriented support to back up the implementation of computing power clusters on a larger scale.

At the iFlytek Spark V2.0 release conference on August 15, its full-stack AI capabilities, including underlying computing power, AI framework, training algorithms, inference capabilities, and application effectiveness, were "out of the box". Every enterprise or institution can build its own exclusive large model on this domestic large model foundation.

September 20, Huawei is always committed to building a solid computing power foundation in China, hoping to create a second choice for the world. Huawei is constantly enhancing its capability to integrate "software, hardware, chip, edge, end and cloud", creating a solid "black soil" to meet the diverse demends of various industries for AI computing power.

Domestic hardware resources are insufficient, especially GPU, and the quality varies greatly. The management of domestic data centers is not standard and lacks a systematic management platform, making it impossible to use hardware computing power reasonably and correctly. China does not have a multi-host computing power platform and also does not have a    complete LLM software system to support the computing power platform.

**Computing power is the "oil" of the AI era. The demand for computing power has exploded exponentially. Domestic major manufacturers laid out their computing power late. China is in urgent need for a computing power service platform that effectively supports AI models of 10,000 GPU scale**

Copy  of  V9.2

AML-0000231

# History and Future of Models



**Only by opening up a fertile ground for the growth of AI today, can we reap the fruits of AI tomorrow**

- We are in an era of "big data", where the verification cycle of new models and theories is significantly shortened. Meanwhile, it also requires us to have a computing platform that can process more data faster

- Every upgrade and iteration of a large model is inseparable from a significant increase in the underlying basic computing resources, including architectural update of both the hardware layer and the system layer

- There are numerous large models and variants of AI, but none of them can do without a stable, efficient and diverse computing and operation platform

| Period | Model |
|---|---|
| After 2025 | Larger models will appear in the future |
| 2020-2023 | Transformer (generative AI) (BERT, T5, Decoder) |
| 2012-2017 | Deep Learning (Ex. CNN, RNN) |
| 2005-2011 | Neural Network |
| 1990-2000 | Machine learning |

**Only by strengthening the basic platform for training and operating AI models and algorithms, can we outperform the counterparts in the rapid iteration and upgrade of AI models, empower traditional industries, and continuously embrace the changes in the world**

Honesty builds quality Innovation leads the future

8

Copy of V9.2

AML-0000232



**PART 02**

**Product Introduction - What to Do**

Copy of V9.2

AML-0000233

# Product Positioning - break through domestic predicament in AI computing power and make it easier for enterprises to build large models on their own

**ıǀǀı Lyceum**

Create a large model training acceleration platform of 10,000 GPU scale, an efficient distributed AI intelligent compputing power platform to provide services for large model R&D of enterprises, and support enterprises to independently develop models and build their own AI applications



Honesty builds quality Innovation leads the future

Copy  of  V9.2

AML-0000234

# CMS Platform Architecture

**Lyceum**

Develop an AGI cluster platform – build a middleground that supports the GenAI back-end infrastructure and model services of 10,000 GPU scale, and the software and services for training and inference based on it



•Honesty builds quality Innovation leads the future

Copy of V9.2

AML-0000235

## CMS Platform Advantages (10k Ft. View)

ı|ı|ı Lyceum

**Training acceleration platform of 10,000 GPU scale, an efficient distributed AI computing power platform**



**Support multiple modes**

Be able of handle thousands of tasks and numerous data modes and process images and text simultaneously

**Efficient computing power**

Improve the high-speed network through parallel computing, large-scale optimizers, optimization of task scheduling, elimination of redundant memory, and reduction of resource consumption

**Support large models**

Meet the requirements of large-scale, high-stability and high-speed communication for large model training

**High-stability system**

Solve the problem of high deployment costs and be able to automatically deploy Serving for elastic scaling to improve stability

- This platform supports Intel and ARM architecture chips as well as five kinds of domestic accelerator cards including NVDIA, Cambricon and Iluvatar CoreX, and more than three kinds of domestic frameworks. It adapts to over 150 kinds of deep learning and reinforcement learning models based on domestic accelerator cards and deep frameworks;

