CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    casey.boome@usdoj.gov
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00141-VC |
| Plaintiff, | **DECLARATION OF CASEY BOOME IN SUPPORT OF UNITED STATES' MOTION TO EXCLUDE EXPERT TESTIMONY OF MARK ESKRIDGE** |
| v. | |
| LINWEI DING, | The Honorable Vince Chhabria |
| Defendant. | |

**DECLARATION OF CASEY BOOME**

I, Casey Boome, declare as follows:

1. I am an Assistant United States Attorney for the Northern District of California and am one of the attorneys assigned to the prosecution of the above-entitled criminal case.

2. Exhibit 1 attached hereto is a true and accurate copy of a notice letter that the government received from defense counsel on August 26, 2025 regarding the proposed testimony of Mark Eskridge.

//

//

1  I declare under penalty of perjury and the laws of the United States that the foregoing is true and
2  correct to the best of my knowledge.

4  DATED: September 9, 2025                               Respectfully submitted,

6                                                                                  */s/ Casey Boome*
                                                                                  CASEY BOOME
7                                                                                  Assistant United States Attorney