UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>        Defendant. | Case No.  24-cr-00141-VC-1<br><br>**ORDER RE TRIAL DATE** |

There are several interrelated issued that make the Court concerned about the October 10 trial date. First, the defense asserts it needs more time because of the government's eleventh-hour document production. Second, it appears that at least some of the defense's expert disclosures are inadequate and will need to be redone. Third, the defense says it can't redo the disclosures until after October 1 because of the ongoing CJA funding issues. But fourth, there is a significant possibility of a government shutdown, which would mean CJA funding would not be restored October 1. A shutdown would also potentially interfere with the Court's ability to pay jurors for their service and provide lodging for jurors who would otherwise need to travel long distances. And presumably it would affect the ability of DOJ and Court staff to be compensated. Given all these issues, the Court wonders if it would be better to schedule the trial for January. The parties should come to the pretrial conference prepared to discuss this issue (but they should also be ready to discuss all other issues that have been teed up for the conference).

      **IT IS SO ORDERED.**

Dated: September 22, 2025

VINCE CHHABRIA
United States District Judge