UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

     v.

LINWEI DING,

          Defendant.

Case No.  24-cr-00141-VC-1

**ORDER REGARDING CHANGES TO JURY QUESTIONNAIRE**

At the pretrial conference, the parties discussed the Court's proposed changes to the standard jury questionnaire. Based on that discussion, the following changes will be made to the standard jury questionnaire. The changes discussed at the pretrial conference are shown in red.

Amendments to Standard Questionnaire

1.  Question 11: What is your occupation **and job title**? (If not currently employed, please name your most recent prior occupation and length of unemployment.)

2.  Question 27: This case is about **alleged theft of trade secrets and alleged economic espionage. The government alleges that the defendant, while employed by Google, stole files containing information the government contends are Google's trade secrets related to its artificial intelligence (AI) computing infrastructure, and that in doing so the defendant intended to benefit** ~~a startup company that he founded~~ **himself, two startup companies in China, including one that he founded, and the Chinese government or its instrumentalities.**

3.  Question 28: This trial is scheduled to run from **approximately January 12, 2026,**

**through January 30, 2026** ~~October 10, 2025, through October 23, 2025, then we will be off from October 24 through October 30, then back in trial from October 31 until it finishes approximately November 5, 2025.~~ The Court understands that jury service imposes a burden on jurors but is nonetheless an important civic duty. Is there anything about your health, life circumstances, or upcoming schedule that would make it exceptionally difficult for you to serve as a juror during that time period?

4. Omit Question 29.

5. Question 30: Is there anything about the subject matter of this case, or the points covered in this questionnaire, or anything else, which creates a question in your mind as to whether you can be a fair, objective, and ~~impartial~~ **unbiased** juror in this case?

6. Questionnaire Cover Sheet: The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly ~~and impartially~~ decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court.

Supplemental Questions

1. Have you or has anyone close to you ever worked at Google? If yes, please explain the nature of your / their work.

2. Do you have strong feelings (positive or negative) about Google? If yes, please explain.

3. Have you or has anyone close to you ever worked as a software engineer, computer scientist, computer engineer, or in the field of artificial intelligence? If yes, please explain the nature of your / their work.

4. Do you have strong feelings (positive or negative) about Artificial Intelligence (AI) and/or Machine Learning (ML)? If yes, please explain.

5. Do you have any personal experience working with trade secrets or proprietary

technologies? If yes, please explain.

6. Do you have strong feelings about the protection or theft of intellectual property? If yes, please explain.

7. Do you have strong feelings about theft of U.S. intellectual property by China or Chinese nationals? If yes, please explain.

8. Do you have strong feelings about China or Chinese nationals working in this country? If yes, please explain.

9. If you are a San Francisco resident, which neighborhood do you reside in?

**IT IS SO ORDERED.**

Dated: October 7, 2025

VINCE CHHABRIA
United States District Judge