GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
COLETTE LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWEI DING,<br><br>Defendant. | Case No.  3:24-CR-00141-VC<br><br>**DECLARATION OF GRANT P. FONDO IN SUPPORT OF DEFENDANT LINWEI DING'S STATEMENT OF HIS ASSERTION OF SPEEDY TRIAL ACT RIGHTS** |

## DECLARATION OF GRANT P. FONDO

I, Grant P. Fondo, declare as follows:

1.      I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Linwei Ding ("Mr. Ding") in the above-captioned action (the "Action"). I make this declaration in support of Mr. Ding's Statement of His Assertion of Speedy Trial Act Rights, filed concurrently herewith.

2.      The facts stated in this declaration are true of my own personal knowledge, except as to any matters stated on information and belief, and as to those matters, I am informed and believe them to be true.  If called upon to do so, I could and would competently testify to the matters set forth herein.

3.      On September 23, 2025, the Court held a pretrial conference.  During the conference, the Court noted the impending federal government shutdown on October 1, 2025 as a potential reason to continue the trial.  I stated, on behalf of Mr. Ding,  that he did not agree to continuing the trial beyond a one-week continuance.  The Court ultimately continued the trial date to January 12, 2026, with jury selection to begin on January 7, 2026.  I alerted the Court and the government that he did not intend to agree to any extension of the Speedy Trial Act date.

4.      Counsel for Mr. Ding and the government met and conferred on October 2, 2025, and have established that, based on the disclosed experts' availabilities, the last *Daubert* hearing date would be December 9, 2025.

5.      CJA funds were depleted on or around July 3, 2025 for Fiscal Year 2025.  I was informed that all payments for July 23, 2025 through September 30, 2025 would be deferred.  Accordingly, no CJA disbursements have been made since July, and the defense has been unable to pay experts for work performed since July 23, 2025.  I understand that our defense experts will not be paid for prior or future work at least until the government shutdown ceases, leaving critical expert work during the peak period unfunded.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 7, 2025 in Redwood City, California.

/s/ Grant P. Fondo
GRANT P. FONDO

2