UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

            Plaintiff,

    v.

LINWEI DING,

            Defendant.

Case No.  24-cr-00141-VC-1

**ORDER REGARDING DAUBERT HEARINGS FOR GOOGLE WITNESSES**

At the status conference on October 8, 2025, the government represented that Google witnesses Alireza Ghaffarkhah and Prashant Chandra will: (1) not testify about how competitors may have used the information in the alleged trade secret documents; and (2) only testify as to their personal knowledge of whether information in the alleged trade secret documents was in the public domain. In light of these representations, these witnesses' testimony will be treated as lay testimony and Daubert hearings for these witnesses are no longer required.

        **IT IS SO ORDERED.**

Dated: October 8, 2025

_____

VINCE CHHABRIA
United States District Judge