UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>         Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>         Defendant. | Case No.  24-cr-00141-VC-1<br><br>**ORDER REGARDING SEALING REQUESTS** |

As discussed at the status conference on October 8, 2025, the government is ordered to file a summary of the pending sealing requests in this case, including the government's motion to seal (Dkt. No. 197) and Ding's motions to consider whether materials designated confidential by the government must be sealed (Dkt. Nos. 156, 158, 160, 179). In the summary, the government should revise the currently pending sealing requests to ensure they are as narrow as possible, especially with respect to redactions in motions and other substantive filings. The summary should also include a brief justification for each sealing request and should reference the prior sealing request. The summary is due 21 days from the date of this Order.

For future filings, the parties must follow the process set forth in Civil Local Rule 79-5. Additionally, the parties should meet and confer ahead of the Daubert hearings and the next pretrial conference and try to reach an agreement as to any sealing requests for filings made in anticipation of those proceedings.

**IT IS SO ORDERED.**

Dated: October 10, 2025

_____

VINCE CHHABRIA
United States District Judge