UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>          Defendant. | Case No.  24-cr-00141-VC-1<br><br>**ORDER RE SPEEDY TRIAL ACT**<br><br>Re: Dkt. Nos. 207, 211 |

The government has moved to exclude the opinions of several defense experts, partly on the ground that the defense did not adequately disclose their opinions. The Court ruled that the government's argument about disclosure was correct, but instead of excluding the experts, the Court gave the defense a chance to file supplemental disclosures and then scheduled Daubert hearings. Given the existence of these pending motions, and because the deficient defense disclosures are the reason the motions are pending longer than normal, the defense is wrong that time cannot be excluded while the motions are pending. Time is excluded between September 9, 2025, and at least the dates of the Daubert hearings on these experts. In any event, the Court does not anticipate allowing any further continuances of the trial date.

      **IT IS SO ORDERED.**

Dated: October 16, 2025

_____

VINCE CHHABRIA
United States District Judge