CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    casey.boome@usdoj.gov
    molly.priedeman@usdoj.gov
    roland.chang@usdoj.gov

Attorneys for United States of America

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100 | Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000 | Fax: +1 415 677 9041

Attorneys for Defendant: LINWEI DING

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>LINWEI DING,<br><br>          Defendant. | Case No.  3:24-CR-00141-VC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT LINWEI DING TO FILE SUPPLEMENTAL DISCLOSURES FOR HIS EXPERTS** |

STIPULATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL EXPERT DISCLOSURES
CASE NO. 3:24-CR-00141-VC

Pursuant to Criminal Local Rule 47-4, the United State of America (the "United States") and Defendant Linwei Ding ("Mr. Ding"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Mr. Ding served expert disclosures to the United States on August 26, 2025 pursuant to Fed. R. of Crim. P. 16(d);

WHEREAS, on September 23, 2025, the Court ordered that Mr. Ding file supplemental expert disclosures by October 24, 2025 (Dkt. 201);

WHEREAS, Mr. Ding requires additional time to complete the disclosures.

WHEREAS, counsel for Mr. Ding requested—and the United States agreed to—a one-week extension of Mr. Ding's deadline to file his supplemental expert disclosures;

WHEREAS, the Parties previously stipulated to—and the Court granted—the extension of prior deadlines, including by granting Stipulations to Set and Modify Pretrial Schedule (Dkts. 114, 128), a Stipulation to Modify Motion to Suppress Briefing Schedule (Dkt. 85), a Stipulation to Modify Hearing Date (Dkt. 73), and a Stipulation Regarding Motion for a Bill of Particulars (Dkt. 72);

WHEREAS, the proposed extension will not have any effect on any other court-ordered deadline or event, except the government's disclosure of its rebuttal expert testimony, which should also be extended by one week;

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court order that: Mr. Ding shall be permitted to file his supplemental expert disclosures by Friday, October 31, 2025, and the government's rebuttal disclosures shall be due on November 14, 2025.

1

STIPULATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL EXPERT DISCLOSURES
CASE NO. 3:24-CR-00141-VC

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 20, 2025

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

By: /s/      *Casey Boome*
CASEY BOOME (NYBN 5101845)
*Casey.boom@usdoj.gov*
MOLLY PRIEDEMAN (CABN 302096)
*Molly.priedeman@usdoj.gov*
ROLAND CHANG (CABN 271511)
*Roland.chang@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**

Attorneys for UNITED STATES OF AMERICA

Dated: October 20, 2025

By: /s/      *David Rapp-Kirshner*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**

LORA J. KRSULICH (SBN 315399)
*LKrsulich@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500 | Fax: +1 213 623 1673

Attorneys for Defendant: LINWEI DING

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:    October 22              , 2025        _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

3