CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    casey.boome@usdoj.gov
    molly.priedeman@usdoj.gov
    roland.chang@usdoj.gov

Attorneys for United States of America

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100 | Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000 | Fax: +1 415 677 9041

Attorneys for Defendant: LINWEI DING

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>        Defendant. | Case No.  3:24-CR-00141-VC<br><br>**STIPULATION RE BRIEFING SCHEDULE FOR ADMINISTRATIVE MOTIONS TO SEAL** |

Pursuant to Criminal Local Rule 47-4, the United States of America (the "United States") and Defendant Linwei Ding ("Mr. Ding"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, between September 10 and 17, 2025, Mr. Ding filed several Administrative Motions to Consider Whether Another Party's Materials Should Be Sealed (Dkts. 156, 158, 160, 179);

WHEREAS, on September 22, 2025, the United States filed an Administrative Motion to Seal (Dkt. 197);

WHEREAS, on October 10, 2025, the Court ordered the United States to summarize and narrow the pending sealing requests (Dkt. 210);

WHEREAS, on October 31, 2025, Mr. Ding filed an additional Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (Dkt. 216);

WHEREAS, on November 3, 2025, the United States filed an Administrative Motion to File Under Seal (Dkt. 218), which included a summary of pending sealing requests;

WHEREAS, the parties agree that the pending and anticipated sealing motions raise overlapping questions, particularly regarding whether documents the United States has identified as alleged trade secrets must remain under seal in their entirety, and that coordinated briefing on this issue will allow the Court to resolve the overlapping sealing requests efficiently and consistently;

WHEREAS, the parties further request that the Court set the pending administrative motions for hearing at a date convenient to the Court. The parties propose the morning of December 8, 2025;

WHEREAS, the Court ordered that Mr. Ding supplement his expert disclosures by October 31, 2025 (Dkt. 214);

WHEREAS, the government's rebuttal disclosure deadline is November 14, 2025;

WHEREAS, counsel for the United States has requested a one-week extension of the deadline to file its supplemental disclosures, and counsel for Mr. Ding has agreed; and

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court order the following modifications to the aforementioned schedule:

1

STIPULATION RE BRIEFING SCHEDULE FOR ADMINISTRATIVE MOTIONS
CASE NO. 3:24-CR-00141-VC

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for the United States' Administrative Motion to Seal in response to Dkt. 216 | November 7, 2025 | November 19, 2025 |
| Deadline for Mr. Ding's Omnibus Opposition to the United States' Administrative Motions to Seal | November 7, 2025 | November 26, 2025 |
| Hearing on Administrative Motions to Seal | Not scheduled | December 8, 2025 at 10:00 a.m. |
| Government's Rebuttal Disclosures | November 14, 2025 | November 21, 2025 |

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 5, 2025

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

By: */s/ Roland Chang*
CASEY BOOME (NYBN 5101845)
*Casey.boome@usdoj.gov*
MOLLY PRIEDEMAN (CABN 302096)
*Molly.priedeman@usdoj.gov*
ROLAND CHANG (CABN 271511)
*Roland.chang@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**

Attorneys for UNITED STATES OF AMERICA

Dated: November 5, 2025

By: */s/ David Rapp-Kirshner*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*

2

STIPULATION RE BRIEFING SCHEDULE FOR ADMINISTRATIVE MOTIONS
CASE NO. 3:24-CR-00141-VC

COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**

LORA J. KRSULICH (SBN 315399)
*LKrsulich@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500 | Fax: +1 213 623 1673

Attorneys for Defendant: LINWEI DING

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2025   _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

3

STIPULATION RE BRIEFING SCHEDULE FOR ADMINISTRATIVE MOTIONS
CASE NO. 3:24-CR-00141-VC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **November 5, 2025**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **November 5, 2025**.

/s/ *David Rapp-Kirshner*
DAVID RAPP-KIRSHNER

1