CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6627
casey.boome@usdoj.gov
molly.priedeman@usdoj.gov
roland.chang@usdoj.gov

Attorneys for United States of America

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100 | Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000 | Fax: +1 415 677 9041

Attorneys for Defendant: LINWEI DING

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>LINWEI DING,<br><br>       Defendant. | Case No.  3:24-CR-00141-VC<br><br>**JOINT STIPULATION TO SET DEADLINES FOR ADDITIONAL PRETRIAL MOTIONS** |

On September 23, 2025, the parties in the above-captioned matter appeared before the Court for a pretrial conference. Dkt. 201. At that pretrial conference, the Court continued the trial date from October 14, 2025, to January 12, 2026, and set a second pretrial conference for December 17, 2025. *Id.* The Court ordered the parties to file a joint statement identifying any further issues that require the Court's adjudication and their respective positions on them no later than December 5, 2025. *Id.*

In light of the foregoing, the parties now agree and stipulate to the following supplemental pretrial briefing schedule:

| Event | Date |
| --- | --- |
| Deadline for United States to file Supplemental Motion to Exclude Defense Expert Isaac Pflaum | November 20, 2025 |
| Deadline for Defendant to file Opposition to Supplemental Motion to Exclude Defense Expert Isaac Pflaum | November 28, 2025 |
| Additional Motions in *Limine* | December 3, 2025 (14 days before pretrial conference) |
| Oppositions to Motions in *Limine* | December 10, 2025 (7 days before pretrial conference) |

**IT IS SO STIPULATED.**

JOINT STIPULATION TO SET ADDITIONAL PRETRIAL DEADLINES
CASE NO. 3:24-CR-00141-VC

Respectfully submitted,

Dated:  November 21, 2025

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

By: /s/ *Molly Priedeman*
CASEY BOOME (NYBN 5101845)
*Casey.boom@usdoj.gov*
MOLLY PRIEDEMAN (CABN 302096)
*Molly.priedeman@usdoj.gov*
ROLAND CHANG (CABN 271511)
*Roland.chang@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**

Attorneys for UNITED STATES OF AMERICA

Dated:  November 21, 2025

By: /s/ *Lora J. Krsulich*
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*

COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000 | Fax: +1 415 677 9041

LORA J. KRSULICH (SBN 315399)
*LKrsulich@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500 | Fax: +1 213 623 1673

Attorneys for Defendant: LINWEI DING

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____, 2025        _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

4

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **November 21, 2025**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **November 21, 2025**.

/s/ *Lora J. Krsulich*
LORA J. KRSULICH

5

JOINT STIPULATION TO SET ADDITIONAL PRETRIAL DEADLINES
CASE NO. 3:24-CR-00141-VC

## **ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I obtained the concurrences in the filing of this document from the signatories indicated by the conformed signatures (/s/).

/s/ *Lora J. Krsulich*
LORA J. KRSULICH

JOINT STIPULATION TO SET ADDITIONAL PRETRIAL DEADLINES
CASE NO. 3:24-CR-00141-VC