UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>      v.<br><br>LINWEI DING,<br><br>            Defendant. | Case No.  24-cr-00141-VC-1<br><br>**ORDER RE DAUBERT HEARINGS** |

At tomorrow's Daubert hearing, direct examination may not exceed 90 minutes. The government should also assume that cross-examination will be limited to 90 minutes. The defense will receive adequate time on redirect to address any issue about which the Court has concerns. The Court is strongly inclined to reject the government's argument that Pflaum is unqualified to offer an opinion on these topics (except perhaps for the part about "industry norms regarding what information engineers typically collect"), so the defense may wish to save any discussion of Pflaum's qualifications for redirect. The parties can assume that the Court will have read the Daubert briefs, Pflaum's disclosures, and the briefs regarding trade secret compilations. But the parties should also be aware that the Court is no Bill Alsup when it comes to understanding this technology.

The time limits for direct examination on Monday and Tuesday will likely be shorter but the Court will inform the parties of the specific time limits at the hearing on December 5.

**IT IS SO ORDERED.**

Dated: December 4, 2025

VINCE CHHABRIA
United States District Judge