UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

   v.

LINWEI DING,

        Defendant.

Case No.  24-cr-00141-VC-1

**ORDER RE SEALING REQUESTS**

The Court will hear argument on all the pending sealing requests at the pretrial conference on December 17. The government should include any additional sealing requests, including any sealing associated with Ding's Motion in Limine 21, in an updated summary chart, similar to what it has provided at Dkt. No. 241-2. The updated sealing request is due by December 10. Ding's opposition to the updated sealing request is due by December 12.

**IT IS SO ORDERED.**

Dated: December 4, 2025

VINCE CHHABRIA
United States District Judge