GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NICHOLAS C. WILEY (SBN 351161)
*NWiley@goodwinlaw.com*
COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-CR-00141-VC |
| Plaintiff, | **DEFENDANT LINWEI DING'S AMENDED WITNESS LIST** |
| v. | |
| LINWEI DING, | |
| Defendant. | |

Pursuant to the agreement set forth in the parties' Joint Pretrial Statement (ECF 269), Defendant Linwei Ding ("Mr. Ding") hereby submits the following amended list of witnesses he anticipates he may call at trial.

Mr. Ding has a constitutional right not to disclose any witness that he may call to rebut any portion of the evidence that the government may present in its case, and the failure to disclose any such witness in this filing is not a waiver of Mr. Ding's rights to call such witnesses and present their testimony. U.S. Const. amend. V & VI. Mr. Ding furthermore reserves the right to call any witness noticed by the government in its witness list.

Mr. Ding reserves his constitutional right to testify at trial in his own defense. Mr. Ding may also seek to and reserves the right to supplement or modify this list before trial as his trial preparations continue and to call additional witnesses at trial as may be necessary. In the event such a decision is made, Mr. Ding shall inform the Court and prosecution of any such changes to this list.

Without waiving the foregoing legal arguments, Mr. Ding hereby submits the following list of witnesses who he anticipates he may call at trial:

1. Shruti Arora
2. Prashant Chandra
3. Yihua Ding
4. Odette Du
5. Mark Eskridge
6. Hany Farag
7. Brad Fuller
8. Yang Gao
9. Alireza Ghaffarkhah
10. Mingfeng Gong
11. Maya Haridasan
12. Smeeta Jalan

13. Norman Jouppi

14. Mazy Ma

15. Michael Maffei

16. Aaron Abood

17. Neil Martin

18. Isaac Pflaum

19. James Pooley

20. Jarek Przbylowicz

21. Kamran Shafiei

22. Wei Shen

23. Matt Sparks

24. Andy Swing

25. Mukarram Tariq

26. Kexin Yang

27. Xiao Zhang

28. Yanrui Zhang

29. Jiafan Zhu

30. In the absence of stipulations, Mr. Ding anticipates calling records custodian(s) for Google, LLC; NVIDIA Corporation; Dell USA GP L.L.C.; Advanced Micro Devices, Inc.; and Super Micro Computer, Inc.

31. Mr. Ding reserves the right to call all persons listed as inventors on the patents listed on the defense exhibit list.

32. Mr. Ding reserves the right to call all persons listed as authors on the publications listed on the defense exhibit list.

Dated: December 23, 2025                    Respectfully submitted,

                                                    GOODWIN PROCTER LLP

2

DEFENDANT LINWEI DING'S AMENDED WITNESS LIST
Case No. 3:24-CR-00141-VC

By: /s/      Lora J. Krsulich
GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
NICHOLAS C. WILEY (SBN 351161)
*NWiley@goodwinlaw.com*
COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**

LORA J. KRSULICH (SBN 315399)
*LKrsulich@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
LINWEI DING

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **December 23, 2025**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **December 23, 2025**.

*/s/ Lora J. Krsulich*
Lora J. Krsulich