UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

              Plaintiff,

       v.

LINWEI DING,

              Defendant.

Case No.  24-cr-00141-VC-1

**ORDER REGARDING PENDING MOTIONS TO SEAL**

Re: Dkt. Nos. 228, 236, 241, 244, 251

The government's pending sealing requests, as summarized at Dkt. No. 241-2, are granted, with the exception of the proposed redactions to the Sanchez Expert Report, the Sanchez Rebuttal Report, and the Pflaum Supplemental Report.[1] Although the government has considerably narrowed its sealing requests as to the expert reports, several redactions—especially those applying to discussions of publicly available patents or high-level descriptions of the contents of the alleged trade secret documents—still appear to be overbroad and lack sufficient justification.

The government should file a new motion with respect to the expert reports, with further narrowed redactions, and justification for why the specific portions it seeks to redact should be

---

[1] Since the government filed its updated omnibus request to seal, Ding filed an amended version of the Pflaum Supplemental Report. *See* Dkt. Nos. 251, 252. Any proposed redactions requested by the government as to the Pflaum Supplemental Report will be deemed to be requested as to the corresponding paragraphs in the Amended Pflaum Supplemental Report as well. The amended report includes one new paragraph (paragraph 196), which the government does not seek to seal. *See* Dkt. No. 267.

2

maintained under seal. The motion is due on January 6, 2026. The government may include its justification in support of Ding's recently filed motion to consider whether another party's materials should be sealed (Dkt. Nos. 277, 278) in the same motion.

**IT IS SO ORDERED.**

Dated: December 26, 2025

VINCE CHHABRIA
United States District Judge