UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>        Defendant. | Case No.  24-cr-00141-VC-1<br><br>**ORDER REGARDING EXCUSAL HEARING** |

The Court is tentatively inclined to excuse for hardship Juror Nos. 1, 4, 6, 8, 12, 13, 15, 17, 20, 21, 22, 23, 24, 26, 27, 28, 35, 38, 46, 47, 50, 52, 56, 57, 59, 64, 65, 69, 81, 83, 84, 88, 91, 92, 93, 94, 95, 98, 100, and 114. The Court is also inclined to postpone jury service for Juror Nos. 53, 58, 68, 73, 74, 101, 102, and 106 in light of hardships that prevent those jurors from serving on the jury in this case.

The Court is inclined to excuse Juror Nos. 2, 14, 82, 103, 105, and 107 for cause.

At tomorrow's hearing, the parties should be prepared to state any objections to the Court's tentative rulings, and to bring up any other jurors they believe should be excused on the papers alone. Additionally, the Court would like to discuss with the parties whether the jury office should call Juror Nos. 55, 89, and 96 to obtain further information about their listed hardships and whether it would be feasible for them to serve on the jury.

    **IT IS SO ORDERED.**

Dated: January 5, 2026

_____
VINCE CHHABRIA
United States District Judge