UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>       Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>       Defendant. | Case No.  24-cr-00141-VC-1<br><br>**ORDER REGARDING PENDING ADMISSIBILITY DISPUTES ABOUT DOCUMENTS FROM DING'S DEVICES** |

Exhibit 1002 is admissible as an adoptive admission. Exhibit 1029 is admissible because it is offered for a non-hearsay purpose at both levels and because, while it is prejudicial to Ding, it is not unfairly so. Exhibit 1177 is admissible because it is offered for a non-hearsay purpose.

**IT IS SO ORDERED.**

Dated: January 11, 2026

_____

VINCE CHHABRIA
United States District Judge