**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CRIMINAL JURY TRIAL MINUTES**</u>

| **Date:** January 12, 2026 | **Time:** 4 hours, 36 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 24-cr-00141-VC-1 | **Case Name:** USA  v.  Ding | |

**Attorney for Government:** Molly Priedeman, Roland Chang, Casey Boome
**Attorney for Defendant:** Rachel Walsh, Grant Fondo, David Rapp-Kirshner, Colette Lowry, Lora Krsulich, Farzad Feyzi, Darryl Woo

 **Deputy Clerk:** Bhavna Sharma                **Court Reporter:** Ana Dub

**Voir Dire: January 7, 2026**

**Trial Began: January 12, 2026**

**Further Trial: January 13, 2026**

<u>**PROCEEDINGS:**</u>

Jury Trial - Day 1

Witnesses: Mark Lohmeyer, Heather Adkins.

Exhibits: 305, 296, 308, 286, 282, 5193, 5402, 8000, 875, 824, 800, 756, 799, 801, 891.