## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 24-cr-00141-VC-1
Case Name: USA v. Ding

### TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 1

| JUDGE: | GOVERNMENT ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Molly Priedeman, Roland Chang, Casey Boome | Rachel Walsh, Grant Fondo, David Rapp-Kirshner, Colette Lowry, Lora Krsulich, Farzad Feyzi, Darryl Woo |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| January 12, 2026 | Ana Dub | Bhavna Sharma |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 9:04AM | | | Court in session. Discussion held with parties outside the presence of the jury. Defense's motion for mistrial to be included with post-trial motions. Discussion held re demonstratives for opening statements. Court overruled government's objections as stated on the record. Parties allotted 45 minutes each for opening statements. Discussion held re sealing. | |
| | 9:11AM | | | Court in recess. | |
| | 9:40AM | | | Court in session. All parties and jurors present. Court read preliminary instructions to jurors. | |
| | 9:55AM | | | Opening statement given by Mr. Boome on behalf of the government. | |
| | 10:52AM | | | Opening statement by Mr. Boome concluded. Court addressed the jurors. | |
| | 10:53AM | | | Jurors excused for break. | |
| | 10:54AM | | | Court in recess. | |
| | 11:09AM | | | Court reconvened. All parties and jurors present. Opening statement given by Ms. Krsulich on behalf of the defense. | |
| | 11:45AM | | | Opening statements concluded. | |
| | 11:46AM | | | Witness, **Mark Lohmeyer**, called to the stand and sworn for testimony. Direct examination conducted by Ms. Priedeman on behalf of the government. | |
| | 11:59AM | X | X | Demonstrative 1 shown. | |
| 305 | | X | X | Picture of TPU Chip. | |
| 296 | | X | X | Picture of TPU Tray. | |
| 308 | | X | X | Picture of TPU Rack. | |

1

| | | | | | |
|---|---|---|---|---|---|
| 286 | | X | X | Picture of TPU Pod. | |
| 282 | | X | X | Picture of Google Data Center. | |
| | 12:39PM | | | Jurors excused for lunch. | |
| | 12:30PM | | | Court in recess. | |
| | 1:21PM | | | Court reconvened. Continued direct examination. | |
| | 1:25PM | | | Cross-examination conducted by Ms. Krsulich on behalf of the defense. | |
| 5193 | | X | X | Expanding our AI-optimized infrastructure portfolio: Introducing Cloud TPU v5e and announcing A3 GA. | |
| 5402 | | X | X | Enabling next-generation AI workloads: Announcing TPU v5p and AI Hypercomputer. | |
| | 1:48PM | | | Cross-examination concluded. Re-direct by Ms. Priedeman. | |
| | 1:51PM | | | Re-cross conducted by Ms. Krsulich. | |
| 8000 | | X | X | Screenshot of Vimeo video. | |
| | 1:52PM | | | Re-cross concluded. Witness thanked and excused. | |
| | 1:53PM | | | Witness, **Heather Adkins**, called to the stand and sworn for testimony. Direct examination conducted by Mr. Chang on behalf of the government. | |
| | 2:13PM | | | Court in recess. | |
| | 2:25PM | | | Court reconvened. Continued direct examination. | |
| 875 | | X | X | (November 2020) Data Classification and Handling FAQs - Security Policies. | |
| 824 | | X | X | Data Classification and Handling FAQs - Security Policies (version 10102022). | |
| 800 | | X | X | (ver_3_23_20)Data Security Policy - Security Policies. | |
| 756 | | X | X | Data Security Policy. | |
| 799 | | X | X | (ver 3_23_20) Data Classification Guidelines - Security Policies. | |
| 801 | | X | X | (ver 11_1_2023) HIP Reference _Data Categorization Guidelines – Policies. | |
| 891 | | X | X | MSCA 2019-06-17. | |
| | | | | Google Source Documents Related to Alleged Trade Secret Files. | |
| | 3:13PM | | | Demonstrative 2 shown. | |
| | 3:17PM | | | Court addressed jurors and excused them for the day. Discussion held with parties outside the presence of the jury. | |
| | 3:27PM | | | Court in recess until 1/13/2026 at 9:00AM. | |

2