GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
**GOODWIN PROCTER** LLP
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
NICHOLAS C. WILEY (SBN 351161)
*NWiley@goodwinlaw.com*
COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER** LLP
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING

[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LINWEI DING,<br><br>        Defendant. | Case No.  3:24-CR-00141-VC<br><br>**DEFENDANT LINWEI DING'S SECOND AMENDED EXHIBIT LIST** |

Defendant Linwei Ding ("Mr. Ding") hereby submits as **Exhibit A** the second amended list of exhibits for use at trial.

Mr. Ding has a constitutional right not to list in this exhibit list and disclose in advance of trial any potential exhibit that he may use on cross or to rebut any portion of the evidence that the government may present in its case, and the failure to identify any such exhibit in this filing is not a waiver of Mr. Ding's rights to use such an exhibit. U.S. Const. amend. V & VI. Mr. Ding reserves the right to supplement or otherwise amend this Exhibit List to introduce other exhibits not listed here if such additional exhibits appear relevant to the issues raised prior to and/or during trial. Mr. Ding furthermore reserves the right to use any exhibit on the government's exhibit list.

Dated: January 13, 2026

Respectfully submitted,

GOODWIN PROCTER LLP

By: /s/      Lora J. Krsulich
GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
DARRYL M. WOO (SBN 100513)
DWoo@goodwinlaw.com
RACHEL M. WALSH (SBN 250568)
RWalsh@goodwinlaw.com
JESSICA HUANG FUZELLIER (SBN 315208)
JHFuzellier@goodwinlaw.com
FARZAD FEYZI (SBN 343538)
FFeyzi@goodwinlaw.com
DAVID RAPP-KIRSHNER (SBN 344494)
DRappKirshner@goodwinlaw.com
NIRAV BHARDWAJ (SBN 350829)
NBhardwaj@goodwinlaw.com
NICHOLAS C. WILEY (SBN 351161)
NWiley@goodwinlaw.com
COLETTE A. LOWRY (SBN 359889)
CLowry@goodwinlaw.com
**GOODWIN PROCTER LLP**

LORA J. KRSULICH (SBN 315399)
LKrsulich@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
LINWEI DING

DEFENDANT LINWEI DING'S SECOND AMENDED EXHIBIT LIST
Case No. 3:24-CR-00141-VC

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **January 13, 2026**. I further certify that all participants in the case are registered CM/ ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **January 13, 2026**.

/s/ Lora J. Krsulich
Lora J. Krsulich

DEFENDANT LINWEI DING'S SECOND AMENDED EXHIBIT LIST
Case No. 3:24-CR-00141-VC

3