UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 24-cr-00141-VC-1
Case Name: USA v. Ding

## TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 4

| JUDGE: | GOVERNMENT ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Molly Priedeman, Roland Chang, Casey Boome | Rachel Walsh, Grant Fondo, David Rapp-Kirshner, Colette Lowry, Lora Krsulich, Farzad Feyzi, Darryl Woo |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| January 15, 2026 | Ana Dub | Bhavna Sharma |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 9:07AM | | | Court in session. Discussion held with parties outside the presence of the jury. Juror #2 excused for the reasons as stated on the record. | |
| | 9:25AM | | | Court in recess. | |
| | 9:48AM | | | Court reconvened. All parties and jury present. Continued direct examination of **Ms. Valladeo** conducted by Mr. Boome. | |
| 463 – 567 | | X | X | Trade Secret Documents - Note Version. | |
| 777 | | X | X | Summary Exhibit Placeholder. | |
| 1154 | | X | X | Translated Document 154. | |
| 1127 | | X | X | Translated Document 127. | |
| 780 | | X | X | Summary Exhibit Placeholder. | |
| 1029 | | X | X | Translated Document 29. | |
| 1009 | | X | X | Translated Document 9. | |
| 1010 | | X | X | Translated Document 10. | |
| 1011 | | X | X | Translated Document 11. | |
| 1014 | | X | X | Translated Document 14. | |
| 1013 | | X | X | Translated Document 13. | |
| 1176 | | X | X | Translated Document 176. | |
| 1170 | | X | X | Translated Document 170. | |
| 1175S | | X | X | Source Document 175. | |
| 1175 | | X | X | Translated Document 175. | |
| 869 | | X | X | 20230820-Re_Reference check meeting request for Ding Linwei-1. | |
| 1149 | | X | X | Translated Document 149. | |

| | | | | | |
|---|---|---|---|---|---|
| 1051 | | X | X | Translated Document 51. | |
| 1001 | | X | X | Translated Document 1. | |
| | 10:32AM | | | Court addressed jurors. | |
| 1001S | | X | X | Source Document 1. | |
| 1189 | | X | X | Translated Document 189. | |
| 1189S | | X | X | Source Document 189. | |
| 1190 | | X | X | Translated Document 190. | |
| 1190S | | X | X | Source Document 190. | |
| 1191 | | X | X | Translated Document 191. | |
| 1191S | | X | X | Source Document 191. | |
| 1192 | | X | X | Translated Document 192. | |
| 1192S | | X | X | Source Document 192. | |
| 1184 | | X | X | Translated Document 184. | |
| 1184S | | X | X | Source Document 184. | |
| 1185 | | X | X | Translated Document 185. | |
| 1185S | | X | X | Source Document 185. | |
| 1187 | | X | X | Translated Document 187. | |
| 1187S | | X | X | Source Document 187. | |
| 1188 | | X | X | Translated Document 188. | |
| 1188S | | X | X | Source Document 188. | |
| 1186 | | X | X | Translated Document 186. | |
| 1186S | | X | X | Source Document 186. | |
| 1004S | | X | X | Source Document 4. | |
| 1004 | | X | X | Translated Document 4. | |
| 1135 | | X | X | Translated Document 135. | |
| 1125 | | X | X | Translated Document 125. | |
| 1158 | | X | X | Translated Document 58. | |
| | 10:58AM | | | Court in recess. | |
| | 11:15AM | | | Court reconvened. Continued direct examination conducted by Mr. Boome. | |
| 334 | | X | X | Photo - Miracle Plus. | |
| 340 | | X | X | Photo - Miracle Plus. | |
| 341 | | X | X | Photo - Miracle Plus. | |
| 342 | | X | X | Photo - Miracle Plus. | |
| 346 | | X | X | Photo - Miracle Plus. | |
| 347 | | X | X | Photo - Miracle Plus. | |
| 348 | | X | X | Photo - Miracle Plus. | |
| 1156 | | X | X | Translated Document 156. | |

| | | | | | |
|---|---|---|---|---|---|
| 1136 | | X | X | Translated Document 136. | |
| 353 | | X | X | Zhisuan CMS Platform Pitch Document – 3. | |
| 1038 | | X | X | Translated Document 38 (Pages 41 – 42). | |
| 1077 | | X | X | Translated Document 77. | |
| 1078 | | X | X | Translated Document 78. | |
| 1079 | | X | X | Translated Document 79. | |
| 1080 | | X | X | Translated Document 80. | |
| 1081 | | X | X | Translated Document 81. | |
| 1082 | | X | X | Translated Document 82. | |
| 1128 | | X | X | Translated Document 128. | |
| 1143 | | X | X | Translated Document 143. | |
| 1034 | | X | X | Translated Document 34. | |
| 1178 | | X | X | Translated Document 178 (Pages 1, 33, 35). | |
| 1018 | | X | X | Translated Document 18. | |
| 336 | | X | X | Photo - Meeting with Qi and Dep. Mayor. | |
| 1150 | | X | X | Translated Document 150. | |
| 1052 | | X | X | Translated Document 52. | |
| 1002 | | X | X | Translated Document 2. | |
| 1003 | | X | X | Translated Document 3. | |
| 1160 | | X | X | Translated Document 160. | |
| 1026 | | X | X | Translated Document 26. | |
| 1026S | | X | X | Source Document 26. | |
| | 12:12PM | | | Demonstrative 9 shown. | |
| 774 | | X | X | Summary Exhibit Placeholder. | |
| 656 | | X | X | Apple Note with Google Information. | |
| 674 | | X | X | Apple Note with Google Information. | |
| | 12:20PM | | | Court addressed jurors. | |
| | 12:21PM | | | Jurors excused for lunch. | |
| | 12:22PM | | | Court in recess. | |
| | 1:10PM | | | Court reconvened. Discussion held with parties outside the presence of the jury. | |
| | 1:16PM | | | Jury present. Cross-examination conducted by Mr. Fondo on behalf of the defense. | |
| | 1:24PM | | | Demonstrative 9 shown. | |
| 6005 | | X | X | Qi Lu Profile. | |
| 1124 | | X | X | Translated Document 124 (Pages 51 – 56). | |
| 1068 | | X | X | Translated Document 68. | |
| | 2:06PM | | | Court in recess. | |

3

|  | 2:21PM |  |  | Court reconvened. Continued cross-examination conducted by Mr. Fondo. |  |
| --- | --- | --- | --- | --- | --- |
| 322 |  | X |  | TECS - Ding Travel Records. |  |
| 1169 |  | X | X | Translated Document 169. |  |
| 7090 |  | X |  | FBI Interview. |  |
|  | 2:46PM |  |  | Re-direct conducted by Mr. Boome. |  |
| 1035 |  | X |  | Translated Document 35. |  |
|  | 2:58PM |  |  | Re-cross conducted by Mr. Fondo. |  |
|  | 3:00PM |  |  | Re-cross concluded. Witness thanked and excused. Discussion held with parties outside the presence of the jury. |  |
|  | 3:02PM |  |  | Court in recess until 1/16/2026 at 9:00AM. |  |