UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA.,

Plaintiff,

v.

LINWEI DING,

Defendant.

Case No.  24-cr-00141-VC-1

I have reviewed the exhibits which will be submitted to the jury and confirm that they represent only those exhibits admitted into evidence during the course of the trial.

Dated: January 28, 2026

_____

Attorney for Plaintiff

_____

Attorney for Defendant