# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL JURY TRIAL MINUTES

| **Date:** January 29, 2026 | **Time:** 11 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.:** 24-cr-00141-VC-1 | **Case Name:** USA v. Ding | |

**Attorney for Government:** Molly Priedeman, Roland Chang, Casey Boome
**Attorney for Defendant:** Rachel Walsh, Grant Fondo, David Rapp-Kirshner, Colette Lowry, Lora Krsulich, Farzad Feyzi, Darryl Woo

**Deputy Clerk:** Bhavna Sharma           **Court Reporter:** Ana Dub

**Voir Dire: January 7, 2026**

**Trial Began: January 12, 2026**

## PROCEEDINGS:

Jury Trial - Day 12.