UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 24-cr-00141-VC-1
Case Name: USA v. Ding

**TRIAL SHEET, EXHIBIT and WITNESS LIST - TRIAL DAY 12**

| JUDGE: | GOVERNMENT ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Molly Priedeman, Roland Chang, Casey Boome | Rachel Walsh, Grant Fondo, David Rapp-Kirshner, Colette Lowry, Lora Krsulich, Farzad Feyzi, Darryl Woo |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| January 29, 2026 | Ana Dub | Bhavna Sharma |

| TRIAL EX. NO. | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
| | 9:30AM | | | Deliberations resumed. | |
| | 10:06AM | | | Jury note #1 received. | |
| | 10:31AM | | | Court in session. All parties and jury present. Foreperson confirmed that a unanimous verdict has been reached and handed the verdict to the Court. | |
| | 10:33AM | | | Verdict read into the record. | |
| | 10:36AM | | | Jury polled. | |
| | 10:37AM | | | Court addressed jury. | |
| | 10:39AM | | | Jury discharged. Defendant to remain on release pending sentencing. Status conference scheduled for 2/3/2026 at 2:00PM in Courtroom 4th floor. | |
| | 10:42AM | | | Court adjourned. | |