UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE: Vince Chhabria

Case No 3:24-cr-00141-VC

CASE NAME: USA v. Ding

## NOTE FROM THE JURY

Note No. __1__

Date __29 Jan 2026__

Time __10:06__

1. (The Jury has reached a unanimous verdict ( ))

   or

2. The Jury has the following question:

_____

_____

_____

__Marita Nickison__
Foreperson of the Jury