**Pages 1 - 18**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,           )
                                )
    VS.                         )   **NO. 3:24-CR-00141-VC**
                                )
LINWEI DING, a.k.a. LEON DING,  )
                                )
            Defendant.          )
_____)

San Francisco, California

**MASTER INDEX OF JURY TRIAL PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:
                        CRAIG H. MISSAKIAN
                        UNITED STATES ATTORNEY
                        450 Golden Gate Avenue, Box 36055
                        San Francisco, California 94102-3495
                    BY: **CASEY E. BOOME, ASSISTANT U.S. ATTORNEY**
                        **ROLAND CHANG, ASSISTANT U.S. ATTORNEY**

                        CRAIG H. MISSAKIAN
                        UNITED STATES ATTORNEY
                        1301 Clay Street, Suite 340S
                        Oakland, California 94612-5217
                    BY: **MOLLY K. PRIEDEMAN**
                        **ASSISTANT U.S. ATTORNEY**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

**APPEARANCES**:  (CONTINUED)

For Defendant:

GOODWIN PROCTER LLP
525 Market Street
San Francisco, California 94105
BY:  **DARRYL M. WOO, ATTORNEY AT LAW**
**DAVID P. RAPP-KIRSHNER, ATTORNEY AT LAW**
**RACHEL M. WALSH, ATTORNEY AT LAW**
**COLETTE A. LOWRY, ATTORNEY AT LAW**
**NICHOLAS C. WILEY, ATTORNEY AT LAW**

GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, California 94063
BY:  **GRANT P. FONDO, ATTORNEY AT LAW**
**FARZAD "FRED" FEYZI, ATTORNEY AT LAW**

GOODWIN PROCTER LLP
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
BY:  **LORA J. KRSULICH, ATTORNEY AT LAW**

Also Present:        **Andrea Valladao, Federal Bureau of**
**Investigation**
**Veronica Hernandez, Paralegal**
**John Jay, Trial Technician**

**M A S T E R   I N D E X**

Monday, January 12, 2026 - Volume 1

Tuesday, January 13, 2026 - Volume 2

Wednesday, January 14, 2026 - Volume 3

Thursday, January 15, 2026 - Volume 4

Friday, January 16, 2026 - Volume 5

Tuesday, January 20, 2026 - Volume 6

Wednesday, January 21, 2026 - Volume 7

Thursday, January 22, 2026 - Volume 8

Monday, January 26, 2026 - Volume 9

Tuesday, January 27, 2026 - Volume 10

Wednesday, January 28, 2026 - Volume 11

Thursday, January 29, 2026 - Volume 12

**SEALED PROCEEDINGS**

Sealed Proceedings, Volume 6, pages 1237 through 1252
Sealed Proceedings, Volume 7, pages 1270 through 1273
Sealed Proceedings, Volume 7, pages 1282 through 1338
Sealed Proceedings, Volume 8, pages 1487 through 1522
Sealed Proceedings, Volume 9, page 1745
Sealed Proceedings, Volume 10, pages 1911 through 1962
Sealed Proceedings, Volume 10, pages 1994 through 2001

**M A S T E R   I N D E X**

| PROCEEDINGS | PAGE | VOL. |
|---|---|---|
| Preliminary Jury Instructions | 12 | 1 |
| Opening Statement by Mr. Boome | 22 | 1 |
| Opening Statement by Ms. Krsulich | 58 | 1 |
| Government Rests | 1783 | 9 |
| Charging Conference | 1805 | 9 |
| Defense Rests | 2015 | 10 |
| Further Charging Conference | 2027 | 10 |
| Jury Instructions | 2092 | 11 |
| Closing Argument by Ms. Priedeman | 2110 | 11 |
| Closing Argument by Mr. Fondo | 2159 | 11 |
| Rebuttal Argument by Mr. Boome | 2211 | 11 |
| Verdict | 2028 | 12 |

