**Volume 12**

**Pages 2025 - 2035**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
  VS.                          )   **NO. 3:24-CR-00141-VC**
                               )
LINWEI DING, a.k.a. LEON DING, )
                               )
          Defendant.           )
_____)

                              San Francisco, California
                              Thursday, January 29, 2026


                    <u>**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**</u>

<u>**APPEARANCES:**</u>

For Plaintiff:
                    CRAIG H. MISSAKIAN
                    UNITED STATES ATTORNEY
                    450 Golden Gate Avenue, Box 36055
                    San Francisco, California 94102-3495
               **BY: CASEY E. BOOME, ASSISTANT U.S. ATTORNEY**
                    **ROLAND CHANG, ASSISTANT U.S. ATTORNEY**

                    CRAIG H. MISSAKIAN
                    UNITED STATES ATTORNEY
                    1301 Clay Street, Suite 340S
                    Oakland, California 94612-5217
               **BY: MOLLY K. PRIEDEMAN**
                    **ASSISTANT U.S. ATTORNEY**

          **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:  Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

**APPEARANCES**:   (CONTINUED)

For Defendant:
GOODWIN PROCTER LLP
525 Market Street
San Francisco, California 94105
BY:   **DARRYL M. WOO, ATTORNEY AT LAW**
**DAVID P. RAPP-KIRSHNER, ATTORNEY AT LAW**
**RACHEL M. WALSH, ATTORNEY AT LAW**
**COLETTE A. LOWRY, ATTORNEY AT LAW**
**NICHOLAS C. WILEY, ATTORNEY AT LAW**

GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, California 94063
BY:   **GRANT P. FONDO, ATTORNEY AT LAW**
**FARZAD "FRED" FEYZI, ATTORNEY AT LAW**

GOODWIN PROCTER LLP
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
BY:   **LORA J. KRSULICH, ATTORNEY AT LAW**

Also Present:         **Andrea Valladao, Federal Bureau of**
**Investigation**
**Veronica Hernandez, Paralegal**

# I N D E X

Thursday, January 29, 2026 - Volume 12

| **PROCEEDINGS** | **PAGE** | **VOL.** |
|---|---|---|
| Verdict | 2028 | 12 |

**Thursday - January 29, 2026**                                    **10:32 a.m.**

                    **P R O C E E D I N G S**

                           ---o0o---

              (Defendant present, out of custody.)

        (Proceedings were heard in the presence of the jury.)

        **THE COURT:**  Okay.  Welcome back, everybody.  I understand that the jury has reached a verdict.

        And, Ms. Nickison, I understand you're the presiding juror.  Is that right?

        **JUROR NUMBER 6:**  Yes, I am.

        **THE COURT:**  And it's correct that you've reached a unanimous verdict?

        **JUROR NUMBER 6:**  Yes, we have.

        **THE COURT:**  All right.  Bhavna, why don't you grab that from her, and I'll take a look at it and then read it.

              (Document handed up to the Court.)

        **THE COURT:**  Okay.  I will read the verdict.

                         **VERDICT**

        **THE COURT:**  Count One, Theft of Trade Secrets, Category One:  Guilty.

        The trade secret that was checked was the "Combination of all documents in Category One."

        Count Two, Theft of Trade Secrets, Category Two: Guilty.

        The box that was checked was "Combination of all

documents in Category Two."

Count Three, Theft of Trade Secrets, Category Three: Guilty.

The box that was checked was "Combination of all documents in Category Three."

Count Four, Theft of Trade Secrets, Category Four: Guilty.

The boxes that were checked for Count Four were Exhibit 402, 407, 410, and 408.

Count Five, Theft of Trade Secrets, Category Five: Guilty.

The boxes that were checked were Exhibits 429, 431, and 434.

Count Six, Theft of Trade Secrets, Category Six: Guilty.

The box that was checked was the "Combination of all documents in Category Six."

Count Seven, Theft of Trade Secrets, Category Seven: Guilty.

The boxes that were checked for Count Seven were Exhibits 461, 462, 448, and 451.

Count Eight, Economic Espionage, Category One: Guilty.

The box that was checked was the "Combination of all documents in Category One."

Count Nine, Economic Espionage, Category Two:  Guilty.

The box that was checked was the "Combination of all documents in Category Two."

Count Ten, Economic Espionage, Category Three: Guilty.

The box that was checked was the "Combination of all documents in Category Three."

Count Eleven, Economic Espionage, Category Four: Guilty.

The boxes that were checked for Category Four are Exhibits 402, 407, 410, and 408.

Count Twelve, Economic Espionage, Category Five: Guilty.

The boxes that were checked for Category Five are Exhibits 429, 431, and 434.

Count Thirteen, Economic Espionage, Category Six: Guilty.

The box that was checked was the "Combination of all documents in Category Six."

And Count Fourteen, Economic Espionage, Category Seven:  Guilty.

The boxes that were checked were Exhibits 461, 462, 448, and 451.

Ms. Nickison, does that accurately reflect the jury's verdict?

