GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LINWEI DING,<br><br>        Defendant. | Case No. 3:24-CR-00141-VC<br><br>**DECLARATION OF GRANT P. FONDO IN SUPPORT OF MOTION FOR A MISTRIAL AND NEW TRIAL PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND *BATSON V. KENTUCKY***<br><br>Date:      April 16, 2026<br>Time:     1:00 p.m.<br>Courtroom: 4 (17th Floor)<br>Judge:   Hon. Vince Chhabria<br>           450 Golden Gate Avenue<br>           San Francisco, CA 94102<br><br>Filed/lodged concurrently herewith:<br>1.  Defendant's Motion for a Mistrial and New Trial<br>2.  [Proposed] Order |

## DECLARATION OF GRANT P. FONDO

I, Grant P. Fondo, declare as follows:

1. I am a partner at the law firm of Goodwin Procter LLP, counsel of record for Defendant Linwei Ding in the above-captioned action. I make this declaration in support of Defendant's Motion for a Mistrial and New Trial Pursuant to Rule 33 of the Federal Rules of Civil Procedure and *Batson v. Kentucky*, 476 U.S. 79 (1986).

2. Unless stated otherwise, this Declaration is based on my personal knowledge; if called as a witness I could and would testify as follows.

3. **Exhibit 1** is a true and correct copy of the completed juror questionnaires for Jurors 1 through 114. It is being filed entirely under seal and is therefore attached to the Krsulich Declaration in support of Mr. Ding's Administrative Motion to Seal.

4. **Exhibit 2** is a true and correct copy of a spreadsheet reflecting the answers in completed juror questionnaires for Jurors 1 through 114. It is being filed entirely under seal and is therefore attached to the Krsulich Declaration in support of Mr. Ding's Administrative Motion to Seal.

5. Attached as **Exhibit 3** to this declaration is a true and correct copy of excerpts of the pretrial jury excusal hearing transcript dated January 6, 2026.

6. Attached as **Exhibit 4** to this declaration is a true and correct copy of excerpts of the pretrial jury voir dire transcript dated January 7, 2026.

7. Attached as **Exhibit 5** to this declaration is a true and correct copy of excerpts of the pretrial hearing transcript dated January 9, 2026.

8. Attached as **Exhibit 6** to this declaration is a true and correct copy of excerpts of the trial transcripts dated January 14, 15, 16, 22, and 27, 2026.

9. **Exhibit 7** is a true and correct copy of Juror 104's undated Request for Jury Duty Excusal Due to Undue Hardship. It is being filed entirely under seal and is therefore attached to the Krsulich Declaration in support of Mr. Ding's Administrative Motion to Seal.

10. Attached as **Exhibit 8** to this declaration is a true and copy of an email dated January 6, 2026, regarding the excusal of Juror 96.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 19, 2026.

/s/ *Grant P. Fondo*
GRANT P. FONDO

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on **February 19, 2026**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **February 19, 2026**.

/s/ *Grant P. Fondo*
GRANT P. FONDO