GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
JESSICA HUANG FUZELLIER (SBN 315208)
*JHFuzellier@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendant:
LINWEI DING
[*ADDITIONAL COUNSEL LISTED IN SIGNATURE BLOCK*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINWEI DING,<br><br>Defendant. | Case No.  3:24-CR-00141-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR MISTRIAL AND A NEW TRIAL PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND *BATSON V. KENTUCKY***<br><br>Date:          April 16, 2026<br>Time:         1:00 p.m.<br>Courtroom:  4 (17th Floor)<br>Judge:        Hon. Vince Chhabria<br>                   450 Golden Gate Avenue<br>                   San Francisco, CA 94102<br><br>Filed/lodged concurrently herewith:<br>1.  Motion for Mistrial and a New Trial<br>2.  Declaration of Grant P. Fondo |

### [PROPOSED] ORDER

Having considered Defendant Linwei Ding's Motion for Mistrial and a New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure and *Batson v. Kentucky*, it is hereby ORDERED that:

1. Mr. Ding's *Batson* Motion is **GRANTED**.

2. Because the exclusion of Jurors 43, 45, and 84 constitutes structural error, the verdict returned in this matter is VACATED.

3. Mr. Ding is entitled to a new trial.

**IT IS SO ORDERED.**

Dated: _____, 2026   _____

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING *BATSON* MOTION                    Case No. 3:24-CR-00141-VC