# EXHIBIT 1

# FILED UNDER SEAL

Exhibit 1 Filed Electronically via Court
portal due to File Size