# EXHIBIT 2

# FILED UNDER SEAL

Exhibit 2 Filed Electronically via Court
portal due to Native Spreadsheet Format