# EXHIBIT 5

Pages 1 - 77

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
   VS.                             )   **NO. 3:24-CR-00141-VC**
                                   )
LINWEI DING, a.k.a. LEON DING,     )
                                   )
          Defendant.               )
_____    )

                              San Francisco, California
                              Friday, January 9, 2026


## TRANSCRIPT OF PROCEEDINGS

**APPEARANCES:**

For Plaintiff:

                    CRAIG H. MISSAKIAN
                    UNITED STATES ATTORNEY
                    450 Golden Gate Avenue, Box 36055
                    San Francisco, California 94102-3495
              BY:   **CASEY E. BOOME, ASSISTANT U.S. ATTORNEY**
                    **ROLAND CHANG, ASSISTANT U.S. ATTORNEY**

                    CRAIG H. MISSAKIAN
                    UNITED STATES ATTORNEY
                    1301 Clay Street, Suite 340S
                    Oakland, California 94612-5217
              BY:   **MOLLY K. PRIEDEMAN**
                    **ASSISTANT U.S. ATTORNEY**

          **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:  Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

**APPEARANCES**:   (CONTINUED)

For Defendant:
                         GOODWIN PROCTER LLP
                         525 Market Street
                         San Francisco, California 94105
          BY:   **DAVID P. RAPP-KIRSHNER, ATTORNEY AT LAW**

                         GOODWIN PROCTER LLP
                         601 Marshall Street
                         Redwood City, California 94063
          BY:   **GRANT P. FONDO, ATTORNEY AT LAW**

Also Present:        **Andrea Valladao, Federal Bureau of
                     Investigation
                Veronica Hernandez, Paralegal**

**Friday - January 9, 2026**                                    **1:15 p.m.**

**P R O C E E D I N G S**

---o0o---

(Defendant present, out of custody.)

THE COURT:  All right.  So let's chat about that juror real quick, Juror Number 104, the mission-critical juror.

What's the defense's position on whether she should be excused?

MR. FONDO:  We do not believe she should be excused, Your Honor.  I'm happy to articulate why.

THE COURT:  I don't think -- I agree with you.  I mean, I don't -- I think that there are plenty of other -- I mean, people make big sacrifices for jury selection, and this company can make a much smaller sacrifice than others make to allow their employee to serve on the jury.

So I'd be inclined to call them and tell them no and say, "By the way, I trust that you're paying this juror for her service."

MR. FONDO:  Yeah, I would agree, Your Honor.

MR. CHANG:  As you may suspect, though, the Government believes that the basis submitted is valid for a hardship excusal.

THE COURT:  Well, you say "as you may suspect."  I didn't suspect that.

MR. CHANG:  Okay.

**THE COURT:** I mean, I know that you want her off for other reasons, but I would not expect you to say that that's a valid hardship excusal.

**MR. CHANG:** I just think, given the rubric we applied for the hardship excusals, if we had known this information, it obviously would be a possible postponement, given the burden on her. And --

**THE COURT:** Okay. Yeah, I don't agree with that. And it also is significant that we didn't learn about it until after she was picked; right? So --

**MR. CHANG:** Understood, Your Honor.

**THE COURT:** Okay. So I'm not going to excuse her. So I think that's that.

Should we just go to these documents, then?

**MR. FONDO:** Your Honor, I think we have one or two housekeeping matters --

**THE COURT:** Sure.

**MR. FONDO:** -- if it's okay to knock those out first.

**THE COURT:** Yeah.

**MR. RAPP-KIRSHNER:** Thanks, Your Honor.

First, on the record we just would like confirmation from the Government that it does not intend to call any witness or show exhibits the first week of trial that would require sealing of the court.

**MR. BOOME:** No, I don't think that's right. The first

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:  Saturday, January 31, 2026

_Ana Dub_

_____

Ana Dub, CSR No. 7445, RDR, RMR, CRR, CCRR, CRG, CCG
Official United States Reporter