# EXHIBIT 8

## Cochran, Claire

| | |
|---|---|
| **From:** | Bhavna Sharma <​███████████████████> |
| **Sent:** | Tuesday, January 6, 2026 5:52 PM |
| **To:** | Chang, Roland (USACAN); Boome, Casey (USACAN; Priedeman, Molly (USACAN; Fondo, Grant P; Krsulich, Lora; Walsh, Rachel M.; Feyzi, Fred; Rapp-Kirshner, David; Lowry, Colette |
| **Subject:** | USA v Ding - Juror 96 |

***EXTERNAL***
Hello,

Juror number 96 is being excused for hardship.

Thank you,

Bhavna

1