CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6627
casey.boome@usdoj.gov
molly.priedeman@usdoj.gov
roland.chang@usdoj.gov

Attorneys for United States of America

GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
FARZAD FEYZI (SBN 343538)
*FFeyzi@goodwinlaw.com*
NIRAV BHARDWAJ (SBN 350829)
*NBhardwaj@goodwinlaw.com*
**GOODWIN PROCTER llp**
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100 | Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
RACHEL M. WALSH (SBN 250568)
*RWalsh@goodwinlaw.com*
DAVID RAPP-KIRSHNER (SBN 344494)
*DRappKirshner@goodwinlaw.com*
COLETTE A. LOWRY (SBN 359889)
*CLowry@goodwinlaw.com*
**GOODWIN PROCTER llp**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000 | Fax: +1 415 677 9041

Attorneys for Defendant: LINWEI DING

[*Additional counsel listed in signature block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:24-cr-00141-VC |
| Plaintiff, | ) |
| | ) **STIPULATION ON PAGE LIMITS RELATED** |
| v. | ) **TO DEFENDANT'S POST-TRIAL MOTIONS** |
| | ) **AND [PROPOSED] ORDER** |
| LINWEI DING, | ) |
| | ) The Honorable Vince Chhabria |
| Defendant. | ) Courtroom 4, 17th Floor |
| | ) |
| | ) **Hearing Date:** April 16, 2026 |
| | ) **Hearing Time:** 1:00 p.m. |

The government and Defendant Linwei Ding ("Mr. Ding"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on February 3, 2026, the Court set the following schedule on Mr. Ding's post-trial motions: Motions due by February 19, 2026; Oppositions due by March 12, 2026; Replies due by March 26, 2026; and the Motion Hearing specially set for April 16, 2026 at 1:00 p.m. (Dkt. 390);

WHEREAS, on February 3, 2026, Mr. Ding proposed, with no objection from the government, two separate briefs, one being the Batson issue and the second to be Rule 29 and Rule 33 motions combined in one brief.  The Court granted defense's request to file two briefs, and for leave to file a 35-page brief. (*Id.*);

WHEREAS, on February 19, 2026, Mr. Ding filed his Motion for a Judgment of Acquittal Or, In the Alternative, New Trial Pursuant to Rule 29(c) and Rule 33 of the Federal Rules of Criminal Procedure ("Rule 29 and Rule 33 Motion");

WHEREAS, on February 19, 2026, Mr. Ding filed his Motion for a Mistrial and New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure and *Batson v. Kentucky* ("*Batson* Motion");

WHEREAS, the parties have met and conferred and agreed that the government can file a 35-page brief in opposition to the Rule 29 and Rule 33 Motion, Mr. Ding can file a 20-page brief in reply to the same, the government can file a 30-page brief in opposition to the *Batson* Motion, and Mr. Ding can file a 20-page brief in reply to the same;

NOW THEREFORE, the parties stipulate and agree, and respectfully request that the Court grant leave to file briefs with the following page limits: (i) 35 pages for the Opposition to the Rule 29 and Rule 33 Motion; (ii) 20 pages for the Reply for the Rule 29 and 33 Motion; (iii) 30 pages for the Opposition to the *Batson* Motion; and (iv) 20 pages for the Reply in support of the *Batson* Motion.

**IT IS SO STIPULATED.**

DATED: March 12, 2026                    Respectfully submitted,

                                         CRAIG H. MISSAKIAN
                                         United States Attorney


                                         */s/ Roland Chang*
                                         CASEY BOOME
                                         MOLLY K. PRIEDEMAN
                                         ROLAND CHANG
                                         Assistant United States Attorneys


Dated:  March 12, 2026                   By:  */s/ Grant P. Fondo*
                                         GRANT P. FONDO (SBN 181530)
                                         *GFondo@goodwinlaw.com*
                                         DARRYL M. WOO (SBN 100513)
                                         *DWoo@goodwinlaw.com*
                                         RACHEL M. WALSH (SBN 250568)
                                         *RWalsh@goodwinlaw.com*
                                         JESSICA HUANG FUZELLIER (SBN 315208)
                                         *JHFuzellier@goodwinlaw.com*
                                         FARZAD FEYZI (SBN 343538)
                                         *FFeyzi@goodwinlaw.com*
                                         DAVID RAPP-KIRSHNER (SBN 344494)
                                         *DRappKirshner@goodwinlaw.com*
                                         NIRAV BHARDWAJ (SBN 350829)
                                         *NBhardwaj@goodwinlaw.com*
                                         NICHOLAS C. WILEY (SBN 351161)
                                         *NWiley@goodwinlaw.com*
                                         COLETTE A. LOWRY (SBN 359889)
                                         *CLowry@goodwinlaw.com*
                                         **GOODWIN PROCTER LLP**

                                         LORA J. KRSULICH (SBN 315399)
                                         *LKrsulich@goodwinlaw.com*
                                         **GOODWIN PROCTER LLP**
                                         601 S. Figueroa Street, Suite 4100
                                         Los Angeles, CA 90017
                                         Tel.: +1 213 426 2500 | Fax: +1 213 623 1673

                                         Attorneys for Defendant: LINWEI DING

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: _____, 2026       _____
                                         HONORABLE VINCE CHHABRIA
                                         UNITED STATES DISTRICT JUDGE

STIP. AND [PROPOSED] ORDER ON POST-TRIAL MOTIONS
3:24-cr-00141-VC

2