CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
MOLLY K. PRIEDEMAN (CABN 302096)
ROLAND CHANG (CABN 271511)
Assistant United States Attorneys

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6627
     casey.boome@usdoj.gov
     molly.priedeman@usdoj.gov
     roland.chang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-cr-00141-VC |
| Plaintiff, | **DECLARATION OF ANDREA VALLADAO IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR A MISTRIAL AND NEW TRIAL PURSUANT TO F.R.C.P. 33 AND** *BATSON V. KENTUCKY* |
| v. | |
| LINWEI DING, | |
| Defendant. | |

**DECLARATION OF ANDREA VALLADAO**

I, Andrea Valladao, declare as follows:

1.     I am a Special Agent of the Federal Bureau of Investigation (FBI) currently assigned to a counterintelligence squad that focuses on the investigation of economic espionage and theft of trade secrets offenses, among other federal offenses.

2.     I am the lead FBI Special Agent assigned to the prosecution of the above-captioned criminal case. I was present in court for the entirety of jury selection and trial, including the jury selection process that took place on January 7, 2026 before the Honorable Vince Chhabria, United States

District Judge.

3.    I submit this declaration to attest that the following facts are true to the best of my recollection.  These facts are based on my personal observation of the January 7, 2026 *voir dire* and jury selection proceeding.

4.  Prospective Juror 3 appeared to be a white man.

5.  Prospective Juror 5 appeared to be a white woman.

6.  Prospective Juror 15 appeared to be a white man.

7.  Prospective Juror 24 (seated as Sworn Juror Number 2) appeared to be a woman of Chinese descent.

8.  Prospective Juror 36 appeared to be a white woman.

9.  Prospective Juror 37 (seated as Sworn Juror Number 4) appeared to be a woman of Asian descent.

10. Prospective Juror 42 appeared to be a white man.

11. Prospective Juror 46 appeared to be a white man.

12. Prospective Juror 48 appeared to be a man of Chinese descent.

13. Prospective Juror 68 appeared to be a white and/or Hispanic man.

14. Prospective Juror 71 (seated as Sworn Juror Number 11) appeared to be an African American woman.

15. Prospective Juror 76 appeared to be a Hispanic man.

16. Prospective Juror 95 appeared to be a white man.

17. Prospective Juror 108 appeared to be a white and/or Hispanic woman.

//

//

//

//

//

//

//

Declaration of Andrea Valladao
3:24-cr-00141-VC

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DATED: March 12, 2026                                        Respectfully submitted,


                                                        _____*/s/ Andrea Valladao*_____
                                                        ANDREA VALLADAO
                                                        Special Agent, FBI

Declaration of Andrea Valladao                          3
3:24-cr-00141-VC