- When performing cross-domain automated perception and scheduling of AI operation, it can achieve cluster management and scheduling of 10,000 GPUs and 10,000 nodes, with a linear acceleration of over 80%. In terms of large model training, the platform can support distributed training of large models with over 500 billion parameters, accelerating training by more than 15% compared with mainstream deep learning frameworks, and achieving monthly stability for extremely large tasks;

- In terms of inference acceleration, the platform offers a model automatic compression toolset and heterogeneous accelerator cards to accelerate SDK and enhance the efficiency of model inference. The deployment efficiency of general-purpose open-source large models is increased by 3 to 5 times. The platform can achieve a maximum throughput speed of 1000+ on a single GPU when deploying models online, which is at the leading level in the industry;

- It supports one-click model deployment, achieves high throughput and high performance of inference services, offers elastic scalability and provides a complete O&M monitoring system.

●Honesty builds quality Innovation leads the future    12

Copy  of  V9.2

AML-0000236

Case 3:24-cr-00141-VC  Document 191-5  Filed 09/21/25  Page 14 of 31

# CMS Platform Advantages (10k Ft. View)



**AI application layer**

User interface
- Chat AI
- Painting AI
- Customization of fitness and travel plans
- Intelligent recommendations for ingredients and outfits
- Design drawing to code
- Foreign language translation and interpretation

Administrator interface
- Permission management
- Model tuning
- Data training
- Computing power resource management

**Model interface layer**
- LLaMA
- Open-source large models such as HuggingFace
- Bert-class model
- Machine learning
- Agent
- Fine-tuning/efficient parameter adjustment

**Model processing layer**

Model training
- High-performance machine learning library
- Model management
- High-performance neural network library
- Data management
- Chinese model
- Machine learning framework

Data interference
- Mass interference
- Automatic interference
- AI acceleration framework
- Visual interference

**Computing power integration layer**
- Integration of heterogeneous computing resources
- Heterogeneous computing resource management, distributed deployment, monitoring, diagnosis and scheduling
- Microservice architecture
- Continuous integration framework
- Third-party middleware

**System base layer**
- NVIDIA parallel computing architecture
- GPU cluster integration
- NVIDIA GPU multi-card communication framework
- NFS/HDFS/CEPH storage system
- High-performance network drive
- Containerization platform
- OS
- Virtualization
- Hardware device drive
- Security software system

**Hardware resource layer**

Computing resources
- CPU
- GPUS
- GPUS of IT application innovation
- APU of training and inference
- DPU
- Edge computing and supercomputing

Network resources
- RDMA Ethernet card
- NVLINK switch
- Network node management
- Private network bandwidth
- Router
- Security firewall

Storage resources
- Block storage
- File storage
- Object storage
- Data center
- File server
- Hard disk

Copy of V9.2

AML-0000237

 
**Layer 6:** **ML Platform and Services (provide interfaces) - provide relevant interfaces or UI capabilities for GEN AI applications**

API, UserMgr, UI, Profile, Data, Acct, Rsrc (Mach, Net), App/Web

**Layer 5:** **ML Framework with modeling/snapshot (provide interfaces) - provide an open-source AI framework**

Provide models and architectures: T5, Llama, Megatron, HFace, JAX, Pathways

**Layer 4:** **ML Infrastructure (provide interfaces) - carry out distributed parallel computing for the preprocessing of large models and data inference tasks**

Schedule and control the tasks in Parallel and Distribution

Network control and monitor. Storage. Compute

Similar product formation forms: Spark/Flink, HDFS, K8S, Prometheus, XLA, JAX, Pathways

**Layer 3:** **DC softwares and operations -    monitoring and management of computing power centers and supercalculators**

Logistics, Field Operation Flow, Drain, Monitor, Diagnosis, Repair, Turnup, Security

**Layer 2:** **Lower level software stack - through the efficient virtualization and containerization of hardware resources, a secure and efficient computing cluster is formed**