| GOVERNMENT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **LOHMEYER, MARK SEBASTIAN** | | |
| (SWORN) | 78 | 1 |
| Direct Examination by Ms. Priedeman | 78 | 1 |
| Cross-Examination by Ms. Krsulich | 116 | 1 |
| Redirect Examination by Ms. Priedeman | 134 | 1 |
| Recross-Examination by Ms. Krsulich | 137 | 1 |
| **ADKINS, HEATHER LYNN** | | |
| (SWORN) | 138 | 1 |
| Direct Examination by Mr. Chang | 139 | 1 |
| **ADKINS, HEATHER LYNN (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 210 | 2 |
| Direct Examination resumed by Mr. Chang | 210 | 2 |
| Cross-Examination by Ms. Krsulich | 238 | 2 |
| Redirect Examination by Mr. Chang | 278 | 2 |
| Recross-Examination by Ms. Krsulich | 287 | 2 |
| **LINTON, MATT** | | |
| (SWORN) | 289 | 2 |
| Direct Examination by Mr. Boome | 289 | 2 |
| Cross-Examination by Mr. Rapp-Kirshner | 344 | 2 |
| Redirect Examination by Mr. Boome | 402 | 2 |

**M A S T E R   I N D E X**

| GOVERNMENT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **CRAIN, ANDREW** | | |
| (SWORN) | 437 | 3 |
| Direct Examination by Mr. Boome | 437 | 3 |
| Cross-Examination by Mr. Rapp-Kirshner | 466 | 3 |
| Redirect Examination by Mr. Boome | 480 | 3 |
| Recross-Examination by Mr. Rapp-Kirshner | 483 | 3 |
| **FULLER, BRADLEY** | | |
| (SWORN) | 485 | 3 |
| Direct Examination by Mr. Chang | 485 | 3 |
| Cross-Examination by Mr. Rapp-Kirshner | 512 | 3 |
| **TORTORICI, ARIANA** | | |
| (SWORN) | 518 | 3 |
| Direct Examination by Mr. Chang | 518 | 3 |
| Cross-Examination by Ms. Krsulich | 550 | 3 |
| Redirect Examination by Mr. Chang | 559 | 3 |
| **VALLADAO, ANDREA C.** | | |
| (SWORN) | 576 | 3 |
| Direct Examination by Mr. Boome | 576 | 3 |
| **VALLADAO, ANDREA C. (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 674 | 4 |
| Direct Examination resumed by Mr. Boome | 674 | 4 |
| Cross-Examination by Mr. Fondo | 778 | 4 |
| Redirect Examination by Mr. Boome | 843 | 4 |
| Recross-Examination by Mr. Fondo | 849 | 4 |
| **REN, YUQING** | | |
| (SWORN) | 876 | 5 |
| Direct Examination by Mr. Chang | 877 | 5 |
| Cross-Examination by Ms. Lowry | 884 | 5 |

**M A S T E R   I N D E X**

| GOVERNMENT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **MA, ZHIYAO "MAZY"** | | |
| (SWORN) | 886 | 5 |
| Direct Examination by Mr. Chang | 887 | 5 |
| Cross-Examination by Ms. Krsulich | 896 | 5 |
| | | |
| **SEGAL, ADAM M.** | | |
| (SWORN) | 899 | 5 |
| Direct Examination by Mr. Chang | 899 | 5 |
| Cross-Examination by Mr. Fondo | 941 | 5 |
| Redirect Examination by Mr. Chang | 959 | 5 |
| | | |
| **SANCHEZ, DANIEL** | | |
| (SWORN) | 962 | 5 |
| Direct Examination by Ms. Priedeman | 962 | 5 |
| | | |
| **SANCHEZ, DANIEL (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1084 | 6 |
| Direct Examination resumed by Ms. Priedeman | 1084 | 6 |
| | | |
| **SANCHEZ, DANIEL (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1283 | 7 |
| Direct Examination resumed by Ms. Priedeman | 1283 | 7 |
| Cross-Examination by Ms. Walsh | 1339 | 7 |
| | | |
| **SANCHEZ, DANIEL (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1483 | 8 |
| Cross-Examination resumed by Ms. Walsh | 1484 | 8 |
| Redirect Examination by Ms. Priedeman | 1512 | 8 |
| Recross-Examination by Ms. Walsh | 1534 | 8 |
| | | |
| **CHANDRA, PRASHANT** | | |
| (SWORN) | 1537 | 8 |
| Direct Examination by Ms. Priedeman | 1537 | 8 |