**VERDICT**

**JUROR NUMBER 6:**  Yes, Your Honor.

**THE COURT:**  Okay.  I'm going to go ahead and ask each juror to confirm verbally that that accurately reflects your verdict.

So let me begin with Juror Number 1.  Does that accurately reflect your verdict?

**JUROR NUMBER 1:**  Yes, Your Honor.

**THE COURT:**  Juror Number 2?

**JUROR NUMBER 2:**  Yes, Your Honor.

**THE COURT:**  Juror Number 3?

**JUROR NUMBER 3:**  Yes, Your Honor.

**THE COURT:**  Juror Number 4?

**JUROR NUMBER 4:**  Yes.

**THE COURT:**  Juror Number 5?

**JUROR NUMBER 5:**  Yes, Your Honor.

**THE COURT:**  Juror Number 7?

We already got her.

**JUROR NUMBER 7:**  Yes, Your Honor.

**THE COURT:**  Thank you.

Juror Number 8?

**JUROR NUMBER 8:**  Yes, Your Honor.

**THE COURT:**  Juror Number 9?

**JUROR NUMBER 9:**  Yes, Your Honor.

**THE COURT:**  Juror Number 10?

**JUROR NUMBER 10:**  Yes, Your Honor.

THE COURT: Juror Number 11?

JUROR NUMBER 11: Yes, Your Honor.

THE COURT: And Juror Number 12?

JUROR NUMBER 12: Yes, Your Honor.

THE COURT: Okay. Thank you very much.

I'm going to hand this verdict form back down to Bhavna.

(Document handed down.)

THE COURT: And I want to thank you very much for your service and your commitment to participating meaningfully in this process. On behalf of the Court and on behalf of both sides, we very much appreciate it.

I'll tell you what the process is from here on out. So, first of all, you are now released from my admonitions. You're now free to talk to whoever you want about the case, and you are free to do whatever research you want about the case and the people involved in it.

You don't have to talk to anybody if you don't want to, and if someone approaches you and they really want to talk to you about it and you don't wish to speak about it, you are absolutely free not to. And if anybody gives you trouble about that, you just contact us right away and we'll take care of it.

But now Bhavna will take you back to the jury room. She'll get your badges and all that kind of stuff.

And then if you wouldn't mind, I would love the

opportunity to come speak with you in the jury room, answer any questions that you may have about the process, maybe ask you a few questions about your experience and how we can make it better, if any way.  And my law clerks and Bhavna will be with me for that, and we would very much appreciate the opportunity to do that.  Again, you don't have to.  If you need to take off, you can take off.

But after I'm done speaking with you, I will provide -- I will give the lawyers access to our courtroom in case any of you are willing to come talk to the lawyers after you're done talking to me.

And the way that works -- right? -- is that nobody else is allowed in the courtroom, no clients, no agents, no reporters, no nothing, just the lawyers.  And often the lawyers would very much appreciate the opportunity to speak with you after the trial to see what they can learn from the experience.

So, again, that's not something you're required to do by any means, but we'd all appreciate it if you'd be willing to speak with the lawyers.  And my law clerks will be there for that too, both because it's a good learning experience and to make sure that the lawyers are behaving themselves.

So that will be the process for the rest of the morning.

And with that, thank you again very much, and Bhavna will take you back.  I'll be in the jury room in a few minutes.

**PROCEEDINGS**

**THE COURTROOM DEPUTY:**  All rise.

(The jury was dismissed from duty.)

(Proceedings were heard out of the presence of the former jury.)

**THE COURT:**  Okay.  So what I would propose is we just schedule -- please be seated.

What I would propose is we just schedule a status conference for next week, and we can schedule post-trial motions and all of that.

Does next Tuesday on my regular criminal calendar at 2:00 p.m. sound okay?

**MR. FONDO:**  Yes, Your Honor.

**MR. BOOME:**  Yes, Your Honor.

**THE COURT:**  Okay.  So we'll do a status conference next Tuesday at 2:00 p.m.

And anything else from either side?

**MR. BOOME:**  Yes, Your Honor.  18 U.S.C. 3143(a)(1) requires the Court to make a finding in this circumstance that Mr. -- a finding by clear and convincing evidence that Mr. Ding is not a danger to the community or a flight risk.  Otherwise, the law requires that he be remanded.

**THE COURT:**  Right.

And do you want to articulate why Mr. Ding is neither a danger to the community or a flight risk?

**MR. FONDO:**  Your Honor, he's been out on pretrial

**PROCEEDINGS**

release for quite some time.  There has been absolutely no issues with that.  The Government also has his passport.  He's attended every single court proceeding on time.  I think you've observed his behavior during these proceedings.  And I think there's absolutely no basis to remand him at this time.

THE COURT:  Given what you've said, I find by clear and convincing evidence that there's no danger or flight risk to Mr. Ding remaining on release pending sentencing.

MR. FONDO:  Thank you.

MR. BOOME:  Thank you.

THE COURT:  Thank you.

(Proceedings adjourned at 10:42 a.m.)

---o0o---

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:  Friday, January 30, 2026

_____

Ana Dub, CSR No. 7445, RDR, RMR, CRR, CCRR, CRG, CCG
Official United States Reporter