Cuda, Virtualization, Container, DCGM, netdev, DPDK, NCCL, IB, Kernel, Security

**Layer 1:** **Hardwares and HW Platforms - integration of various heterogeneous hardware resources actually involving in the operation**

Machines, Networks, Edges, GPUs, GPUs of IT application innovation, training and interference APU, SmartNIC/DPU

| | | | |
|---|---|---|---|
| Google launched a supercomputer with 26,000 H100, accelerating the AI competition | Google launched a supercomputer with 26,000 GPUs | Let's talk about the hardware structure, computing paradigm and SuperPo of Google's TPUv4 processor... | This batch of projects were all developed under the leadership of our CEO ( Linwei Ding) and these products are being used by the world's AI technology giants such as **Anthropic, Deepmind and Midjourney** |
| Semiconductor Industry Observation: Cloud providers are building up a GPU army to offer more AI firepower. Today... | | TPU v4: An Optically Reconfigurable Supercomputer for Machine Learnin ... Zhihu | |
| Semiconductor Industry Observation | Ofweek - Electronic Engineering | | |

•Honesty builds quality Innovation leads the future    14

Copy  of  V9.2

# Achievable Technical Indicators



**High stability**

**Support large-scale computing power**

**The FLOPS of the large-scale computing power at level E is even higher**

- At present, most domestic companies use open-source K8S, which can only support thousands of nodes. OpenAI has expanded the cluster to 2,500 nodes. The current computing power of Google's PaLM model has reached 1.1Exaflops, the bandwidth of all reduce has reached 1.1PB/s, and the bandwidth of Bisection has reached 24TB/s.

- It can support a supercomputer with 20,000 GPUs of 20 ExaFlops; a single machine can support 16 PetaFlops of mixed-precision computing and has 640GB of memory.

**Stability support at all latitudes**

- Detect through automation, remove improperly behaving nodes from the cluster and establish a health examination system. Use Prometheus to collect time series metric data and use Grafana for graphs, dashboards and alerts.

- Collect indicators to Prometheus of the monitoring system through dcgm-exporter.

- Track the maintenance events from upstream manufacturers, run the "pre-check" system when nodes are started, and all nodes will be added to the cluster with a "pre-check" taint and label attached.

**Efficient and high-speed communication between systems**

**Reduce the training of LLM from the day level to the hour level**

- At present, the solution for high communication in China is that the host communicates through the TCP/IP protocol. The resulting problem is that the bandwidth is multiplexed and limited.

- Through NVIDIA GPUDirect RDMA, Peta-level non-blocking communication is achieved; through the optical circuit switch, its supercomputer can dynamically reconfigure the inter-chip connections, which helps to avoid problems and make real-time adjustments to improve performance.

- A single machine can achieve a 3200Gbps network connection with high bandwidth and low-latency. The current LLM training is reduced from the day level to the hour level.

Copy of V9.2

AML-0000239



**Product Milestone - based on the CMS platform, participate in the construction of the AI ecosystem chain**



| 2023 Q3 | 2023 Q4 | 2024 Q1 | 2024 Q2 | 2024 Q3 | 2024 Q4 |

Realized parallelization and automation of large models

Used NCCL benchmark and T5 in combination with specific hardware platforms to verify operations

Made a prototype

Ran on the cloud platform

Launched multiple applications

Let the application run on the CMS platform

Honesty builds quality Innovation leads the future        16

Copy of V9.2

AML-0000240

## Product commercialization direction



**01 To B**

**1st Individual enterprises**

Find large enterprises that lack platform experience and capabilities and help them complete one-stop platform setup services

**02 To B**

**2nd Enterprises in the industry**

Clarify the multi-directional and replicable product market, further reduce costs and overcome the cost burden of customization

**03 To C**

**3rd Individual people**

Similar to the AppStore, enter an open platform, find various enterprises and individuals as customers, and expand channels

Honesty builds quality Innovation leads the future          17

AML-0000241



## POC (Proof of Concept) Product Interface Verification

**ı|ıı| Lyceum**

### User system



- User management
- Account permission division
- Account data management
- Account model management
- Account template management
- Account model configuration