**M A S T E R   I N D E X**

| GOVERNMENT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **CHANDRA, PRASHANT (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1615 | 9 |
| Direct Examination resumed by Ms. Priedeman | 1615 | 9 |
| Cross-Examination by Ms. Krsulich | 1624 | 9 |
| Redirect Examination by Ms. Priedeman | 1674 | 9 |
| Recross-Examination by Ms. Krsulich | 1686 | 9 |
| | | |
| **MAHMOOD, AAMER** | | |
| (SWORN) | 1687 | 9 |
| Direct Examination by Mr. Boome | 1687 | 9 |
| Cross-Examination by Mr. Rapp-Kirshner | 1692 | 9 |
| Redirect Examination by Mr. Boome | 1697 | 9 |
| | | |
| **KAVURI, RAVI** | | |
| (SWORN) | 1698 | 9 |
| Direct Examination by Ms. Priedeman | 1698 | 9 |
| Cross-Examination by Mr. Feyzi | 1731 | 9 |
| Redirect Examination by Ms. Priedeman | 1771 | 9 |
| Recross-Examination by Mr. Feyzi | 1773 | 9 |

| GOVERNMENT'S REBUTTAL WITNESSES | PAGE | VOL. |
|---|---|---|
| **SANCHEZ, DANIEL** | | |
| **(PREVIOUSLY SWORN)** | 2015 | 10 |
| Direct Examination by Ms. Priedeman | 2015 | 10 |
| Cross-Examination by Ms. Walsh | 2022 | 10 |

| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **POOLEY, JAMES** | | |
| (SWORN) | 1433 | 8 |
| Direct Examination by Ms. Krsulich | 1433 | 8 |
| Cross-Examination by Mr. Boome | 1459 | 8 |
| Redirect Examination by Ms. Krsulich | 1474 | 8 |

**M A S T E R   I N D E X**

| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **COMPTON, SCOTT** | | |
| (SWORN) | 1784 | 9 |
| Direct Examination by Mr. Feyzi | 1784 | 9 |
| | | |
| **NOVAK, STEVE** | | |
| (SWORN) | 1788 | 9 |
| Direct Examination by Ms. Walsh | 1789 | 9 |
| | | |
| **NOVAK, STEVE** | | |
| (PREVIOUSLY SWORN) | | |
| Direct Examination resumed by Ms. Walsh | 1888 | 10 |
| Cross-Examination by Ms. Priedeman | 1963 | 10 |
| Redirect Examination by Ms. Walsh | 2009 | 10 |