### Chat AI



- Chat system
- AI interface
- Summarize the model algorithm
- Modify the model algorithm
- Prompt breakdown
- Chain-of-Thought (CoT) model
- …

### Our fine-tuning large model



The large model developed by us mainly focuses on the development of the pretrained decoder model, and meanwhile develops encoder & decoder. Prepare the corresponding fine tuning model for users to facilitate their direct use, and provide users with the corresponding API for easy access

Honesty builds quality Innovation leads the future  18

Copy of V9.2

AML-0000242

## POC (Proof of Concept) Product Interface Verification



**Distributed data storage**



**Model library**



**Highly cached storage**

**Data center monitoring (1)**



**Data center monitoring (2)**



•Honesty builds quality Innovation leads the future     19

Copy  of  V9.2

AML-0000243



# Services and Cases

AML-0000244

Our team has successful project experience and product cases in the fields of large models and AI, ranging from underlying hardware to upper-layer applications

**Product: AI model (serving SenseTime and Google)**



◆ SenseAtlas ultra-high-density face recognition all-in-one machine This product is an all-in-one machine developed in collaboration with Huawei



◆ 3D face recognition smart door lock solution Won the "2020 Industry Innovation Award"




◆ SenseTime industrial inspection intelligent vision platform

◆ Google, Deepmind model

**Product: The basic platform for large model products (serving Google)**



◆ Google's super AI computer with 26,000 GPUs

This product serves Anthropic and Deepmind, two of the world's top three most competitive companies





◆ Google TPU interconnected supercomputer

Midjourney use this system to train its models all the time

**Project: System network and security (serving Google and Orangecharger)**



◆ Google high-speed network, OCS, RoCE, RDMA, DPU (SmartNIC); distributed computing and storage



◆ Cadence Palladium system, a large parallel interconnection system similar to NVLink, features self-developed communication and network

◆ Privacy computing all-in-one machine, privacy computing

**Project: GPU chip hardware (serving Iluvatar and Orangecharger)**



◆ Iluvatar CoreX BI-V100 accelerator card, supporting mainstream AI ecosystems at home and abroad and various deep learning frameworks



◆ Cadence Palladium® Z2 Enterprise Emulation enterprise-level hardware chips and boards

MARVELL

◆ Storage and CPU chips

●Honesty builds quality Innovation leads the future

Copy of V9.2

AML-0000245

# AI Model Case - industry solutions for face recognition based on AI algorithms







The SenseAtlas ultra-high-density face recognition all-in-one machine has achieved a perfect integration in hardware, AI algorithms and applications. This all-in-one machine adopts the hardware technology of Huawei's Atlas platform, combines the in-depth optimization of algorithms by SenseTime for GPU acceleration, and is able to perform tasks such as face detection, tracking, key point positioning, and feature extraction with high performance.

The 3D face recognition smart door lock solution launched by SenseTime innovatively combines 3D technology with AI algorithms and integrates bionic binocular night vision cameras, low-power computing chips and other software and hardware. It not only brings higher recognition accuracy and speed, but also can adapt to various unlocking environments under different conditions.

The SenseTime Industrial Inspection Intelligent Vision Platform: In the current context where the demand for intelligence in traditional industries is constantly increasing, it empowers the rail transit industry, industrial OCR recognition, and steel inspection with AI technology, exploring the potential of AI applications and empowerment in the industrial sector.

Copy of V9.2

AML-0000246

# Case of the Basic Platform for Large Models - Google's super AI computer with 26,000 GPUs

ı|ı|ı Lyceum

A3 GPU VM is specifically designed to provide the training with the highest performance for today's ML workloads, equipped with modern CPU, improved host memory, next-generation NVIDIA GPU and major network upgrades. Below are the main features of A3:

**Google launched a supercomputer with 26,000 H100, accelerating the AI competition**

Semiconductor Industry Observation: Cloud providers are building up a GPU army to offer more AI firepower. Today...