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1 | | 300 | 2 |
| 2 | | 329 | 2 |
| 5 | | 314 | 2 |
| 6 | | 338 | 2 |
| 7 | | 300 | 2 |
| 13 | | 309 | 2 |
| 14 | | 309 | 2 |
| 15 | | 330 | 2 |
| 18 | | 303 | 2 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 27 | | 342 | 2 |
| 42 through 57 | | 326 | 2 |
| 58 | | 283 | 2 |
| 59 through 217 | | 326 | 2 |
| 223 | | 1713 | 9 |
| 277 | | 495 | 3 |
| 278 | | 501 | 3 |
| 279 | | 508 | 3 |
| 280 | | 510 | 3 |
| 282 | | 97 | 1 |
| 286 | | 96 | 1 |
| 296 | | 93 | 1 |
| 305 | | 92 | 1 |
| 308 | | 94 | 1 |
| 314 | | 607 | 3 |
| 328 | | 633 | 3 |
| 334 | | 726 | 4 |
| 336 | | 752 | 4 |
| 340 | | 726 | 4 |
| 341 | | 726 | 4 |
| 342 | | 726 | 4 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 346 | | 726 | 4 |
| 347 | | 726 | 4 |
| 348 | | 726 | 4 |
| 349 | | 623 | 3 |
| 353 | | 732 | 4 |
| 358 through 462 (Sealed) | | 593 | 3 |
| 463 through 567 | | 676 | 4 |
| 570 | | 594 | 3 |
| 571 | | 594 | 3 |
| 656 | | 772 | 4 |
| 674 | | 772 | 4 |
| 737 | | 535 | 3 |
| 739 | | 529 | 3 |
| 740 | | 543 | 3 |
| 741 | | 236 | 2 |
| 756 | | 178 | 1 |
| 759 | | 475 | 3 |
| 764 | | 468 | 3 |
| 767 | | 465 | 3 |
| 768 | | 465 | 3 |
| 769 | | 471 | 3 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 774 | | 770 | 4 |
| 775 | | 592 | 3 |
| 776 | | 595 | 3 |
| 777 | | 677 | 4 |
| 778 | | 589 | 3 |
| 779 | | 590 | 3 |
| 780 | | 683 | 4 |
| 794 | | 617 | 3 |
| 795 | | 549 | 3 |
| 799 | | 179 | 1 |
| 800 | | 174 | 1 |
| 801 | | 180 | 1 |
| 805 | | 543 | 3 |
| 811 | | 537 | 3 |
| 823 | | 355 | 2 |
| 824 | | 173 | 1 |
| 834 | | 581 | 3 |
| 835 | | 581 | 3 |
| 836 | | 581 | 3 |
| 837 | | 581 | 3 |
| 838 | | 581 | 3 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|----------------|------|------|------|
| 869 | | 696 | 4 |
| 871 | | 490 | 3 |
| 875 | | 168 | 1 |
| 885 | | 223 | 2 |
| 891 | | 182 | 1 |
| 892 | | 525 | 3 |
| 1001 | | 704 | 4 |
| 1001S | | 708 | 4 |
| 1002 | | 758 | 4 |
| 1003 | | 760 | 4 |
| 1004 | | 717 | 4 |
| 1004S | | 717 | 4 |
| 1009 | | 687 | 4 |
| 1010 | | 688 | 4 |
| 1011 | | 688 | 4 |
| 1013 | | 688 | 4 |
| 1014 | | 688 | 4 |
| 1018 | | 751 | 4 |
| 1025 | | 642 | 3 |
| 1026 | | 766 | 4 |
| 1026S | | 766 | 4 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1029 | | 685 | 4 |
| 1034 | | 747 | 4 |
| 1038, pages 41 and 42 | | 731 | 4 |
| 1051 | | 703 | 4 |
| 1052 | | 756 | 4 |
| 1068 | | 806 | 4 |
| 1077 | | 734 | 4 |
| 1078 | | 734 | 4 |
| 1079 | | 734 | 4 |
| 1080 | | 734 | 4 |
| 1081 | | 734 | 4 |
| 1082 | | 734 | 4 |
| 1085 | | 636 | 3 |
| 1085S | | 636 | 3 |