Semiconductor Industry Observation

**Google launched a supercomputer with 26,000 GPUs**

OFweek - Electronic Engineering

- Eight H100 GPUs, leveraging NVIDIA's Hopper architecture, offer three times the computing throughput
- Through NVIDIA NVSwitch and NVLink 4.0, the split bandwidth among the 8 GPUs of A3 is 3.6 TB/s
- Next-generation 4G Intel Xeon scalable processor
- 2TB host memory, via 4800 MHz DDR5 DIMM
- The network bandwidth supported by Google's hardware-supported IPU, a dedicated GPU communication stack between servers, and NCCL optimization has increased by 10 times

A3 GPU VM is a progress for customers to develop the most advanced ML model. By significantly accelerating the training and inference of ML models, A3 VM enables enterprises to rapidly train more complex ML models, creating opportunities for users to build large language models (LLMs) and generative AI and diffusion models to help optimize operations and maintain a leading position in the competition.

This product serves Anthropic and Deepmind, the most competitive companies in the world

ANTHROP\C  DeepMind

Honesty builds quality Innovation leads the future    23

Copy of V9.2

AML-0000247

## Case of the Basic Platform for Large Models - Google's TPU supercomputer, outperforms NVIDIA in large model performance

Google's tensor processing unit (TPU) is a dedicated chip (ASIC) customized by the company for machine learning. The first generation was released in 2016, becoming the computing power behind AlphaGo. Compared with GPU, TPU adopts low-precision computing, significantly reducing power consumption and accelerating computing speed with almost no impact on the processing effect of deep learning. Meanwhile, TPU employs designs such as pulsating arrays to optimize matrix multiplication and convolution operations. Currently, over 90% of Google's AI training work is carried out using these chips, and TPU supports Google's major businesses, including search.

Let's talk about the hardware structure, computing paradigm and SuperPo of Google's TPUv4 processor...

Let's talk about the hardware structure, computing paradigm and SuperPod interconnection topology of Google's TPUv4 processor...

**Zhihu**

Google's TPU Supercomputer outperforms NVIDIA in large model performance. Tens of the supercomputers have been deployed: Turing Award

Three-dimensional optical path link is used.




Synced

Since 2020, AI supercomputers based on TPU have been functioning at the data center located in Oklahoma. Google stated, Midjourney uses this system to train its models all the time.

Copy of V9.2

AML-0000248



## Product Advantages

- Compared with the previous generation, the brand-new dynamic duo combination of Palladium Z2 and Protium X2 systems has doubled the capacity and increased the performance by 1.5 times.

- The Palladium Z2 hardware simulation acceleration platform, based on a brand-new custom hardware simulation processor, can provide the highest compilation speed in the industry, WYSIWYG results, and the most comprehensive pre-silicon hardware error correction function.

- The Protium X2 prototype verification system is based on the latest Xilinx UltraScale+ VU19P FPGA and provides the highest operating speed and the shortest initial startup time of pre-silicon software verification for 1-billion-gate-level chip designs.

## Customers Served

Cadence has over 30 years of professional experience in computing software and is a key leader in the electronic design industry. Based on the company's intelligent system design strategy, Cadence is committed to providing software, hardware and IP products to help turn electronic design concepts into reality. The customers of Cadence are all over the world and are among the most innovative enterprises. They deliver outstanding electronic products ranging from chips, circuit boards to systems to the most dynamic application markets such as consumer electronics, hyperscale computing, 5G communication, automobile, movement, aviation, industry and medical care.

 

## Hardware Case - GPU chip design, compiler and architecture



The BI-V100 accelerator card is fully compatible and runs efficiently and stably on the OneFlow deep learning framework of Oneflow Technology



It completed and passed the compatibility test certification with the AI large model development system (Colossa1-AI) of Beijing Luchen Technology Co., Ltd.