| 1097 | | 633 | 3 |
| 1097S | | 633 | 3 |
| 1100 | | 631 | 3 |
| 1107 | | 634 | 3 |
| 1124, pages 51 through 56 | | 804 | 4 |
| 1125 | | 719 | 4 |
| 1127 | | 681 | 4 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1128 | | 735 | 4 |
| 1130, page 1 | | 625 | 3 |
| 1130, page 34 | | 629 | 3 |
| 1130, page 169 | | 638 | 3 |
| 1130, pages 199 through 203 | | 639 | 3 |
| 1131, pages 1 through 5 | | 630 | 3 |
| 1131, page 79 | | 635 | 3 |
| 1132, page 1 | | 616 | 3 |
| 1132, page 15 | | 618 | 3 |
| 1132, pages 292 through 295 | | 620 | 3 |
| 1132, pages 284 through 287 | | 624 | 3 |
| 1133 | | 613 | 3 |
| 1135 | | 719 | 4 |
| 1136 | | 726 | 4 |
| 1137 | | 647 | 3 |
| 1143 | | 738 | 4 |
| 1149 | | 702 | 4 |
| 1150 | | 753 | 4 |
| 1154 | | 679 | 4 |
| 1155 | | 644 | 3 |
| 1156 | | 726 | 4 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1158 | | 722 | 4 |
| 1160 | | 763 | 4 |
| 1169 | | 833 | 4 |
| 1170 | | 692 | 4 |
| 1175 | | 695 | 4 |
| 1175S | | 694 | 4 |
| 1176 | | 691 | 4 |
| 1177 | | 627 | 3 |
| 1178, pages 1, 33, and 35 | | 749 | 4 |
| 1184 | | 711 | 4 |
| 1184S | | 711 | 4 |
| 1184 | | 714 | 4 |
| 1184S | | 714 | 4 |
| 1185 | | 714 | 4 |
| 1185S | | 714 | 4 |
| 1186 | | 714 | 4 |
| 1186S | | 714 | 4 |
| 1187 | | 714 | 4 |
| 1187S | | 714 | 4 |
| 1188 | | 714 | 4 |
| 1188S | | 714 | 4 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1189 | | 710 | 4 |
| 1189S | | 710 | 4 |
| 1190 | | 710 | 4 |
| 1190S | | 710 | 4 |
| 1191 | | 711 | 4 |
| 1191S | | 711 | 4 |
| 1192 | | 711 | 4 |
| 1192S | | 711 | 4 |
| 1195 | | 1546 | 8 |
| 1196 | | 544 | 3 |
| 5114 | | 1656 | 9 |
| 5122 | | 1360 | 7 |
| 5133 | | 1383 | 7 |
| 5149 | | 1660 | 9 |
| 5187 | | 1664 | 9 |
| 5193 | | 126 | 1 |
| 5213 | | 1666 | 9 |
| 5227 | | 1380 | 7 |
| 5229 | | 1366 | 7 |
| 5234 | | 1503 | 8 |
| 5257 | | 1493 | 8 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 5263 | | 1491 | 8 |
| 5268 | | 1504 | 8 |
| 5278 | | 1488 | 8 |
| 5281 | | 1508 | 8 |
| 5282 | | 1510 | 8 |
| 5285 | | 1506 | 8 |
| 5290 | | 1490 | 8 |
| 5402 | | 129 | 1 |
| 5921 | | 375 | 2 |
| 5922 | | 379 | 2 |
| 5923 | | 392 | 2 |
| 5924 | | 380 | 2 |
| 6005 | | 794 | 4 |
| 6250 | | 1693 | 9 |
| 6254 | | 1696 | 9 |
| 6478 | | 1736 | 9 |
| 6480 | | 1741 | 9 |
| 6481 | | 1755 | 9 |
| 6504 | | 1645 | 9 |
| 6511 | | 1647 | 9 |
| 6703 | | 953 | 5 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 6704 | | 956 | 5 |
| 6705 | | 955 | 5 |
| 6717, pages 1, 3, and 20 | | 959 | 5 |
| 7368 | | 1610 | 9 |
| 7369 | | 1610 | 9 |
| 7370 | | 1610 | 9 |
| 7372 | | 1610 | 9 |
| 8000 | | 138 | 1 |