### Product Advantages

- The Iluvatar CoreX BI-V100 accelerator card is the first fully self-developed general-purpose GPU product for cloud training in China. It adopts a 7-nanometer manufacturing process and 2.5D CoWoS wafer packaging technology, integrates 24 billion transistors, supports multi-precision data type standard/mixed training, widely supports mainstream AI ecosystems and various deep learning frameworks at home and abroad, and has supported nearly one hundred customers to train more than two hundred types of models in the field of AI.

- The BI-V100 product provides inter-chip interconnection expansion, achieves multi-dimensional technological innovation and features independent controllability, high performance, universality, flexibility, wide application coverage, predictable performance, easy migration of development and full-stack customization.

### Customers Served

About Iluvatar CoreX: Shanghai Iluvatar CoreX Semiconductor Co., Ltd. ("Iluvatar CoreX" for short) officially launched the design of general-purpose GPU products in 2018. It is the first provider of high-end general-purpose GPU chips and super computing power systems in China. The Company strives to "become an enabler of the intelligent society", sets a foothold at the demands of customers and the market and is committed to developing high-performance general-purpose GPU products that are independently controllable and internationally leading, accelerating the integration of AI computing and graphics rendering, exploring the path of catching up with and surpassing the industrial leaders of general-purpose GPU, speeding up the construction of an independent industrial ecosystem, creating a world-class computing power engine, empowering the intelligent transformation of all industries with more reliable, more efficient and greener computing power, promoting the high-quality development of Chinese digital economy, and opening a brand-new page for China to lead the world towards the metaverse and digital twins.

 

Copy of V9.2

AML-0000250



**PART 04**

**About Us**

Copy of V9.2

AML-0000251



**Lyceum**

**About Us**

### Linwei Ding (CEO)

Responsible for the overall technical planning of platforms, the application of models and the operation of the company. Led a team at Google to develop a supercomputer of 10,000 GPU scale. Led the system development of large model projects for Google's accelerators such as TPU and GPU.

**Advantages:** Led multiple projects of Google. Has a grasp of all the current cutting-edge platform technologies. Has years of experience in software and hardware R&D.

### J Shao (chief scientist)

Responsible for the company's academic research, as well as the development and application of models. Has long engagement in computer vision and multimodal analysis. More than 50 papers have been published on T-PAMI/IJCV/CVPR/NeurIPS/ACL, etc., which are cited by Google Scholar for more than 5,800 times. The research achievements have obtained more than 10 national and international invention patents.

**Advantages:** Led academic research and R&D teams. Has years of experience in the R&D of videos, images and models.

## Core members

### Qi Lu

Responsible for the company's strategic planning, investment and financing, and resource matching of achievement transformation.

**Advantages:** A leading figure in artificial intelligence in China.

### L Sheng (advisor)

Currently at school, serving as the company's advisor. "Outstanding 100 People", associate professor and doctoral supervisor of Beihang University, and included into the Beihang University's Young Top-Notch Talent Support Program. Long-term research on 3D vision, especially the perception, understanding and generation of 3D point clouds.

**Advantages:** Long-term research on 3D vision, especially the perception, understanding and generation of 3D point clouds.

1. **The team has experience in large model R&D, computing power platform development, as well as application and big data development;**

2. **The team has entrepreneurial experience and working experience in large domestic and foreign companies.**

3. **The team has experience in international advanced technology R&D in the engineering field, as well as experience in academic research.**

• Honesty builds quality Innovation leads the future

28

Copy of V9.2

AML-0000252

 **Contacts**

ı|ı|ı Lyceum



 Linwei
San Jose, United States

**Welcom for direct communication and consultation for any questions related to technology or products**



**Email address:** ▮▮▮▮▮▮@gmail.com

 Scan the QR code to add me as a friend.

Honesty builds quality Innovation leads the future    29

Copy  of  V9.2

AML-0000253



**InfiniCompute**

# That's all for the report. Thank you for listening!

Startup - Shanghai Zhisuan Technology Co., Ltd.

Obtained the seed round financing from MiraclePlus and became a key project in the autumn of 2023

Address: F1, Building 27, No. 487, Tianlin Road, Xuhui District, Shanghai

Copy of V9.2

AML-0000254